UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIKA TERRY, et al., | No. 2:15-cv-00799-KJM-AC |
| Plaintiffs, | |
| v. | ORDER |
| WASATCH ADVANTAGE GROUP, LLC, et al., | |
| Defendants. | |

The order to show cause, ECF No. 15, is DISCHARGED, and the United States' request to preserve the seal on the documents dated June 10, 2015 and December 18, 2015, ECF Nos. 5 & 9, is GRANTED. This order is subject to the condition that the United States shall file, within seven days, proposed redacted versions of those sealed documents, subject to the court's approval.

IT IS SO ORDERED.

DATED: July 6, 2016

_____
UNITED STATES DISTRICT JUDGE