Phillip A. Talbert
Acting United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DANIKA TERRY, et al.,<br><br>Plaintiff,<br><br>v.<br><br>WASATCH ADVANTAGE GROUP, LLC, et al.,<br><br>Defendants. | **CASE NO. 2:15-cv-00799-KJM-AC**<br><br>**UNITED STATES' REQUEST FOR REDACTION OF SEALED DOCUMENTS**<br><br>**COURT: Hon. Kimberly J. Mueller** |

Pursuant to the Court's July 7, 2016, Order, the United States hereby proposes certain limited redactions to Docket Nos. 5 and 9.

**I.     PROCEDURAL BACKGROUND**

On June 9, 2016, the United States declined to intervene in this *qui tam* action filed under the federal False Claims Act ("FCA"), 31 U.S.C. § 3729 *et seq.* On June 17, 2016, the Court issued an order on the United States' Notice of Declination, permitting, in relevant part, any party to show cause as to why specific pre-declination pleadings should not be unsealed. On July 1, 2016, the United States filed its Response to the Court's Order to Show Cause, requesting that the Court retain the seal over

**1**

Docket Nos. 5 and 9, which are the United States' two requests to extend the seal and intervention deadlines in this *qui tam* matter.

On July 7, 2016, the Court granted the United States' request but provided, "This order is subject to the condition that the United States shall file, within seven days, proposed redacted versions of those sealed documents, subject to the court's approval."

## II. THE UNITED STATES' PROPOSED REDACTIONS

Pursuant to the Court's July 7, 2016 Order, the United States requests that the Court permit the redactions to Docket Nos. 5 and 9 set forth on Exhibits A and B hereto. The United States seeks limited redactions only to the Declarations of Vincente A. Tennerelli and has, accordingly, attached only those pleadings. The United States has no objection to the unsealing of the remainder of Docket Nos. 5 and 9. The United States submits that the redacted information discloses the government's investigatory techniques and processes. For these reasons, the United States requests that the court permit the proposed redactions.

## III. CONCLUSION

For the foregoing reasons, the United States requests that the Court permit redaction of Docket Nos. 5 and 9, as set forth in Exhibits A and B hereto.

Dated: July 12, 2016

                        PHILLIP A. TALBERT
                        Acting United States Attorney

By:   /s/ Vincente A. Tennerelli
       VINCENTE A. TENNERELLI
       Assistant U.S. Attorney
       Attorneys for the United States

# EXHIBIT A

BENJAMIN B. WAGNER
United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

FILED
Jun 10, 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DENIKA TERRY and ROY HUSKEY, III, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LLP, and DOES 1-30,<br><br>Defendants. | CASE NO. 2:15-cv-0799 KJM-DAD<br><br>**DECLARATION OF VINCENTE A. TENNERELLI IN SUPPORT OF EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND FOR AN EXTENSION OF THE SEAL ON THE QUI TAM COMPLAINT**<br><br>(FIRST REQUEST)<br><br>[UNDER SEAL] |

I, Vincente A. Tennerelli, pursuant to 28 U.S.C. § 1746, declare:

1. I am an Assistant United States Attorney for the Eastern District of California and the attorney of record for the United States of America in the above-entitled action. I have personal knowledge of the matters set forth herein, and if called upon to testify, could and would competently testify thereto.

2. By this application, the United States seeks (i) a first extension of the deadline to decide whether to intervene in this Qui Tam matter; and (ii) an order extending the seal on the Qui Tam action.

DEC OF VINCENTE A. TENNERELLI IN SUPPORT OF
EX PARTE APPLICATION FOR AN EXTENSION OF
TIME TO INTERVENE AND EXTENSION ON SEAL

1

In demonstrating good cause for this request, a brief summary follows:

3. Nature of the Action. This case arises under the qui tam provisions of the federal False Claims Act, 31 U.S.C. § 3729 et seq. Relators allege that Defendants violated the FCA by, among other conduct, knowingly presenting, or causing to be presented, false and fraudulent claims to the United States. Defendants own and manage rental properties throughout the United States. Relators are current and former tenants of Defendants' properties who received rent assistance funded by the United States Department of Housing and Urban Development ("HUD"), pursuant to a contract between relators, Defendants, and the Sacramento Housing and Redevelopment Agency ("SHRA"), which HUD funds (the "HAP Contract"). Relators allege that Defendants improperly charged relators for items such as in-unit washer/dryers and covered parking, in violation of the HAP Contract.

4. A Six-Month Extension is Warranted. The United States has begun its investigation of this matter but requires additional time to complete its investigation. Since being assigned to this case on April 24, 2015, I have (a) interviewed the relators and (b) begun gathering and analyzing documents obtained from the relators and REDACTED relevant to relators' allegations. In the coming months, I intend to complete my analysis of these documents, interview parties with relevant information, and, eventually, request documents and information from Defendants necessary for evaluating this matter. Completing these items necessitates an extension of the deadline to intervene and of the seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2015.

/s/ Vincente A. Tennerelli
VINCENTE A. TENNERELLI
Assistant U.S. Attorney
Attorneys for the United States

DEC OF VINCENTE A. TENNERELLI IN SUPPORT OF
EX PARTE APPLICATION FOR AN EXTENSION OF
TIME TO INTERVENE AND EXTENSION ON SEAL

**2**

# EXHIBIT B

BENJAMIN B. WAGNER
United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DENIKA TERRY and ROY HUSKEY, III, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LLP, and DOES 1-30,<br><br>Defendants. | CASE NO. 2:15-cv-0799 KJM-DAD<br><br>**DECLARATION OF VINCENTE A. TENNERELLI IN SUPPORT OF EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE AND FOR AN EXTENSION OF THE SEAL ON THE QUI TAM COMPLAINT**<br><br>**(SECOND REQUEST)**<br><br>**[UNDER SEAL]** |

I, Vincente A. Tennerelli, pursuant to 28 U.S.C. § 1746, declare:

1. I am an Assistant United States Attorney for the Eastern District of California and the attorney of record for the United States of America in the above-entitled action. I have personal knowledge of the matters set forth herein, and if called upon to testify, could and would competently testify thereto.

2. By this application, the United States seeks (i) a second extension of the deadline to decide whether to intervene in this Qui Tam matter; and (ii) an order extending the seal on the Qui Tam

DEC OF VINCENTE A. TENNERELLI IN SUPPORT OF
EX PARTE APPLICATION FOR AN EXTENSION OF
TIME TO INTERVENE AND EXTENSION ON SEAL

1

action. In demonstrating good cause for this request, a brief summary follows:

3. **Nature of the Action.** This case arises under the qui tam provisions of the federal False Claims Act, 31 U.S.C. § 3729 et seq. Relators allege that Defendants violated the FCA by, among other conduct, knowingly presenting, or causing to be presented, false and fraudulent claims to the United States. Defendants own and manage rental properties throughout the United States. Relators are current and former tenants of Defendants' properties who received rent assistance funded by the United States Department of Housing and Urban Development ("HUD"), pursuant to a contract between relators, Defendants, and the Sacramento Housing and Redevelopment Agency ("SHRA"), which HUD funds (the "HAP Contract"). Relators allege that Defendants improperly charged relators for items such as in-unit washer/dryers and covered parking, in violation of the HAP Contract.

4. **A Six-Month Extension is Warranted.** The United States requires additional time to complete its investigation. Relators filed this action on April 14, 2015. On June 15, 2015, the Court granted the United States' *ex parte* application for an extension of time, to December 18, 2015, to decide whether to intervene and for an extension of the seal on the *qui tam* complaint. Since the Court's Order, the United States has continued to investigate this matter by, without limitation: (a) REDACTED REDACTED (b) conducting factual research regarding the Defendants and the relators; (c) conducting legal research regarding the pertinent allegations of relators' complaint; and (d) working with HUD's Office of the Inspector General to investigate the allegations of relators' complaint. The United States requires an extension of the intervention deadline and seal in order to continue its investigation. Within the next six months, the United States intends to request and analyze relevant documents from the Defendants and, in addition,

REDACTED

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2015.

/s/ Vincente A. Tennerelli
VINCENTE A. TENNERELLI
Assistant U.S. Attorney
Attorneys for the United States

DEC OF VINCENTE A. TENNERELLI IN SUPPORT OF
EX PARTE APPLICATION FOR AN EXTENSION OF
TIME TO INTERVENE AND EXTENSION ON SEAL

**2**