UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIKA TERRY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WASATCH ADVANTAGE GROUP, LLC, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-00799-KJM-AC<br><br><br>ORDER |

On July 7, 2016, the court discharged its order to show cause, ECF No. 15, and granted the United States' request to preserve the seal on the documents dated June 10, 2015 and December 18, 2015, ECF Nos. 5 & 9. Order, ECF No. 19. The court's order was subject to the condition that the United States would file proposed redacted versions of those sealed documents, subject to the court's approval. *Id.* On July 12, 2016, the United States filed proposed redacted versions of the sealed documents. ECF No. 20. Good cause appearing, the court APPROVES the proposed redactions and orders they be deemed filed as the public version of ECF Nos. 5 and 9, and preserves the seal on the original unredacted documents, ECF Nos. 5 & 9.

　　　　IT IS SO ORDERED.

DATED: July 28, 2016

_____
UNITED STATES DISTRICT JUDGE

1