**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
YOON-WOO NAM, SB# 284644
  E-Mail: Yoon-Woo.Nam@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Wasatch Advantage Group, LLC;
Wasatch Property Management, Inc.; Wasatch
Pool Holdings, LLC, Chesapeake Commons
Holdings, LLC; Logan Park Apartments, LLC;
Logan Park Apartments, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DENIKA TERRY and ROY HUSKEY III, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA,<br><br>Plaintiff/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC; LOGAN PARK APARTMENTS, LP, and DOES 1-30,<br><br>Defendants. | CASE NO. 2:15-CV-0799 KJM DAD<br><br>**STIPULATION TO AMEND CLASS ACTION COMPLAINT**<br><br>**[F.R.C.P. 15 (a)(2)]**<br><br>Action Filed:    April 14, 2015<br>Trial Date:       None Set |

IT IS HEREBY STIPULATED by and between the plaintiffs UNITED STATES OF

AMERICA, *ex rel*. DENIKA TERRY and ROY HUSKEY III, and each of them for themselves

individually, and for all other persons similarly situated and on behalf of the UNITED STATES

OF AMERICA (collectively, "Plaintiffs"), and defendants WASATCH ADVANTAGE GROUP,

LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC,

1 | CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC;
2 | LOGAN PARK APARTMENTS, LP, through their designated counsel, (collectively,
3 | "Defendants") that defendants consent to Plaintiffs' amendment to the complaint to attach revised
4 | versions of lease agreements currently designated as exhibits thereto. Plaintiffs shall file their
5 | amended complaint with complete exhibits no later than September 2, 2016. A true and correct
6 | copy of the proposed amended complaint is attached hereto as Exhibit A.
7 |     Pursuant to Federal Rule of Civil Procedure 15 (a)(3), Defendants shall file their response
8 | to the amended complaint within 14 days after service of the amended complaint.

**IT IS SO STIPULATED.**

DATED: August 26, 2016      LAW OFFICES OF ANDREW WOLFF, PC
                                             CENTRO LEGAL DE LA RAZA

By:    /s/ Chris Beatty
       Chris Beatty
       Jesse Newmark
       Attorneys for United States of America, *ex rel.*
       Denike Terry and Roy Huskey III, and each of
       them for themselves individually, and for all other
       persons similarly situated and on behalf of the
       United States of America

DATED: August 26, 2016      LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    /s/ Yoon-Woo Nam
       Joseph A. Salazar, Jr.
       Yoon-Woo Nam
       Attorneys for Wasatch Advantage Group, LLC;
       Wasatch Property Management, Inc.; Wasatch
       Pool Holdings, LLC, Chesapeake Commons
       Holdings, LLC; Logan Park Apartments, LLC;
       Logan Park Apartments, LP.