**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
E-Mail: Joe.Salazar@lewisbrisbois.com
YOON-WOO NAM, SB# 284644
E-Mail: Yoon-Woo.Nam@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Wasatch Advantage Group, LLC; Wasatch Property Management, Inc.; Wasatch Pool Holdings, LLC, Chesapeake Commons Holdings, LLC; Logan Park Apartments, LLC; Logan Park Apartments, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

UNITED STATES OF AMERICA, ex rel. DENIKA TERRY and ROY HUSKEY III, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA,

Plaintiffs/Relators,

vs.

WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC; LOGAN PARK APARTMENTS, LP,

Defendants.

CASE NO. 2:15-CV-00799 KJM DAD

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

**[F.R.C.P. 12(b)(6)]**

| | |
|---|---|
| Date: | October 28, 2016 |
| Time: | 10:00 a.m. |
| Dept.: | Courtroom 3, 15th Floor |
| Judge: | Hon. Kimberly J. Mueller |
| Trial Date: | None Set |

**To the Honorable Kimberly J. Mueller, Judge, and to all Parties and Attorneys of Record:**

**PLEASE TAKE NOTICE** that defendants, WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC; LOGAN PARK APARTMENTS, LP (collectively, "Defendants"), on October 28, 2016, at 10:00 a.m., in Courtroom 3, 15th Floor of the United States District Court, Eastern District of California,



501 I Street, Sacramento, California 95814 will move this court for an order dismissing this action without leave to amend for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

This Motion will be based on this Notice, on the Memorandum of Points and Authorities filed in support of the motion, the Declaration of Yoon-Woo Nam filed in support thereof, and/or any Judicial Notice requested herein, and such other and further evidence that may be introduced at the Hearing of this Motion.

DATED: September 14, 2016 LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Yoon-Woo Nam
Joseph A. Salazar Jr.
Yoon-Woo Nam
Attorneys for Wasatch Advantage Group, LLC; Wasatch Property Management, Inc.; Wasatch Pool Holdings, LLC, Chesapeake Commons Holdings, LLC; Logan Park Apartments, LLC; Logan Park Apartments, LP