**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
YOON-WOO NAM, SB# 284644
  E-Mail: Yoon-Woo.Nam@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Wasatch Advantage Group, LLC; Wasatch Property Management, Inc.; Wasatch Pool Holdings, LLC, Chesapeake Commons Holdings, LLC; Logan Park Apartments, LLC; Logan Park Apartments, LP

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DENIKA TERRY and ROY HUSKEY III, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA,<br><br>    Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC; LOGAN PARK APARTMENTS, LP,<br><br>    Defendants. | CASE NO. 2:15-CV-00799 KJM DAD<br><br>**DECLARATION OF YOON-WOO NAM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>**[F.R.C.P. 12(b)(6)]**<br><br>Date:         October 28, 2016<br>Time:        10:00 a.m.<br>Dept.:        Courtroom 3, 15th Floor<br>Judge:       Hon. Kimberly J. Mueller<br><br>Trial Date:   None Set |

### DECLARATION OF YOON-WOO NAM

I, Yoon-Woo Nam, declare as follows:

1. I am an attorney duly admitted to practice in all of the courts of the State of California and the United States District Court, Eastern District of California and I am an associate with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Wasatch Advantage Group, LLC; Wasatch Property Management, Inc.; Wasatch Pool Holdings, LLC, Chesapeake Commons



4837-4833-2344.1 DECLARATION OF YOON-WOO NAM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Holdings, LLC; Logan Park Apartments, LLC; Logan Park Apartments, LP herein. The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2. I met and conferred with counsel for plaintiffs pursuant to the Honorable Kimberly J. Mueller's Standing Order. I exhausted meet and confer efforts before filing the motion herein.

3. On or about July 22, 2016, I sent a letter to counsel for the plaintiffs requesting the plaintiffs amend their complaint to correct defects I contend existed in the complaint.

4. On or about July 29, 2016, counsel for plaintiffs and defendants had a telephone conference in an attempt to resolve all outstanding disputes.

5. On or about August 12, 2016, counsel for plaintiffs e-mailed me with a stipulation to amend the complaint. The amended complaint did not fully resolve the outstanding disputes and I was compelled to file this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 14, 2016, at Sacramento, California.

/s/ Yoon-Woo Nam
Yoon-Woo Nam



4837-4833-2344.1 DECLARATION OF YOON-WOO NAM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

2