Andrew Wolff, Esq. (SBN 195092)
Chris Beatty, Esq. (SBN 250040)
LAW OFFICES OF ANDREW WOLFF, PC
1956 Webster Street, Ste. 275
Oakland, California  94612
T(510) 834-3300
F(510) 834-3377

Jesse Newmark (SBN 247488)
Shira Levine (SBN 293080)
CENTRO LEGAL DE LA RAZA
3400 E. 12th Street
Oakland, California 94601
(510) 437-1554 x115

Attorneys for Relators Denika Terry and Roy Huskey III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DENIKA TERRY and ROY HUSKEY III, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA,<br><br>Plaintiff/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC; LOGAN PARK APARTMENTS, LP, and DOES 1-30,<br><br>Defendants. | CASE NO. 2:15-CV-0799 KJM DAD<br><br>**REVISED STIPULATION TO CONTINUE HEARINGS ON DEFENDANTS' MOTION TO DISMISS AND STATUS CONFERNCE**<br><br>**[PROPOSED] ORDER OF THE COURT**<br><br>Action Filed:    April 14, 2015<br>Trial Date:      None Set |

Whereas the hearings on the Defendants' motion to dismiss and the Status (Pretrial Scheduling) Conference were set for November 4, 2016 at 10:00AM in Courtroom 3.

Whereas these hearings were vacated and reset for November 18, 2016 at 10:00AM in Courtroom 3, on the Court's motion of October 31, 2016.

1

REVISED STIPULATION TO CONTINUE HEARINGS AND ORDER OF THE COURT

Whereas the attorney of record for the Plaintiffs, Chris Beatty, Esq., has several scheduling conflicts on November 18, 2016 including court hearings in Alameda Superior Court in the Garcia v. Xiao Case No.: RG14709418 and Fuller v. Goodwin cases RG15794463 and a series of client meetings.

THEREFORE IT IS HEREBY STIPULATED by and between the plaintiffs UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY and ROY HUSKEY III, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA (collectively, "Plaintiffs"), and defendants WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC; LOGAN PARK APARTMENTS, LP, through their designated counsel, (collectively, "Defendants"), and depending on the availability of the Court, that the hearing as to the Defendants' Motion to Dismiss (ECF No. 26) and the Status (Pretrial Scheduling) Conference now set for 11/18/16, be vacated and reset for 12/2/16 at 10:00AM, or the next available date on the Court's calendar. Accordingly, the date for initial disclosures will be 14 days after the new Status Conference date.

STIPULATION TO CONTINUE HEARINGS AND ORDER OF THE COURT

**IT IS SO STIPULATED.**

DATED: November 3, 2016

LAW OFFICES OF ANDREW WOLFF, PC
CENTRO LEGAL DE LA RAZA


By:      /s/ Chris Beatty
         Chris Beatty
         Jesse Newmark
         Attorneys for United States of America, *ex rel.*
         Denike Terry and Roy Huskey III, and each of
         them for themselves individually, and for all other
         persons similarly situated and on behalf of the
         United States of America

DATED: November 3, 2016

LEWIS BRISBOIS BISGAARD & SMITH LLP


By:      /s/ Yoon-Woo Nam
         Joseph A. Salazar, Jr.
         Yoon-Woo Nam
         Attorneys for Wasatch Advantage Group, LLC;
         Wasatch Property Management, Inc.; Wasatch
         Pool Holdings, LLC, Chesapeake Commons
         Holdings, LLC; Logan Park Apartments, LLC;
         Logan Park Apartments, LP.


## ORDER

Pursuant to the parties' request the Court Orders that: Defendants' Motion to Dismiss (ECF No. 26) and the Status (Pretrial Scheduling) Conference now set for 11/18/16, shall be vacated and reset to _____. Accordingly, the date for initial disclosures will be 14 days after the new Status Conference date.

IT IS SO ORDERED.

Date: _____

_____
United States District Judge Kimberly Mueller

STIPULATION TO CONTINUE HEARINGS AND ORDER OF THE COURT

## PROOF OF SERVICE

I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. My business address is 1956 Webster Street, Ste. 275, Oakland, CA 94612. I served the following documents:

**REVISED STIPULATION TO CONTINUE HEARINGS ON DEFENDANTS' MOTION TO DISMISS AND STATUS CONFERENCE**

**ORDER OF THE COURT**

on the following interested parties in this action:

[ ] (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008 (e) (4), I caused the machine to print a record of the transmission.

[ ] (BY PERSONAL SERVICE) I delivered such envelope to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees provided for.

[ X ] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

[ X ] (BY MAIL, 1013A, 2015.5 C.C.P), the original thereof enclosed in sealed envelopes addressed as follows:

Joseph Salazar, Esq.                          Phillip A. Talbert, Esq.
Yoon-Woo Nam, Esq.                       Vincente A. Tennerelli, Esq.
Lewis Brisbois Bisgaard & Smith       United States Attorney's Office
2020 West El Camino Ave, Ste. 700   2500 Tulare Street, Ste. 4401
Sacramento, CA 95833                       Fresno, CA 39721

[ X ] I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the US Postal Service on this date with postage thereon fully prepaid at Oakland, California in the ordinary course of business. I am aware that service is presumed invalid it postal cancellation date or postage meter date is more than one day after of deposit for mailing in the affidavit.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct. Executed on 11/3/16, at Oakland, California.

_/s/ Yaneth Calzada_
Yaneth Calzada

Terry, et al., v. Wasatch, et al. 2:15-cv-00799-KJM-AC
Proof of Service                                                                                     1