UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIKA TERRY, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>WASATCH ADVANTAGE GROUP, LLC, et al.,<br><br>          Defendants. | No. 2:15-CV-0799-KJM-DB<br><br>STATUS (PRETRIAL SCHEDULING) ORDER |

An initial scheduling conference was held in this case on December 2, 2016. Christopher Beatty appeared for plaintiffs; Joseph Salazar, Jr. and Yoon Nam appeared for defendants. Vincente Tennerelli observed on behalf of Intervenor United States of America. Having reviewed the parties' Joint Status Report filed on October 28, 2016, and discussed a schedule for the case with counsel at the hearing, the court makes the following orders regarding the schedule for the class certification phase:

I.      SERVICE OF PROCESS

All named defendants have been served and no further service is permitted without leave of court, good cause having been shown.

/////

1

II. ADDITIONAL PARTIES, AMENDMENTS, AND PLEADINGS

No further joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown. See Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992).

III. JURISDICTION AND VENUE

Jurisdiction is predicated upon 31 U.S.C. § 3719. Jurisdiction and venue are not disputed.

IV. DISCOVERY

Initial disclosures as required by Federal Rule of Civil Procedure 26(a) shall be completed by within **fourteen (14) day of the scheduling conference**.

Class certification discovery shall be completed by **April 14, 2017**. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court. While the assigned magistrate judge reviews proposed discovery phase protective orders, requests to seal or redact are decided by Judge Mueller as discussed in more detail below. In addition, while the assigned magistrate judge handles discovery motions, the magistrate judge cannot change the schedule set in this order, except in connection with a discovery matter as long as modification of a discovery cutoff does not upset the balance of the case.

As discussed with the parties at the status, discovery during the time frame set by this order shall primarily focus on class certification issues, without precluding some broader merits-related discovery to the extent required to avoid duplication of effort at a later date.

V. HEARING ON CLASS CERTIFICATION

Hearing on class certification is set for **May 19, 2017**, at 10:00 a.m. in Courtroom 3.

VI. STATUS CONFERENCE

The parties are to appear for a status conference on **August 25, 2017**, at 10:00 a.m. in Courtroom 3 to discuss further scheduling.

2

VII. VOLUNTARY DISPUTE RESOLUTION PANEL

The parties have expressed interest in a settlement conference and are amenable to a settlement conference convened by a member of the court's Voluntary Dispute Resolution Panel (VDRP). Accordingly, this matter is referred to the court's ADR Coordinator, Sujean Park, for the convening of a VDRP session. A principal with full settlement authority for each party shall appear at the VDRP session.

The parties are reminded to promptly notify the court if they settle this case prior to the scheduled VDRP conference date.

VIII. MODIFICATIONS OF STATUS (PRETRIAL SCHEDULING) ORDER

The parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Status (Pretrial Scheduling) Order shall not be modified except by leave of court upon a showing of good cause. Agreement by the parties pursuant to stipulation alone does not constitute good cause. Except in extraordinary circumstances, unavailability of witnesses or counsel does not constitute good cause.

As noted, the assigned magistrate judge is authorized to modify only the discovery dates shown above to the extent any such modification does not impact the balance of the schedule of the case.

IX. OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER

This Status Order will become final without further order of the court unless objections are filed within fourteen (14) calendar days of service of this Order.

IT IS SO ORDERED.

DATED: December 9, 2016.

UNITED STATES DISTRICT JUDGE