David Lavine, SBN 166744
LAW OFFICES OF ANDREW WOLFF, PC
1956 Webster St., Suite 275
Oakland, California 94612
(510) 834-3300
(510) 834-3377 (Fax)
david@awolfflaw.com

Jesse Newmark, SBN 247488
Shira Levine, SBN 293080
CENTRO LEGAL DE LA RAZA
3400 East 12th Street
Oakland, California 94601
(510) 437-1554 x115
(510) 437-9164 (Fax)
jessenewmark@centrolegal.org

Attorneys for Plaintiffs/Relators
Denika Terry and Roy Huskey III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY and ROY HUSKEY III, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA,<br><br>        Plaintiffs/Relators,<br><br>                vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, and DOES 1-30,<br><br>        Defendants. | Case No. 2:15 CV 0799 KJM DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE VOLUNTARY DISPUTE RESOLUTION PROGRAM DEADLINE**<br><br>**CLASS ACTION** |

*U.S. ex rel. Terry v. Wasatch Advantage Group*
2:15 CV 07799 KJM DAD

By and through their counsel, and with the consent of the assigned neutral, the parties in the above-entitled action hereby stipulate to continue the date by which the Voluntary Dispute Resolution Program (VDRP) session is to be held until no later than August 31, 2017.

The parties jointly request this continuance pursuant to Local Rule 271(j)(1), which provides that the VDRP session is to be held within 90 days following assignment to a neutral unless the Court orders otherwise.  In this instance, it was the assessment of plaintiffs/relators, defendants and the assigned neutral, V. Blair Shahbazian, that settlement prospects would improve following the Court's ruling on defendants' submitted Rule 12(b)(6) motion, and following the exchange of class certification discovery and subsequent merits discovery as needed.  Neutral Shahbazian has already offered possible dates for the VDRP session in July 2017, which are currently being vetted by the parties in the event the Court approves this stipulation.

SO STIPULATED AND AGREED.

Respectfully submitted,

**LAW OFFICES OF ANDREW WOLFF  LEWIS BRISBOIS BISGAARD & SMITH LLP**


|                /s/                | /s/ Yoon-Woo Nam |
| --- | --- |
| David Lavine | Yoon-Woo Nam |
| Attorneys for Plaintiffs/Relators | Attorneys for Defendants |
| Denika Terry and Roy Huskey III | WASATCH ADVANTAGE GROUP, LLC *et al*. |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties in the above-entitled matter, and FOR GOOD CAUSE SHOWN, the Court hereby orders the date by which the parties are to hold a Voluntary Dispute Resolution Program session with neutral V. Blair Shahbazian continued until August 31, 2017.

IT IS SO ORDERED.

_____
Hon. Kimberly J. Mueller
UNITED STATES DISTRICT JUDGE

*U.S. ex rel. Terry v. Wasatch Advantage Group*
2:15 CV 07799 KJM DAD