UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIKA TERRY, et al., | No. 2:15-cv-0799 KJM DB |
| Plaintiffs, | |
| v. | ORDER |
| WASATCH ADVANTAGE GROUP, et al., | |
| Defendants. | |

This action came before the court on March 24, 2017, for hearing of plaintiffs' motion to compel. Attorney David Lavine appeared telephonically on behalf of the plaintiffs. Attorneys Joseph Salazar and Yoon Nam appeared on behalf of the defendants.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion to compel depositions (ECF No. 47) is denied;

2. Plaintiffs' motion to compel further responses and production (ECF No. 47) is granted;

////

////

////

////

3. On or before April 14, 2017, defendants shall produce further responses and documents covering the past six (6) years for all of defendants' facilities; and

4. Defendants' production shall be made pursuant to a stipulated protective order.

Dated: March 24, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\terry0799.oah.032417