David Lavine, SBN 166744
LAW OFFICES OF ANDREW WOLFF, PC
1956 Webster St., Suite 275
Oakland, California 94612
(510) 834-3300
(510) 834-3377 (Fax)
david@awolfflaw.com

Jesse Newmark, SBN 247488
Shira Levine, SBN 293080
CENTRO LEGAL DE LA RAZA
3400 East 12th Street
Oakland, California 94601
(510) 437-1554 x115
(510) 437-9164 (Fax)
jessenewmark@centrolegal.org

Attorneys for Plaintiffs/Relators
Denika Terry and Roy Huskey III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY and ROY HUSKEY III, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA,<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, and DOES 1-30,<br><br>Defendants. | Case No. 2:15 CV 0799 KJM DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION DISCOVERY CUT-OFF HEARING DATES**<br><br>**CLASS ACTION** |

1

By and through their counsel, the parties in the above-entitled action hereby stipulate to continue the class certification discovery completion date from April 14, 2017 to August 14, 2017, and the class certification hearing date from May 19, 2017 to September 29, 2017.

The parties jointly request this extension of time in that the parties had reached impasse as to most discovery demanded by plaintiffs. Plaintiffs brought a motion pursuant to L.R. 251 to the attention of Magistrate Judge Barnes, who issued an Order on March 27, 2017 directing defendants to further respond to plaintiffs' requests, and to produce a large volume of documents from across their many properties, by April 14, 2017. Given the new production schedule set by the Court, the need to review and digest the responses and documents, and to hold depositions following, the parties request relief from the current schedule. The parties are mindful that Fed.R.Civ.P. 23 calls for class certification to be heard "at an early practicable time," but under the circumstances consider a four-month extension of the class certification period to be both practicable and warranted.

SO STIPULATED AND AGREED.

Respectfully submitted,

**LAW OFFICES OF ANDREW WOLFF**    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

_/s/  David Lavine_
David Lavine
Attorneys for Plaintiffs/Relators
Denika Terry and Roy Huskey III

_/s/  Joseph A. Salazar, Jr._
Joseph A. Salazar Jr.
Attorneys for Defendants
Wasatch, Chesapeake Commons, and
Logan Park Entities

/ / /

/ / /

/ / /

/ / /

/ / /

2

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION DISCOVERY CUT-OFF HEARING DATES - CLASS ACTION**
2:15 CV 07799 KJM DAD

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties in the above-entitled matter, and FOR GOOD CAUSE SHOWN, the Court hereby orders the date by which class certification discovery is to be completed extended to August 14, 2017, and the class certification hearing re-set to September 29, 2017 at 10:00 a.m. in Courtroom 3.

IT IS SO ORDERED.

_____

MAGISTRATE/DISTRICT COURT JUDGE

4849-7900-8582.1 *U.S. ex rel. Terry v. Wasatch Advantage Group*
2:15 CV 07799 KJM DAD                    -2-