**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
YOON-WOO NAM, SB# 284644
  E-Mail: Yoon-Woo.Nam@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Wasatch Advantage Group, LLC;
Wasatch Property Management, Inc.; Wasatch
Pool Holdings, LLC, Chesapeake Commons
Holdings, LLC; Logan Park Apartments, LLC;
Logan Park Apartments, LP

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DENIKA TERRY and ROY HUSKEY III, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA, <br><br> Plaintiffs/Relators, <br><br> vs. <br><br> WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC; LOGAN PARK APARTMENTS, LP, <br><br> Defendants. | CASE NO. 2:15-cv-00799-KJM-DB <br><br> **DECLARATION OF JOSEPH A. SALAZAR, JR. IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION DISCOVERY CUTOFF AND HEARING DATES** <br><br> The Hon. Kimberly J. Mueller <br><br> Trial Date:       None Set |

I, JOSEPH A. SALAZAR, JR., declare as follows:

1.      I am an attorney duly admitted to practice in this United States District Court, Eastern District of California and am a partner at the law firm of Lewis, Brisbois, Bisgaard & Smith LLP, attorney of record for Defendants WASATCH ADVANTAGE GROUP, LLC;

4833-3312-8006.1                                                            2:15-cv-00799-KJM-DB
DECLARATION OF JOSEPH A. SALAZAR, JR. IN SUPPORT OF STIPULATION AND [PROPOSED]
ORDER TO CONTINUE CLASS CERTIFICATION DISCOVERY CUTOFF AND HEARING DATES

WASATCH PROPERTY MANAGEMENT, INC.; WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC; LOGAN PARK APARTMENTS, LLC; LOGAN PARK APARTMENTS, LP (collectively, "Defendants") herein.

2.     I have personal knowledge of the facts set forth herein, and if called as a witness to testify thereto, I could competently and truthfully do so.

3.     I provide this Declaration in support of Defendants Wasatch Advantage Group, LLC; Wasatch Property Management, Inc.; Wasatch Pool Holdings, LLC, Chesapeake Commons Holdings, LLC; Logan Park Apartments, LLC; Logan Park Apartments, LP Stipulation and [Prosed] Order to Continue Class Certification Discovery Cutoff and Hearing Dates.

4.     I have personal knowledge of the facts set forth herein, and if asked to testify could and would competently testify thereto to the

5.     On Monday, March 27, 2017, the Magistrate Judge issued her order on Plaintiffs' motion to compel discovery by granting in part and denying in part.  Substantively, defendant is required to go back six years and produce documents from residential apartment buildings across the Western United States.  In speaking with the Chief Operating Officer for Wasatch, the present estimate is that this will entail roughly sixty-nine (69) commercial residential properties.  As the Magistrate Judge indicated during the hearing, she it did not have the authority to change the court's Scheduling Order and ordered that the production be completed by the currently scheduled class designation discovery cutoff date of April 14, 2017.

6.     Based upon the geographic and temporal scope of the Magistrate court's order, it is virtually impossible to complete what is going to be a substantial document production in the time allotted.  I make this representation based upon the following facts that I have learned from my client.  As noted above, this document production will require the marshalling of tenant files going back six (6) years from the date that this case was filed (4/14/15) to the present.  This spans roughly eight years.  This undertaking has already begun, but at a minimum, it will require the marshalling of all tenant files going back for this time period by traveling to each of the properties where the records are kept as well as going to off-site storage sites for older files to gather the files.  Once gathered, a staff team will have to search for responsive documents through each

DECLARATION OF JOSEPH A. SALAZAR, JR. IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION DISCOVERY CUTOFF AND HEARING DATES

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

tenant file, provide them to a third party document management vendor (scanning service), and thereafter return the documents to the appropriate tenant file. A back of the envelope estimate for the number of Section 8 tenants during this time period has produced an estimate of between 3,700–4,000 tenants.

7.     Counsel for Plaintiffs and Defendants have extensively met and conferred and are in the process of submitting an agreed upon protective order for the production of the relevant portions of the tenant files.  Counsel have also extensively met and conferred regarding the proposed change to the court's Scheduling Order in order to accomplish what will need to be a rolling production of the requested documents on a property-by-property basis.

8.     On Friday, March 24, 2017, I contacted two third party vendors to start arranging for scanning services for the upcoming document production.  Likewise, I have contacted the managing partners in my firm's Phoenix, Tucson, Las Vegas, Los Angeles and Denver offices to assemble legal and clerical teams to begin the document production process.

9.     Likewise, I have been working with my client to identify the relevant properties that are known to have Section 8 housing tenants and to contact the on-site managers in order to begin the marshalling process.  My best estimate at this point in time, not having had the opportunity to actually review property-by-property specific tenant files, is that using multiple discovery teams, I will be able to process approximately four properties per week if nothing unforeseen comes up.  With that estimated pace of production, I can estimate that it will take somewhere around eighteen (18) weeks to complete the production.  I have met and conferred with opposing counsel, David Lavine, to discuss the underlying effort and continue to do so in order to streamline the process so it can be done efficiently.  That effort will continue through the production process to hopefully eliminate redundant, boiler-plate pages.

10.     For the reasons stated above, I am submitting this Declaration in support of the [Proposed] Order that has been agreed to amongst the parties.

I make this declaration this 3rd day of April, 2017, at Sacramento, California.

/s/     *Joseph A. Salazar, Jr.*
Joseph A. Salazar Jr.

DECLARATION OF JOSEPH A. SALAZAR, JR. IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION DISCOVERY CUTOFF AND HEARING DATES

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW