UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DENIKA TERRY, et al., | No. 2:15-CV-0799-KJM-DB |
|---|---|
| Plaintiffs, | |
| v. | FIRST AMENDMENT TO THE SCHEDULING ORDER |
| WASATCH ADVANTAGE GROUP, LLC, et al., | |
| Defendants. | |

The parties jointly request (ECF No. 51) to amend dates in the pretrial scheduling order (ECF No. 39). Good cause appearing, the court GRANTS this request, as follows:

| **Description** | **Existing Date** | **New Date** |
|---|---|---|
| Class Certification Discovery | April 14, 2017 | August 14, 2017 |
| Class Certification Hearing | May 19, 2017 | September 22, 2017 |
| Status Conference | August 25, 2017 | November 30, 2017 |

All other provisions of the initial scheduling order (ECF No. 39) remain in effect.

IT IS SO ORDERED.

DATED: April 13, 2017

_____
UNITED STATES DISTRICT JUDGE

1