**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
YOON-WOO NAM, SB# 284644
  E-Mail: Yoon-Woo.Nam@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Wasatch Advantage Group, LLC; Wasatch Property Management, Inc.; Wasatch Pool Holdings, LLC, Chesapeake Commons Holdings, LLC; Logan Park Apartments, LLC; Logan Park Apartments, LP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DENIKA TERRY and ROY HUSKEY III, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA,<br><br>    Plaintiffs/Relators,<br><br>    vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC; LOGAN PARK APARTMENTS, LP,<br><br>    Defendants. | CASE NO. 2:15-cv-00799-KJM-DB<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS**<br><br>**[F.R.C.P. 37; L.R. 251]**<br><br>Judge: Hon. Deborah Barnes<br>Date: July 21, 2017<br>Time: 10:00 a.m.<br>Crtrm.: 27, 8th Floor<br><br>The Hon. Kimberly J. Mueller<br><br>Trial Date: None Set |

**To the Honorable Deborah Barnes and to all Parties and Attorneys of Record**:

    PLEASE TAKE NOTICE that defendants, WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC;

LOGAN PARK APARTMENTS, LP (collectively, "Defendants"), on July 21, 2017, at 10:00 a.m., in Courtroom 27, 8th Floor of the United States District Court, Eastern District of California, 501 I Street, Sacramento, California 95814 will move this court for an order granting their Motion for Leave to Take Additional Depositions pursuant to Federal Rule of Civil Procedure 37(a)(2)(A)(i) and Local Rule 251.

This Motion will be based on this Notice, on the Memorandum of Points and Authorities filed in support of the motion, the Declaration of Yoon-Woo Nam filed in support thereof, and/or any Judicial Notice requested herein, and such other and further evidence that may be introduced at the Hearing of this Motion.

DATED: July 14, 2017        **LEWIS BRISBOIS BISGAARD & SMITH LLP**


By:  /s/ Yoon-Woo Nam
Joseph A. Salazar, Jr.
Yoon-Woo Nam
Attorneys for Wasatch Advantage Group, LLC; Wasatch Property Management, Inc.; Wasatch Pool Holdings, LLC, Chesapeake Commons Holdings, LLC; Logan Park Apartments, LLC; Logan Park Apartments, LP