Andrew Wolff, SBN 195092
David Lavine, SBN 166744
LAW OFFICES OF ANDREW WOLFF, PC
1956 Webster St., Suite 275
Oakland, California 94612
Tel: (510) 834-3300
Fax: (510) 834-3377
andrew@awolfflaw.com; david@awolfflaw.com

Jesse Newmark, SBN 247488
CENTRO LEGAL DE LA RAZA
3400 East 12th Street
Oakland, California 94601
(510) 437-1554 x115
fax (510) 437-9164
jessenewmark@centrolegal.org

Attorneys for Plaintiffs and Relators Denika Terry and Roy Huskey III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY and ROY HUSKEY III, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA,<br><br>    Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, and DOES 1-30,<br><br>    Defendants. | Case No. 2:15 CV 07799 KJM DB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>**CLASS ACTION**<br><br>Date:    September 22, 2017<br>Time:    10:00 a.m.<br>Judge:   Kimberly J. Mueller<br>Dept.:    Courtroom 3, 15th Floor |

**NOTICE OF MOTION TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on September 22, 2017, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 3 of the Honorable Kimberly J. Mueller, located at the Robert T. Matsui United States Courthouse, 501 I Street, Fifteenth Floor, Sacramento, California, 95814, plaintiffs Denika Terry and Roy Huskey III, through their attorneys and on behalf of others similarly situated, will and hereby do move the Court for class certification under Federal Rule of Civil Procedure 23 and Local Rule 205(1). This motion is based on this notice of motion and motion; the memorandum of points and authorities; the declarations of Denika Terry, Roy Huskey III, David Lavine, and Jesse Newmark; the pleadings and papers filed herein; and any other information that may be presented to the Court.

Plaintiffs seek certification of two classes as to their claims for breach of contract, violation of the California Consumers Legal Remedies Act, and violation of the California Unfair Competition Law. First, they seek certification of a Rule 23(b)(3) class for damages/restitution defined as:

> All persons who, in the time period starting four years prior to the date of filing this Complaint through the final resolution of this matter, (1) have been tenants at any of Defendants' California properties; (2) have participated in the "Section 8" Housing Choice Voucher Program in connection with their tenancies at the California properties; and (3) have paid additional charges set forth in Additional Services Agreements in excess of their individual portions of the contract rent set forth in the HAP Contracts.

Second, Plaintiffs also seek conditional certification of a Rule 23(b)(2) class for declaratory and injunctive relief defined as:

> All persons who: (1) are or will become tenants at any of Defendants' California properties; (2) participate or will participate in the "Section 8" Housing Choice Voucher Program in connection with their tenancies at the California properties; and (3) pay or will pay additional charges set forth in Additional Services Agreements in excess of their individual portions of the contract rent set forth in the HAP Contracts.

Further, they seek appointment of the named plaintiffs as class representatives, and appointment of their counsel of record as class counsel.

Respectfully submitted,

LAW OFFICES OF ANDREW WOLFF, P.C.

/s/

Date: August 25, 2017

David Lavine
Attorney for Plaintiffs and Relators
Denika Terry and Roy Huskey III