1  Andrew Wolff, SBN 195092
   David Lavine, SBN 166744
2  LAW OFFICES OF ANDREW WOLFF, PC
   1956 Webster St., Suite 275
3  Oakland, California 94612
   (510) 834-3300
4  (510) 834-3377 (Fax)
   david@awolfflaw.com
5
   Jesse Newmark, SBN 247488
6  Shira Levine, SBN 293080
   CENTRO LEGAL DE LA RAZA
7  3400 East 12th Street
   Oakland, California 94601
8  (510) 437-1554 x115
   (510) 437-9164 (Fax)
9  jessenewmark@centrolegal.org

10 Attorneys for Plaintiffs/Relators
   Denika Terry and Roy Huskey III
11

12                 UNITED STATES DISTRICT COURT

13                 EASTERN DISTRICT OF CALIFORNIA

14                    SACRAMENTO DIVISION

15

16 | UNITED STATES OF AMERICA, *ex rel.* | Case No. 2:15 CV 0799 KJM DB
   | DENIKA TERRY and ROY HUSKEY III,
17 | and each of them for themselves individually, | **DECLARATION OF JESSE NEWMARK**
   | and for all other persons similarly situated and | **IN SUPPORT OF PLAINTIFFS'**
18 | on behalf of the UNITED STATES OF | **MOTION FOR CLASS CERTIFICATION**
   | AMERICA,
19 |                                                   | **CLASS ACTION**
   |         Plaintiffs/Relators,
20 |                                                   | Date:      September 22, 2017
   |              vs.                                  | Time:      10:00 a.m.
21 |                                                   | Judge:     Kimberly J. Mueller
   | WASATCH ADVANTAGE GROUP, LLC, | Dept.:     Courtroom 3, 15th Floor
22 | WASATCH PROPERTY MANAGEMENT,
   | INC., WASATCH POOL HOLDINGS,
23 | LLC, CHESAPEAKE COMMONS
   | HOLDINGS, LLC, LOGAN PARK
24 | APARTMENTS, LLC, LOGAN PARK
   | APARTMENTS, LP, and DOES 1-30,
25 |
   |         Defendants.
26

27

28

*U.S. ex rel. Terry v. Wasatch Advantage Group*
2:15 CV 07799 KJM DB

1.     I am attorney of record for plaintiffs in the above-referenced matter.  I have personal knowledge of the facts set forth in this declaration, and, if called upon, could and would testify thereto.

2.     I work for the Oakland-based nonprofit organization Centro Legal de la Raza. Founded in 1969, Centro Legal has provided legal services to low-income communities, such as the tenants in this case, for almost 50 years.  We represent thousands of low-income tenants each year, with assistance ranging from brief services to class action litigation.  We have eight staff attorneys and two legal assistants dedicated to assisting low-income tenants.  We also have over fifteen additional attorneys and numerous other support staff with significant litigation experience, assisting low-income immigrants, workers, and consumers.

3.     Besides myself, two of our attorneys have significant class action and complex litigation experience, and both have been counsel in certified class action cases in the Ninth Circuit.  I described their relevant experience below.

4.     I have personally practiced law in California for over 11 years, and have represented low-income tenants for almost a decade, since graduating from Harvard Law School in 2006.

5.     I also have significant federal court and class action experience, in litigation similar to the case at hand.

6.     I have completed two Ninth Circuit clerkships, for Judge Richard A. Paez on the U.S. Court of Appeals for the Ninth Circuit, and Judge Dean D. Pregerson for the Central District of California.  I was also lead author of an amicus brief to the U.S. Sixth Circuit Court of Appeals, on behalf of the Harvard Civil Rights Project.  See Brief of the Civil Rights Project at Harvard University as Amicus Curiae in Support of Defendants-Appellees and Affirmance of the Judgment of the District Court, McFarland v. Jefferson County Public Schools, 416 F.3d 513 (6th Cir. 2005) (per curiam), rev'd, Parents Involved in Community Schools v. Seattle School District No. 1, 551 U.S. 701 (2007).

7.     As a Deputy City Attorney for the City of Oakland, I was lead counsel in two complex class-based cases.  First, I represented the City of Oakland and People of the State of

California in <u>People v. Avalon Success, LLC</u>, No. RG09455940, 2010 WL 4919588 (Cal. Sup. Ct. Alameda County May 25, 2010), a lawsuit on behalf of hundreds of tenants in various multi-unit housing complexes, facing numerous violations of local and state housing laws. I successfully litigated the case through to a stipulated final judgment that: appointed a receiver; prohibited collection of rent until all violations were remedied; and permanently barred the property owner from renting multi-unit properties in the City of Oakland. The case received significant media coverage because of the groundbreaking order. <u>See, e.g.</u>, Sean Maher, <u>East Oakland Tenants Win Judgment Against Landlord</u>, MERCURY NEWS, Mar. 31, 2011, <u>available at</u> http://www.mercurynews.com/2011/03/31/east-oakland-tenants-win-judgment-against-landlord.

8.      I was again lead counsel in <u>City of Oakland v. American Legal Services</u>, No. RG10496098 (Cal Sup. Ct. Alameda County Nov. 7, 2013), a successful civil action for injunctive relief, penalties, and restitution for hundreds of low-income immigrants who had been defrauded by an immigration consultant firm, resulting in a record $15.1 million judgment and significant media coverage. <u>See, e.g.</u>, Sam Levin, <u>The American Immigration Nightmare</u>, EAST BAY EXPRESS, Nov. 27, 2013, <u>available at</u> https:// www.eastbayexpress.com/oakland/the-american-immigration-nightmare/Content?oid=3772618.

9.      I have since worked for approximately seven years as an attorney at Centro Legal de la Raza, primarily pursuing affirmative litigation on behalf of low-income tenants and workers in state and federal court.

10.     As Litigation Director for the past four years, I have been lead counsel for Centro Legal in dozens of affirmative lawsuits in state and federal court, including multiple national class actions and complex multi-plaintiff cases.

11.     For instance, I am now lead counsel for Centro Legal in a national consumer class action lawsuit in the Northern District of California on behalf of thousands of immigrant detainees, <u>Vasquez v. Libre by Nexus</u>, No. 4:17-cv-00755 (N.D. Cal. filed Feb. 15, 2017). <u>See also</u> Michael E. Miller, <u>This Company Is Making Millions from America's Broken Immigration System</u>, WASHINGTON POST, Mar. 9, 2017, <u>available at</u> https://www.washingtonpost.com/

local/this-company-is-making-millions-from-americas-broken-immigration-system/2017/03/08/43abce9e-f881-11e6-be05-1a3817ac21a5_story.html?utm_term=.d01042429d4d.

12.     In state court, I am currently lead counsel for Centro Legal in three additional class action lawsuits on behalf of low-income immigrant workers: <u>Navarrete v. Burma Superstar</u>, No. RG16830336 (Cal Sup. Ct. Alameda County filed Sept. 8, 2016); <u>Portillo-Cardoza v. Fox Transportation</u>, No. RG16843364 (Cal Sup. Ct. Alameda County filed Dec. 21, 2016); and <u>Cruz v. Las Montanas Market</u>, No. MSC17-00330 (Cal Sup. Ct. Contra Costa County filed April 26, 2017).  These cases have received significant media coverage because of their innovative legal strategies and positive impact on low-income communities.  <u>See, e.g.</u>, Sana Saleem, <u>Lawsuit against Burma Superstar: "Think of the Life of the People Who Make Your Food"</u>, 48 HILLS, Sept. 15, 2016, <u>available at</u> http://48hills.org/2016/09/15/lawsuit-against-burma-superstar-think-of-the-life-of-people-who-make-your-food.

13.     I am also lead counsel for Centro Legal in numerous complex-designated cases in California state court on behalf of hundreds of tenants like those in the case at hand.  For instance, I now represent over 150 tenants in two related cases that resulted in joint litigation by the City of Oakland and a successful preliminary injunction: <u>see Lopez v. Jaber</u>, No. RG15772595 (Cal. Sup. Ct., Alameda County, filed June 2, 2015); <u>Mora v. Jaber</u>, No. RG16806249 (Cal. Sup. Ct., Alameda County, filed March 3, 2016); and <u>City v. Jaber</u>, No. RG16829447 (Cal. Sup. Ct., Alameda County, filed August 31, 2016).  <u>See also</u> Centro Legal Represents Tenants in Fruitvale Apartment Building; Owners Forced to Make Repairs Within 40 Days, http://centrolegal.org/centro-legal-represents-tenants-fruitvale-apartment-building-owners-forced-make-repairs-within-40-days (collecting various media coverage).

14.     These and other cases regularly result in significant injunctive relief and important and novel legal decisions on behalf of low-income tenants like those in this case.

15.     In litigating these cases, I regularly co-counsel with nationally respected class action law firms and government entities.

16. Through this decade of specialized legal work, I have particular expertise in the complex procedural and substantive areas of law at issue in this case, including the interrelation of federal, state, and local housing laws impacting low-income tenants.

17. Centro Legal's senior staff attorney Alison Pennington also has over a decade of relevant litigation experience. She was counsel in Preap v. Johnson, 303 F.R.D. 566 (N.D. Cal. 2014), a class action certified by the Northern District of California, successfully challenging the Department of Homeland Security's application of a mandatory detention statute. The class consisted of hundreds of detained immigrants who sought the right to a bond hearing to request their release from detention. As a Staff Attorney at the Transgender Law Center, Ms. Pennington was also counsel on several complex litigation matters, including Whitaker v. Kenosha Unified School District No. 1, 858 F.3d 1034 (7th Cir. 2017), which resulted in a successful preliminary injunction, as well as Prescott v. Rady Children's Hospital, 3:16-cv-02408 (S.D. Cal. filed Sept. 26, 2016), which is currently pending.

18. Likewise, Centro Legal's executive director Paul R. Chavez has over a decade of relevant litigation experience. Mr. Chavez was previously a Senior Staff Attorney at the Lawyers' Committee for Civil Rights of the San Francisco Bay Area, where he maintained an impact litigation docket primarily representing the low-income immigrant community. Paul was lead counsel for the Lawyers' Committee in Abadia-Peixoto v. U.S. Department of Homeland Security, 277 F.R.D 572 (N.D. Cal. 2011), a class action certified by the Northern District of California. In this class action, Mr. Chavez successfully challenged the unconstitutional shackling of immigrants detained during court proceedings regardless of their history or capacity for disruption. As a result of this success, California Lawyer Magazine recognized Mr. Chavez and his co-counsel with their Attorney of the Year Award, for extraordinary achievement in immigrant rights impact litigation. Mr. Chavez's litigation docket has included other complex federal litigation addressing unlawful actions by the Department of Homeland Security and Immigration and Customs Enforcement, and involving the Freedom of Information Act and California Public Record Act. For instance, Mr. Chavez was counsel in Chehade v. United States, 614 F. Supp. 2d 1103 (D. Nev. 2009), a suit challenging detention abuses and efforts to

coerce an immigrant of Middle Eastern descent to spy. Paul was also counsel in <u>Martins v. U.S.</u> <u>Citizenship and Immigration Services</u>, No. C 13-00591 (N.D. Cal. filed Feb. 11, 2013), a successful challenge to the withholding of asylum officer interview notes under a Freedom of Information Act request.

19.     Both Ms. Pennington and Mr. Chavez are available to assist in the case at hand.

20.     I have written extensively and published articles in law journals addressing litigation on behalf of low-income tenants. <u>See, e.g.</u>, Newmark, <u>Legal Aid Affairs:</u> <u>Collaborating with Local Governments on the Side</u>, 21 B.U. Pub. Int. L.J. 195 (2012).

21.     I also regularly present on legal issues at trainings involving housing law and federal class action litigation. For instance, on September 13, 2017, I will again be presenting at the Impact Fund's Class Action Training Institute—an annual intensive 3-day training for class action practitioners that I completed as a participant in 2014 and have presented at since.

22.     Based on my training and experience with low-income tenants, in particular those receiving government assistance, I believe this is the kind of case for which it is difficult to find experienced and competent private counsel. Low-income tenants require particular expertise to adequately represent, given the disabilities, mental health issues, and financial difficulties—often including periods of homelessness—that many of these tenants face. Centro Legal de la Raza and co-counsel, as well as the individual lead attorneys for both offices in this case, each have decades of particular expertise in serving and representing this vulnerable population in complex litigation.

23.     For all of these reasons, I am confident that Centro Legal de la Raza and the Law Offices of Andrew Wolff can adequately and competently represent the tenants if the court certifies this putative class action.

Date: August 24, 2017

Jesse Newmark
Centro Legal de la Raza
Attorney for Plaintiffs and Putative Class