David Lavine, SBN 166744
LAW OFFICES OF ANDREW WOLFF, PC
1956 Webster St., Suite 275
Oakland, California 94612
(510) 834-3300
(510) 834-3377 (Fax)
david@awolfflaw.com

Jesse Newmark, SBN 247488
Shira Levine, SBN 293080
CENTRO LEGAL DE LA RAZA
3400 East 12th Street
Oakland, California 94601
(510) 437-1554 x115
(510) 437-9164 (Fax)
jessenewmark@centrolegal.org

Attorneys for Plaintiffs/Relators
Denika Terry and Roy Huskey III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY and ROY HUSKEY III, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA,<br><br>    Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, and DOES 1-30,<br><br>    Defendants. | Case No. 2:15 CV 0799 KJM DB<br><br>**DECLARATION OF DAVID LAVINE IN SUPPORT OF APPLICATION TO RE-SET CLASS CERTIFICATION HEARING DATE**<br><br>**CLASS ACTION**<br><br>Date/Time: No hearing set absent Court order, per Standing Order |

## DECLARATION OF DAVID LAVINE

1. I am attorney of record for plaintiffs in the above-referenced matter. I have personal knowledge of the facts set forth in this declaration, and, if called upon, could and would testify thereto.

2. The date of the hearing on plaintiffs' motion for class certification as currently set is September 22, 2017. The observance of Rosh Hashana, or the Jewish New Year religious holiday, falls on the same day. I am trying to avoid a conflict for that date.

3. On August 21, 2017, I asked opposing counsel to agree to a hearing date change. Opposing counsel agreed to a one-week extension, but indicated that he did not want to re-set the briefing schedule and wanted the hearing set for the following week. I received available dates from the Courtroom Clerk of October 6 and October 20, 2017.

4. On August 23, 2017, I prepared and submitted to opposing counsel a stipulation to re-set the hearing date to October 20, 2017, as attached at Exhibit A, noting defendants' position that they did not want the briefing schedule re-set. Opposing counsel refused to sign it. Further correspondence did not change opposing counsel's position. I have never before to my memory had to seek *ex parte* permission over opposing counsel's objection to clear a conflict with a religious observance.

I declare under penalty of perjury this 5th day of September, 2017 that the foregoing is true and correct to the best of my knowledge.

/s/
David Lavine