David Lavine, SBN 166744
LAW OFFICES OF ANDREW WOLFF, PC
1956 Webster St., Suite 275
Oakland, California 94612
(510) 834-3300
(510) 834-3377 (Fax)
david@awolfflaw.com

Jesse Newmark, SBN 247488
Shira Levine, SBN 293080
CENTRO LEGAL DE LA RAZA
3400 East 12th Street
Oakland, California 94601
(510) 437-1554 x115
(510) 437-9164 (Fax)
jessenewmark@centrolegal.org

Attorneys for Plaintiffs/Relators
Denika Terry and Roy Huskey III

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY and ROY HUSKEY III, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA,<br><br>    Plaintiffs/Relators,<br><br>    vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, and DOES 1-30,<br><br>    Defendants. | Case No. 2:15 CV 0799 KJM DB<br><br>**PROPOSED] ORDER RE-SETTING CLASS CERTIFICATION HEARING DATE**<br><br>**CLASS ACTION**<br><br>Date/Time: No hearing set absent Court order, per Standing Order |

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties in the above-entitled matter, and FOR GOOD CAUSE SHOWN, the Court hereby orders the class certification hearing re-set to October 20, 2017 at 10:00 a.m. in Courtroom 3.  The briefing schedule shall conform to the [existing] [new] hearing date.

IT IS SO ORDERED.

_____
Hon. Kimberly J. Mueller
UNITED STATES DISTRICT JUDGE