LEWIS BRISBOIS BISGAARD & SMITH LLP
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
YOON-WOO NAM, SB# 284644
  E-Mail: Yoon-Woo.Nam@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Wasatch Advantage Group, LLC;
Wasatch Property Management, Inc.; Wasatch
Pool Holdings, LLC, Chesapeake Commons
Holdings, LLC; Logan Park Apartments, LLC;
Logan Park Apartments, LP

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DENIKA TERRY and ROY HUSKEY III, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA,<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC; LOGAN PARK APARTMENTS, LP,<br><br>Defendants. | CASE NO. 2:15-cv-00799-KJM-DB<br><br>**DECLARATION OF JAROM JOHNSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>Date:  September 22, 2017<br>Time:  10:00 a.m.<br>Crtrm.:  3, 15th Floor<br><br>The Hon. Kimberly J. Mueller<br><br>Trial Date:    None Set |

I, Jarom Johnson, declare as follows:

1. I have been the Chief Operating Officer of Wasatch Property Management, Inc. since March 2016. From August 2008 to March 2016, I was the Controller and Acquisitions and Dispositions Director for Wasatch. Currently, I oversee the operations at all multi-family

residential properties under the Wasatch portfolio in the western United States including the properties at 6400 Data Drive in Rancho Cordova, California; 6633 Valley Hi Drive in Sacramento, California; 4719 50th Avenue in Sacramento, California. I also oversaw operations at Logan Park Apartments at 4141 Palm Avenue in Sacramento, California until it was sold in 2016.

2. I have personal knowledge of the facts set forth herein, and if called as a witness to testify thereto, I could competently and truthfully do so.

3. As part of my general duties as Chief Operating Officer, I oversee Wasatch Property Management, Inc.'s participation in the Housing Choice Voucher Program also known as the Section 8 Program.

4. Wasatch Property Management, Inc. has utilized the Additional Services Agreements at its Sacramento residential properties to offer amenities and services sought by residents. Amenities at each property differ based on demand and availability in the locality.

5. At the Sacramento area properties, the Additional Services Agreements have been in use since May 1, 2004. Historically, the amenities offered in the Sacramento area are washer and dryer rental, covered parking and renter's insurance. RentPlus credit service has been offered in recent years and it is a credit reporting service that allows tenants to build a credit history.

6. The additional services are charged at a monthly rate that is agreed upon by the tenant and management at the specific property in the written Additional Services Agreement. As with the lease agreement, the Additional Services Agreement is reviewed and renewed each year at the tenant's option and the rate for each amenity or service may change depending on market factors.

7. For all residents at properties managed by Wasatch Property Management, Inc., the monthly charges for additional services are due on the first day of each calendar month along with the rent payment for the unit, or the tenant portion of the rent for a Section 8 Program tenant.

8. If a Section 8 Program tenant fails to pay for an additional charge in a given month, this amount is carried over to the next month. The following month when the tenant pays the balance owing for rent and additional charges for the current month, the tenant's payment is first applied to any balance in arrears from the previous month, including any balance owed for

additional services. If the tenant specifically communicates that the payment is for rent only, the payment is applied to the current month's rent only and whatever shortage remains on the ledger. This accounting method is the standard in the multi-family housing and rental industry. It is the practice of Wasatch to work with tenants to clear up shortfalls and to not evict for unpaid charges related to the Additional Services Agreement. Over the course of many years, it has been our experience that Section 8 tenants are motivated to stay in the Section 8 Program and, given the chance, will clear up shortfalls. Owners such as Wasatch have discretion as to whether it intends to seek eviction or not pursuant to 24 CFT 982.310(h).

9.  As a matter of policy and practice, the leasing staff at each Sacramento Wasatch property sends the Section 8 Program lease package for a prospective Section 8 Program tenant to the Sacramento Housing and Redevelopment Agency for review and approval. The lease package consists of the completed Housing Assistance Payments contract, lease agreement and Additional Services Agreement. Once approved, the tenant may move into the unit.

10. The public housing agency that collaborates with Wasatch Property Management, Inc. in its participation in the Section 8 Program is the Sacramento Housing and Redevelopment Agency ("SHRA").

11. If a public housing agency such as the SHRA does not approve of any part of the lease package (including any aspect of the Additional Services Agreement), this would be a significant matter that my staff would bring to my attention. To date, I am unaware of any issue involving Section 8 tenants and the use of Additional Services Agreements, tenant requirements to provide renter's insurance or pay for covered parking, that have been raised by the SHRA in connection with the Section 8 program.

12. In April 2016, a number of residents at Chesapeake Commons Apartments were credited for the additional services charges they paid for washers and dryers from August 2015 to approximately April 2016 when the laundry facilities were not available for use. This occurred after the SHRA notified Chesapeake Commons Apartments of an issue with the advertising language Wasatch used for its washer and dryer rentals. Wasatch takes the views of the various public housing agencies seriously given that Wasatch works within the regulated housing industry

and further given that the agencies have substantial enforcement powers such as those listed in 24 CFR 982.306. Because of this, it is in Wasatch's best interest to work cooperatively with the housing agencies to resolve issues as they arise.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 8, 2017, at Salt Lake City, Utah.

_____
Jarom Johnson