Andrew Wolff (SBN 195092)
Tony Ruch (SBN 242717)
LAW OFFICES OF ANDREW WOLFF, P.C.
1615 Broadway, 4th Floor
Oakland, California 94612
Telephone: (510) 834-3300
Facsimile: (510) 834-3377

Attorneys for Plaintiffs
Denika Terry, et al.,

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIKA TERRY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WASATCH ADVANTAGE GROUP, LLC, et al., <br><br> Defendants | Case No.: 2:15-cv-00799 KJM DB <br><br> **JOINT STIPULATION TO AMEND COMPLAINT** |

WHEREAS, on July 30, 2018, the Court entered an Order conditionally granting plaintiffs Denika Terry ("Plaintiffs") motion for class certification as to its proposed Rule 23(b)(2) class, conditioned on Plaintiffs substituting a new class representative who has standing to pursue declaratory and injunctive relief by August 29, 2018.

WHEREAS, Plaintiffs desire to amend the complaint to substitute Tamara Livingston as the new class representative for the Rule 23(b)(2) class.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and defendants Wasatch Advantage Group, LLC, et al., by and through their counsel that the third amended complaint be amended to substitute Tamara Livingston as the new class representative for the Rule 23(b)(2) class.

///

///

This Stipulation may be executed in counterparts and fax and PDF signatures are deemed originals for all purposes.

## SIGNATURES

In agreement with the terms and conditions of this Stipulation, the parties hereby execute this Stipulation.

Dated: 8/29/18         By: /s/ Tony Ruch
                       _____
                       Tony Ruch, Attorney for Plaintiffs

Dated: 8/29/18         By: /s/ Joseph A. Salazar Jr.
                       _____
                       Joe Salazar, Attorney for Defendants