Andrew Wolff (SBN 195092)
Tony Ruch (SBN 242717)
Wortham Briscoe (SBN 303359)
LAW OFFICES OF ANDREW WOLFF, P.C.
1615 Broadway, 4th Floor
Oakland, California 94612
Telephone: (510) 834-3300
Facsimile: (510) 834-3377

Attorneys for Plaintiffs
Denika Terry, et al.,

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIKA TERRY, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, et al.,<br><br>  Defendants, | Case No.: 2:15-cv-00799 KJM DB<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND COMPLAINT** |

Upon consideration of the parties Joint Stipulation to Amend Complaint and good cause appearing therefore,

IT IS THE ORDER OF THIS COURT that:

1. The party's stipulation to amend the third amended complaint to substitute Tamara Livingston as the new class representative for the Rule 23(b)(2) class is GRANTED.

2. Plaintiffs shall have 15 days to file the fourth amended complaint upon entry of this Order.

3. Defendants shall have 15 days to file a responsive pleading upon Plaintiff's filing the fourth amended complaint with the Court.

IT IS SO ORDERED.

DATED: September 5, 2018.

_____
UNITED STATES DISTRICT JUDGE