**FILED**

OCT 17 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA; et al., | No. 18-80091 |
|---|---|
| Plaintiffs-Respondents, | D.C. No. 2:15-cv-00799-KJM-DB |
| v. | Eastern District of California, Sacramento |
| WASATCH ADVANTAGE GROUP, LLC; et al., | ORDER |
| Defendants-Petitioners. | |

Before: O'SCANNLAIN and BERZON, Circuit Judges.

The motion for leave to file a reply in support of the petition for permission to appeal (Docket Entry No. 3) is granted. The reply has been filed.

The court, in its discretion, denies the petition for permission to appeal the district court's July 30, 2018 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).

SLL/MOATT