UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, and DOES 1-30,<br><br>Defendants | Case No. 2:15-CV-0799 KJM-DB<br><br>CLASS ACTION<br><br>**DECLARATION OF ORLANDO CASTILLEJOS REGARDING ADMINISTRATION QUALIFICATIONS**<br><br>Before: Hon. Kimberly Mueller |

I, Orlando Castillejos, declare and state as follows:

1. I am a project manager with KCC Class Action Services, LLC ("KCC"), located at 462 South 4th Street, Louisville, KY 40202.  The purpose of this declaration is to provide information related to KCC's qualifications and experiences in providing court ordered class notices.

**KCC BACKGROUND AND EXPERIENCE**

2. KCC is a leading class action administration firm that provides comprehensive class action services, including claims administration, legal notification, email and postal mailing campaign implementation, website design, call center support, class member data management, check and voucher disbursements, tax reporting, settlement fund escrow and

reporting, and other related services critical to the effective administration of class action settlements. With more than thirty years of industry experience, KCC has developed efficient, secure and cost-effective methods to properly handle the voluminous data and mailings associated with the noticing, claims processing, and disbursement requirements of these matters to ensure the orderly and fair treatment of class members and all parties in interest.

3. KCC has served as the administrator across a wide range of practice types, including securities, antitrust, consumer, employment, and government, and our administrative work has included some of the largest and most complex private settlements, with individual cases that required direct notice to more than 25 million people and single case distributions of more than $7 billion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 12, 2019 at Louisville, Kentucky.

_____
ORLANDO CASTILLEJOS