1  Laura L. Ho (SBN 173179)
   lho@gbdhlegal.com
2  Anne Bellows (SBN 293722)
   abellows@gbdhlegal.com
3  Beth Holtzman (SBN 316400)
   bholtzman@gbdhlegal.com
4  GOLDSTEIN, BORGEN, DARDARIAN & HO
   300 Lakeside Drive, Suite 1000
5  Oakland, CA 94612
   (510) 763-9800; (510) 835-1417 (Fax)
6
   Andrew Wolff (SBN 195092)
7  andrew@awolfflaw.com
   Tony Ruch (SBN 242717)
8  LAW OFFICES OF ANDREW WOLFF, PC
   1615 Broadway, 4th Floor
9  Oakland, CA 94612
   (510) 834-3300; (510) 834-3377 (Fax)
10
   Jesse Newmark (SBN 247488)
11 jessenewmark@centrolegal.org
   Micaela Alvarez (SBN 319908)
12 malvarez@centrolegal.org
   CENTRO LEGAL DE LA RAZA
13 3022 International Blvd., Suite 410
   Oakland, CA 94601
14 (510) 437-1863; (510) 437-9164

15 Attorneys for Plaintiffs and Relators

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>    Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, and DOES 1-30,<br><br>    Defendants. | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER RE CLASS DEFINITION, PRODUCTION OF THE CLASS LIST, PROPOSED NOTICE FORM AND PROCEDURES, AND AMENDING THE SCHEDULING ORDER**<br><br>Before: Hon. Kimberly Mueller<br><br>Trial Date:   None Set |

[PROPOSED] ORDER RE CLASS DEFINITION, PRODUCTION OF THE CLASS LIST, PROPOSED NOTICE FORM AND PROCEDURES, AND AMENDING THE SCHEDULING ORDER - CASE NO. 2:15-CV-00799 KJM-DB

757983.3

# **[PROPOSED] ORDER**

The Parties came before the Court for hearing on Plaintiffs' Motion Seeking (1) Clarification or in the Alternative, Amendment of the Class Definition, (2) Compilation of the Class List, (3) Approval of Proposed Class Notice, and (4) Amendments to the Scheduling Order on July 12, 2019, in the United States District court for the Eastern District of California, the Honorable Kimberly J. Mueller presiding.  Based on the hearing, the briefing, the evidence submitted by the Parties, and the pleadings and other documents provided to the Court in this case, the Court hereby **GRANTS** the motion.

On July 30, 2018, this Court granted Plaintiffs' Motion for Class Certification.  ECF No. 92.  The Court certified two classes:

> **Reimbursement Class:** All persons who, in the time period starting four years prior to the date of filing this Complaint through the final resolution of this matter, (1) have been tenants at any of Defendants' California properties; (2) have participated in the "Section 8" Housing Choice Voucher Program in connection with their tenancies at the California properties; and (3) have paid additional charges set forth in Additional Services Agreements in excess of their individual portions of the contract set forth in the HAP Contracts.
>
> **Injunctive Relief Class:** All persons who: (1) are or will become tenants at any of Defendants' California properties; (2) participate or will participate in the "Section 8" Housing Choice Voucher Program in connection with their tenancies at the California properties; and (3) pay or will pay additional charges set forth in Additional Services Agreements in excess of their individual portions of the contract rent set forth in the HAP Contracts.

The certification of the Injunctive Relief Class was conditioned on Plaintiffs substituting a new class representative who has standing for injunctive or declaratory relief within 30 days of the Court's order.  The Plaintiffs complied with this condition, and Plaintiff Tamara Livingston was subsequently substituted as the class representative for the Injunctive Relief Class.  ECF Nos. 94, 95.

The Court now **ORDERS** as follows:

(1)   The class period for the Reimbursement Class, as defined in the Court's order on class certification and set out above, begins on April 14, 2011, four years prior to the filing of the initial Complaint in this action;

(2)   No later than July 26, 2019, Defendants shall compile and produce the class list for the

1

[PROPOSED] ORDER RE CLASS DEFINITION, PRODUCTION OF THE CLASS LIST, PROPOSED NOTICE FORM AND PROCEDURES, AND AMENDING THE SCHEDULING ORDER - CASE NO. 2:15-CV-00799 KJM-DB

757983.3

Reimbursement Class dating back to April 14, 2011, and the class list shall include class members' names and any available standard identifying information and be produced in manipulable electronic form, such as Excel;

(3) KCC is hereby appointed as the class action administrator for this case; and

(4) Plaintiffs' proposed class notice form and procedures, including the mailing of class notice by U.S. mail and the proposed 35-day opt-out period, are hereby approved and class notice is therefore ordered to proceed accordingly.

Further, for good cause shown, the Scheduling Order previously entered in this case on December 21, 2018 (ECF No. 103) is hereby **AMENDED** as follows:

(1) All discovery shall be completed by **March 27, 2020**

(2) All counsel are to designate in writing and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial not later than **April 17, 2020**

(3) By **May 8, 2020**, any party who previously disclosed expert witnesses may submit a rebuttal list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party if the party rebutting an expert witness designation has not previously retained an expert to testify on that subject.

(4) All expert discovery shall be completed by **June 12, 2020**

(5) All dispositive motions, except motion for continuances, temporary restraining orders or other emergency applications, shall be heard no later than **July 10, 2020**

IT IS SO ORDERED.

_____     _____
Date                                                                  Hon. Kimberly J. Mueller

2

[Proposed] Order Re Class Definition, Production of the Class List, Proposed Notice Form and Procedures, and Amending the Scheduling Order - Case No. 2:15-cv-00799 KJM-DB

757983.3