Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Anne Bellows (SBN 293722)
abellows@gbdhlegal.com
Beth Holtzman (SBN 316400)
bholtzman@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800; (510) 835-1417 (Fax)

Andrew Wolff (SBN 195092)
andrew@awolfflaw.com
Tony Ruch (SBN 242717)
LAW OFFICES OF ANDREW WOLFF, PC
1615 Broadway, 4th Floor
Oakland, CA 94612
(510) 834-3300; (510) 834-3377 (Fax)

Jesse Newmark (SBN 247488)
jessenewmark@centrolegal.org
Micaela Alvarez (SBN 319908)
malvarez@centrolegal.org
CENTRO LEGAL DE LA RAZA
3022 International Blvd., Suite 410
Oakland, CA 94601
(510) 437-1863; (510) 437-9164

Attorneys for Plaintiffs and Relators

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>         Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, and DOES 1-30,<br><br>         Defendants. | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:    June 12, 2020<br>Time:    10 a.m.<br>Dept:    Courtroom 27, 8th Floor<br>Before:  Hon. Magistrate Judge Deborah Barnes<br><br>Trial Date:   None Set |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 12, 2020, at 10:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Magistrate Judge Deborah Barnes, located at 501 I Street, Sacramento, CA 95814, Plaintiffs-Relators Denika Terry, Roy Huskey III, and Tamera Livingston ("Plaintiffs"), on behalf of themselves, the certified classes, and the United States of America, will move and hereby do move this Court under Federal Rules of Civil Procedure 26, 34, and 37 for an order compelling the production of additional data and documents in response to Plaintiff Terry's Requests for Production of Documents, Set One, served on February 13, 2017.

This motion is made on the grounds that the requested documents are relevant to the subject matter of the action, that the likely benefit of the discovery outweighs the burden or expense of producing it, and that Defendants' failure to produce the documents and their repeated delays and failure to respond during the meet and confer process are without justification.

Pursuant to the requirements of L.R. 251(b) and this Court's standing order, this motion is made following attempts to reach an agreement with counsel for Defendants in meet and confer calls on February 6, 2020, February 26, 2020, and March 17, 2020 and Plaintiffs' written requests on May 14, 2020, May 18, 2020, and May 19, 2020 to arrange a further conference prior to the filing of the instant motion, to which Defendants failed to respond.

This motion will be based on the Notion of Motion and Motion, the Joint Statement Regarding Discovery Disagreement to be filed at least seven days before the scheduled hearing date pursuant to L.R. 251, the pleadings and record in the case, and any oral argument to be presented at the hearing on the motion. If counsel for the Plaintiffs are unable, after a good faith effort, to secure the cooperation of counsel for the opposing party, Plaintiffs' motion will be based on an affidavit so stating.

Dated: May 22, 2020                                  Respectfully submitted,

                                                               GOLDSTEIN, BORGEN, DARDARIAN & HO

                                                                */s/ Anne P. Bellows*
                                                                Anne P. Bellows
                                                                Attorneys for Plaintiff and Relators