DocuSign Envelope ID: 6FAD4B1B-BBD1-477F-B99A-55F66D347133

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>    Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, and DOES 1-30,<br><br>    Defendants. | Case No.: 2:15-CV-00799-KJM-DB |

# DECLARATION OF GEORGE EDWARDS

1.    I have been retained by counsel for Plaintiffs as an expert in computer science, web software, and databases. I was asked to provide my opinions regarding the feasibility and level of effort required to extract a collection of specified data from a database. The data of interest (which I refer to as the "Requested Data") is "all data in the Yardi database reflecting or related to resident ledgers, leases, HAP Contracts, Additional Service Charges, notices for nonpayment of rent (including nonpayment of Additional Service Charges), and eviction actions

1

for any Section 8 tenants at any of Defendants' properties who paid Additional Services Charges at any time since April 14, 2005."[1]

2.     A detailed list of my qualifications is set forth in my curriculum vitae, a copy of which is attached hereto. I graduated summa cum laude with a Bachelor of Science degree in computer science from Vanderbilt University in 2003. I attended graduate school at the University of Southern California, where I was a USC Viterbi School of Engineering Dean's Doctoral Fellow and Annenberg Graduate Fellow. I received an MS in computer science in 2006 and a PhD in computer science in 2010 from USC. My PhD research focused on the analysis of distributed systems and their architecture. In 2008, I received the USC Computer Science Department's award for outstanding graduate student research.

3.     I am the founder of Quandary Peak Research, Inc., a software analysis company with twelve employees located in Los Angeles, Nashville, and Washington, D.C. Quandary Peak analyzes software and computer systems to answer questions about the development, structure, behavior, and quality of those systems. I have personally analyzed a broad variety of complex, real-world software systems. I have conducted many investigations for various companies of the design and implementation of these systems.

4.     I have authored over thirty scholarly journal articles, magazine articles, conference papers, and book chapters on varied topics related to software engineering and distributed systems. I have delivered numerous invited lectures, seminars, and technology demonstrations related to software design and analysis for university courses, research symposia, conferences, workshops, and industry events in the field of computer science. I have also served

---

[1] Parties' Joint Statement Regarding Their Discovery Dispute.

DocuSign Envelope ID: 6FAD4B1B-BBD1-477F-B99A-55F66D347133

as a reviewer, committee member, or panelist for over a dozen computer science journals, magazines, and conferences.

5. I have reviewed the following materials provided to me by counsel for Plaintiffs in this matter:

    a. Parties' Joint Statement Regarding Their Discovery Dispute

    b. Declaration of Mike Christiansen in Support of Defendants' Response to Plaintiffs' Motion to Compel

6. I understand that Defendant owns and manages multiple apartment complexes.[2] I understand that Defendant utilizes the Yardi Voyager software for property management purposes.[3] I am familiar with property management software products such as RealPage OneSite, AMSI, Entrata Core, and Yardi Voyager.

7. As explained on the Yardi Voyager website,[4] "Yardi Voyager is a web-based, fully integrated end-to-end platform." I am an expert in the design and operation of web-based software and web services within integrated platforms. My expertise in this area is derived from my formal education, practical experience, academic research activities, and consulting work as enumerated in my curriculum vitae, which is attached hereto.

8. The Yardi Voyager website further states, "Voyager helps you meet all your property management and accounting needs using a single database to run your entire business." I am also an expert in the design and operation of databases and database management systems

---

[2] Parties' Joint Statement Regarding Their Discovery Dispute

[3] Parties' Joint Statement Regarding Their Discovery Dispute; Declaration of Mike Christiansen in Support of Defendants' Response to Plaintiffs' Motion to Compel

[4] https://www.yardi.com/products/yardi-voyager/

784542.2

(DBMS). My expertise in this area is also derived from my formal education, practical experience, research activities, and consulting work as enumerated in my curriculum vitae.

9. Based on this information, in my opinion it is likely that the database used by the Voyager software to store the Requested Data is a relational database. Relational databases are a subclass of databases that store information in a tabular format. Web-based record-keeping applications, such as accounting applications, are for technical reasons naturally well-suited to use a relational database, and in my experience, such applications almost always use a relational database. A relational database is accessed through, and managed by, a relational database management system, or RDBMS.

10. There are four RDBMSs that dominate the commercial marketplace for relational databases: Oracle, MySQL, Microsoft SQL Server, and PostgreSQL.[5] Therefore, in my opinion it is likely that the Yardi Voyager database that is utilized by Defendants to store the Requested Data runs within one of these four RDBSs. I am knowledgeable in the usage of these RDBMSs. I have performed data extractions from each of these RDBMSs. I am experienced in the accepted best practices and procedures for performing data extractions from these RDBMSs.

11. If Defendants are required to produce the Requested Data in the Voyager database, it is my opinion that, from a technical perspective, this could be accomplished with a straightforward and reliable procedure that I have used in similar contexts. Carefully scoped extractions of data from relational databases are routinely performed in the industry for a variety of reasons, so the tools and techniques available are well-established and documented. The procedure described would not be "a tenant-by-tenant endeavor which would take hundreds of

---

[5] https://db-engines.com/en/ranking/relational+dbms

DocuSign Envelope ID: 6FAD4B1B-BBD1-477F-B99A-55F66D347133

man hours." Rather, it would allow for the automated extraction of the Requested Data in a manner that would require substantially less human labor.

12. First, it would be necessary for Defendant to produce the database schema. A database schema is a precise and complete specification of the structure and format of the data in the database. All relational databases have a schema. All four RDDBSs I listed above provide easy-to-use tools for exporting the database schema to a text file. For example:

    a. MySQL provides the mysqldump command, which can be used with the –no-data command line option to omit the actual database table contents in the output, i.e., include only the schema.

    b. Microsoft SQL Server provides the SQL Server Management Studio (SSMS) administration utility, which includes the "Generate and Publish Scripts Wizard" function. The "Types of data to script" option is used to "select what should be scripted: Data only, Schema only, or both. The default is Schema only."[6]

    c. PostgresSQL provides the pg_dump command, which can be used with the -s command line option to "dump only the object definitions (schema), not data."[7]

13. Initially producing only the database schema may be desirable for a couple reasons. First, it allows the receiving party to precisely identify the specific tables, rows, and columns that are potentially relevant, and any subsequent production of actual data from the database can be narrowly scoped to include only the relevant information. Production of the entire database is not necessary. In the context of this matter, this means that records not related to the enumerated topics (e.g., "Additional Service Charges") and records for residents who are

---

[6] https://docs.microsoft.com/en-us/sql/ssms/scripting/generate-and-publish-scripts-wizard?view=sql-server-ver15

[7] https://www.postgresql.org/docs/9.3/app-pgdump.html

DocuSign Envelope ID: 6FAD4B1B-BBD1-477F-B99A-55F66D347133

not Section 8 tenants can be omitted. Second, production of the schema places the burden of drafting the database commands necessary to extract the data (which are written in the SQL programming language) on the receiving party. Once the database schema and sufficient descriptive information regarding the relevant tables, fields, and codes has been produced, I (or a similarly qualified expert) may inspect the schema to determine the records that contain the relevant data and compose the appropriate SQL queries.

14. Once the queries have been written, the producing party need only to execute the queries and supply the generated output files. Depending on the circumstances, the queries may take some hours of "machine time" for the database server computer to execute, but this does not need to be attended or monitored by a person. Before performing this step, recommended best practice includes first cloning the database so that the queries can be run on the database copy. This ensures that the SQL queries written by the receiving party cannot possibly harm, disrupt, or otherwise affect a "live" database necessary for business operations.

15. The output of the SQL queries can be easily produced in one of several standard file formats, including CSV, SQL, and others. In my past experience, the time required by the producing party to execute this procedure was: 30-60 minutes to export the schema; 120-240 minutes to clone the database; 60-120 minutes to initiate the SQL queries; and 1-48 hours of unattended machine time to clone the database and run the queries.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct.

Executed on June 5, 2020 at Los Angeles, California.

DocuSigned by:

_George Edwards_
F7646917CF41469...
George Edwards