**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
E-Mail: Joe.Salazar@lewisbrisbois.com
RYAN MATTHEWS, SB# 311674
E-Mail: Ryan.Matthews@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Wasatch Advantage Group, LLC; Wasatch Property Management, Inc.; Wasatch Pool Holdings, LLC, Chesapeake Commons Holdings, LLC; Logan Park Apartments, LLC; Logan Park Apartments, LP

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

UNITED STATES OF AMERICA, ex rel. DENIKA TERRY and ROY HUSKEY III, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA,

Plaintiffs/Relators,

vs.

WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC; LOGAN PARK APARTMENTS, LP,

Defendants.

CASE NO. 2:15-cv-00799-KJM-DB

**DECLARATION OF JAROM JOHNSON IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL**

Judge: Hon. Magistrate Judge Deborah Barnes
Date: June 12, 2020
Time: 10:00 A.M.
Crtrm.: 27, 8th Floor

The Hon. Kimberly J. Mueller

Trial Date: None Set

I, Jarom Johnson, declare as follows:

1. I am Chief Operating Officer for Wasatch Property Management, Inc., a party to the above-entitled action.

2. I have personal knowledge of the facts set forth herein, and if called as a witness to testify thereto, I could competently and truthfully do so.

3. For several years in the past and again now currently, Defendants employed a corporate-level customer relations employee. This individual advises each property's operations managers on how to handle complaints that were escalated from the property level and may have minimal records of complaints with which he/she advised.

4. All such complaints and resolutions were stored in the tenant files. While these escalated complaints may also be stored separately, such records would be duplicative of those documents kept in the tenant files.

5. The overwhelming majority of those escalated complaints would be entirely unrelated to Additional Services Agreements or HAP Contracts.

6. The most complete record of any complaints submitted by tenants, whether relating to Additional Services Agreements or not, have already been produced as part of the tenant files.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 5, 2020, at Salt Lake City, Utah.

Jarom Johnson