**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
RYAN MATTHEWS, SB# 311674
  E-Mail: Ryan.Matthews@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Wasatch Advantage Group, LLC; Wasatch Property Management, Inc.; Wasatch Pool Holdings, LLC, Chesapeake Commons Holdings, LLC; Logan Park Apartments, LLC; Logan Park Apartments, LP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DENIKA TERRY and ROY HUSKEY III, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA,<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC; LOGAN PARK APARTMENTS, LP,<br><br>Defendants. | CASE NO. 2:15-cv-00799-KJM-DB<br><br>**DECLARATION OF MIKE CHRISTIANSEN IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL**<br><br>Date:     June 12, 2020<br>Time:     Time<br>Crtrm.:   Crtrm.<br><br>The Hon. Kimberly J. Mueller<br><br>Trial Date:          None Set |

I, Mike Christiansen, declare as follows:

1. I am an IT Specialist for Wasatch Property Management, Inc., a party in the above-entitled action in the above-entitled action.

2. I have personal knowledge of the facts set forth herein, and if called as a witness to testify thereto, I could competently and truthfully do so.

3. As part of my role in the IT Department for Wasatch, I work directly with the Yardi Voyager database system.

4. During this litigation, I have been given to understand that Defendants have been asked by Plaintiffs to pull all categories of Yardi data for over 3000 individual tenants. Based on my experience working with the Yardi database, I estimate that such an undertaking would require, at a minimum, several hundred man hours of time.

5. We are prohibited by a Non-Disclosure Agreement from disclosing any propriety information relating to the Yardi database.

6. Complaints are not logged in the Yardi database. The most complete collection of complaints from any particular tenant is contained in the tenant files.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 2, 2020, at Salt Lake City, Utah.

_____
Mike Christiansen

4812-5090-4767.1         2         2:15-cv-00799-KJM-DB
DECLARATION OF MIKE CHRISTIANSEN IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL