Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Anne Bellows (SBN 293722)
abellows@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
(510) 763-9800; (510) 835-1417 (Fax)

Andrew Wolff (SBN 195092)
andrew@awolfflaw.com
LAW OFFICES OF ANDREW WOLFF, PC
1615 Broadway, 4th Floor
Oakland, CA 94612
(510) 834-3300; (510) 834-3377 (Fax)

Jesse Newmark (SBN 247488)
jessenewmark@centrolegal.org
CENTRO LEGAL DE LA RAZA
3022 International Blvd., Suite 410
Oakland, CA 94601
(510) 437-1863; (510) 437-9164

Attorneys for Plaintiffs and Relators and the Certified Classes

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>    Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON, CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR APPOINTMENT OF THE IMPACT FUND AS CLASS COUNSEL**<br><br>Trial Date:   None Set |

| | |
|---|---|
| 1 | PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4, |
| | Defendants. |

Plaintiffs Denika Terry, Roy Huskey III, and Tamera Livingston ("Plaintiffs") and Defendants Wasatch Advantage Group, LLC, Wasatch Property Management, Inc., Wasatch Pool Holdings, LLC, Chesapeake Apartment Holdings, LLC, Logan Park Apartments, LLC, Logan Park Apartments, LP, Aspen Park Holdings, LLC, Bellwood Jerron Holdings, LLC, Bellwood Jerron Apartments, LP, Bent Tree Apartments, LLC, California Place Apartments, LLC, Camelot Lakes Holdings, LLC, Canyon Club Holdings, LLC, Courtyard at Central Part Apartments, LLC, Creekside Holdings, Ltd., Hayward Senior Apartments, LP, Heritage Park Apartments, LP, Oak Valley Apartments, LLC, Oak Valley Holdings, LP, Peppertree Apartment Holdings, LP, Piedmont Apartments, LP, Point Natomas Apartments, LLC, Point Natomas Apartments, LP, River Oaks Holdings, LLC, Shadow Way Apartments, LP, Spring Villa Apartments, LP, Sun Valley Holdings, Ltd., Village Grove Apartments, LP, Wasatch Quail Run Gp, LLC, Wasatch Premier Properties, LLC, and Wasatch Pool Holdings III, LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate, pursuant to Local Rule 143, to appoint the nonprofit law firm the Impact Fund as class counsel in this matter and jointly request that the Court approve this stipulation:

WHEREAS on July 30, 2018, this Court granted Plaintiffs' motion for class certification as to the Rule 23(b)(3) class and granted conditionally Plaintiffs' motion for class certification as to the Rule 23(b)(2) class.

WHEREAS this Court previously appointed Centro Legal de la Raza and the Law Offices of Andrew Wolff, PC as class counsel on July 30, 2018.

WHEREAS this Court later appointed Goldstein, Borgen, Dardarian & Ho as class counsel on May 21, 2019, following stipulation by the parties.

WHEREAS Plaintiffs wish to have the Impact Fund appointed as class counsel in order to bring additional resources and expertise to the litigation of their class action.

WHEREAS the Declaration of Jocelyn D. Larkin, filed herewith, sets forth her experience and expertise in class action litigation, as well as the Impact Fund's history of prosecuting class actions.

WHEREAS Defendants consent to the appointment of the Impact Fund as class counsel.

WHEREAS under Rule 23(c)(1)(B) and Rule 23(g), a court appoints class counsel based on a variety of factors, including the work counsel has done in identifying or investigating potential claims in the action; counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; counsel's knowledge of the applicable law; and the resources that counsel will commit to representing the class.  Fed. R. Civ. P. 23(g)(1)(A).  The Declaration of Jocelyn D. Larkin filed in support of this stipulation provides further evidence demonstrating that Plaintiffs' new counsel have considerable experience in class actions, are qualified to represent the proposed class, and can be expected to perform their responsibilities adequately in light of that experience, the record to date in this case, and related considerations.

WHEREAS since being retained, the Impact Fund has been working closely with Centro Legal de la Raza, the Law Offices of Andrew Wolff, PC, and Goldstein, Borgen, Dardarian & Ho to litigate this case in an effective manner.  *See* Larkin Decl. ¶ 6.

WHEREAS proposed class counsel are experienced in handling class actions and other complex litigation, including with regard to housing.  *See* Larkin Decl. ¶¶ 3-5.

WHEREAS proposed class counsel are knowledgeable of the applicable law. The declaration submitted in support of this stipulation demonstrates that proposed class counsel have expertise in class actions and housing, and are capable of adequately representing Plaintiffs in the prosecution of this class action.  *See id*.

WHEREAS the Impact Fund will commit sufficient resources to represent the class.  The Impact Fund, along with co-counsel, are advancing costs for this class action.  Such a mechanism for funding litigation is appropriate in a case such as this.  *See, e.g.*, *Irwin v. Mascott*, 96 F. Supp. 2d 968 (N.D. Cal. 1999).  *See* Larkin Decl. ¶ 7.

WHEREAS the Impact Fund meets the standard for adequacy because plaintiffs and their new counsel have no interest that is antagonistic to the interests of the class, but rather share a common interest in challenging Defendants' unlawful actions. *See* Larkin Decl. ¶ 8.

WHEREAS, the Impact Fund has been found adequate to represent classes of individuals in numerous cases.  *See* Larkin Decl. ¶ 3 & Ex. A.

WHEREAS the appointment of additional class counsel is appropriate given the magnitude and scope of the litigation.  The appointment of the Impact Fund is reasonably necessary and appropriate to effectively represent the class.  The use of multiple law firms in large scale class actions is routine. *See Ellis v. Costco Wholesale Corp.*, -- F. Supp. 2d --, 2012 WL 4371817, *55 (N.D. Cal. Sept. 25, 2012) (appointing five law firms as class counsel in gender discrimination case).

THEREFORE, the Parties stipulate that the Court enter the following order:

The law firm of the Impact Fund is adequate to serve as class counsel and are hereby appointed as Class Counsel for the Classes previously certified by this Court on July 30, 2018.

Dated:  September 30, 2021

Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

*/s/ Anne Bellows*
Anne Bellows

Attorneys for Plaintiffs and Relators

Dated:  September 30, 2021

Respectfully submitted,

CENTRO LEGAL DE LA RAZA

*/s/ Jesse Newmark (as auhorized on 9/30/21)*
Jesse Newmark

Attorneys for Plaintiffs and Relators

Dated:  September 30, 2021

Respectfully submitted,

LAW OFFICES OF ANDREW WOLFF

*/s/ Andrew Wolff (as auhorized on 9/30/21)*
Andrew Wolff

Attorneys for Plaintiffs and Relators

| | | |
|---|---|---|
| 1 | Dated: September 30, 2021 | Respectfully submitted, |
| 2 | | IMPACT FUND |

                                                                           */s/ Jocelyn Larkin (as auhorized on 9/30/21)*
                                                                           Jocelyn Larkin

Attorneys for Plaintiffs and Relators

Dated: September 30, 2021                  Respectfully submitted,

                                            LEWIS BRISBOIS BISGAARD & SMITH LLP

                                            */s/ Ryan Matthews (as auhorized on 9/30/21)*
                                            Ryan Matthews

Attorneys for Defendants

IT IS SO ORDERED.

Dated: _____              _____
                                                   Hon. Kimberly J. Mueller