UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States ex rel. Denika Terry, et al., | No. 2:15-cv-00799-KJM-DB |
| Plaintiffs, | ORDER |
| v. | |
| Wasatch Advantage Group, LLC, et al., | |
| Defendants. | |

    The court has reviewed the stipulation and proposed order to appoint the Impact Fund as additional class counsel. ECF No. 139. As noted in that stipulation, this court previously appointed Centro Legal de la Raza, the Law Offices of Andrew Wolff, and Goldstein, Borgen, Dardarian & Ho as class counsel. The parties' stipulation and proposed order explains only briefly that the "appointment of additional class counsel is appropriate given the magnitude and scope of the litigation." *See* Stip. & Proposed Order at 3, ECF No. 139. The court recognizes that representation by counsel at multiple firms may be necessary in a complex action, but the court cannot determine without more information whether that is true of this case. The court therefore reserves a decision on the stipulation and proposed order until after the status conference currently set for October 14, 2021. The parties shall be prepared to discuss at that status conference why the appointment of additional class counsel is appropriate in this case.

/////

1      IT IS SO ORDERED.

2  DATED: October 7, 2021.

3

4

_____
CHIEF UNITED STATES DISTRICT JUDGE