| | |
|---|---|
| Laura L. Ho (SBN 173179) <br> lho@gbdhlegal.com <br> Anne Bellows (SBN 293722) <br> abellows@gbdhlegal.com <br> Beth Holtzman (SBN 316400) <br> bholtzman@gbdhlegal.com <br> GOLDSTEIN, BORGEN, DARDARIAN & HO <br> 300 Lakeside Drive, Suite 1000 <br> Oakland, CA 94612 <br> (510) 763-9800; (510) 835-1417 (Fax) <br><br> Andrew Wolff (SBN 195092) <br> andrew@awolfflaw.com <br> LAW OFFICES OF ANDREW WOLFF, PC <br> 1615 Broadway, 4th Floor <br> Oakland, CA 94612 <br> (510) 834-3300; (510) 834-3377 (Fax) | Jesse Newmark (SBN 247488) <br> jessenewmark@centrolegal.org <br> CENTRO LEGAL DE LA RAZA <br> 3022 International Blvd., Suite 410 <br> Oakland, CA 94601 <br> (510) 437-1863; (510) 437-9164 (Fax) <br><br> Jocelyn D. Larkin (SBN 110817) <br> jlarkin@impactfund.org <br> Lindsay Nako (SBN 239090) <br> lnako@impactfund.org <br> THE IMPACT FUND <br> 2080 Addison Street, Suite 5 <br> Berkeley, CA  94701 <br> (510) 845-3473; (510) 845-3654 (Fax) |

Attorneys for Plaintiffs and Relators and the Certified Classes

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA <br><br> Plaintiffs/Relators, <br><br> vs. <br><br> WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY | Case No.: 2:15-CV-00799-KJM-DB <br><br> CLASS ACTION <br><br> **NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS** <br><br> Date:    December 3, 2021 <br> Time:    10:00 am <br> Dept:    Courtroom 27, 8th Floor <br> Before: Hon. Magistrate Judge <br>             Deborah Barnes <br><br> Trial Date: None Set |

APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4,

Defendants.

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 3, 2021, at 10:00 am, or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Magistrate Judge Deborah Barnes, located at 501 I Street, Sacramento, CA 95814, Plaintiffs-Relators Denika Terry, Roy Huskey III, and Tamera Livingston ("Plaintiffs"), on behalf of themselves, the certified classes, and the United States of America, will move and hereby do move this Court under Federal Rules of Civil Procedure 26, 34, and 37 for an order compelling the production of documents responsive to Request 52 of Plaintiff Terry's Requests for Production of Documents, Set Two, served on June 16, 2020.

This motion is made on the grounds that the requested documents are relevant to the subject matter of the action, that the likely benefit of the discovery outweighs the burden or expense of producing it, and that Defendants' failure to produce the documents and their repeated delays and failure to respond during the meet and confer process are without justification.

Pursuant to the requirements of L.R. 251(b) and this Court's standing order, this motion is made following attempts to reach an agreement with counsel for Defendants in meet and confer calls on November 8 and 12, 2021, and Plaintiffs' written requests on November 8 and 11, 2021.

This motion will be based on the Notion of Motion and Motion, the Joint Statement Regarding Discovery Disagreement to be filed at least seven days before the scheduled hearing date pursuant to L.R. 251, the pleadings and record in the case, and any oral argument to be presented at the hearing on the motion. If counsel for the Plaintiffs are unable, after a good faith effort, to secure the cooperation of counsel for the opposing party, Plaintiffs' motion will be based on an affidavit so stating.

Dated:  November 12, 2021          Respectfully submitted,

                                   IMPACT FUND

                                   By:  /s/ Lindsay Nako
                                        Lindsay Nako

                                   *Attorney for Plaintiffs and Relators*