Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Anne Bellows (SBN 293722)
abellows@gbdhlegal.com
Kristen A. Burzynski (SBN 331433)
kburzynski@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
(510) 763-9800; (510) 835-1417 (Fax)

Andrew Wolff (SBN 195092)
andrew@awolfflaw.com
LAW OFFICES OF ANDREW WOLFF, PC
1615 Broadway, 4th Floor
Oakland, CA 94612
(510) 834-3300; (510) 834-3377 (Fax)

Jesse Newmark (SBN 247488)
jessenewmark@centrolegal.org
CENTRO LEGAL DE LA RAZA
3022 International Blvd., Suite 410
Oakland, CA 94601
(510) 437-1863; (510) 437-9164

Jocelyn D. Larkin (SBN 110817)
Lindsay Nako (SBN 239090)
lnako@impactfund.org
jlarkin@impactfund.org
THE IMPACT FUND
2080 Addison Street, Suite 5
Berkeley, CA 94701
(510) 845-3473; (510) 845-3654 (Fax)

Attorneys for Plaintiffs and Relators and the Certified Classes

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>          Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br>DISCOVERY MATTER<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL A PROPER INTERROGATORY RESPONSE AND PRODUCTION OF DOCUMENTS**<br><br>Date:   December 10, 2021<br>Time:   10:00 a.m.<br>Dept:   Courtroom 27, 8th Floor<br>Before:  Hon Magistrate Judge Deborah Barnes |

Mot. to Compel Proper Interrog. Resp. & Produc. of Docs.– Case No. 2:15-CV-00799 KJM-DB

844093.2

| | |
|---|---|
| LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4,<br><br>      Defendants. | Trial Date:   None Set |

844093.2

Mot. to Compel Proper Interrog. Resp. & Produc. of Docs.– Case No. 2:15-CV-00799 KJM-DB

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at 10:00am on December 10, 2021, or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Magistrate Judge Deborah Barnes, located at 501 I Street, Sacramento, CA 95814, Plaintiffs-Relators Denika Terry, Roy Huskey III, and Tamera Livingston ("Plaintiffs"), on behalf of the themselves, the certified classes, and the United States of America, will move and hereby do move this Court under Federal Rules of Civil Procedure 26, 33, and 37 for an order compelling a proper response to Plaintiff Roy Huskey III's Interrogatories, Set Five, Interrogatory Number 18 and for an order compelling the production of documents in response to Plaintiff Denika Terry's Requests for Production of Documents, Set Two, Requests Numbers 27, 28, 29, and 30.

Pursuant to the requirements of L.R. 251(b) and this Court's standing order, this motion is made following attempts to reach an agreement regarding Interrogatory Number 18 with counsel for Defendants in two meet and confer letters dated August 30, 2021 and November 8, 2021, numerous calls from September to November of this year, and an Informal Discovery Conference held on November 17, 2021. Plaintiffs have also made attempts to reach an agreement with counsel for Defendants regarding Requests Number 27, 28, 29, and 30 in meet and confer letters dated July 28, 2020, August 18, 2020, and May 24, 2021, and numerous phone calls and emails, including most recently on Friday, November 12, 2021.

This Motion is made on the grounds that the requested responses and documents are relevant to the subject matter of the action, that the likely benefit of the discovery outweighs the burden or expense of producing it, and that Defendants' failure to produce the responses and documents are without justification or explanation.

This Motion will be based on the Notice of Motion and Motion and the Joint Statement Regarding Discovery Disagreement to be filed at least seven days before the scheduled hearing date pursuant to L.R. 251, the pleadings and record in the case, and any oral argument to be presented at the hearing on the motions.  If counsel for the Plaintiffs are unable, after a good faith effort, to secure the cooperation of counsel for the opposing party, Plaintiffs' Motion will be based on an affidavit so stating.

1

Mot. to Compel Proper Interrog. Resp. And Produc. of Docs– Case No. 2:15-CV-00799 KJM-DB

844093.2

| | |
|---|---|
| Dated:  November 19, 2021 | Respectfully submitted, |
| | GOLDSTEIN, BORGEN, DARDARIAN & HO |
| | |
| | */s/ Anne P. Bellows* |
| | Anne P. Bellows |
| | Attorneys for Plaintiffs and Relators |