# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**Denika Terry , et al. ,**             **CASE NO:  2:15−CV−00799−KJM−DB**

    vs.                               **SUMMONS IN A CIVIL CASE**

**Wasatch Advantage Group, LLC , et al. ,**

TO:  **Aspen Park Holdings, LLC, Bellwood Jerron Apartments, LP, Bellwood Jerron Holdings, LLC, Bent Tree Apartments, LLC, California Place Apartments, LLC, Camelot Lakes Holdings, LLC, Canyon Club Holdings, LLC, Chesapeake Apartment Holdings, LLC, Courtyard At Central Park Apartments, LLC, Creekside Holdings, LTD, Hayward Senior Apartments, LP, Heritage Park Apartments, LP, Oak Valley Apartments, LLC, Peppertree Apartment Holdings, LP, Piedmont Apartments, LP, Point Natomas Apartments, LLC, Point Natomas Apartments, LP, River Oaks Holdings, LLC, Shadow Way Apartments, LP, Spring Villa Apartments, LP, Sun Valley Holdings, LTD, Village Grove Apartments, LP, Wasatch Pool Holdings III, LLC, Wasatch Premier Properties, LLC, Wasatch Quail Run Gp, LLC**

Defendant's Address:

>Sun Valley Holdings, LTD
>c/o  David A. Scharlach
>725 30th St Ste 107
>Sacramento, CA 95816

**YOU ARE HEREBY SUMMONED** and required to serve on:

>**Anne Bellows**
>**Goldstein Borgen Dardarian & Ho**
>**155 Grand Avenue, Suite 900**
>**Oakland, California 94612**

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you**, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**

CLERK

**/s/  L. Reader**

(By) DEPUTY CLERK



**ISSUED ON 2021–08–19 12:13:45**
**CLERK, USDC EDCA**

**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
District of California

Case Number: 15-CV-00799-KJM-DB
EASTERN DISTRICT

Plaintiff:
**U.S. ex rel. Denika Terry**

vs.

Defendant:
**Wasach Advantage Group**

For:
Laura L. Ho, Esq.
Goldstein Borgen Dardarian & Ho
155 Grand Ave., Ste 900
Oakland, CA 94612

Received by Serves R Us on the 10th day of November, 2021 at 2:38 pm to be served on **Sun Valley Holdings, LTD, 725 30th St, Ste 107, Sacramento, CA 95816**.

I, Gino Farrara, do hereby affirm that on the **12th day of November, 2021** at **10:30 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons - Sun Valley Holdings; Complaint.** with the date and hour of service endorsed thereon by me, to: **DAVID A. SCHARLACH, Esq.** at the address of: **725 30th St, Ste 107, Sacramento, CA 95816**, and informed said person of the contents therein, in compliance with state statutes.

**Service Fee Items:**
  Standard Serve    $75.00
  Total             $75.00

I certify that I am over the age of 18, have no interest in the above action, and am a Registered Process Server, in good standing, in the judicial circuit in which the process was served.

_[signature]_
Gino Farrara
2018-60

**Serves R Us**
**National Headquarters**
**915 L Street # C123**
**Sacramento, CA 95814**
**(916) 691-4109**

Our Job Serial Number: SRU-2021002386
Ref: Wasatch