| | |
|---|---|
| 1 | **LEWIS BRISBOIS BISGAARD & SMITH** LLP<br>JOSEPH A. SALAZAR JR., SB# 169551 |
| 2 | E-Mail: Joe.Salazar@lewisbrisbois.com<br>RYAN MATTHEWS, SB# 311674 |
| 3 | E-Mail: Ryan.Matthews@lewisbrisbois.com<br>2020 West El Camino Avenue, Suite 700 |
| 4 | Sacramento, California 95833<br>Telephone: 916.564.5400 |
| 5 | Facsimile: 916.564.5444 |
| 6 | Attorneys for Defendants SUN VALLEY<br>HOLDINGS, LTD. and CREEKSIDE |
| 7 | HOLDINGS, LTD. |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | | |
|---|---|---|
| 13 | UNITED STATES OF AMERICA, ex rel. DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA, | CASE NO. 2:15-cv-00799-KJM-DB |
| | | **DEFENDANT SUN VALLEY HOLDINGS, LTD.'S CORPORATE DISCLOSURE STATEMENT** |
| | | The Hon. Kimberly J. Mueller |
| | Plaintiffs/Relators, | Trial Date:   None Set |
| | vs. | |
| | WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT | |

APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4

Defendants.

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendant SUN VALLEY HOLDINGS, LTD. is a non-governmental corporate party and that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10 percent or more of this party's stock. A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED: November 29, 2021         LEWIS BRISBOIS BISGAARD & SMITH LLP


By: _____/s/ Ryan Matthews_____
RYAN MATTHEWS
Attorneys for Defendants SUN VALLEY HOLDINGS, LTD. and CREEKSIDE HOLDINGS, LTD.

# FEDERAL COURT PROOF OF SERVICE

USA-Terry v Wasatch Property Mgmt
2:15-cv-00799 KJM DB

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On November 29, 2021, I served the following document(s):

- DEFENDANT SUN VALLEY HOLDINGS, LTD.'S CORPORATE DISCLOSURE STATEMENT

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on November 29, 2021, at Sacramento, California.

*/s/ Alicia Crespo*
Alicia Crespo

# SERVICE LIST
## USA-Terry v Wasatch Property Mgmt
### 2:15-cv-00799 KJM DB

| | |
|---|---|
| Andrew Wolff<br>Law Office of Andrew Wolff, PC<br>1956 Webster Street, Ste. 275<br>Oakland, CA 94612 | **Attorney for Plaintiffs**<br>***Denika Terry and Roy Huskey, III***<br><br>Tel.:  510-834-3300<br>E-Mail:  andrew@awolfflaw.com |
| Jesse Newmark<br>CENTRO LEGAL DE LA RAZA<br>3022 International Blvd, Ste. 410<br>Oakland, CA 94601 | **Attorney for Plaintiffs**<br>***Denika Terry and Roy Huskey, III***<br><br>Tel.:  (510) 437-1554 x115<br>Fax:  (510) 437-9164<br>Email:  jessenewmark@centrolegal.org<br>Email: malvarez@centrolegal.org |
| Laura L. Ho<br>Anne Bellows<br>Kristen A. Burzynski<br>Goldstein, Borgen, Dardarian & Ho<br>155 Grand Avenue, Suite 900<br>Oakland, CA 94612 | ***Co-Counsel for Plaintiffs***<br><br>Tel.: 519-763-9800<br>Fax: 510-835-1417<br>Email: lho@gbdhlegal.com<br>Email: abellows@gbdhlegal.com<br>Email: sgrimes@gbdhlegal.com<br>Email: dvaldez@gbdhlegal.com<br>Email: kburzynski@gbdhlegal.com |
| Vincente Antonio Tennerelli<br>United States Attorney's Office<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 | **Attorney for Intervenor Plaintiff**<br>***United States of America***<br><br>Tel.: (559) 497-4080<br>Email: Vincente.Tennerelli@usdoj.gov<br>Email: joni.jones@usdoj.gov |
| Jocelyn D. Larkin<br>Lindsay Nako<br>The Impact Fund<br>2080 Addison Street, Suite 5<br>Berkeley, CA 94704 | **Attorney for Plaintiffs**<br><br>T: 510-845-3473 x.306<br>F: 510-845-3654<br>E: jlarkin@impactfund.org<br>E: lnako@impactfund.org |

