UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIKA TERRY, et al., | No. 2:15-cv-0799 KJM DB |
| Plaintiffs, | |
| v. | ORDER |
| WASATCH ADVANTAGE GROUP, et al., | |
| Defendants. | |

On November 12, 2021, plaintiffs filed a motion to compel and noticed the motion for hearing before the undersigned on December 3, 2021, pursuant to Local Rule 302(c)(1). (ECF No. 152.) On November 24, 2021, the parties filed a Joint Statement Re: Discovery Disagreement. (ECF No. 165.) The Joint Statement reflects that "Defendants agree that the documents are relevant . . . and do not oppose the production," but are not certain that the production can be accomplished by the current December 16, 2021, deadline for the completion of discovery. (JS (ECF No. 165) at 3.)

The assigned District Judge has authorized the undersigned to "modify a discovery cutoff to the extent such modification does not have the effect of requiring a change to the balance of the schedule." (ECF No. 144 at 3.) In light of this authority and the parties' representations the hearing of the motion to compel and the deadline for the completion of discovery will be

continued to allow the parties an opportunity to clarify the nature of the parties' dispute, if any, prior to hearing the motion to compel.

Accordingly, IT IS HEREBY ORDERED that:

1. The December 3, 2021 hearing of plaintiffs' motion to compel (ECF No. 152) is continued to **Friday, December 17, 2021**;

2. If a discovery dispute remains the parties shall engage in further meet and confer efforts;

3. On or before **December 10, 2021**, the parties shall file a Joint Statement that complies with the undersigned's Standard Information and the Local Rules[1]; and

4. The deadline for the completion of discovery is continued to **December 17, 2021**.

DATED: November 29, 2021         /s/ DEBORAH BARNES
                                 UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\terry0799.cont.hrg.ord

---

[1] Alternatively, if the parties have resolved their dispute plaintiffs may comply with this order by filing a notice of withdrawal of the motion to compel.

2