Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Anne Bellows (SBN 293722)
abellows@gbdhlegal.com
Kristen A. Burzynski (SBN 331433)
kburzynski@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
(510) 763-9800; (510) 835-1417 (Fax)

Andrew Wolff (SBN 195092)
andrew@awolfflaw.com
LAW OFFICES OF ANDREW WOLFF, PC
1615 Broadway, 4th Floor
Oakland, CA 94612
(510) 834-3300; (510) 834-3377 (Fax)

Jesse Newmark (SBN 247488)
jessenewmark@centrolegal.org
CENTRO LEGAL DE LA RAZA
3022 International Blvd., Suite 410
Oakland, CA 94601
(510) 437-1863; (510) 437-9164

Jocelyn D. Larkin (SBN 110817)
Lindsay Nako (SBN 239090)
lnako@impactfund.org
jlarkin@impactfund.org
THE IMPACT FUND
2080 Addison Street, Suite 5
Berkeley, CA 94701
(510) 845-3473; (510) 845-3654 (Fax)

Attorneys for Plaintiffs and Relators and the Certified Classes

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>     Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>**STIPULATION TO EXTEND THE TIME FOR THE PARTIES TO FILE THEIR ANTICIPATED STIPULATION TO AMEND THE CLASS CERTIFICATION ORDER**<br><br>Before:  Hon. Kimberly J. Mueller<br><br>Trial Date:   None Set |

Stip. to Extend the Time For the Parties to File Their Anticipated Stip. to Amend the Class Cert. Order – Case No. 2:15-CV-00799 KJM-DB

844564.3

1  CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN
2  PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON
3  HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE
4  APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES
5  HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK
6  APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP,
7  HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY
8  HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS,
9  LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER
10 OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA
11 APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP,
12 WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH
13 POOL HOLDINGS III, LLC, and DOES 1-4,
14
        Defendants.
15

STIP. TO EXTEND THE TIME FOR THE PARTIES TO FILE THEIR ANTICIPATED STIP. TO AMEND THE CLASS CERT. ORDER – CASE NO. 2:15-CV-00799 KJM-DB

844564.3

**STIPULATION TO EXTEND THE TIME FOR THE PARTIES TO FILE THEIR ANTICIPATED STIPULATION TO AMEND THE CLASS CERTIFICATION ORDER**

Plaintiffs and Relators Denika Terry, Roy Huskey III, and Tamera Livingston ("Plaintiffs"), and Defendants Wasatch Advantage Group, LLC, Wasatch Property Management, Inc., Wasatch Pool Holdings, LLC, Chesapeake Apartment Holdings, LLC, Logan Park Apartments, LLC, Logan Park Apartments, LP ("Existing Defendants"), stipulate as follows:

WHEREAS, this Court has previously certified both a Rule 23(b)(3) Class and a Rule 23(b)(2) Class in this case, ECF No. 92 (certifying the Rule 23(b)(3) class and conditionally certifying the Rule 23(b)(2) class upon substitution of an appropriate representative); ECF No. 95 (granting stipulation to substitute Tamera Livingston as class representative for the Rule 23(b)(2) class);

WHEREAS, Federal Rule of Civil Procedure 23(c)(1)(C) provides that an "order that grants or denies class certification may be altered or amended before final judgment";

WHEREAS, pursuant to a stipulation and order, on August 17, 2021, Plaintiffs filed the Fifth Amended Complaint specifying the true identities of 25 previously-named Doe Defendants ("New Defendants"), ECF Nos. 135, 136;

WHEREAS, counsel for Existing Defendants will represent the New Defendants but is still in the course of finalizing that representation, *see, e.g.*, ECF Nos. 140, 164;

WHEREAS, once representation of the New Defendants is finalized the Parties intend to submit a Stipulation to Amend the Class Certification Order adding the New Defendants to the class claims, and Plaintiffs and Existing Defendants have already agreed to the language for the Stipulation;

WHEREAS, at the Scheduling Conference held by this Court on October 28, 2021, counsel for Existing Defendants stated that he expected that his firm's representation of the New Defendants to be finalized in the coming days, and agreed to do so no later than November 4, 2021;

WHEREAS, during that Scheduling Conference, the Court asked the Parties to submit their Stipulation to Amend the Class Certification Order within 28 days;

1

STIP. TO EXTEND THE TIME FOR THE PARTIES TO FILE THEIR ANTICIPATED STIP. TO AMEND THE CLASS CERT. ORDER – CASE NO. 2:15-CV-00799 KJM-DB

844564.3

WHEREAS, contrary to the Parties' expectations and goals, and despite their best efforts, representation of the New Defendants has not been finalized, and while Plaintiffs have been able to effect service on some of the New Defendants none have yet filed an Answer;

WHEREAS, the undersigned counsel for Existing Defendants will be representing the New Defendants and expects that his firm's representation of the New Defendants will be finalized by December 10, 2021;

WHEREAS, on November 23, 2021, this Court extended the deadline for service on the New Defendants to December 30, 2021, ECF No. 164;

THEREFORE, THE PARTIES STIPULATE AND JOINTLY REQUEST THAT THE COURT ORDER AS FOLLOWS:

1. That the deadline announced during the Scheduling Conference for the Parties to file their Stipulation to Amend the Class Certification Order is **vacated**; and
2. That no later than January 17, 2021, the Parties shall either file their Stipulation to Amend the Class Certification Order or a Status Report regarding the same.

Dated:  November 29, 2021                           Respectfully submitted,

                                                    GOLDSTEIN, BORGEN, DARDARIAN & HO

                                                    /s/ Anne P. Bellows
                                                    Anne P. Bellows

                                                    Attorneys for Plaintiffs and Relators

Dated:  November 29, 2021                           Respectfully submitted,

                                                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                                                    /s/ Ryan Matthews (as authorized 11/29/21)
                                                    Ryan Matthews

                                                    Attorneys for Defendants Wasatch Advantage Group, LLC, Wasatch Property Management, Inc., Wasatch Pool Holdings, LLC, Chesapeake Apartment Holdings, LLC, Logan Park Apartments, LLC, Logan Park Apartments, LP

IT IS SO ORDERED.

DATED: November 30, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3

STIP. TO EXTEND THE TIME FOR THE PARTIES TO FILE THEIR ANTICIPATED STIP. TO AMEND THE CLASS CERT. ORDER – CASE NO. 2:15-CV-00799 KJM-DB

844564.3