# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Denika Terry , et al. ,** | **CASE NO:  2:15–CV–00799–KJM–DB** |
| vs. | **SUMMONS IN A CIVIL CASE** |
| **Wasatch Advantage Group, LLC , et al. ,** | |

TO:  **Aspen Park Holdings, LLC, Bellwood Jerron Apartments, LP, Bellwood Jerron Holdings, LLC, Bent Tree Apartments, LLC, California Place Apartments, LLC, Camelot Lakes Holdings, LLC, Canyon Club Holdings, LLC, Chesapeake Apartment Holdings, LLC, Courtyard At Central Park Apartments, LLC, Creekside Holdings, LTD, Hayward Senior Apartments, LP, Heritage Park Apartments, LP, Oak Valley Apartments, LLC, Peppertree Apartment Holdings, LP, Piedmont Apartments, LP, Point Natomas Apartments, LLC, Point Natomas Apartments, LP, River Oaks Holdings, LLC, Shadow Way Apartments, LP, Spring Villa Apartments, LP, Sun Valley Holdings, LTD, Village Grove Apartments, LP, Wasatch Pool Holdings III, LLC, Wasatch Premier Properties, LLC, Wasatch Quail Run Gp, LLC**

Defendant's Address:

>Bellwood Jerron Holdings, LLC
>c/o SHELDON CHERNOVE
>16027 VENTURA BOULEVARDES, SUITE 515,
>ENCINO, CA 91436

**YOU ARE HEREBY SUMMONED** and required to serve on:

>**Anne Bellows**
>**Goldstein Borgen Dardarian & Ho**
>**155 Grand Avenue, Suite 900**
>**Oakland, California 94612**

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you**, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**

CLERK

**/s/  L. Reader**

(By) DEPUTY CLERK



**ISSUED ON 2021–08–19 12:13:45**
**CLERK, USDC EDCA**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Anne Bellows, 293722<br>Goldstein Borgen Dardarian & Ho<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612 | (510) 763-9800 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Wasatch | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
501 I Street Suite 4-200
Sacramento, CA 95814

PLAINTIFF:
UNITED STATES OF AMERICA, ex rel. DENIKA TERRY et al.

DEFENDANT:
Wasatch Advantage Group, LLC, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>15-cv-00799-KJM-DB |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons; Fifth Amended Class Action Complaint

2. Party Served: Bellwood Jerron Holdings, LLC

3. Person Served: SHELDON CHERNOVE - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 11/30/2021    2:25PM

5. Address, City and State: 16027 Ventura Blvd, SUITE 515
   Encino, CA 91436

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 40

Registered California process server.
County: Los Angeles
Registration No.: 2627
Humberto Palacio
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 12/01/2021 at Petaluma, California.

Signature: *Humberto Palacio*

Humberto Palacio

OL# 17259831