UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIKA TERRY, et al., | No.  2:15-cv-0799 KJM DB |
| Plaintiffs, | |
| v. | ORDER |
| WASATCH ADVANTAGE GROUP, et al., | |
| Defendants. | |

On November 19, 2021, plaintiffs filed a motion to compel and noticed the motion for hearing before the undersigned on December 10, 2021, pursuant to Local Rule 302(c)(1).  (ECF No. 156.)  On December 3, 2021, the parties filed a Joint Statement Re: Discovery Disagreement. (ECF No. 190.)  Review of the Joint Statements finds that it is unclear if the parties have complied with the meet and confer requirements set forth in Local Rule 251 and in the undersigned's Standard Information re discovery disputes available on the court's web page.  See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db.  Any Joint Statement filed before the undersigned should set forth the factual details establishing such compliance.

Moreover, with respect to the discovery disputes at issue defendants repeatedly state that they "have agreed to producing an amended response as requested," or "have agreed to produce

1

all responsive documents," and "expect the amended response to be served within the time frame specified by Plaintiffs." (ECF No. 190 at 16, 18, 19, 20, 22.)

      Accordingly, IT IS HEREBY ORDERED that:

      1. The December 10, 2021 hearing of plaintiffs' motion to compel (ECF No. 156) is continued to **Friday, December 17, 2021**;

      2. If a discovery dispute remains the parties shall engage in further meet and confer efforts; and

      3. On or before **December 10, 2021**, the parties shall file a Joint Statement that complies with the undersigned's Standard Information and the Local Rules.[1]

DATED: December 6, 2021        /s/ DEBORAH BARNES
                                              UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\terry0799.cont.hrg2.ord

---

[1] Alternatively, if the parties have resolved their dispute plaintiffs may comply with this order by filing a notice of withdrawal of the motion to compel.