Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Anne Bellows (SBN 293722)
abellows@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
(510) 763-9800; (510) 835-1417 (Fax)

Andrew Wolff (SBN 195092)
andrew@awolfflaw.com
LAW OFFICES OF ANDREW WOLFF, PC
1615 Broadway, 4th Floor
Oakland, CA 94612
(510) 834-3300; (510) 834-3377 (Fax)

Jesse Newmark (SBN 247488)
jessenewmark@centrolegal.org
CENTRO LEGAL DE LA RAZA
3022 International Blvd., Suite 410
Oakland, CA 94601
(510) 437-1863; (510) 437-9164

Jocelyn D. Larkin (SBN 110817)
Lindsay Nako (SBN 239090)
lnako@impactfund.org
jlarkin@impactfund.org
THE IMPACT FUND
2080 Addison Street, Suite 5
Berkeley, CA 94701
(510) 845-3473; (510) 845-3654 (Fax)

Attorneys for Plaintiffs and Relators and the Certified Classes

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO REQUEST 52 (ECF NO. 152)**<br><br>Date:     December 17, 2021<br>Time:    10:00 am<br>Dept:    Courtroom 27, 8th Floor<br>Before:  Hon. Magistrate Judge Deborah Barnes<br><br>Trial Date:    None Set |

NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO REQUEST 52
– CASE NO. 2:15-CV-00799 KJM-DB

845638.2

| | |
|---|---|
| 1 | PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON |
| 2 | HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE |
| 3 | APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES |
| 4 | HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK |
| 5 | APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, |
| 6 | HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY |
| 7 | HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, |
| 8 | LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER |
| 9 | OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA |
| 10 | APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, |
| 11 | WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH |
| 12 | POOL HOLDINGS III, LLC, and DOES 1-4, |
| 13 | Defendants. |

Notice of Withdrawal of Motion to Compel Production of Documents Responsive to Request 52 – Case No. 2:15-CV-00799 KJM-DB

845638.2

1  Plaintiffs-Relators Denika Terry, Roy Huskey III, and Tamera Livingston hereby withdraw their Motion to Compel Production of Documents Responsive to Request 52 of Plaintiff Terry's Requests for Production of Documents, Set Two (ECF No. 152), which is set for hearing on December 17, 2021 at 10:00 am.  The parties have reached an agreement on the production documents responsive to Request 52.

Dated:  December 10, 2021

Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

*/s/ Anne P. Bellows*
Anne P. Bellows

Attorneys for Plaintiffs and Relators