UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIKA TERRY, et al., | No. 2:15-cv-0799 KJM DB |
| Plaintiffs, | |
| v. | ORDER |
| WASATCH ADVANTAGE GROUP, et al., | |
| Defendants. | |

On November 19, 2021, plaintiffs filed a motion to compel and noticed the motion for hearing before the undersigned on December 10, 2021, pursuant to Local Rule 302(c)(1). (ECF No. 156.) On December 3, 2021, the parties filed a Joint Statement Re: Discovery Disagreement. (ECF No. 190.) Review of the Joint Statement found that defendants repeatedly stated that they had agreed to produce responsive documents or amended responses. Accordingly, the hearing of the motion was continued to December 17, 2021. (ECF No. 191.)

On December 10, 2021, the parties' filed two Joint Statements for hearing of discovery motions on December 17, 2021. (ECF Nos. 196 & 197.) Again, defendants state that they have agreed to produce responses "and are working diligently to do so." (ECF No. 197-1 at 9.)

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The December 17, 2021 hearing of plaintiffs' motions to compel (ECF Nos. 156 & 197) are continued to **Friday, January 7, 2022**;

2. If a discovery dispute remains the parties shall engage in further meet and confer efforts;

3. If a discovery dispute remains, on or before **December 31, 2021**, the parties shall file a Joint Statement that complies with the undersigned's Standard Information and the Local Rules[1]; and

4. The deadline for the completion of fact discovery in this action is continued to **January 14, 2022**.

DATED: December 13, 2021         /s/ DEBORAH BARNES
                                 UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\terry0799.cont.hrg3.ord

---

[1] If a discovery dispute remains and the parties file a Joint Statement defendants shall state in the Joint Statement a date certain by which the discovery will be produced. Alternatively, if the parties have resolved their dispute plaintiffs may comply with this order by filing a notice of withdrawal of the motions to compel.

2