| | |
|---|---|
| 1 | **LEWIS BRISBOIS BISGAARD & SMITH** LLP |
|   | JOSEPH A. SALAZAR JR., SB# 169551 |
| 2 |    E-Mail: Joe.Salazar@lewisbrisbois.com |
|   | RYAN MATTHEWS, SB# 311674 |
| 3 |    E-Mail: Ryan.Matthews@lewisbrisbois.com |
|   | 2020 West El Camino Avenue, Suite 700 |
| 4 | Sacramento, California 95833 |
|   | Telephone: 916.564.5400 |
| 5 | Facsimile: 916.564.5444 |
| 6 | Attorneys for Defendant ASPEN PARK HOLDINGS LLC |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA,<br><br>        Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS | CASE NO. 2:15-cv-00799-KJM-DB<br><br>**DEFENDANT ASPEN PARK HOLDINGS LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>The Hon. Kimberly J. Mueller<br><br>Trial Date:    None Set |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4<br><br>            Defendants. |

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendant ASPEN PARK HOLDINGS LLC is owned by Wasatch Premier Properties, LLC.

DATED:  December 21, 2021            LEWIS BRISBOIS BISGAARD & SMITH LLP


                                By:    */s/ Ryan Matthews*
                                        RYAN MATTHEWS
                                        Attorneys for Defendant ASPEN PARK
                                        HOLDINGS LLC

# FEDERAL COURT PROOF OF SERVICE

USA-Terry v Wasatch Property Management, et al.
2:15-cv-00799-KJM-DB

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On December 21, 2021, I served the following document(s):

- DEFENDANT ASPEN PARK HOLDINGS LLC'S CORPORATE DISCLOSURE STATEMENT

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December 21, 2021, at Sacramento, California.

*/s/ Alicia Crespo*
Alicia Crespo

**SERVICE LIST**
**USA-Terry v Wasatch Property Management, et al.**
**2:15-cv-00799-KJM-DB**

| | |
|---|---|
| Andrew Wolff<br>Law Office of Andrew Wolff, PC<br>1956 Webster Street, Ste. 275<br>Oakland, CA 94612 | ***Attorney for Plaintiffs***<br>***Denika Terry and Roy Huskey, III***<br><br>Tel.: 510-834-3300<br>E-Mail: andrew@awolfflaw.com |
| Jesse Newmark<br>CENTRO LEGAL DE LA RAZA<br>3022 International Blvd, Ste. 410<br>Oakland, CA 94601 | ***Attorney for Plaintiffs***<br>***Denika Terry and Roy Huskey, III***<br><br>Tel.: (510) 437-1554 x115<br>Fax: (510) 437-9164<br>Email: jessenewmark@centrolegal.org |
| Laura L. Ho<br>Anne Bellows<br>Kristen A. Burzynski<br>Goldstein, Borgen, Dardarian & Ho<br>155 Grand Avenue, Suite 900<br>Oakland, CA 94612 | ***Co-Counsel for Plaintiffs***<br><br>Tel.: 519-763-9800<br>Fax: 510-835-1417<br>Email: lho@gbdhlegal.com<br>Email: abellows@gbdhlegal.com<br>Email: sgrimes@gbdhlegal.com<br>Email: dvaldez@gbdhlegal.com<br>Email: kburzynski@gbdhlegal.com |
| Vincente Antonio Tennerelli<br>United States Attorney's Office<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 | ***Attorney for Intervenor Plaintiff***<br>***United States of America***<br><br>Tel.: (559) 497-4080<br>Email: Vincente.Tennerelli@usdoj.gov<br>Email: joni.jones@usdoj.gov |
| Jocelyn D. Larkin<br>Lindsay Nako<br>The Impact Fund<br>2080 Addison Street, Suite 5<br>Berkeley, CA 94704 | ***Attorney for Plaintiffs***<br><br>T: 510-845-3473 x.306<br>F: 510-845-3654<br>E: jlarkin@impactfund.org<br>E: lnako@impactfund.org |