UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIKA TERRY, et al., | No. 2:15-cv-0799 KJM DB |
| Plaintiffs, | |
| v. | ORDER |
| WASATCH ADVANTAGE GROUP, et al., | |
| Defendants. | |

  Pursuant to Local Rule 302(c)(1) plaintiffs' motions to compel are noticed for hearing before the undersigned on January 7, 2022. (ECF Nos. 156 & 197.) The hearing of these motions has been repeatedly continued as a result of defendants' supplemental productions and the parties' meet and confer efforts. On December 30, 2021, the parties filed updated Joint Statements regarding their discovery disputes. (ECF Nos. 216 & 217.) Those statements reflect that defendants have made further supplemental productions and intend to make additional productions.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline for the completion of fact discovery in this action is continued to **February 18, 2022**;

2. Defendants shall complete their production on or before **January 20, 2022**;

3. After the completion of defendants' production the parties shall engage in further meet and confer efforts, either in person, via telephone, or video conference, on or before **January 28, 2022**;

4. If a discovery dispute remains, on or before **February 4, 2022**, the parties shall file a Joint Statement that complies with the undersigned's Standard Information and the Local Rules[1]; and

5. The January 7, 2022 hearing of plaintiffs' motions to compel (ECF Nos. 156 & 197) is continued to **Friday, February 11, 2022**.

Dated: January 4, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\terry0799.cont.hrg4.ord

---

[1] If the parties have resolved their dispute plaintiffs may comply with this order by filing a notice of withdrawal of the motions to compel.