Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Anne Bellows (SBN 293722)
abellows@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 | (Fax) (510) 835-1417

Andrew Wolff (SBN 195092)
andrew@awolfflaw.com
LAW OFFICES OF ANDREW WOLFF, PC
1615 Broadway, 4th Floor
Oakland, CA 94612
Telephone: (510) 834-3300 | (Fax) (510) 834-3377

Jesse Newmark (SBN 247488)
jessenewmark@centrolegal.org
CENTRO LEGAL DE LA RAZA
3022 International Blvd., Suite 410
Oakland, CA 94601
Telephone: (510) 437-1863 | (Fax) (510) 437-9164

Jocelyn Larkin (SBN 110817)
jlarkin@impactfund.org
Lindsay Nako (SBN 239090)
lnako@impactfund.org
THE IMPACT FUND
2080 Addison Street, Suite 5
Berkeley, CA 94704
Telephone: (510) 845-3473 | (Fax) (510) 845-3654

Attorneys for Plaintiffs and Relators and the Certified Classes

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA | Case No.: 2:15-CV-00799-KJM-DB |
| | CLASS ACTION |
| | **STIPULATION AND ORDER TO EXTEND THE EXPERT-RELATED DEADLINES** |
| Plaintiffs/Relators, | Before:  Hon. Chief Judge Kimberly J. Mueller |
| vs. | Trial Date:   None Set |
| WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN | |

1

PARK APARTMENTS, LP, ASPEN PARK
HOLDINGS, LLC, BELLWOOD JERRON
HOLDINGS, LLC, BELLWOOD JERRON
APARTMENTS, LP, BENT TREE
APARTMENTS, LLC, CALIFORNIA PLACE
APARTMENTS, LLC, CAMELOT LAKES
HOLDINGS, LLC, CANYON CLUB HOLDINGS,
LLC, COURTYARD AT CENTRAL PARK
APARTMENTS, LLC, CREEKSIDE HOLDINGS,
LTD, HAYWARD SENIOR APARTMENTS, LP,
HERITAGE PARK APARTMENTS, LP, OAK
VALLEY APARTMENTS, LLC, OAK VALLEY
HOLDINGS, LP, PEPPERTREE APARTMENT
HOLDINGS, LP, PIEDMONT APARTMENTS,
LP, POINT NATOMAS APARTMENTS, LLC,
POINT NATOMAS APARTMENTS, LP, RIVER
OAKS HOLDINGS, LLC, SHADOW WAY
APARTMENTS, LP, SPRING VILLA
APARTMENTS, LP, SUN VALLEY HOLDINGS,
LTD, VILLAGE GROVE APARTMENTS, LP,
WASATCH QUAIL RUN GP, LLC, WASATCH
PREMIER PROPERTIES, LLC, WASATCH
POOL HOLDINGS III, LLC,
and DOES 1-4,

      Defendants.

STIPULATION AND ORDER TO EXTEND THE EXPERT-RELATED DEADLINES
– CASE NO. 2:15-CV-00799 KJM-DB

846947.3

1   Plaintiffs and Relators Denika Terry, Roy Huskey III, and Tamera Livingston and Defendants

2   Wasatch Advantage Group, LLC, Wasatch Property Management, Inc., Wasatch Pool Holdings, LLC,

3   Chesapeake Apartment Holdings, LLC, Logan Park Apartments, LLC, Logan Park Apartments, LP,

4   Aspen Park Holdings, LLC, Bellwood Jerron Holdings, LLC, Bellwood Jerron Apartments, LP, Bent

5   Tree Apartments, LLC, California Place Apartments, LLC, Camelot Lakes Holdings, LLC, Canyon

6   Club Holdings, LLC, Courtyard At Central Park Apartments, LLC, Creekside Holdings, Ltd, Hayward

7   Senior Apartments, LLC, Heritage Park Apartments, LP, Oak Valley Apartments, LLC, Oak Valley

8   Holdings, LP, Peppertree Apartment Holdings, LP, Piedmont Apartments, LP, Point Natomas

9   Apartments, LLC, Point Natomas Apartments, LP, River Oaks Holdings, LLC, Shadow Way

10  Apartments, LP, Spring Villa Apartments, LP, Sun Valley Holdings, Ltd, Village Grove Apartments,

11  LP, Wasatch Quail Run GP, LLC, Wasatch Premier Properties, LLC, Wasatch Pool Holdings III, LLC

12  (together, "the Parties"), by and through their undersigned counsel, hereby stipulate as follows:

13      WHEREAS, under Federal Rule of Civil Procedure 16(b)(4), the Court has broad discretion to

14  modify a pretrial scheduling order on a showing of "good cause," focusing on the diligence of the

15  parties and the reasons for the requested modification;

16      WHEREAS, since the Court adopted the Parties' proposed expert disclosure schedule at the

17  October 28, 2021 scheduling conference, the Parties have completed 5 depositions and have been

18  meeting and conferring on a regular basis—and sometimes multiple times a week—to complete

19  document and written discovery;

20      WHEREAS, Plaintiffs have filed several motions to compel the production of documents and

21  answers to interrogatories that remain outstanding, and Magistrate Judge Barnes has extended the

22  scheduled hearings and the fact discovery deadline four times in order to allow Defendants time to

23  complete their production (ECF Nos. 170, 191, 203, and 219);

24      WHREEAS, Defendants are diligently working to produce the outstanding documents and

25  discovery responses, and anticipate doing so in the near future;

26      WHEREAS, the Parties have been collaborating on data production in partnership with the

27  Joint Expert hired by the parties to complete the production of relevant data from Defendants'

28

846947.3

database, through an iterative process that has involved multiple rounds of data production and review, and the Parties believe the data production to be nearing completion;

WHEREAS, due to the above-described delays in fact discovery and data discovery, the Parties agree that a short extension to the upcoming deadlines is appropriate and convenient;

WHEREAS, the extension contemplated by the Parties and further set out below does not affect the remainder of the scheduling order,

THEREFORE, the Parties joint stipulate and request that the Court order that the Scheduling Order (ECF No. 143) be modified as follows:

- Expert witness disclosures shall be made no later than ~~January 20, 2022~~ **January 28, 2022**

- Rebuttal expert witness disclosures shall be made no later than ~~February 17, 2022~~ **February 25, 2022**

- Expert discovery shall be completed no later than ~~March 10, 2022~~ **March 18, 2022**

Dated:  January 11, 2022                             Respectfully submitted,

                                                    GOLDSTEIN, BORGEN, DARDARIAN & HO

                                                    /s/ Anne P. Bellows
                                                    Anne P. Bellows

                                                    Attorneys for Plaintiffs and Relators

Dated:  January 11, 2022                             Respectfully submitted,

                                                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                                                    /s/ Ryan Matthews (as authorized 1/11/22)
                                                    Ryan Matthews

                                                    Attorneys for Defendants

4

846947.3

ORDER

The Scheduling Order (ECF No. 143) is modified as follows:

- Expert witness disclosures shall be made no later than January 28, 2022

- Rebuttal expert witness disclosures shall be made no later than February 25, 2022

- Expert discovery shall be completed no later than March 18, 2022.

IT IS SO ORDERED.

DATED:  January 12, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

846947.3