1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JOSEPH A. SALAZAR JR., SBN 169551
2     E-Mail: Joe.Salazar@lewisbrisbois.com
   RYAN MATTHEWS, SBN 311674
3     E-Mail: Ryan.Matthews@lewisbrisbois.com
   2020 West El Camino Avenue, Suite 700
4  Sacramento, California 95833
   Telephone: 916.564.5400
5  Facsimile:  916.564.5444

6  Attorneys for Defendants,
   Wasatch Advantage Group, LLC; Wasatch
7  Property Management, Inc.; Wasatch Pool
   Holdings, LLC, Chesapeake Commons Holdings,
8  LLC; Logan Park Apartments, LLC; Logan Park
   Apartments, LP
9

10                    **UNITED STATES DISTRICT COURT**

11              **EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

12

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DENIKA TERRY and ROY HUSKEY III, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA, <br><br> Plaintiffs/Relators, <br><br> vs. <br><br> WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE COMMONS HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC; LOGAN PARK APARTMENTS, LP, <br><br> Defendants. | CASE NO. 2:15-cv-00799-KJM-DB <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OR IN THE FURTHER ALTERNATIVE FOR CLASS DECERTIFICATION** <br><br> Date:  May 27, 2022 <br> Time:  10:00 a.m. <br> Crtrm.: 3, 15th Floor |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on May 27, 2022 at 10:00 a.m. or as soon thereafter as the matter may be heard by the Honorable Kimberly J. Mueller in Courtroom 3 of the United States District Court for the Eastern District of California at 501 I Street, Sacramento, California 95814, Defendants will move this Court for an order granting summary judgment against Plaintiffs, or

1  alternatively, for summary adjudication, pursuant to Federal Rules of Civil Procedure 56.

2      The Motion will be based upon this Notice, the accompanying Memorandum of Points and

3  Authorities, the Declaration of Ryan Matthews, the Declaration of Jarom Johnson, the Declaration

4  of Mike Christiansen, the Evidence in Support of this Motion, together with supporting exhibits,

5  materials contained in the Court's file, and oral argument presented at hearing.

6  DATED: April 22, 2022        LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    */s/Ryan Matthews*
Joseph A. Salazar, Jr.
Ryan Matthews
Attorneys for Defendants,
Wasatch Advantage Group, LLC; Wasatch Property Management, Inc.; Wasatch Pool Holdings, LLC, Chesapeake Commons Holdings, LLC; Logan Park Apartments, LLC; Logan Park Apartments, LP



# FEDERAL COURT PROOF OF SERVICE

USA-Terry v Wasatch Property Management, et al.
Case No. 2:15-cv-00799-KJM-DB

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On **April 22, 2022**, I served the following document(s):

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OR IN THE FURTHER ALTERNATIVE FOR CLASS DECERTIFICATION**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on **April 22, 2022**, at Sacramento, California.

                                          */s/Roxy A. Chipak*
                                          Roxy A. Chipak

## SERVICE LIST
*USA-Terry v Wasatch Property Management, et al.*
Case No. 2:15-cv-00799-KJM-DB

| | |
|---|---|
| Andrew Wolff<br>Law Office of Andrew Wolff, PC<br>1956 Webster Street, Suite 275<br>Oakland, CA 94612 | **Attorney for Plaintiffs**<br>***Denika Terry and Roy Huskey, III***<br><br>Tel.: (510) 834-3300<br>Email: andrew@awolfflaw.com |
| Jesse Newmark<br>CENTRO LEGAL DE LA RAZA<br>3022 International Blvd., Suite 410<br>Oakland, CA 94601 | **Attorney for Plaintiffs**<br>***Denika Terry and Roy Huskey, III***<br><br>Tel.: (510) 437-1554 x115<br>Fax: (510) 437-9164<br>Email: jessenewmark@centrolegal.org |
| Laura L. Ho<br>Anne Bellows<br>Stephanie Tilden<br>GOLDSTEIN, BORGEN, DARDARIAN & HO<br>155 Grand Avenue, Suite 900<br>Oakland, CA 94612 | ***Attorneys for Plaintiffs and Relators and the Certified Classes***<br><br>Tel: (510) 763-9800<br>Fax: (510) 835-1417<br>Email: ljo@gbdhlegal.com<br>Email: abellows@gbdhlegal.com<br>Email: stilden@gbdhlegal.com<br>Email: sgrimes@gbdhlegal.com<br>Email: dvaldez@gbdhlegal.com |
| Vincente Antonio Tennerelli<br>United States Attorney's Office<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 | ***Attorney for Intervenor Plaintiff***<br>***United States of America***<br><br>Tel.: (559) 497-4080<br>Email: Vincente.Tennerelli@usdoj.gov<br>Email: joni.jones@usdoj.gov |
| Jocelyn D. Larkin<br>Lindsay Nako<br>The Impact Fund<br>2080 Addison Street, Suite 5<br>Berkeley, CA 94704 | ***Attorney for Plaintiffs***<br><br>Tel: (510) 845-3473 x.306<br>Fax: (510) 845-3654<br>Email: jlarkin@impactfund.org<br>Email: lnako@impactfund.org |

