

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SBN 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
RYAN MATTHEWS, SBN 311674
  E-Mail: Ryan.Matthews@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone:  916.564.5400
Facsimile:  916.564.5444

Attorneys for Defendants,
BENT TREE APARTMENTS. LLC;
BELLWOOD JERRON HOLDINGS LLC;
CHESAPEAKE APARTMENT HOLDINGS,
LLC; RIVER OAKS HOLDINGS, LLC; OAK
VALLEY APARTMENTS. LLC; COURTYARD
AT CENTRAL PARK APARTMENTS. LLC;
CANYON CLUB HOLDINGS, LLC; POINT
NATOMAS APARTMENTS. LLC;
CALIFORNIA PLACE APARTMENTS. LLC;
ASPEN PARK HOLDINGS LLC; HERITAGE
PARK APARTMENTS, LP; PIEDMONT
APARTMENTS, LP; PEPPERTREE
APARTMENT HOLDINGS, LP; VILLAGE
GROVE APARTMENTS, LP; SHADOW WAY
APARTMENTS, LP; OAK VALLEY
HOLDINGS, LP

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA,<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE | CASE NO. 2:15-cv-00799-KJM-DB<br><br>**APPENDIX OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OR IN THE FURTHER ALTERNATIVE FOR CLASS DECERTIFICATION**<br><br>Date:    May 27, 2022<br>Time:   10:00 a.m.<br>Crtrm.:  3, 15th Floor |

APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4

Defendants.

Pursuant to Rule 3.1350(g) of the California Rules of Court, Defendants submit this Appendix of Documentary Evidence in support of their Motion for Summary Judgment.

## TABLE OF CONTENTS

| Page Number | Evidence |
|---|---|
| DMSJ000001-000003 | Declaration of Ryan Matthews |
| DMSJ000004-000218 | Plaintiffs' Fifth Amended Complaint |
| DMSJ000219-000221 | Declaration of Mike Christiansen |
| DMSJ000222-000224 | Declaration of Jarom Johnson |
| DMSJ000225-000228 | Excerpts from Deposition of Jarom Johnson, Vol. 1 |
| DMSJ000229-000234 | Amended Responses to Plaintiff Roy Huskey III's |

| | |
|---|---|
| | Interrogatories, Set Five |
| DMSJ000235-000236 | Exhibit 3 to the Deposition of Janae Jarvis |
| DMSJ000237-000238 | Deposition of Robert Griswold |
| DMSJ000239-000241 | Deposition of Mary Rizzo Shuman |
| DMSJ000242-000248 | Deposition of Barbara Cavey |
| DMSJ000249-000251 | Deposition of Cheryl Syme |
| DMSJ000252-000254 | Deposition of Jacqueline Rojas |
| DMSJ000255-000257 | Deposition of Jodi Parker |
| DMSJ000258-000262 | Declaration of Shannon Fox |

DATED: April 22, 2022                    LEWIS BRISBOIS BISGAARD & SMITH LLP


                                         By:  */s/Ryan Matthews*
                                              Ryan Matthews
                                              Attorneys for Defendants

# FEDERAL COURT PROOF OF SERVICE

USA-Terry v Wasatch Property Management, et al.
Case No. 2:15-cv-00799-KJM-DB

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On **April 22, 2022**, I served the following document(s):

**APPENDIX OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OR IN THE FURTHER ALTERNATIVE FOR CLASS DECERTIFICATION**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on **April 22, 2022**, at Sacramento, California.

                                         */s/Roxy A. Chipak*
                                         Roxy A. Chipak



4862-2930-3581.1            1            Case No. 2:15-cv-00799-KJM-DB

APPENDIX OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OR IN THE FURTHER ALTERNATIVE FOR CLASS DECERTIFICATION

**SERVICE LIST**
*USA-Terry v Wasatch Property Management, et al.*
*Case No. 2:15-cv-00799-KJM-DB*

| | |
|---|---|
| Andrew Wolff<br>Law Office of Andrew Wolff, PC<br>1956 Webster Street, Suite 275<br>Oakland, CA 94612 | **Attorney for Plaintiffs**<br>***Denika Terry and Roy Huskey, III***<br><br>Tel.: (510) 834-3300<br>Email: andrew@awolfflaw.com |
| Jesse Newmark<br>CENTRO LEGAL DE LA RAZA<br>3022 International Blvd., Suite 410<br>Oakland, CA 94601 | **Attorney for Plaintiffs**<br>***Denika Terry and Roy Huskey, III***<br><br>Tel.: (510) 437-1554 x115<br>Fax: (510) 437-9164<br>Email: jessenewmark@centrolegal.org |
| Laura L. Ho<br>Anne Bellows<br>Stephanie Tilden<br>GOLDSTEIN, BORGEN, DARDARIAN & HO<br>155 Grand Avenue, Suite 900<br>Oakland, CA 94612 | ***Attorneys for Plaintiffs and Relators and the Certified Classes***<br><br>Tel: (510) 763-9800<br>Fax: (510) 835-1417<br>Email: ljo@gbdhlegal.com<br>Email: abellows@gbdhlegal.com<br>Email: stilden@gbdhlegal.com<br>Email: sgrimes@gbdhlegal.com<br>Email: dvaldez@gbdhlegal.com |
| Vincente Antonio Tennerelli<br>United States Attorney's Office<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 | ***Attorney for Intervenor Plaintiff***<br>***United States of America***<br><br>Tel.: (559) 497-4080<br>Email: Vincente.Tennerelli@usdoj.gov<br>Email: joni.jones@usdoj.gov |
| Jocelyn D. Larkin<br>Lindsay Nako<br>The Impact Fund<br>2080 Addison Street, Suite 5<br>Berkeley, CA 94704 | ***Attorney for Plaintiffs***<br><br>Tel: (510) 845-3473 x.306<br>Fax: (510) 845-3654<br>Email: jlarkin@impactfund.org<br>Email: lnako@impactfund.org |