# Exhibit 1

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
RYAN MATTHEWS, SB# 311674
  E-Mail: Ryan.Matthews@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants BENT TREE APARTMENTS. LLC; BELLWOOD JERRON HOLDINGS LLC; CHESAPEAKE APARTMENT HOLDINGS, LLC; RIVER OAKS HOLDINGS, LLC; OAK VALLEY APARTMENTS. LLC; COURTYARD AT CENTRAL PARK APARTMENTS. LLC; CANYON CLUB HOLDINGS, LLC; POINT NATOMAS APARTMENTS. LLC; CALIFORNIA PLACE APARTMENTS. LLC; ASPEN PARK HOLDINGS LLC; HERITAGE PARK APARTMENTS, LP; PIEDMONT APARTMENTS, LP; PEPPERTREE APARTMENT HOLDINGS, LP; VILLAGE GROVE APARTMENTS, LP; SHADOW WAY APARTMENTS, LP; OAK VALLEY HOLDINGS, LP

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA, <br><br> Plaintiffs/Relators, <br><br> vs. <br><br> WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN | CASE NO. 2:15-cv-00799-KJM-DB <br><br> **DECLARATION OF RYAN MATTHEWS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> The Hon. Kimberly J. Mueller <br><br> Trial Date:     None Set |

Case No. 2:15-cv-00799-KJM-DB
DEFENDANTS NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

DMSJ000001

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4<br><br>        Defendants. |

I, Ryan Matthews, declare as follows:

    1.    I am an attorney duly admitted to practice in all of the courts of the State of California and I am an associate with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Wasatch Advantage Group, LLC; Wasatch Property Management, Inc.; Wasatch Pool Holdings, LLC, Chesapeake Commons Holdings, LLC; Logan Park Apartments, LLC; Logan Park Apartments, LP herein.  The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

    2.    Following extensive review of the HUD regulations pertaining to the Section 8 Housing Choice Voucher Program, counsel concludes that nothing in the HUD regulations suggests that Section 8 is for assisting and educating families on how to manage their expenses, where to live or what type of housing they should live in.

    3.    Based on the meet and confer efforts between the parties, Plaintiffs do not intend to assert evidence in support of their Motion for Summary Judgment relating to the question of

1. whether and to what extent ASA charges were made mandatory as a condition of leasing for Section 8 tenants.

2. 4. Attached hereto as Exhibit 1 is a true and correct copy of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

3. 5. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiffs Reply Brief in Support of Plaintiffs' Motion for Class Certification

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 22nd day of April, 2022, at Sacramento, California.

          /s/Ryan Matthews
          Ryan Matthews

