# Exhibit 3

```
 1  LEWIS BRISBOIS BISGAARD & SMITH LLP
    JOSEPH A. SALAZAR JR., SB# 169551
 2    E-Mail: Joe.Salazar@lewisbrisbois.com
    RYAN MATTHEWS, SB# 311674
 3    E-Mail: Ryan.Matthews@lewisbrisbois.com
    2020 West El Camino Avenue, Suite 700
 4  Sacramento, California 95833
    Telephone: 916.564.5400
 5  Facsimile: 916.564.5444

 6  Attorneys for Defendants BENT TREE
    APARTMENTS. LLC; BELLWOOD JERRON
 7  HOLDINGS LLC; CHESAPEAKE
    APARTMENT HOLDINGS, LLC; RIVER
 8  OAKS HOLDINGS, LLC; OAK VALLEY
    APARTMENTS. LLC; COURTYARD AT
 9  CENTRAL PARK APARTMENTS. LLC;
    CANYON CLUB HOLDINGS, LLC; POINT
10  NATOMAS APARTMENTS. LLC;
    CALIFORNIA PLACE APARTMENTS. LLC;
11  ASPEN PARK HOLDINGS LLC; HERITAGE
    PARK APARTMENTS, LP; PIEDMONT
12  APARTMENTS, LP; PEPPERTREE
    APARTMENT HOLDINGS, LP; VILLAGE
13  GROVE APARTMENTS, LP; SHADOW WAY
    APARTMENTS, LP; OAK VALLEY
14  HOLDINGS, LP

15
                    UNITED STATES DISTRICT COURT
16
                    EASTERN DISTRICT OF CALIFORNIA
17
                         SACRAMENTO DIVISION
18

19
20  UNITED STATES OF AMERICA, ex rel.      CASE NO. 2:15-cv-00799-KJM-DB
    DENIKA TERRY, ROY HUSKEY III, and
21  TAMERA LIVINGSTON, and each of them    DECLARATION OF MIKE
    for themselves individually, and for   CHRISTIANSEN IN SUPPORT OF
22  all other persons similarly situated   DEFENDANTS' MOTION FOR
    and on behalf of the                   SUMMARY JUDGMENT
    UNITED STATES OF AMERICA,
23                                         The Hon. Kimberly J. Mueller
             Plaintiffs/Relators,
24                                         Trial Date:    None Set
         vs.
25
    WASATCH ADVANTAGE GROUP, LLC,
26  WASATCH PROPERTY MANAGEMENT,
    INC., WASATCH POOL HOLDINGS, LLC,
27  CHESAPEAKE APARTMENT HOLDINGS,
    LLC, LOGAN PARK APARTMENTS, LLC,
28  LOGAN PARK APARTMENTS. LP, ASPEN
```

|   |
|---|
| PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4 |
| Defendants. |

I, Mike Christiansen, declare as follows:

1. I am Technology and Systems Manager for Wasatch Property Management, Inc..

2. I have personal knowledge of the facts set forth herein, and if called as a witness to testify thereto, I could competently and truthfully do so.

3. Attached hereto as Exhibit A is a true and correct copy of an Excel Document which was created using data from Wasatch Property Management, Inc.'s Yardi database.

4. This spreadsheet contains a full list of the properties managed by Wasatch Property Management, Inc. which hosted Section 8 tenants during the relevant time period.

5. This spreadsheet details the percentage of Section 8 tenants at various Wasatch Property Management, Inc. properties who incurred various Additional Service Charges.

6. The data shows that the most commonly incurred Additional Service Charge was for renter's insurance. Approximately 53 percent of Section 8 tenants at Wasatch's various properties entered into an Additional Services Agreement for renter's insurance.

LEWIS BRISBOIS

7. Based on this data, there are no charges under any Additional Services Agreement that more than 53 percent of tenants incurred. Indeed, for most charges, the percentage is far smaller.

8. This data is true and correct based on the records in Defendants' Yardi system, and is the most accurate reflection of the charges imposed on tenants by Wasatch Property Management, Inc.

9. The Yardi database keeps tenant ledgers, which itemize Additional Service Agreement charges, in addition to any other amounts due under the lease, including utility charges and rent.

10. The Yardi system handles all tenant accounting for Wasatch Property Management, Inc.

11. As Wasatch Property Management, Inc.'s Technology and Systems Manager, I have intimate, comprehensive knowledge of the Yardi system. Based on my knowledge and experience, this data accurately reflects the charges imposed on the Section 8 tenants in question.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 22nd day of April, 2022, at Logan, Utah.

_____
Mike Christiansen