# Exhibit 4

```
 1  LEWIS BRISBOIS BISGAARD & SMITH LLP
    JOSEPH A. SALAZAR JR., SB# 169551
 2    E-Mail: Joe.Salazar@lewisbrisbois.com
    RYAN MATTHEWS, SB# 311674
 3    E-Mail: Ryan.Matthews@lewisbrisbois.com
    2020 West El Camino Avenue, Suite 700
 4  Sacramento, California 95833
    Telephone: 916.564.5400
 5  Facsimile: 916.564.5444

 6  Attorneys for Defendants BENT TREE
    APARTMENTS. LLC; BELLWOOD JERRON
 7  HOLDINGS LLC; CHESAPEAKE
    APARTMENT HOLDINGS, LLC; RIVER
 8  OAKS HOLDINGS, LLC; OAK VALLEY
    APARTMENTS. LLC; COURTYARD AT
 9  CENTRAL PARK APARTMENTS. LLC;
    CANYON CLUB HOLDINGS, LLC; POINT
10  NATOMAS APARTMENTS. LLC;
    CALIFORNIA PLACE APARTMENTS. LLC;
11  ASPEN PARK HOLDINGS LLC; HERITAGE
    PARK APARTMENTS, LP; PIEDMONT
12  APARTMENTS, LP; PEPPERTREE
    APARTMENT HOLDINGS, LP; VILLAGE
13  GROVE APARTMENTS, LP; SHADOW WAY
    APARTMENTS, LP; OAK VALLEY
14  HOLDINGS, LP
```

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA,<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN | CASE NO. 2:15-cv-00799-KJM-DB<br><br>**DECLARATION OF JAROM JOHNSON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>The Hon. Kimberly J. Mueller<br><br>Trial Date:   None Set |

|   |   |
|---|---|
| 1 | PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4 |
| 14 | Defendants. |

I, Jarom Johnson, declare as follows:

1.  I am Executive Vice President for Wasatch Property Management, Inc..

2.  I have personal knowledge of the facts set forth herein, and if called as a witness to testify thereto, I could competently and truthfully do so.

3.  As part of their general business practices, Defendants offer tenants the opportunity to enter into Additional Service Agreements.

4.  These ASAs allow tenants to select additional amenities which, in their estimation, will enhance their living experience at one of Defendants' properties.

5.  Generally speaking, Section 8 tenants are provided with the same opportunities to enter into ASAs as non-Section 8 tenants.

6.  With respect to ASA amenities, non-Section 8 tenants do not receive any benefits that Section 8 tenants are denied. Which is to say, if a Section 8 tenant is charged $10 for covered parking, a non-Section 8 tenant will be charged the same amount.

7. Wasatch generally submits any applicable Additional Services Agreements to the housing authorities as part of the lease packets when entering into HAP Contracts.

8. I am unaware of any tenant having complained of not receiving the services they paid for under any Additional Services Agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 22nd day of April, 2022, at Logan, Utah.

*Jarom Johnson*