# Exhibit 5

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               EASTERN DISTRICT OF CALIFORNIA
 3                     SACRAMENTO DIVISION
 4
 5   UNITED STATES OF AMERICA,     )
     ex rel. DENIKA TERRY, ROY     )
 6   HUSKEY, III, and TAMERA       )
     LIVINGSTON, and each of them  )
 7   for themselves individually,  )
     and for all other persons     )
 8   similarly situated and on     )
     behalf of the UNITED STATES   )
 9   OF AMERICA,                   )
                                   )
10          Plaintiffs/Relators,   )
                                   )
11              vs.                ) Case No.
                                   ) 2:15-CV-00799-KJM-DB
12   WASATCH ADVANTAGE GROUP,      )
     LLC, WASATCH PROPERTY         )
13   MANAGEMENT, INC., WASATCH     )
     POOL HOLDINGS, LLC,           )
14   CHESAPEAKE COMMONS HOLDINGS,  )
     LLC, LOGAN PARK APARTMENTS,   )
15   LLC, LOGAN PARK APARTMENTS,   )
     LP, and DOES 1-30,            )
16                                 )
                   Defendants.     )
17                                 )
18
19        VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
20                   JAROM JOHNSON, CPM
21          Taken in Behalf of the Plaintiffs
22                   July 19th, 2021
23
24   Reported by:
25   Robin Reger, RPR, CSR
```

Page 1

```
 1        Q     This is inside YARDI?
 2        A     Correct.
 3        Q     Would it be in, like, the tenant ledgers
 4   or some other part of YARDI?
 5        A     No.  It would be -- it would just be
 6   more in, like, the configuration.
 7        Q     Okay.  Are you aware of any other
 8   residential properties managed by Wasatch that have
 9   mandatory parking charges?
10        A     For any tenant or for housing tenants?
11        Q     Is there a difference?
12        A     Yes.  There is a difference.
13        Q     Okay.  For housing tenants?
14        A     I'm not aware of any, no.
15        Q     What about for nonhousing tenants?
16        A     Yes.  So some of our projects have
17   required parking as a result of the building type or
18   the parking allocation at the community.
19        Q     Okay.  And could you provide me a list?
20        A     I'm sure we could.  Yes.
21                    (Request for Production.)
22        Q     And how would you put together that
23   list?
24        A     We would just -- it would go into that
25   designation.  So we could have Mike pull it.
```

Page 187

```
 1        A     They can't.  It's the structure of the
 2   court.
 3        Q     Legally they cannot be required?  I'm
 4   just trying to understand what you're saying.  You
 5   are saying that legally they cannot be evicted --
 6        A     You can't -- I can't get an eviction
 7   ruling for anything but rent as an operator of
 8   multi-family housing.  I would be unsuccessful in
 9   that pursuit.
10        Q     Once a tenant signs up for an additional
11   service charge on the additional service agreement,
12   does Wasatch consider they are required to pay that
13   service each month as long as the additional service
14   agreement is in effect?
15        A     Yes.  When individuals agree to a
16   service and receive a service, they should pay for
17   it.  Yes.
18        Q     Are there any materials provided to
19   tenants telling them that they have a choice to
20   un-enroll from the service?
21        A     Tenants?  What tenants?
22        Q     Any of Wasatch Property Management's
23   tenants.
24        A     It depends on -- just like we talked
25   about, it depends on the type of resident.
```

Page 59

```
 1   charges?
 2        A     Yeah.  I see that, yeah.  Uh-huh.
 3        Q     And the items listed below rent at 49
 4   are all actually credits for tenants; right?
 5        A     Those are concessions -- yeah,
 6   concessions or application fees, yeah.
 7        Q     So the rent is the last charge to be
 8   paid out of any of the payment -- out of the
 9   payment?
10        A     Yeah.  At 49 it would be -- yeah, it
11   would be at that phase of the sequencing, yes.
12        Q     And why is that?
13        A     It's -- why is it set there?  That's the
14   order that we've had for a long time, in order to
15   optimize our ability to pursue rent in eviction.
16        Q     Okay.  So if you look at the text above
17   the payment sequence, I think this might capture
18   what you were just saying.  The second sentence of
19   that text reads, "The computer is programmed to
20   apply all payments to all items other than rent
21   first, leaving any delinquent portion as rent owed."
22        A     Correct.  Because --
23        Q     Correct?
24        A     Correct.  Yeah.  You'll notice
25   number 4 is rent HAP.  So there's two different --
```

Page 121