# Exhibit 6

1 | **LEWIS BRISBOIS BISGAARD & SMITH** LLP
JOSEPH A. SALAZAR JR., SB# 169551
2 |   E-Mail: Joe.Salazar@lewisbrisbois.com
RYAN MATTHEWS, SB# 311674
3 |   E-Mail: Ryan.Matthews@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
4 | Sacramento, California 95833
Telephone:  916.564.5400
5 | Facsimile:   916.564.5444

6 | Attorneys for Defendants,
Wasatch Advantage Group, LLC; Wasatch
7 | Property Management, Inc.; Wasatch Pool
Holdings, LLC, Chesapeake Commons Holdings,
8 | LLC; Logan Park Apartments, LLC; Logan Park
Apartments, LP

9 |

10 | **UNITED STATES DISTRICT COURT**

11 | **EASTERN DISTRICT OF CALIFORNIA**

12 | **SACRAMENTO DIVISION**

13 |

14 | UNITED STATES OF AMERICA, ex rel.
DENIKA TERRY and ROY HUSKEY III,
15 | and each of them for themselves individually,
and for all other persons similarly situated and
16 | on behalf of the UNITED STATES OF
AMERICA,
17 |
                    Plaintiffs/Relators,
18 |
             vs.
19 |
WASATCH ADVANTAGE GROUP, LLC,
20 | WASATCH PROPERTY MANAGEMENT,
INC., WASATCH POOL HOLDINGS, LLC,
21 | CHESAPEAKE COMMONS HOLDINGS,
LLC, LOGAN PARK APARTMENTS, LLC;
22 | LOGAN PARK APARTMENTS, LP,

23 |             Defendants.

24 |

CASE NO. 2:15-cv-00799-KJM-DB

**DEFENDANTS THIRD FURTHER AMENDED RESPONSES TO PLAINTIFF ROY HUSKEY III'S INTERROGATORIES, SET FIVE**

The Hon. Kimberly J. Mueller

Trial Date:       None Set

25 | PROPOUNDING PARTY:       Plaintiff, Roy Huskey, III

26 | RESPONDING PARTY:       Defendants, Wasatch Advantage Group, LLC; Wasatch Property

27 |       Management, Inc.; Wasatch Pool Holdings, LLC, Chesapeake

28 |       Commons Holdings, LLC; Logan Park Apartments, LLC; Logan



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DMSJ000229

1    Park Apartments, LP

2    SET NO.:                     Five (5)

3    **INTERROGATORY NO. 18:**

4    Please identify (by name, address, city, state, applicable time period, and relevant charges)

5    any SUBJECT PROPERTY that, for any period of time since April 14, 2005, made any

6    ADDITIONAL SERVICE CHARGE mandatory for any tenants.

7    **FURTHER AMENDED RESPONSE TO INTERROGATORY NO. 18:**

8    Defendants respond as follows: After diligent effort and inquiry, Defendants are unable to

9    verify time periods in which any Additional Service Charge was mandatory. This includes, but is

10   not limited to, charges for washers and dryers, covered parking, media packages, and renter's

11   insurance. Defendants' corporate policy is and always has been that for Section 8 tenants, no

12   Additional Service Charge is mandatory, and each and every one has always been optional. In light

13   of prior testimony regarding bulk media packages, Defendants list below each property that Wasatch

14   Property Management has managed in the times relevant to this case that has ever had such a

15   mandatory charge for non-Section 8 tenants.

16       Burnett Station Apartments: Media Package

17       Canyon Ridge Apartments: Media Package

18       Chesapeake Commons Apartments: Washer/Dryer, Parking

19       Cimarron Place Apartments: Media Package

20       Courtyard at Central Park: Cable

21       Crossroads Apartments: Parking

22       Devonshire Court East: Media Package

23       Devonshire Court West: Media Package

24       Goldstone Place Apartments: Media Package

25       Metropolitan Place Apartments: Media Package

26       Revo 225: Parking

27       River Point Apartments: Media Package

28       Aztec Springs Apartments: Media Package



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DEFENDANTS THIRD FURTHER AMENDED RESPONSES TO PLAINTIFF ROY HUSKEY III'S
INTERROGATORIES, SET FIVE                                            DMSJ000230

1    Falls at Hunter's Point: Media Package

2    Landing at Fancher Creek: Media Package

3    Lofts at 7800: Media Package

4    Palladio Apartments: Media Package

5    Ranchwood Apartments: Media Package

6    Rio Seco Apartments: Media Package

7    Sands' Apartments: Media Package

8    DATED:  January 14, 2022          LEWIS BRISBOIS BISGAARD & SMITH LLP

9

10                                   By:        /s/ Ryan Matthews
                                          _____
                                          RYAN MATTHEWS
11                                        Attorneys for Wasatch Advantage Group, LLC;
                                          Wasatch Property Management, Inc.; Wasatch
12                                        Pool Holdings, LLC, Chesapeake Commons
                                          Holdings, LLC; Logan Park Apartments, LLC;
13                                        Logan Park Apartments, LP

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



DMSJ000231

**VERIFICATION**

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

I have read the foregoing DEFENDANTS AMENDED RESPONSES TO PLAINTIFF ROY HUSKEY III'S INTERROGATORIES, SET FIVE and know its contents.

☐   I am a party to this action.  The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☒   I am Executive Vice President of Wasatch Property Management, Inc., a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.

    ☒   I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

    ☐   The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐   I am one of the attorneys for Wasatch Property Management, Inc., a party to this action.  Such party is absent from the county where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason.  I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 14, 2022, at Logan, Utah.

Jarom Johnson
_____                    _____
Print Name of Signatory                              Signature

LEWIS
BRISBOIS

DMSJ000232

## CALIFORNIA STATE COURT PROOF OF SERVICE

USA-Terry v Wasatch Property Management, et al.
2:15-cv-00799-KJM-DB

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and not a party to this action.  My business address is 2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833.

On **January 14, 2022**, I served true copies of the following document(s):

**DEFENDANTS THIRD FURTHER AMENDED RESPONSES TO PLAINTIFF ROY HUSKEY III'S INTERROGATORIES, SET FIVE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent from e-mail address roxy.chipak@lewisbrisbois.com to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **January 14, 2022**, at Sacramento, California.

 */s/ Roxy A. Chipak*
Roxy A. Chipak

DEFENDANTS SECOND FURTHER AMENDED RESPONSES TO PLAINTIFF ROY HUSKEY III'S INTERROGATORIES, SET FIVE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

DMSJ000233

**SERVICE LIST**
**USA-Terry v Wasatch Property Management, et al.**
**2:15-cv-00799-KJM-DB**

| | |
|---|---|
| Andrew Wolff<br>Law Office of Andrew Wolff, PC<br>1956 Webster Street, Ste. 275<br>Oakland, CA 94612 | **Attorney for Plaintiffs**<br>**Denika Terry and Roy Huskey, III**<br><br>Tel.:  510-834-3300<br>E-Mail:  andrew@awolfflaw.com |
| Jesse Newmark<br>CENTRO LEGAL DE LA RAZA<br>3022 International Blvd, Ste. 410<br>Oakland, CA 94601 | **Attorney for Plaintiffs**<br>**Denika Terry and Roy Huskey, III**<br><br>Tel.:  (510) 437-1554 x115<br>Fax:  (510) 437-9164<br>Email:  jessenewmark@centrolegal.org |
| Laura L. Ho<br>Anne Bellows<br>Goldstein, Borgen, Dardarian & Ho<br>155 Grand Avenue, Suite 900<br>Oakland, CA 94612 | **Co-Counsel for Plaintiffs**<br><br>Tel.: 519-763-9800<br>Fax: 510-835-1417<br>Email: lho@gbdhlegal.com<br>Email: abellows@gbdhlegal.com<br>Email: sgrimes@gbdhlegal.com<br>Email: dvaldez@gbdhlegal.com |
| Vincente Antonio Tennerelli<br>United States Attorney's Office<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 | **Attorney for Intervenor Plaintiff**<br>**United States of America**<br><br>Tel.: (559) 497-4080<br>Email: Vincente.Tennerelli@usdoj.gov<br>Email: joni.jones@usdoj.gov |
| Jocelyn D. Larkin<br>Lindsay Nako<br>The Impact Fund<br>2080 Addison Street, Suite 5<br>Berkeley, CA 94704 | **Attorney for Plaintiffs**<br><br>T: 510-845-3473 x.306<br>F: 510-845-3654<br>E: jlarkin@impactfund.org<br>E: lnako@impactfund.org |


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4857-0635-2648.1

2

Case No. 2:15-cv-00799-KJM-DB

DEFENDANTS SECOND FURTHER AMENDED RESPONSES TO PLAINTIFF ROY HUSKEY III'S
INTERROGATORIES, SET FIVE

DMSJ000234