# Exhibit 7

### YVS207.02—"Payment Sequence" for Receipting Payments
Created: 2/27/08-Modified: 1/14/11

Back to Introduction
Back to Table of Contents

In accordance with both State and Local Landlord/Tenant laws Wasatch has adopted a "Pay Order" that applies to all payments made by the resident.  The computer is programmed to apply all payments to all items other than RENT first, leaving any delinquent portion as RENT owed.  In most areas that Wasatch operates in, properties can only go to court for RENT and not for deposits, additional service items (pet, parking, storage, etc.).  This specifically applies to the California properties.

Below is the current "Pay Order" all Wasatch properties.

| "Payment Sequence" for Wasatch Property Management | | | |
|---|---|---|---|
| Pay Order | Description | Charge Code | GL Acct. |
| 1 | Tenant Deposits | dep | 2050.0000 |
| 2 | Key Deposits | key | 2050.0000 |
| 3 | Winter Visitor Deposits | windep | 2050.0001 |
| 4 | *Housing Assistance Charge* | *renthap* | 3100.0000 |
| 5 | Lease Initiation Fee | redec | 3320.0000 |
| 6 | Non-Refundable Pet Fee | nrpet | 3235.0010 |
| 7 | Application Fee | app | 3325.0000 |
| 8 | Water Charges | water | 3216.0000 |
| 9 | Sewer Charges | sewer | *3216.0001* |
| 10 | Trash Charges | trash | 3216.0002 |
| 11 | Administration Fees | admin | *3216.0001* |
| 12 | Conservice Charges | conserv | 3216.0009 |
| 13 | Corporate Utilities | corputil | 3201.0002 |
| 14 | Utilities Revenue | utility | 3225.0000 |
| 15 | Vacant Electric | vacelec | 4406.0000 |
| 16 | Vacant Gas | vacgas | 4421.0000 |
| 17 | Cable Charges | cable | 3220.0000 |
| 18 | Renter's Insurance | insur | 3230.0000 |
| 19 | Housekeeping Service | hskp | 3245.0000 |
| 20 | Covered Parking | park | 3210.0000 |
| 21 | Uncovered Parking | uncpark | 3210.0010 |
| 22 | Garage | garage | 3210.0020 |
| 23 | Storage | storage | 3210.0030 |
| 24 | Alarm | alarm | 3240.0000 |
| 25 | Washer/Dryer | wash | 3205.0000 |
| 26 | Pet Rent | pet | 3235.0000 |
| 27 | Corporate Revenue | corp | 3201.0000 |
| 28 | Furniture Rental | furnitur | 3201.0000 |
| 29 | Housewares Rental | housewrs | 3201.0000 |
| 30 | Optional Upgrades Fee | option | 3285.0000 |



EXHIBIT 3
WIT: Jarvis
DATE: 8-10-17

DMSJ0 00625 LLC

# "Payment Sequence" Cont.

### for

## Wasatch Property Management

| | | | |
|---|---|---|---|
| 31 | Sales Tax | tax | 2016.0000 |
| 32 | Month to Month Fee | mtm | 3305.0000 |
| 33 | Late Charges (initial charge) | late | 3310.0000 |
| 34 | Daily Late Fee | dlate | 3310.0010 |
| 35 | Returned Check Fee | nsf | 3315.0000 |
| 36 | Notice Service Fee | service | 3336.0000 |
| 37 | Legal Fees Billed | legal | 3336.0000 |
| 38 | Lock Fee Billed | lock | 3275.0000 |
| 39 | Business Services | business | 3265.0000 |
| 40 | Amenities Charges | amen | 3255.0000 |
| 41 | Pet Fines | petfine | 3235.0020 |
| 42 | Pet Clean Up Fines | poo | 3235.0000 |
| 43 | Parts & Materials | parts | 3332.0000 |
| 44 | Maint/Paint Labor | paint | 3333.0000 |
| 45 | Cleaning Charges | cleaning | 3334.0000 |
| 46 | Carpet Cleaning/Damage | carpet | 3335.0000 |
| 47 | Lease Cancellation Fee | term | 3331.0000 |
| 48 | Improper Notice Fee | ntv | 3331.0000 |
| 49 | *Monthly Rent Charge* | *rent* | 3100.0000 |
| 50 | Application Fee Waived | aplconc | 3125.0045 |
| 51 | Lease Initiation Fee Waived | rdeconc | 3125.0040 |
| 52 | Move In Concession | miconc | 3125.0001 |
| 53 | Renewal Concession | renconc | 3125.0010 |
| 54 | Contest Concession | cntstcon | 3125.0025 |
| 55 | Early Bird Concession | erlyconc | 3125.0020 |
| 56 | Monthly Military discount | miltconc | 3110.0000 |
| 57 | Maintenance Consession | mntcconc | 3125.0050 |
| 58 | Special Promotion Concession | promconc | 3125.0035 |
| 59 | Resident Referral Concession | refconc | 3125.0040 |
| 60 | Customer Service Concession | srvcconc | 3125.0030 |

If the Payment Sequence is not applicable or correct (California Properties, Housing Payments, Resident marks "Rent Only" on Payment), click the Erase Distribution button and apply payment manually.



DMSJ000236