# Exhibit 8

```
 1                UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF CALIFORNIA
 3                        ---oOo---
 4
     UNITED STATES, ex rel,           )
 5   DENIKA TERRY, et al.,            )
                                      )
 6              Plaintiffs,           )
                                      )
 7   vs.                              ) No. 2:15-cv-00799
                                      )     KJM-DB
 8                                    )
     WASATCH ADVANTAGE GROUP LLC,     )
 9   et al.,                          )
                                      )
10              Defendants.           )
     _____)
11
12
13          REMOTE WEB VIDEOCONFERENCE DEPOSITION
14               DEPONENT:  ROBERT S. GRISWOLD
15                  SAN DIEGO, CALIFORNIA
16                 MONDAY, MARCH 21, 2022
17
18
19
20
     STENOGRAPHICALLY REPORTED BY:
21
     ANDREA M. IGNACIO, CSR, RPR, CRR, CCRR, CLR ~
22
     CSR LICENSE NO. 9830
23
     JOB NO. 5116773
24
25

                                              Page 1
```

```
 1   doesn't have storage.  Or, you know, pool access key         15:02
 2   or something.  You know, I -- I don't think we modify        15:02
 3   it at all.  But, of course, if you never put anything        15:02
 4   encoded into a pool access key, it's neither here nor        15:02
 5   there.                                                       15:02
 6        Q   Okay.  So is it your experience that the            15:02
 7   default Yardi sequence places non-rent charges ahead         15:02
 8   of rent?                                                     15:02
 9        A   Yes.  Similar to the one that I did see             15:02
10   printout for -- for Wasatch.  And that's where we            15:02
11   teach in the IREM courses, too.  And I specifically          15:02
12   teach a course called RES 201.  And that's to get the        15:02
13   ARM credential, and I just taught that last year to,         15:02
14   you know, a bunch of people, and we specifically go          15:02
15   over that.                                                   15:02
16            But you know, when you receive a payment, you       15:02
17   apply to it to late charges, you know, or extra              15:02
18   parking, you know, or renter's insurance.  You know,         15:02
19   all these other things.  And then the last whatever is       15:03
20   left goes towards your rent.  That's what's taught in        15:03
21   the industry.                                                15:03
22        Q   And why is that?                                    15:03
23        A   Why is it taught that way?                          15:03
24        Q   Uh-huh.                                             15:03
25        A   I don't know.  I never requested it.  It            15:03
```

Page 173