# Exhibit 9

```
 1                  UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF CALIFORNIA
 3
 4    UNITED STATES OF AMERICA,
      ex rel. DENIKA TERRY and
 5    ROY HUSKEY III, and each of
      them for themselves
 6    individually, and for all
      other persons similarly
 7    situated and on behalf of
      the UNITED STATES OF
 8    AMERICA,
 9             Plaintiffs/Relators,
10    vs.                                  No. 2:15-CV-00799 KJM DB
11    WASATCH ADVANTAGE GROUP,
      LLC, WASATCH PROPERTY
12    MANAGEMENT, INC., WASATCH
      POOL HOLDINGS, LLC,
13    CHESAPEAKE COMMONS
      HOLDINGS, LLC, LOGAN PARK
14    APARTMENTS, LLC; LOGAN PARK
      APARTMENTS, LP,
15
              Defendants.
16    _____/
17
18             DEPOSITION OF MARY RIZZO-SHUMAN
19           Taken before LISA LOUNDAGIN
20              Certified Shorthand Reporter
21                  State of California
22                      CSR 9213
23               Monday, July 24, 2017
24                 Job No. 2658654-A
25    Pages 1 - 117
```

Page 1

1    Q    Mm-hmm.
2    A    And the only way that we can do that -- and we
3    had one participating landlord in Hayward -- was for them
4    to take only the rent amount that was part of the whole
5    rent that they charged and have a separate lease for the
6    property that was different from their services contract.
7    Q    Okay.
8    A    So we had a couple contracts like that, but I
9    don't believe they're still in effect, and we haven't done
10   one for many years.
11   Q    Okay.  I'll represent to you that the additional
12   service agreements that I'm describing right now, at least
13   according to the people we talked to in Utah --
14   A    Mm-hmm.
15   Q    -- have been utilized somewhere between the last
16   seven and ten years and were fairly common amongst the
17   larger property owners in that region.  It sounds like
18   these additional service agreements are not as common or
19   at least you're not aware of any problems with them within
20   your jurisdiction; is that a fair statement?
21   A    That's completely correct.  I don't -- we've not
22   had any problem with them.  We've not had any questions
23   about them that I'm aware.  And the only couple of
24   agreements that we had with this one property in Hayward,
25   they pulled out all of the separate agreement about

Page 65

1  services from their rental lease and subsidized only the
2  rent.
3        Q   Okay.  That was, kind of sounds like, an
4  exceptional situation.
5        A   Yeah, yeah, it was an accommodation.
6        Q   Okay.  So in terms of whether an additional
7  services agreement may or may not violate Section 8
8  housing regulations, it sounds like that is not an issue
9  that has come to the forefront of your agency; is that
10 correct?
11       A   It is not an issue that has come to us.  And we
12 would not be permitted to do that because we are not
13 allowed to subsidize anything beyond the rent.  Yeah, I
14 guess that's it.
15       Q   Okay.  And so the Section 8 program, as I
16 understand it, it's a subsidized program for very specific
17 items that are listed that we saw earlier in Exhibit 13 --
18       A   Correct.
19       Q   -- is that correct?
20       A   That's correct.
21       Q   Okay.  Are you aware of any conversations,
22 roundtable discussions with your peers at other public
23 housing authorities that concern the use of additional
24 service agreements for things not included within the HAP
25 contract?

Page 66