# Exhibit 11

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               EASTERN DISTRICT OF CALIFORNIA
 3
 4   UNITED STATES OF AMERICA,    )
 5   et al,                       )
 6        Plaintiffs,             )
 7   vs.                          ) Case No.
 8   WASATCH ADVANTAGE GROUP,     ) 2:15-cv-00799-KJM-DB
 9   LLC, et al,                  )
10        Defendants.             )
11   _____
12
13
14        Deposition of CHERYL SYME, taken at
15        236 South 300 East, Salt Lake City,
16        Utah, commencing at 2:00 p.m., Tuesday,
17        July 18, 2017, before Ashley Money,
18        RPR, Notary Public in and for the State
19        of Utah.
20
21
22
23
24   JOB No. 2658642B
25   PAGES 1 - 74
```

Page 1

1      A.   Correct.
2      Q.   Okay.  And then assuming that the property
3  inspection checks out, at that point in time, is that
4  when your agency approves the lease agreement, the
5  HAP agreement, and everything is set up for
6  processing and payment?
7      A.   We actually -- once it passes inspection,
8  we leave the HAP contract there for the landlord to
9  complete their portion.  That is required to come
10 back to us with a copy of the signed lease.  At that
11 point, both of those are compared to make sure there
12 hasn't been any discrepancies in the meantime.  And
13 then that's when it's processed through.
14     Q.   Okay.  One of the issues in this
15 particular lawsuit is -- pertains to the use of
16 additional services agreements.  And you've seen
17 those; is that correct?
18     A.   Yes.
19     Q.   Okay.  I'm going to just give you an
20 example that we've been using as an exhibit.  And
21 I'll show you what's been previously marked as
22 Exhibit 6 in the other depositions.
23     A.   Okay.
24     Q.   So you can see just as an exemplar, for
25 example.  Does this particular additional services

Page 26

```
 1   agreement look similar to the ones that have come
 2   across your desk?
 3         A.    Yes.
 4         Q.    Okay.  To your knowledge, when did these
 5   additional services agreements first start showing up
 6   in the market that you serve?
 7         A.    It's been several years.  It started out
 8   slightly as like parking fees, then it was cable
 9   fees.  They may have, you know, additional pep fees,
10   washer/dryer, things like that.
11         Q.    When did you first see them start showing
12   up?
13         A.    Gosh, I'd say probably at least ten years
14   ago --
15         Q.    Okay.
16         A.    -- if I had to really put a date on it.
17         Q.    Sure.  And I understand that's your best
18   estimate.
19         A.    Yeah.  I -- yeah.
20         Q.    Okay.  And these additional service
21   agreements, you've seen them in your jurisdiction
22   where you work; is that correct?
23         A.    Oh, yes.  Yes.
24         Q.    Okay.  About how many properties are your
25   Section 8 clients using currently, plus or minus?
```

Page 27