# Exhibit 12

```
 1           IN THE UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF CALIFORNIA
 3
 4   UNITED STATES OF AMERICA,      )
 5   et al,                         )
 6        Plaintiffs,                )
 7   vs.                            ) Case No.
 8   WASATCH ADVANTAGE GROUP,       ) 2:15-cv-00799-KJM-DB
 9   LLC, et al,                    )
10        Defendants.                )
11   _____
12
13
14
15        Deposition of JACQUELINE ROJAS, taken at
16        236 South 300 East, Salt Lake City,
17        Utah, commencing at 2:00 p.m., Monday,
18        July 17, 2017, before Ashley Money, RPR,
19        Notary Public in and for the State of Utah.
20
21
22
23
24   JOB No. 2658580B
25   PAGES 1 - 89

                                              Page 1
```

```
 1    it because it takes into consideration market
 2    variables as to supply, demand, what some people
 3    value as desirable neighborhood, things of that
 4    nature.  Is that also a fair statement?
 5         A.   Yes.
 6         Q.   Okay.  I'm going to show you what was
 7    previously marked as Exhibit 6.  And I'm going to
 8    take you four pages from the very end.  So the bottom
 9    Bates number is 5191.
10         A.   Okay.
11         Q.   Okay.  And if you look at the top of page
12    5191 to Exhibit 6, you'll see that we're looking at
13    an Additional Services Agreement that we referenced
14    previously.  Do you see that?
15         A.   Yes.
16         Q.   Okay.  When we were talking previously,
17    you mentioned that there might be additional charges.
18    We identified an additional services agreement as
19    what we were talking about; is that right?
20         A.   Yes.
21         Q.   Okay.  Great.  And since you've been the
22    director of the Section 8 program for the City,
23    you've seen additional service agreements; is that
24    correct?
25         A.   I have, yes.
```

Page 45

1          Q.   Okay.  This is not the first time you've
2     seen an additional services agreement?
3          A.   Right, that's correct.
4          Q.   All right.  And if you can give me an
5     idea, for example, on a percentage basis of the
6     tenants that you -- your clients, actually, that you
7     process through the City program -- can you give me
8     an idea whether half of the lease agreements have
9     additional services agreements either in name or in
10    substance or less, more?
11         A.   I think it's a growing trend that we're
12    seeing.  Maybe 30 percent.  So roughly a third, I'd
13    say, have these.
14         Q.   Okay.  And you say this is a growing trend
15    you've seen since you've become the director?
16         A.   I have, yeah.
17         Q.   All right.  And you'll note that this
18    particular Additional Services Agreement, it breaks
19    down what may be obtained.  The first category is
20    "Property," the second category are "Services."  You
21    see that?
22         A.   Yes.
23         Q.   Okay.  And in the property side of things
24    there are both hardware issues, such as washer and
25    dryer, storage, as well as perhaps maybe not personal

                                              Page 46