# Exhibit 13

```
1            IN THE UNITED STATES DISTRICT COURT
2               EASTERN DISTRICT OF CALIFORNIA
3
4   UNITED STATES OF AMERICA,      )
5   et al,                         )
6        Plaintiffs,               )
7   vs.                            ) Case No.
8   WASATCH ADVANTAGE GROUP,       ) 2:15-cv-00799-KJM-DB
9   LLC, et al,                    )
10       Defendants.               )
11  _____
12
13
14
15       Deposition of JODI PARKER, taken at
16       236 South 300 East, Salt Lake City,
17       Utah, commencing at 9:20 a.m., Monday,
18       July 17, 2017, before Ashley Money, RPR,
19       Notary Public in and for the State of Utah.
20
21
22
23
24  JOB No. 2658580A
25  PAGES 1 - 93
```

Page 1

```
 1   process to approach the landlord and say, "We don't
 2   like this portion of your lease," or something to
 3   that effect?
 4        A.   So the HUD regulation on leases is quite
 5   vague.  It only requires five things be in a lease,
 6   and this is not one of those.  So we may not even
 7   have anything to say about whether they're asking for
 8   insurance or not.  We would recommend it to a client,
 9   it's a good idea to have it; but --
10        Q.   Sure.  Okay.  Going a couple more pages
11   back, the Bates stamp ending in 5191 at the top, it
12   indicates, "Additional Services Agreement."  Have you
13   ever seen a document -- or this particular form of a
14   document or those like it?
15        A.   Yes.
16        Q.   Okay.  To your knowledge, are additional
17   service agreements utilized by other owners or
18   property managers in the Salt Lake City area?
19        A.   Yes.  It's quite common.
20        Q.   Okay.  And the Additional Services
21   Agreement itself, it lists out different things that
22   are available.  The first category is "Property," the
23   second category are "Services."  In terms of the
24   property items that are listed, from the perspective
25   of a Section 8 manager, is there anything that's
```

Page 55

```
 1    improper, in your mind, about offering these services
 2    for a monthly charge if the tenant wants them?
 3         A.   No.
 4         Q.   Again, in your position as the Section 8
 5    manager, is there anything inappropriate or violative
 6    of the limitations on the rent to owner provision of
 7    Section 8 by offering these additional services to
 8    the tenant?
 9         A.   No.
10         Q.   Same question with respect to the services
11    that are laid out in this document.  Anything
12    improper, in your mind, as the Section 8 manager?
13         A.   No.
14         Q.   So that I can potentially move this along
15    a lot quicker, I've shown you a lease agreement that
16    has the time frame of 2010 to 2011.  With respect to
17    your opinions about the additional services
18    agreements, would your opinions be the same through
19    2012, '13, '14, all the way up to the present day?
20         A.   Yes.
21              MR. LAVINE:  Again, question calls for
22    improper expert testimony by calling for an opinion,
23    but the question's been answered.
24         Q.   (BY MR. SALAZAR)  Okay.  And in your
25    practice as the Section 8 manager, when you have seen
```

Page 56