Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Anne Bellows (SBN 293722)
abellows@gbdhlegal.com
Stephanie Tilden (SBN 341486)
stilden@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 | (Fax) (510) 835-1417

Andrew Wolff (SBN 195092)
andrew@awolfflaw.com
LAW OFFICES OF ANDREW WOLFF, PC
1615 Broadway, 4th Floor
Oakland, CA 94612
Telephone: (510) 834-3300 | (Fax) (510) 834-3377

Jesse Newmark (SBN 247488)
jessenewmark@centrolegal.org
CENTRO LEGAL DE LA RAZA
3022 International Blvd., Suite 410
Oakland, CA 94601
Telephone: (510) 437-1863 | (Fax) (510) 437-9164

Jocelyn Larkin (SBN 110817)
jlarkin@impactfund.org
Lindsay Nako (SBN 239090)
lnako@impactfund.org
THE IMPACT FUND
2080 Addison Street, Suite 5
Berkeley, CA 94704
Telephone: (510) 845-3473 | (Fax) (510) 845-3654

Attorneys for Plaintiffs and Relators and the Certified Classes

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>**PLAINTIFFS' AND RELATORS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   July 8, 2022<br>Time:   10 a.m.<br>Dept:   Courtroom 3, 15th Floor<br>Before: Hon. Chief Judge Kimberly J. Mueller<br><br>Trial Date:   None Set |

854143.2

Not. of Mot. and Mot. for Partial Summ. J. – Case No. 2:15-CV-00799 KJM-DB

| | |
|---|---|
| 1 | LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4,<br><br>       Defendants. | |

854143.2

Not. of Mot. and Mot. for Partial Summ. J. – Case No. 2:15-CV-00799 KJM-DB

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 8, 2021 at 10:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Kimberly J. Mueller, located at 501 I Street, Sacramento, CA 95814, Plaintiffs and Relators Denika Terry, Roy Huskey III, and Tamera Livingston, on behalf of themselves and the certified classes, and on behalf of the United States ("Plaintiffs"), will and hereby do move this Court under Federal Rule of Civil Procedure 56 for an order granting partial summary judgment on three legal issues: (1) whether the additional charges Wasatch Property Management imposes on class members and other Section 8 tenants pursuant to the company's "Additional Services Agreements" violate the provisions of the Housing Assistance Payment Contract and federal law governing the Section 8 program; (2) whether the additional charges violate the Unfair Competition Law on a class basis, and (3) whether the additional charges constitute a breach of contract on a class basis.

This Motion is based on this Notice and Motion; the Memorandum of Points and Authorities in support of Plaintiffs' and Relators' Motion for Partial Summary Judgment, the Separate Statement of Undisputed Facts; the Declaration of Anne Bellows in Support of Plaintiffs' and Relators' Motion for Partial Summary Judgment and the exhibits attached thereto; Plaintiffs' and Relators' Request for Judicial Notice and the exhibits attached thereto; the Expert Report of David Breshears and the exhibits attached thereto; the Joint Fact Stipulation Regarding Data Produced from Defendants' Yardi Property Management Database and the exhibits attached thereto; the files and records of the Court in this action; the arguments of counsel to be presented at the hearing; and other information the Court may find appropriate to consider.

*Summary of Meet an Confer Efforts Pursuant to the Court's Standing Order.* The undersigned certifies that meet and confer efforts have been exhausted. Counsel for Plaintiffs and Defendants have met by phone to discuss their respective positions on the issues presented by this Motion, including most recently on April 18, 2022.

1

Not. of Mot. and Mot. for Partial Summ. J. - Case No. 2:15-CV-00799 KJM-DB

854143.2

| | |
|---|---|
| Dated: April 22, 2022 | Respectfully submitted, |
| | GOLDSTEIN, BORGEN, DARDARIAN & HO |
| | |
| | */s/ Anne P. Bellows* |
| | Anne P. Bellows |
| | Attorneys for Plaintiffs and Relators |