1   Laura L. Ho (SBN 173179)
    lho@gbdhlegal.com
2   Anne Bellows (SBN 293722)
    abellows@gbdhlegal.com
3   GOLDSTEIN, BORGEN, DARDARIAN & HO
    155 Grand Avenue, Suite 900
4   Oakland, CA 94612
    Telephone: (510) 763-9800 | (Fax) (510) 835-1417
5
    Andrew Wolff (SBN 195092)
6   andrew@awolfflaw.com
    LAW OFFICES OF ANDREW WOLFF, PC
7   1615 Broadway, 4th Floor
    Oakland, CA 94612
8   Telephone: (510) 834-3300 | (Fax) (510) 834-3377
9   Jesse Newmark (SBN 247488)
    jessenewmark@centrolegal.org
10  CENTRO LEGAL DE LA RAZA
    3022 International Blvd., Suite 410
11  Oakland, CA 94601
    Telephone: (510) 437-1863 | (Fax) (510) 437-9164
12
    Jocelyn Larkin (SBN 110817)
13  jlarkin@impactfund.org
    Lindsay Nako (SBN 239090)
14  lnako@impactfund.org
    THE IMPACT FUND
15  2080 Addison Street, Suite 5
    Berkeley, CA 94704
16  Telephone: (510) 845-3473 | (Fax) (510) 845-3654
17  Attorneys for Plaintiffs and Relators and the Certified Classes

18                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF CALIFORNIA
19                         SACRAMENTO DIVISION

20  UNITED STATES OF AMERICA, *ex rel.*        Case No.: 2:15-CV-00799-KJM-DB
    DENIKA TERRY, ROY HUSKEY III, and
21  TAMERA LIVINGSTON, and each of them for    CLASS ACTION
    themselves individually, and for all other persons
22  similarly situated and on behalf of the UNITED   **EXPERT REPORT OF DAVID**
    STATES OF AMERICA                          **BRESHEARS**
23
24           Plaintiffs/Relators,             Before:  Hon. Chief Judge Kimberly J. Mueller

25  vs.                                        Trial Date:   None Set

26  WASATCH ADVANTAGE GROUP, LLC,
    WASATCH PROPERTY MANAGEMENT, INC.,
27  WASATCH POOL HOLDINGS, LLC,
    CHESAPEAKE APARTMENT HOLDINGS, LLC,
28  LOGAN PARK APARTMENTS, LLC, LOGAN
    PARK APARTMENTS, LP, ASPEN PARK

HOLDINGS, LLC, BELLWOOD JERRON
HOLDINGS, LLC, BELLWOOD JERRON
APARTMENTS, LP, BENT TREE
APARTMENTS, LLC, CALIFORNIA PLACE
APARTMENTS, LLC, CAMELOT LAKES
HOLDINGS, LLC, CANYON CLUB HOLDINGS,
LLC, COURTYARD AT CENTRAL PARK
APARTMENTS, LLC, CREEKSIDE HOLDINGS,
LTD, HAYWARD SENIOR APARTMENTS, LP,
HERITAGE PARK APARTMENTS, LP, OAK
VALLEY APARTMENTS, LLC, OAK VALLEY
HOLDINGS, LP, PEPPERTREE APARTMENT
HOLDINGS, LP, PIEDMONT APARTMENTS,
LP, POINT NATOMAS APARTMENTS, LLC,
POINT NATOMAS APARTMENTS, LP, RIVER
OAKS HOLDINGS, LLC, SHADOW WAY
APARTMENTS, LP, SPRING VILLA
APARTMENTS, LP, SUN VALLEY HOLDINGS,
LTD, VILLAGE GROVE APARTMENTS, LP,
WASATCH QUAIL RUN GP, LLC, WASATCH
PREMIER PROPERTIES, LLC, WASATCH
POOL HOLDINGS III, LLC,
and DOES 1-4,

        Defendants.

I, David Breshears, declare as follows:

## I.   **INTRODUCTION**

1.    The opinions expressed in this report are my present opinions subject to the following reservations. Amendments or additions to this report may be required as a result of developments prior to or at trial, including, but not limited to, the discovery of new evidence, expert discovery, and/or the testimony of any other witness in deposition or at trial.

2.    I anticipate using at trial selected exhibits attached to this report, documents reviewed in connection with their preparation, enhanced graphic versions of selected exhibits included in this report (i.e., redrafted to improve their presentation quality) and additional graphics illustrating concepts described in this report.

## II.   **ASSIGNMENT**

3.    I have been retained by Plaintiffs' Counsel in the matter of *United States ex rel. Denika Te*rry, et al. vs. Wasatch Advantage Group, LLC, et al. Plaintiffs and Relators Denika Terry, Roy Huskey III, and Tamera Livingston, who currently reside or have resided in Defendants' rental properties and are or were Section 8 tenants, have alleged that Defendants' policy and practice of charging and collecting additional service payments from Section 8 tenants beyond the rent amounts agreed to in their Housing Assistance Payment Contracts is unlawful.

4.    I have been asked to review the records from Defendants' centralized Yardi property management database, as they relate to Class Members' claims for breach of contract, violation of the Unfair Competition Law, Bus. & Profs. Code §§ 17200 et seq., and violation of the Consumer Legal Remedies Act, Civil Code § 1750, to assess the extent of charges made to Section 8 tenants pursuant to additional service agreements ("ASA"), and amounts paid by Section 8 tenants towards ASA charges during the class period.  Class Members are current and former tenants of Defendants' California rental properties who have both participated in Section 8 in connection with their tenancies and paid ASA charges between April 14, 2011 and present. These ASA charges include (a) renter's insurance, (b) washer/dryer rental, (c) covered parking charges, (d) media package, (e) garage rental, (f) pet rent, (g) month to month fee, (h) rent plus service, (i) storage rental, (j) security alarm system, (k) uncovered parking, and (l) common garage.

5.     I have also been asked to review the records from Defendants' centralized property management database, as they relate to the alleged violation of the False Claims Act, 32 U.S.C. § 3729(a) ("FCA"), to assess the extent of ASA charges and payments by Section 8 tenants, and the amount of housing assistance payments made by the Section 8 program on behalf of relevant tenants at Wasatch's properties in California, Arizona, Utah, and Washington during the FCA liability period.

6.     I have also been asked to review the records from Defendants' centralized property management database to determine the extent of renters' insurance payments to Defendants by Section 8 tenants who have been subject to Defendants' policy of requiring tenants to have renter's insurance.

7.     If additional data or other information is provided, or if there are any rulings or findings by the Court relevant to my analysis, I can update my analysis accordingly.

### III.     SUMMARY OF EXPERT QUALIFICATIONS

8.     I am a Certified Public Accountant, licensed in the State of California, and Certified in Financial Forensics. I am currently a partner at Hemming Morse, LLP, CPAs, Forensic and Financial Consultants.  My work in the accounting profession includes experience as an auditor and as a consultant.  My expert qualifications, including my testimony, are described in **Exhibit A** hereto.

9.     I have been a forensic and financial consultant for over 20 years, specializing in litigation consulting, economic and financial research, and database analysis.  I have consulted on and/or testified in over 450 matters involving class action-related disputes, including those arising under state and federal law.  I have performed analyses for large and small companies in the private sector, public companies, and government agencies.  These have involved reviewing contemporaneous cost accounting systems and their structures, as well as analyzing voluminous system generated records as they relate to the facts at issue in each case.

10.     My firm has been compensated for my review and analysis in this matter at my standard hourly rate of $540 per hour. Others have assisted me in my work and my firm has been compensated for their work at their standard hourly rates.

### IV.     SUMMARY OF OPINIONS

11.     I have calculated, based on the payments for ASA charges in the tenant ledger files, the following amounts paid by 2,437 Class Members in California. Based on these payments, I have

2

calculated, through January 28, 2022, simple interest at 7% of approximately $1,110,389, or alternatively, simple interest at 10% of approximately $1,586,271.

| ASA Charge | Payments |
|---|---|
| Media Package (Cable) Payments | $        92,101 |
| Common Garage Payments | $               75 |
| Garage Rental Payments | $      190,906 |
| Renter's Insurance Payments | $   1,056,916 |
| Month to Month Fee Payments | $          1,360 |
| Covered Parking Payments | $      410,219 |
| Pet Rent Payments | $      120,021 |
| Rent Plus Service Payments | $        66,956 |
| Storage Rental Payments | $        53,038 |
| Washer/Dryer Rental Payments | $      592,785 |
| Grand Total | $   2,584,378 |

12.     I have calculated, based on the payments for Housing Assistance Charges in the tenant ledger files, the following housing assistance payments made by the Section 8 program on behalf of tenants who were charged for ASAs in California, Washington, Utah, and Arizona.

| Year | Housing Assistance Payments |
|---|---|
| 2006 | $        4,531,460 |
| 2007 | $        5,141,470 |
| 2008 | $        5,182,312 |
| 2009 | $        5,261,650 |
| 2010 | $        5,547,776 |
| 2011 | $        5,955,410 |
| 2012 | $        6,256,307 |
| 2013 | $        6,947,843 |
| 2014 | $        7,303,049 |
| 2015 | $        8,059,153 |
| 2016 | $        9,482,950 |
| 2017 | $        6,543,317 |
| 2018 | $        6,867,682 |
| 2019 | $        7,216,499 |
| 2020 | $        6,579,330 |
| 2021 | $        6,695,448 |
| Grand Total | $      103,571,659 |

13.     I have calculated, based on data in the tenant ledger files and data and discovery responses related to Defendants' properties participating in the Low-Income Housing Tax Credit

program ("Tax Credit Properties"), the following numbers of Class Members who paid renters'

insurance fees to Defendants while subject to a requirement to maintain renters' insurance (according

to the assumptions provided to me by Plaintiffs' Counsel), and the amounts they paid.

| | Renters' Insurance Payments by Tenants Under the Max Rents at Tax Credit Properties from Nov. 2011 through Dec. 2020 | | Renters' Insurance Payments by Tenants Not Living in Tax Credit Properties (through Dec. 2020) | |
|---|---|---|---|---|
| Year | Payments | No. of Tenants | Payments | No. of Tenants |
| 2011 | $    5,279 | 151 | $ 47,093 | 416 |
| 2012 | $  40,473 | 285 | $ 76,346 | 453 |
| 2013 | $  46,898 | 295 | $ 78,288 | 459 |
| 2014 | $  52,812 | 374 | $ 77,971 | 470 |
| 2015 | $  60,796 | 422 | $ 71,962 | 474 |
| 2016 | $  69,293 | 502 | $ 60,067 | 354 |
| 2017 | $  21,073 | 139 | $ 63,354 | 337 |
| 2018 | $  18,869 | 138 | $ 63,132 | 349 |
| 2019 | $  10,588 | 76 | $ 65,287 | 358 |
| 2020 | $    2,667 | 65 | $ 24,064 | 261 |
| Grand Total | $ 328,748 | 909 | $ 627,564 | 1,131 |

14.     I have also calculated, based on data in the tenant ledger files and data and discovery responses related to Defendants' Tax Credit Properties, the following numbers of Section 8 tenants in California, Washington, Arizona and Utah who paid renters' insurance fees to Defendants while subject to a requirement to maintain renters' insurance (according to the assumptions provided to me by Plaintiffs' Counsel), and the amounts they paid.

| | Renters' Insurance Payments by Tenants Under the Max Rents at Tax Credit Properties from Nov. 2011 through Dec. 2020 | | Renters' Insurance Payments by Tenants Not Living in Tax Credit Properties (through Dec. 2020) | |
|---|---|---|---|---|
| Year | Payments | No. of Tenants | Payments | No. of Tenants |
| 2006 | | | $ 99,583 | 898 |
| 2007 | | | $ 99,732 | 890 |
| 2008 | | | $ 91,986 | 784 |
| 2009 | | | $ 92,246 | 772 |
| 2010 | | | $ 92,723 | 791 |
| 2011 | $ 6,648 | 191 | $ 98,506 | 731 |
| 2012 | $ 47,535 | 327 | $ 103,774 | 691 |
| 2013 | $ 53,034 | 334 | $ 107,758 | 703 |
| 2014 | $ 58,005 | 405 | $ 106,833 | 691 |
| 2015 | $ 65,160 | 463 | $ 98,627 | 710 |
| 2016 | $ 76,634 | 556 | $ 102,628 | 714 |
| 2017 | $ 28,647 | 199 | $ 97,765 | 686 |
| 2018 | $ 27,893 | 212 | $ 96,825 | 619 |
| 2019 | $ 21,912 | 165 | $ 100,367 | 649 |
| 2020 | $ 7,564 | 136 | $ 38,391 | 458 |
| Grand Total | $ 393,032 | 1,076 | $ 1,427,744 | 3,407 |

## V.   EVIDENCE CONSIDERED

15.     In undertaking my assignment, I have considered information from a variety of sources, each of which is of a type that is reasonably relied upon by experts in my field.  Those sources are identified throughout this report, as well as in **Exhibit B** to this report.

16.     On December 6, 2021, I was provided with 71 .csv files from "Data5_TenantLedgers_12.06.21_6lt.csv" through "Data 5_TenantLedgers_12.06.21_wh.csv". It is my understanding that these files, which were provided by property, reflect tenant ledger data. These tenant ledger files contain data from a post month (i.e., the month that the transaction was posted as due by on the tenant's ledger) of August 1998 through a post month of December 2021. For purposes

of this report, I have excluded from my analysis data with a post month prior to May of 2011 with respect to the Class Members as discussed above in paragraph 4 and data with a post month prior to May of 2005 with respect to the FCA as discussed above in paragraph 5.

17.     Also on December 6, 2021, I was provided with the Excel file "Data5_TenantLedgersDataDefinitions 12.06.2021.xlsx," which contains definitions of fields and certain codes used in the Data5 files.

18.     I have also been provided with the files "Data_ChargeCodeMapping120621.csv," which contains a description of the charge codes appearing in the ledger data, and "Data_ChargeCode_Data_Definitions.xlsx," which provides definition for the Charge Code Mapping file.

19.     I participated in two conference calls regarding the Data5 files with John Bailey at FitechGelb, who I understand was retained jointly by the Parties to assist them in identifying and extracting data, including ledger data, from Defendants' Yardi database.  During those calls, Mr. Bailey answered my questions about the organization of the ledger data in the Data5 files, the nature of the codes in the data, and the relationship between different kinds of records in the data.

20.     I have been provided with an Excel file "ClassList_From_04012011" that I understand is a list of 2,478 Class Members.[1] This class list contains, among other data, the following information: property code and tenant ID.

21.     I have been provided with Defendants' Amended Responses to Plaintiff Roy Huskey III's Interrogatories, Set Six. Interrogatory No. 23 lists the properties and related periods in which they participated in the federal Low Income Housing Tax Credit Program.

22.     I have been provided with a .csv file "Data7_TenantAffCert121521.csv", which contains, among others, the following information: (a) property code, (b) tenant code, (c) effective date, and (d) max rent. For purposes of this report, I have assumed that the max rent continues to be in effect until the tenant code's subsequent effective date, if any, or December 31, 2021.

---

[1] Plaintiffs' Counsel informed me that tenant Dominick Turo (i.e., t0124185) has opted out of the Class.  His data has been excluded from the totals I have calculated for Class Members.

23.     I have also been provided with an Excel file "Data7_TenantAffCert_Data_Definitions.xlsx, which contains definitions of fields and certain codes used in the Data7 csv file.

24.     I have been instructed by Plaintiffs' Counsel to assume that the following tenants were required to maintain renters' insurance policies prior to a phase-out period that began December 1, 2019:  (a) all tenants at Defendants' properties that did not participate in the Low-Income Tax Credit Program, and (b) beginning from November 1, 2011, all tenants at Tax Credit properties whose tenant-portion of the rent, when added to the monthly renters' insurance rate applicable at that property, was less than the applicable maximum rent set by the Tax Credit program.  I have been further instructed to assume that tenants in either of those groups with current leases as of December 1, 2019 continued to be subject to the requirement to maintain renters' insurance for as long as the renters' insurance charges continued, until no later than December 2020.

## VI.     BASIS OF OPINIONS

25.     The tenant ledger files (as discussed above in paragraph 16) contain, among other data, the following information: (a) property code, (b) tenant code, (c) charge code, (d) original control, (e) item date post date, (f) date received, (g) post month, (h) charge amount, and (i) receipt amount. I first sorted the tenant ledger data by tenant code, original control, item date post date, date received, and post month.

26.     For purposes of this report, I have identified charges to be the first instance of each unique original control starting with a "C" and the related charge amount to be in the "charge amount" field of the tenant ledger files. It appears that charges which increase a tenant code's balance are reflected as positive charge amounts.

27.     I have identified receipts to be those entries with an original control starting with a "R" and the related receipt amount to be in the "receipt amount" field of the tenant ledger files.  It appears that receipts which decrease a tenant code's balance are reflected as positive receipt amounts.

28.     With respect to the receipts, I have also identified which entries appear to reflect payments and which appear to reflect non-cash credits. If a receipt's original control matches to another receipt with the same original control as well as a charge code of "bad" (i.e., Bad Debt Write

7

Off)[2], I have assumed the related receipt amount is a non-cash credit; otherwise, I have assumed the related receipt amount is a payment.

29.     For purposes of this report, all of my analyses are based on tenant codes and post months in the tenant ledger files with (a) a net charge amount (i.e., greater than zero) related to the charge code of "renthap" (i.e., Housing Assistance Charge) and (b) a net charge amount related to the ASA charge codes. I am informed by Plaintiffs' Counsel that the ASA charge codes, as discussed above in paragraph 4, are as follows: (c) "insur" or Renter's Insurance; (d) "wash" or Washer/Dryer Rental, (e) "park" or Covered Parking Charges, (f) "cable" or Media Package, (g) "garage" or Garage Rental, (h) "pet" or Pet Rent, (i) "media" or also Media Package, (j) "mtm" or Month to Month Fee, (k) "rentplus" or Rent Plus Service, (l) "xins" or Renter's Insurance – DO NOT USE, (m) "storage" or Storage Rental, (n) "alarm" or Security Alarm System, (o) "uncpark" or Uncovered Parking, and (p) "cgarage" or Common Garage.

30.     Based on my review of the tenant ledger files, it appears that the Housing Assistance Charge code was not in use prior to February of 2006.

31.     For each tenant code and post month with a net Housing Assistance Charge as well as net ASA charges, I have summarized the charge amounts and the receipt amounts less any related Bad Debt Write Off (as discussed above in paragraph 28) by charge code. Based on the tenant ledger files as provided, there are 164,157 such post months related to 5,828 tenant codes from February of 2006. There are 71,772 such post months related to 2,437 Class Members from May of 2011.

32.     Beginning from the post month of February 2006, the ASA charges assessed by Defendants total approximately $6,328,483. Of this $6,323,333, $2,588,589 relates to the 2,437 Class Members in the tenant ledger files beginning from the post month of May 2011. I have summarized these charge amounts by year and ASA charge. (See **Exhibit 1** for a breakdown of ASA charges

---

[2] It appears that the charge codes of "x", "xxx", "xxxx", "xxxxx", and "xxxxxx" may also reflect bad debt based on the account description found in "Data_ChargeCodeMapping120621", but I am unable to match these receipts, which total approximately $31,240, to other receipts with the same original control.

assessed from the post month of February 2006 and **Exhibit 2** for a breakdown of ASA charges assessed beginning from the post month of May 2011 related to Class Members.)

33.     Based on tenant codes and post months beginning from February 2006, I have noted that, on average, the ASA charges as a percentage of Monthly Rent Charges (i.e., "rent"), any Onsite Utility Collection charges (i.e., "conserve"), and ASA charges are approximately 22.69%.  Similarly, based on Class Members and post months beginning from May 2011, I have noted that, on average, the ASA charges as a percentage of Monthly Rent Charges, Onsite Utility Collection charges, and ASA charges are approximately 22.66%.

34.     Beginning from the post month of February 2006, the ASA payments made on tenants' accounts total approximately $6,321,151.[3] Beginning from the post month of May 2011, the ASA payments ma breakdown de on Class Members' accounts total approximately $2,584,378.[4,5] I have summarized these payments by year and ASA charge. (See **Exhibit 3** for a of ASA payments beginning from the post month of February 2006 and **Exhibit 4** for a breakdown of ASA payments beginning from the post month of May 2011 related to Class Members.)

35.     For purposes of this report, I have been asked by Plaintiffs' Counsel to calculate simple interest at 7% on the ASA payments made on Class Members' accounts from the end of each post month through January 28, 2022. Interest at 7% totals approximately $1,110,389.

36.     As an alternative, I have been asked by Plaintiffs' Counsel to calculate simple interest at 10% on the ASA payments made on Class Members' accounts from the end of each post month through January 28, 2022. Interest at 10% totals approximately $1,586,271.

37.     Beginning from the post month of February 2006, the Housing Assistance Charges assessed by Defendants total approximately $103,930,776. The Housing Assistance Charges paid on

---

[3] If the net payment by ASA charge and tenant from the post month of February 2006 is less than $0 (e.g., write-offs or credits in excess of those amounts paid in months included in our analysis), it has been excluded from the ASA payments made on tenants' accounts.

[4] If the net payment by ASA charge and tenant from the post month of May 2011 is less than $0, it has been excluded from the ASA payments made on Class Members' accounts.

[5] For the post month of April 2011, some, or all, of approximately $24,171 in ASA payments could relate to Class Members' accounts beginning from April 14, 2011.

behalf of tenants total approximately $103,571,659.[6] I have summarized these amounts by year. (See **Exhibit 5**.)

38.    I am informed by Plaintiffs' Counsel that Defendants required tenants at properties participating in the federal Low Income Housing Tax Credit Program (as discussed above in paragraph 21) at any time from November 1, 2011 through a phase-out period December 31, 2020 to have renter's insurance when the tenant's Monthly Rent Charge was less than the difference between his or her related "max rent" as discussed above in paragraph 22 and his or her related Renter's Insurance charge. Such tenants paid Renter's Insurance charges of approximately $393,032, which relates to 1,076 tenants over 22,798 post months. I have summarized these payments by year. (See **Exhibit 6**.)

39.    Of this $393,032, $328,748 relates to 909 Class Members over 18,540 post months. I have summarized these payments by year. (See **Exhibit 7**.)

40.    Similarly, I am also informed by Plaintiffs' Counsel that Defendants required tenants at properties not participating in the federal Low Income Housing Tax Credit Program to have renter's insurance. Such tenants paid Renter's Insurance charges of approximately $1,427,744, which relates to 3,407 tenants over 92,473 post months beginning from February 2006 through December 2020.[7] I have summarized these payments by year. (See **Exhibit 8**.)

41.    $627,564 relates to 1,131 Class Members over 34,458 post months beginning from May 2011 through December 2020. I have summarized these payments by year. (See **Exhibit 9**.)


I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed on January 28, 2022 at Walnut Creek, California.



David Breshears

---

[6] If the net payment by tenant from the post month of February 2006 is less than $0, it has been excluded from the Housing Assistance charges paid on behalf of tenants.

[7] If the net payment by tenant from the post month of February 2006 is less than $0, it has been excluded from the Renter's Insurance payments made on tenants' accounts.



CURRICULUM VITAE

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

CONCORD OFFICE
1390 Willow Pass Road | Suite 410
Concord, CA 94520
T: 415.836.4000
F: 415.777.2062

# DAVID M. BRESHEARS, CPA/CFF

HEMMING.COM

## Employment & Education

| | |
|---|---|
| 2012 – Present | Hemming Morse, LLP<br>Certified Public Accountants,<br>Forensic and Financial Consultants<br>Partner |
| 1999 – 2011 | Hemming Morse, Inc.<br>Director, 2011<br>Manager, 2006-2010<br>Associate<br>Staff Accountant |
| 1998 | California State University, Chico<br>B.S. Accounting |

## Professional & Service Affiliations

- **Certified Public Accountant, State of California**
  – Since 2006

- **Certified in Financial Forensics**
  – Since 2008

- **American Institute of Certified Public Accountants**

- **California Society of Certified Public Accountants**

- **Association of Certified Fraud Examiners**
  – Associate Member

## Presentations & Seminars

- "E-Discovery & Electronically Stored Information 101"
  Beeson Tayer & Bodine, May 2013

- "How to Collect, Produce, and Use E-Documents: A Practical Primer", BASF - Labor & Employment Conference, Yosemite, February 2013

- "Forensic Accounting for Today's Busiest Practice Areas", Continuing Education of the Bar-California, March 2012

- "Utilizing Experts in Wage and Hour Litigation"
  Buchalter Nemer, July 2011

- "Class Action Employment Litigation"
  California Socity of Certified Public Accountants-State Steering Committee, August 2010

- Adjunct Professor, Golden Gate University, Wage & Hour Damages, Spring 2009, Fall 2009, Spring 2010

# CURRICULUM VITAE

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**CONCORD OFFICE**
1390 Willow Pass Road | Suite 410
Concord, CA 94520
T: 415.836.4000
F: 415.777.2062

## DAVID M. BRESHEARS, CPA/CFF

HEMMING.COM

## Testimony

### Trial

- Jose Hernandez v. The Bundox Restaurant Corp. (2019), Superior Court of the State of California County of San Francisco, Case No. CGC-18-570243

- William Lloyd Helmick, et al. v. Air Methods Corporation (2019), Superior Court of the State of California County of Alameda, Case No. RG13665373

- Julie Gunther v. Alaska Airlines, Inc. et al (2019) Superior Court of the State of California County of San Diego North County Branch Case No. 37-2017-00037849-CU-OE-NC

- Stacy Ernst, et al v. City of Chicago (2017) U.S. District Court, Northern District of Illinois, Eastern Division, Case No. 1:08-cv-04370

- Sanchez, et al. v. McDonald's Restaurants of California, Inc. (2017), Superior Court of the State of California County of Los Angeles, Case No. BC499888

- Honora Keller et al v. The Board of Trustees of California State University (2015) Superior Court of the State of California County of San Francisco, Case No. CGC-09-490977

- Amanda Quiles, et al v. Koji's Japan Incorporated, et al. (2014), Superior Court of the State of California County of Orange, Case No. 30-2010-00425532-CU-OE-CXC

- Ming-Hsiang Kao v. Joy Holiday, Joy Express, Inc., et al. (2014), Superior Court of the State of California County of San Mateo, Case No. CIV509729

- Salinas, et al. v. Imperial Irrigation District (2014) Superior Court of the State of California City and County of Riverside, Case No. 10017367

- Amerman v. Gurvinder Musafar (2013) Superior Court of the State of California County of Santa Clara, Case No. 112CV226364

- Michael J. Pexa v. Farmers Group, Inc. (2012) Superior Court of the State of California County of Sacramento, Case No. 34-2009-00034950

- Marina Puchalski and Rajeev Chhibber v. Taco Bell Corp. (2012), Superior Court of the State of California County of San Diego, Case No. GIC 870429

- Maria Martinez and Juana Guzman v. Jatco, Inc. (2011), Superior Court of the State of California County of Alameda, Case No. RG08397316

**Exhibit A**



**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**CONCORD OFFICE**
1390 Willow Pass Road | Suite 410
Concord, CA 94520
T: 415.836.4000
F: 415.777.2062

# DAVID M. BRESHEARS, CPA/CFF

HEMMING.COM

## Testimony continued

### Deposition

- **Cody Meeks et al. v. Skywest Airlines, Inc. (2021),** U.S. District Court, Northern District Of California, Case No. 17-cv-01012-JD

- **Munguia-Brown et al. v. Equity Residential et al (2021),** U.S. District Court, Northern District Of California Oakland Division, Case No. 4:16-cv-01225-JSW-TSH

- **Hernan Hernandez, et al. v. Restoration Hardware,Inc. and HomeDeliveryLink, Inc. (2021),** Superior Court of California, County of San Bernardino, Case CIVDS1723322

- **Yessica Rodriguez, et al. v. California Payroll Group, Inc., et al. (2021),** Superior Court of the State of California, County of San Bernardino, Case No CIVDS 1829017

- **Sandy Duvet, et al. v. Pine Valley Center for Rehabilitation and Nursing (2021),** Superior Court of California, County of San Bernardino, Case CIVDS1723322

- **Omid Ahmad v. Lyft, Inc. (2020),** The American Arbitration Association, Case No. 01-20-0001-7550

- **Hernandez-Angel v. The Bundox Restaurant Corporation (2019),** Superior Court Of The State Of California County Of San Francisco, Case No. CGC-18-570243

- **Nicole Lopes, et al. v. Kohl's Department Stores, Inc. (2019),** Superior Court of the State of California County of Alameda, Case No. RG08380189

- **Paulette Diaz, et al. v. MDC Restaurants, LLC, et al (2019),** Eighth Judicial District Court In and For Clark County, State of Nevada, Case No. A-14-701633

- **Julie Gunther v. Alaska Airlines, Inc. et al (2019)** Superior Court of the State of California County of San Diego North County Branch Case No. 37-2017-00037849-CU-OE-NC

- **Matthew Carr, et al. v. Flower Foods, Inc. and Flowers Baking Co. of Oxford, LLC (2019)** U.S. District Court, Eastern District of Pennsylvania Case No. 15-6391

- **Luke Boulange, et al. v. Flower Foods, Inc. and Flowers Baking Co. of Oxford, LLC (2019)** U.S. District Court, District of New Jersey Case No. 16-2581

- **Abdul Nevarez et al v. Forty Niners Football Company, LLC. (2018)** U.S. District Court, Northern District of California, San Jose Division, Case No. 5:16-cv-07013-LHK

- **William Lloyd Helmick, et al. v. Air Methods Corporation (2018)** Superior Court of the State of California County of Alameda, Case No. RG13665373

- **Melissa J. Clothier, et al v. Spar Marketing Services, Inc. (2018),** Superior Court of the State of California County of Alameda, Case No. RG12639317

- **Michael Carrow, et al v. FedEx Ground Package Systems, Inc., (2018),** U.S. District Court, District of New Jersey, Case No. 1:16-cv-3026-RBK-JS

# HEMMING | MORSE
### FORENSIC & FINANCIAL CONSULTANTS

**CONCORD OFFICE**
1390 Willow Pass Road | Suite 410
Concord, CA 94520
T: 415.836.4000
F: 415.777.2062

## DAVID M. BRESHEARS, CPA/CFF

HEMMING.COM

### Testimony continued

#### Deposition continued

- Paula L. Blair, et al v. Rent-A-Center, Inc., (2018) U.S. District Court, Northern District of California, San Francisco Division, Case No. 3:17-cv-02335-WHA

- Nick Neff, et al. v. Flower Foods, Inc., Lepage Bakeries Inc., and CK Sales Co., LLC (2018) U.S. District Court, District of Vermont Case No. 5:15-cv-00254

- Timothy Noll, et al. v. Flower Foods, Inc., Lepage Bakeries Inc., and CK Sales Co., LLC (2018) U.S. District Court, District of Maine Case No. 1:15-cv-00493-JAW

- Som Swamy, et al. v. Title Source, Inc (2018) U.S. District Court, Northern District of California Case No. 17-CV-01175-JCS

- Bernstein, et al. v. Virgin America, Inc. (2017) U.S. District Court, Northern District of California Case No. 15-CV-02277-JST

- Marley Castro et al. v. ABM Industries, Inc. et al (2017), Superior Court of the State of California County of Alameda, Case No. RG14745764

- Starvona Harris and Jonathan Strickland v. Best Buy Stores, L.P. (2017), U.S. District Court, Northern District Of California Oakland Division, Case No. 4:17-CV-00446 HSG

- David Collinge, et al. v Intelliquick Delivery, Inc., et al. (July 2017), U.S. District Court, District of Arizona Case No. CV12-00824-PHX-JWS

- Stacy Ernst, et al v. City of Chicago (2017) U.S. District Court, Northern District of Illinois, Eastern Division, Case No. 1:08-cv-04370

- Sanchez, et al. v. McDonald's Restaurants of California, Inc. (2017), Superior Court of the State of California County of Los Angeles, Case No. BC499888

- David Collinge, et al. v Intelliquick Delivery, Inc., et al. (February 2017), U.S. District Court, District of Arizona, Case No. CV12-00824-PHX-JWS

- Salazar, et al. v. McDonald's Corp., et al. (2016) U.S. District Court, Northern District of California Case No. 3:14-cv-02096-RS

- Jamie Steeb v. Overlake Hospital Medical Center (2016), Superior Court of the State of Washington for King County, Case No. 15-2-16399-0 SEAS

- Bernstein, et al. v. Virgin America, Inc. (2016) U.S. District Court, Northern District of California Case No. 15-CV-02277-JSTS

- John Hance, et al. v. Super Store Industries (2016) Superior Court of the State of California County of Stanislaus, Case No. 673904

- Daniel Villalpando v. Exel Direct Inc. (2016) U.S. District Court, Northern District of California Case No. 3:12-cv-04137-JCS

# CURRICULUM VITAE

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**CONCORD OFFICE**
1390 Willow Pass Road | Suite 410
Concord, CA 94520
T: 415.836.4000
F: 415.777.2062

## DAVID M. BRESHEARS, CPA/CFF

HEMMING.COM

### Testimony continued

#### Deposition continued

- Chris Elliott, et al. v. Schlumberger Technology Corporation (2016), U.S. District Court, District Court of North Dakota, Fargo Division
Civil Action No. 3:13-cv-00079

- Sanchez, et al. v. McDonald's Restaurants of California, Inc. (2015), Superior Court of the State of California County of Los Angeles, Case No. BC499888

- Betelhem Shiferaw v. Sunrise Senior Living Management, Inc. (2015)
U.S. District Court, Central District of California
Case No. 2:13-cv-02171-JAK-PLA

- Honora Keller et al v. The Board of Trustees of California State University (2015)
Superior Court of the State of California County of San Francisco, Case No. CGC-09-490977

- Ming-Hsiang Kao v. Joy Holiday, Joy Express, Inc., et al. (2014), Superior Court of the State of California County of San Mateo, Case No. CIV509729

- Fraser, et al. v. Patrick O'Connor & Associates, L.P. (2014), U.S. District Court, Southern District of Texas
Case No. 4:11-cv-03890

- Salinas, et al. v. Imperial Irrigation District (2014)
Superior Court of the State of California City and County of Riverside, Case No. 10017367

- Smith, et al. v. Family Video Movie Club, Inc. (2013), U.S. District Court, Northern District of Louisiana
Case No. 1:11-cv-01773

- Lang v. DirecTV, Inc. (2013)
U.S. District Court, Eastern District of Louisiana
Case No. 2:10-cv-01085-NJB-SS

- Sabas Arredondo, et al. v. Delano Farms Company, et al. (2013), Eastern District of California, Fresno Division Case No. 1:09-cv-01247-LJO-DLB

- Gabriel Fayerweather v. Comcast Corporation (2012), Superior Court of the State of California County of San Diego, Case No. C-08-01470

- Green v. Konica Minolta Business Solutions U.S.A., Inc. (2012), U.S. District Court, Northern District of Illinois Eastern Division, Case No. 11-CV-03745 (N.D. III.)

- Marina Puchalski and Rajeev Chhibber v. Taco Bell Corp. (May 2012), Superior Court of the State of California County of San Diego, Case No. GIC 870429

- Marina Puchalski and Rajeev Chhibber v. Taco Bell Corp. (April 2012), Superior Court of the State of California County of San Diego, Case No. GIC 870429

- Martin Marine v. Interstate Distributor Co. (2012)
Superior Court of the State of California County of Alameda, Case No. RG073582777

- Maria Martinez and Juana Guzman v. Jatco, Inc. (2011), Superior Court of the State of California County of Alameda, Case No. RG08397316

# CURRICULUM VITAE

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

CONCORD OFFICE
1390 Willow Pass Road | Suite 410
Concord, CA 94520
T: 415.836.4000
F: 415.777.2062

## DAVID M. BRESHEARS, CPA/CFF

HEMMING.COM

### Selected Case Experience

- Engaged as damage expert by plaintiff, to analyze and quantify; meal and rest period claims, improper distribution of gratuities, and off-the-clock hours, for an upscale restaurant chain.

- Engaged as damage expert by defendant, a farm labor contractor, to evaluate claims related to off-the-clock hours worked and expense reimbursement for small tools for over 20,000 employees.

- Engaged as neutral accounting expert by plaintiff and defendant to calculate potential unpaid hours worked and additional overtime premiums for commission bonuses, for a manufacturing/engineering firm.

- Expert for the plaintiff. Retained to determine the frequency and magnitude of time shaving claims of a mid-size manufacturing firm.

- Provided consulting services to defense counsel in a class-action wage and hour matter, which alleged that hundreds of County employees were paid improper overtime wages under the FLSA. Prepared analyses using hours worked records, compensation data, employee records, and other data to determine the proper calculation of employees' regular rate of pay and related overtime compensation.

- Assisted counsel in preparing a case involving unpaid overtime, meal and rest break violations, and off-theclock time for an employee of a hotel chain. Reviewed employment history fi les, time records, and other documents to determine the number of potential violations and to quantify damages.

- Assisted expert for plaintiffs' counsel in a class-action wage and hour matter, which alleged that over 250 small business banking officers were improperly classified as exempt. Reviewed statistical sample of hours worked, salary and commission related earnings, paid time off records, and other data to determine the damages related to unpaid overtime and missed meal breaks.

- Assisted expert for plaintiffs' counsel in a class action matter against a fortune 500 company, which alleged that a class of several hundred individuals was misclassified as independent contractors in the state of Washington. Prepared analysis of average earnings across all class members and performed comparison to national averages for similarly situated employees and independent businesses. Performed business valuation services to determine economic value of independent contractor assets and to incorporate any discounts that may apply related to the controls and requirements of the customer/employer operating agreement.

- Assisted expert for plaintiffs' counsel in a class-action matter against a Fortune 500 company, which alleged that over 75,000 California employees were required to pool their tips with supervisory employees in direct violation of the California Labor Code.

# CURRICULUM VITAE

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**CONCORD OFFICE**
1390 Willow Pass Road | Suite 410
Concord, CA 94520
T: 415.836.4000
F: 415.777.2062

## DAVID M. BRESHEARS, CPA/CFF

HEMMING.COM

### Selected Case Experience continued

- Provided consulting services to plaintiffs' counsel in a class-action wage and hour matter, which alleged that hundreds of employees were not paid the proper "living wage" in accordance with the company's contractual obligation. Created a database of hours worked and earnings information from paper and electronic records, and then providing damages estimates based on a variety of assumptions and legal theories.

- Advised counsel on class certification issues by applying economic and statistical approaches to analyze evidence relating to class member variation, if any, and to determine both liability and damages.

- Consulted for Health Provider in a dispute involving a guaranteed maximum price contract for the construction of various structures. Assisted the expert in analyzing construction costs incurred and calculating the amount due to the general contractor.

- Performed statistical and contractual analysis for labor settlement or arbitration purposes, including analysis of pay and benefi ts, job content, productivity, labor costs, and profitability.

- Consulted clients in their efforts to identify overpayments of construction projects; discover errors and identify unreasonable project charges; identify weaknesses in contractual agreements; reduce risks of fraud, waste, and abuse; and recover payments made in error.

- Prepared financial analyses in connection with assignments involving fraud, contract disputes and lost profits.

- Performed extensive research for a variety of cases, including cases involving fraud, contract disputes, and lost profits.

- Created various databases and/or tested the accuracy of databases created by others in order to assimilate large amounts of information to be presented in a meaningful manner.

- Managed audit engagements from planning to reporting, including delegation and review of staff assignments and control of time and expenses.

- Prepared and examined financial reports including research and analysis of technical accounting issues.

- Analyzed client accounting systems and related controls and developed specific recommendations for improvements.

**Terry, et al. vs. Wasatch Advantage Group, LLC, et al.**

**Exhibit B: Evidence Considered**


Data5_TenantLedgers_12.06.21_6lt.csv

Data5_TenantLedgers_12.06.21_a8t.csv

Data5_TenantLedgers_12.06.21_ap.csv

Data5_TenantLedgers_12.06.21_art.csv

Data5_TenantLedgers_12.06.21_art2.csv

Data5_TenantLedgers_12.06.21_av.csv

Data5_TenantLedgers_12.06.21_az.csv

Data5_TenantLedgers_12.06.21_bp.csv

Data5_TenantLedgers_12.06.21_br.csv

Data5_TenantLedgers_12.06.21_bs.csv

Data5_TenantLedgers_12.06.21_bt.csv

Data5_TenantLedgers_12.06.21_bu.csv

Data5_TenantLedgers_12.06.21_bwt.csv

Data5_TenantLedgers_12.06.21_ca.csv

Data5_TenantLedgers_12.06.21_cc.csv

Data5_TenantLedgers_12.06.21_cm.csv

Data5_TenantLedgers_12.06.21_cn.csv

Data5_TenantLedgers_12.06.21_cp.csv

Data5_TenantLedgers_12.06.21_cr.csv

Data5_TenantLedgers_12.06.21_cv.csv

Data5_TenantLedgers_12.06.21_cy.csv

Data5_TenantLedgers_12.06.21_de.csv

Data5_TenantLedgers_12.06.21_dw.csv

Data5_TenantLedgers_12.06.21_enclave.csv

Data5_TenantLedgers_12.06.21_falls.csv

Data5_TenantLedgers_12.06.21_fc.csv

Data5_TenantLedgers_12.06.21_fot.csv

Data5_TenantLedgers_12.06.21_fvt.csv

Data5_TenantLedgers_12.06.21_glt.csv

Data5_TenantLedgers_12.06.21_go.csv

Data5_TenantLedgers_12.06.21_gp.csv

Data5_TenantLedgers_12.06.21_het.csv

Data5_TenantLedgers_12.06.21_hvt.csv

Data5_TenantLedgers_12.06.21_jpt.csv

Data5_TenantLedgers_12.06.21_kst.csv

Data5_TenantLedgers_12.06.21_lofts.csv

Data5_TenantLedgers_12.06.21_lp.csv

Data5_TenantLedgers_12.06.21_lpt.csv

Data5_TenantLedgers_12.06.21_mht.csv

Data5_TenantLedgers_12.06.21_mp.csv

Data5_TenantLedgers_12.06.21_op.csv

Data5_TenantLedgers_12.06.21_ov.csv

Data5_TenantLedgers_12.06.21_p1.csv

Data5_TenantLedgers_12.06.21_p3.csv

Data5_TenantLedgers_12.06.21_pmt.csv

**Terry, et al. vs. Wasatch Advantage Group, LLC, et al.**
**Exhibit B: Evidence Considered**


Data5_TenantLedgers_12.06.21_pn.csv
Data5_TenantLedgers_12.06.21_pnt.csv
Data5_TenantLedgers_12.06.21_pp.csv
Data5_TenantLedgers_12.06.21_pst.csv
Data5_TenantLedgers_12.06.21_pvt.csv
Data5_TenantLedgers_12.06.21_qrt.csv
Data5_TenantLedgers_12.06.21_rc.csv
Data5_TenantLedgers_12.06.21_rm.csv
Data5_TenantLedgers_12.06.21_ro.csv
Data5_TenantLedgers_12.06.21_rp.csv
Data5_TenantLedgers_12.06.21_rs.csv
Data5_TenantLedgers_12.06.21_rvt.csv
Data5_TenantLedgers_12.06.21_rw.csv
Data5_TenantLedgers_12.06.21_sa.csv
Data5_TenantLedgers_12.06.21_sgt.csv
Data5_TenantLedgers_12.06.21_spt.csv
Data5_TenantLedgers_12.06.21_su.csv
Data5_TenantLedgers_12.06.21_sun.csv
Data5_TenantLedgers_12.06.21_sv.csv
Data5_TenantLedgers_12.06.21_svt.csv
Data5_TenantLedgers_12.06.21_sw.csv
Data5_TenantLedgers_12.06.21_swt.csv
Data5_TenantLedgers_12.06.21_tvt.csv
Data5_TenantLedgers_12.06.21_vet.csv
Data5_TenantLedgers_12.06.21_vit.csv
Data5_TenantLedgers_12.06.21_wh.csv
Data5_TenantLedgersDataDefinitions12.06.2021.xlsx
Data_ChargeCodeMapping120621.csv
Data_ChargeCode_Data_Definitions.xlsx
ClassList_From_04012011.csv
Defendants Amended Responses to Plaintiff Roy Huskey III's Interrogatories, Set Six
Data7_TenantAffCert121521.csv
Data7_TenantAffCert_Data_Definitions.xlsx

**Terry, et al. vs. Wasatch Advantage Group, LLC, et al.**
**Exhibit 1: ASA Charges from Post Month of February 2006**

| Year | Security Alarm System Charges | Media Package (Cable) Charges | Common Garage Charges | Garage Rental Charges | Renter's Insurance Charges | Media Package Charges | Month to Month Fee Charges | Covered Parking Charges | Pet Rent Charges | Rent Plus Service Charges | Storage Rental Charges | Uncovered Parking Charges | Washer/Dryer Rental Charges | Renter's Insurance - Do Not Use Charges | Total ASA Charges |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | $ 12,431 | $ 128,572 | $ - | $ 48,579 | $ 100,909 | $ - | $ 17,171 | $ 36,767 | $ 15,440 | $ - | $ - | $ 1,139 | $ 38,702 | $ 21,458 | $ 421,166 |
| 2007 | $ 11,650 | $ 131,737 | $ - | $ 46,657 | $ 110,776 | $ - | $ 23,187 | $ 49,357 | $ 17,290 | $ - | $ 60 | $ 678 | $ 40,662 | $ 18,825 | $ 450,878 |
| 2008 | $ 5,990 | $ 119,854 | $ - | $ 49,589 | $ 116,701 | $ - | $ 32,907 | $ 40,479 | $ 12,097 | $ - | $ 931 | $ 655 | $ 45,953 | $ 8,241 | $ 433,397 |
| 2009 | $ 1,040 | $ 108,295 | $ - | $ 42,016 | $ 123,684 | $ - | $ 12,635 | $ 37,977 | $ 12,960 | $ - | $ 1,860 | $ 600 | $ 52,482 | $ - | $ 393,549 |
| 2010 | $ 465 | $ 90,912 | $ - | $ 42,437 | $ 127,934 | $ - | $ 5,801 | $ 39,800 | $ 15,024 | $ - | $ 2,040 | $ 766 | $ 58,201 | $ - | $ 383,380 |
| 2011 | $ - | $ 81,317 | $ - | $ 47,477 | $ 137,451 | $ - | $ 5,289 | $ 41,621 | $ 18,584 | $ - | $ 2,540 | $ 1,205 | $ 79,350 | $ - | $ 414,833 |
| 2012 | $ - | $ 37,340 | $ - | $ 45,555 | $ 157,484 | $ - | $ 1,112 | $ 35,089 | $ 17,374 | $ - | $ 3,784 | $ 1,104 | $ 91,525 | $ - | $ 390,367 |
| 2013 | $ - | $ - | $ - | $ 42,910 | $ 174,332 | $ - | $ 794 | $ 34,023 | $ 18,941 | $ - | $ 4,382 | $ 912 | $ 94,404 | $ - | $ 370,698 |
| 2014 | $ - | $ - | $ 998 | $ 30,849 | $ 183,876 | $ - | $ 2,187 | $ 38,000 | $ 18,704 | $ 3,746 | $ 4,057 | $ 600 | $ 95,390 | $ - | $ 378,407 |
| 2015 | $ - | $ 52 | $ 720 | $ 21,093 | $ 187,097 | $ 960 | $ 1,341 | $ 48,771 | $ 26,864 | $ 16,024 | $ 5,914 | $ 390 | $ 109,996 | $ - | $ 419,221 |
| 2016 | $ - | $ - | $ 810 | $ 11,906 | $ 203,219 | $ 6,575 | $ 303 | $ 59,470 | $ 29,887 | $ 32,224 | $ 4,947 | $ - | $ 130,935 | $ - | $ 480,276 |
| 2017 | $ - | $ - | $ 990 | $ 12,218 | $ 128,022 | $ 8,985 | $ 571 | $ 61,674 | $ 23,410 | $ 21,527 | $ 5,228 | $ 53 | $ 88,696 | $ - | $ 351,375 |
| 2018 | $ - | $ 1,947 | $ 1,140 | $ 12,618 | $ 126,031 | $ 16,627 | $ - | $ 67,327 | $ 23,081 | $ 10,170 | $ 7,345 | $ 480 | $ 74,604 | $ - | $ 341,372 |
| 2019 | $ - | $ 7,685 | $ 525 | $ 10,211 | $ 123,044 | $ 31,349 | $ 197 | $ 76,729 | $ 25,359 | $ 8,627 | $ 8,679 | $ 270 | $ 69,674 | $ - | $ 362,349 |
| 2020 | $ - | $ 7,731 | $ - | $ 9,983 | $ 46,200 | $ 44,840 | $ - | $ 91,687 | $ 24,978 | $ 8,499 | $ 12,277 | $ - | $ 78,562 | $ - | $ 324,756 |
| 2021 | $ - | $ 4,437 | $ 1,160 | $ 12,945 | $ 1,092 | $ 144,887 | $ - | $ 107,321 | $ 22,753 | $ 7,572 | $ 12,943 | $ - | $ 97,347 | $ - | $ 412,458 |
| Grand Total | $ 31,576 | $ 719,878 | $ 6,343 | $ 487,045 | $ 2,047,852 | $ 254,222 | $ 103,495 | $ 866,091 | $ 322,746 | $ 108,390 | $ 76,988 | $ 8,852 | $ 1,246,483 | $ 48,523 | $ 6,328,483 |

Terry, et al. vs. Wasatch Advantage Group, LLC, et al.
Exhibit 2: ASA Charges from Post Month of May 2011 for Class Members

| Year | Security Alarm System Charges | Media Package (Cable) Charges | Common Garage Charges | Garage Rental Charges | Renter's Insurance Charges | Media Package Charges | Month to Month Fee Charges | Covered Parking Charges | Pet Rent Charges | Rent Plus Service Charges | Storage Rental Charges | Uncovered Parking Charges | Washer/Dryer Rental Charges | Renter's Insurance - Do Not Use Charges | Total ASA Charges |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | $ - | $ 54,758 | $ - | $ 23,925 | $ 67,187 | $ - | $ 367 | $ 13,973 | $ 6,456 | $ - | $ 480 | $ - | $ 41,485 | $ - | $ 208,631 |
| 2012 | $ - | $ 37,340 | $ - | $ 33,048 | $ 122,381 | $ - | $ 348 | $ 18,797 | $ 8,934 | $ - | $ 720 | $ - | $ 68,823 | $ - | $ 290,392 |
| 2013 | $ - | $ - | $ - | $ 32,370 | $ 138,348 | $ - | $ - | $ 18,189 | $ 9,879 | $ - | $ 720 | $ - | $ 74,093 | $ - | $ 273,600 |
| 2014 | $ - | $ - | $ - | $ 26,529 | $ 149,779 | $ - | $ 490 | $ 19,943 | $ 10,509 | $ 2,305 | $ 1,571 | $ - | $ 76,986 | $ - | $ 288,112 |
| 2015 | $ - | $ - | $ - | $ 17,628 | $ 155,870 | $ - | $ 154 | $ 27,617 | $ 14,351 | $ 12,148 | $ 4,141 | $ - | $ 89,066 | $ - | $ 320,976 |
| 2016 | $ - | $ - | $ - | $ 8,581 | $ 153,020 | $ - | $ - | $ 33,353 | $ 12,974 | $ 22,794 | $ 4,473 | $ - | $ 101,157 | $ - | $ 336,353 |
| 2017 | $ - | $ - | $ - | $ 10,118 | $ 85,470 | $ - | $ - | $ 41,497 | $ 10,758 | $ 12,598 | $ 4,893 | $ - | $ 53,655 | $ - | $ 218,988 |
| 2018 | $ - | $ - | $ - | $ 10,518 | $ 82,693 | $ - | $ - | $ 47,737 | $ 10,612 | $ 6,345 | $ 6,268 | $ - | $ 34,536 | $ - | $ 198,710 |
| 2019 | $ - | $ - | $ 75 | $ 8,484 | $ 76,156 | $ - | $ - | $ 54,200 | $ 12,393 | $ 4,475 | $ 6,919 | $ - | $ 20,452 | $ - | $ 183,155 |
| 2020 | $ - | $ - | $ - | $ 8,483 | $ 26,691 | $ - | $ - | $ 65,343 | $ 12,878 | $ 4,205 | $ 11,425 | $ - | $ 17,897 | $ - | $ 146,923 |
| 2021 | $ - | $ - | $ - | $ 11,445 | $ 240 | $ - | $ - | $ 70,531 | $ 10,591 | $ 2,867 | $ 11,925 | $ - | $ 15,151 | $ - | $ 122,750 |
| Grand Total | $ - | $ 92,098 | $ 75 | $ 191,131 | $ 1,057,836 | $ - | $ 1,359 | $ 411,180 | $ 120,336 | $ 67,737 | $ 53,536 | $ - | $ 593,302 | $ - | $ 2,588,589 |

**Terry, et al. vs. Wasatch Advantage Group, LLC, et al.**
**Exhibit 3: ASA Payments from Post Month of February 2006**

| Year | Security Alarm System Payments | Media Package (Cable) Payments | Common Garage Payments | Garage Rental Payments | Renter's Insurance Payments | Media Package Payments | Month to Month Fee Payments | Covered Parking Payments | Pet Rent Payments | Rent Plus Service Payments | Storage Rental Payments | Uncovered Parking Payments | Washer/Dryer Rental Payments | Renter's Insurance - Do Not Use Payments | Total ASA Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | 12,423 | 128,118 | - | 48,279 | 101,047 | - | 16,266 | 36,752 | 15,255 | - | - | 1,147 | 38,783 | 21,458 | 419,526 |
| 2007 | 11,650 | 129,998 | - | 46,609 | 110,709 | - | 22,907 | 49,309 | 16,626 | - | 60 | 678 | 40,455 | 18,825 | 447,826 |
| 2008 | 6,005 | 121,511 | - | 49,553 | 116,666 | - | 32,254 | 40,510 | 12,117 | - | 928 | 655 | 46,362 | 8,241 | 434,801 |
| 2009 | 1,040 | 107,429 | - | 41,916 | 123,422 | - | 12,211 | 37,798 | 12,638 | - | 1,863 | 600 | 52,175 | 11 | 391,102 |
| 2010 | 465 | 91,241 | - | 42,503 | 128,008 | - | 5,604 | 39,887 | 15,420 | - | 2,040 | 775 | 57,935 | - | 383,878 |
| 2011 | - | 81,098 | - | 47,683 | 137,415 | - | 4,981 | 41,574 | 18,559 | - | 2,540 | 1,205 | 79,177 | - | 414,231 |
| 2012 | - | 37,431 | - | 45,605 | 157,411 | - | 1,144 | 34,982 | 17,336 | - | 3,784 | 1,104 | 91,805 | - | 390,601 |
| 2013 | (0) | - | - | 42,979 | 174,715 | - | 762 | 33,833 | 19,437 | - | 4,382 | 904 | 94,461 | - | 371,472 |
| 2014 | - | - | 998 | 30,802 | 184,211 | - | 2,187 | 38,146 | 18,743 | 3,622 | 4,057 | 600 | 95,424 | - | 378,791 |
| 2015 | - | 52 | 767 | 21,031 | 185,754 | 898 | 1,341 | 48,437 | 27,114 | 15,698 | 5,450 | 390 | 109,168 | - | 416,100 |
| 2016 | - | - | 810 | 11,906 | 203,922 | 6,612 | 373 | 59,593 | 29,383 | 31,921 | 4,493 | - | 131,536 | - | 480,551 |
| 2017 | - | - | 990 | 12,218 | 128,252 | 9,246 | 574 | 61,437 | 23,240 | 21,624 | 5,155 | 53 | 88,413 | - | 351,203 |
| 2018 | - | 1,972 | 1,140 | 12,618 | 126,158 | 16,821 | - | 67,105 | 22,949 | 10,028 | 6,770 | 480 | 74,674 | - | 340,715 |
| 2019 | - | 7,764 | 516 | 9,997 | 123,296 | 31,428 | 519 | 76,550 | 25,297 | 8,539 | 7,680 | 261 | 69,832 | - | 361,678 |
| 2020 | - | 7,731 | - | 10,129 | 46,672 | 44,942 | - | 91,826 | 25,060 | 8,635 | 11,730 | - | 80,512 | - | 327,235 |
| 2021 | - | 4,437 | 1,160 | 12,834 | 934 | 144,680 | - | 106,928 | 22,638 | 7,511 | 13,003 | - | 97,315 | - | 411,441 |
| Grand Total | 31,583 | 718,779 | 6,381 | 486,662 | 2,048,591 | 254,626 | 101,122 | 864,669 | 321,811 | 107,577 | 73,935 | 8,852 | 1,248,027 | 48,535 | 6,321,151 |

**Terry, et al. vs. Wasatch Advantage Group, LLC, et al.**
**Exhibit 4: ASA Payments from Post Month of May 2011 for Class Members**

| Year | Security Alarm System Payments | Media Package (Cable) Payments | Common Garage Payments | Garage Rental Payments | Renter's Insurance Payments | Media Package Payments | Month to Month Fee Payments | Covered Parking Payments | Pet Rent Payments | Rent Plus Service Payments | Storage Rental Payments | Uncovered Parking Payments | Washer/Dryer Rental Payments | Renter's Insurance - Do Not Use Payments | Total ASA Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | $ - | $ 54,670 | $ - | $ 23,925 | $ 67,163 | $ - | $ 368 | $ 13,974 | $ 6,391 | $ - | $ 480 | $ - | $ 41,528 | $ - | $ 208,499 |
| 2012 | $ - | $ 37,431 | $ - | $ 32,998 | $ 122,295 | $ - | $ 348 | $ 18,836 | $ 8,916 | $ - | $ 720 | $ - | $ 68,961 | $ - | $ 290,504 |
| 2013 | $ - | $ - | $ - | $ 32,439 | $ 138,656 | $ - | $ - | $ 17,945 | $ 10,374 | $ - | $ 720 | $ - | $ 74,208 | $ - | $ 274,342 |
| 2014 | $ - | $ - | $ - | $ 26,482 | $ 150,056 | $ - | $ 490 | $ 20,039 | $ 10,549 | $ 2,196 | $ 1,571 | $ - | $ 76,825 | $ - | $ 288,208 |
| 2015 | $ - | $ - | $ - | $ 17,566 | $ 154,502 | $ - | $ 154 | $ 27,509 | $ 14,539 | $ 11,885 | $ 4,140 | $ - | $ 88,376 | $ - | $ 318,671 |
| 2016 | $ - | $ - | $ - | $ 8,581 | $ 153,202 | $ - | $ - | $ 33,405 | $ 12,420 | $ 22,491 | $ 4,433 | $ - | $ 101,732 | $ - | $ 336,264 |
| 2017 | $ - | $ - | $ - | $ 10,118 | $ 85,501 | $ - | $ - | $ 41,325 | $ 10,596 | $ 12,662 | $ 4,820 | $ - | $ 53,201 | $ - | $ 218,224 |
| 2018 | $ - | $ - | $ - | $ 10,518 | $ 82,646 | $ - | $ - | $ 47,649 | $ 10,455 | $ 6,221 | $ 6,090 | $ - | $ 34,606 | $ - | $ 198,185 |
| 2019 | $ - | $ - | $ 75 | $ 8,315 | $ 75,910 | $ - | $ - | $ 53,920 | $ 12,391 | $ 4,409 | $ 6,869 | $ - | $ 20,452 | $ - | $ 182,342 |
| 2020 | $ - | $ - | $ - | $ 8,629 | $ 26,745 | $ - | $ - | $ 65,465 | $ 12,913 | $ 4,244 | $ 11,210 | $ - | $ 17,747 | $ - | $ 146,954 |
| 2021 | $ - | $ - | $ - | $ 11,334 | $ 240 | $ - | $ - | $ 70,153 | $ 10,476 | $ 2,848 | $ 11,984 | $ - | $ 15,151 | $ - | $ 122,187 |
| Grand Total | $ - | $ 92,101 | $ 75 | $ 190,906 | $ 1,056,916 | $ - | $ 1,360 | $ 410,219 | $ 120,021 | $ 66,956 | $ 53,038 | $ - | $ 592,785 | $ - | $ 2,584,378 |

**Terry, et al. vs. Wasatch Advantage Group, LLC, et al.**

**Exhibit 5: Housing Assistance Charges and Payments from Post Month of February 2006**

| Year | Housing Assistance Charges | Housing Assistance Payments |
|---|---|---|
| 2006 | $ 4,561,018 | $ 4,531,460 |
| 2007 | $ 5,159,348 | $ 5,141,470 |
| 2008 | $ 5,202,144 | $ 5,182,312 |
| 2009 | $ 5,319,460 | $ 5,261,650 |
| 2010 | $ 5,565,491 | $ 5,547,776 |
| 2011 | $ 5,995,748 | $ 5,955,410 |
| 2012 | $ 6,291,559 | $ 6,256,307 |
| 2013 | $ 6,993,264 | $ 6,947,843 |
| 2014 | $ 7,348,951 | $ 7,303,049 |
| 2015 | $ 8,108,590 | $ 8,059,153 |
| 2016 | $ 9,473,534 | $ 9,482,950 |
| 2017 | $ 6,569,086 | $ 6,543,317 |
| 2018 | $ 6,894,004 | $ 6,867,682 |
| 2019 | $ 7,251,136 | $ 7,216,499 |
| 2020 | $ 6,523,874 | $ 6,579,330 |
| 2021 | $ 6,673,568 | $ 6,695,448 |
| Grand Total | $ 103,930,776 | $ 103,571,659 |

**Terry, et al. vs. Wasatch Advantage Group, LLC, et al.**

**Exhibit 6: Renter's Insurance Payments by Tenants Under the Max Rents at Tax Credit Properties**

| Year | Renter's Insurance Payments | No. of Tenants (1) |
|---|---|---|
| 2011 | $ 6,648 | 191 |
| 2012 | $ 47,535 | 327 |
| 2013 | $ 53,034 | 334 |
| 2014 | $ 58,005 | 405 |
| 2015 | $ 65,160 | 463 |
| 2016 | $ 76,634 | 556 |
| 2017 | $ 28,647 | 199 |
| 2018 | $ 27,893 | 212 |
| 2019 | $ 21,912 | 165 |
| 2020 | $ 7,564 | 136 |
| Grand Total | $ 393,032 | 1,076 |

(1) Tenants may be affected in more than one year.

**Terry, et al. vs. Wasatch Advantage Group, LLC, et al.**
**Exhibit 7: Renter's Insurance Payments by Class Members Under the Max Rents at Tax Credit Properties**

| Year | Renter's Insurance Payments | No. of Tenants (1) |
|------|-----------------------------|--------------------|
| 2011 | $ 5,279 | 151 |
| 2012 | $ 40,473 | 285 |
| 2013 | $ 46,898 | 295 |
| 2014 | $ 52,812 | 374 |
| 2015 | $ 60,796 | 422 |
| 2016 | $ 69,293 | 502 |
| 2017 | $ 21,073 | 139 |
| 2018 | $ 18,869 | 138 |
| 2019 | $ 10,588 | 76 |
| 2020 | $ 2,667 | 65 |
| Grand Total | $ 328,748 | 909 |

(1) Tenants may be affected in more than one year.

Terry, et al. vs. Wasatch Advantage Group, LLC, et al.
**Exhibit 8: Renter's Insurance Payments by Tenants Not Living in Tax Credit Properties**

| Year | Renter's Insurance Payments | No. of Tenants (1) |
|---|---|---|
| 2006 | $ 99,583 | 898 |
| 2007 | $ 99,732 | 890 |
| 2008 | $ 91,986 | 784 |
| 2009 | $ 92,246 | 772 |
| 2010 | $ 92,723 | 791 |
| 2011 | $ 98,506 | 731 |
| 2012 | $ 103,774 | 691 |
| 2013 | $ 107,758 | 703 |
| 2014 | $ 106,833 | 691 |
| 2015 | $ 98,627 | 710 |
| 2016 | $ 102,628 | 714 |
| 2017 | $ 97,765 | 686 |
| 2018 | $ 96,825 | 619 |
| 2019 | $ 100,367 | 649 |
| 2020 | $ 38,391 | 458 |
| Grand Total | $ 1,427,744 | 3,407 |

(1) Tenants may be affected in more than one year.

**Terry, et al. vs. Wasatch Advantage Group, LLC, et al.**

**Exhibit 9: Renter's Insurance Payments  by Class Members Not Living in Tax Credit Properties**

| Year | Renter's Insurance Payments | No. of Tenants |
|---|---|---|
| 2011 | $ 47,093 | 416 |
| 2012 | $ 76,346 | 453 |
| 2013 | $ 78,288 | 459 |
| 2014 | $ 77,971 | 470 |
| 2015 | $ 71,962 | 474 |
| 2016 | $ 60,067 | 354 |
| 2017 | $ 63,354 | 337 |
| 2018 | $ 63,132 | 349 |
| 2019 | $ 65,287 | 358 |
| 2020 | $ 24,064 | 261 |
| Grand Total | $ 627,564 | 1,131 |