DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Anne Bellows (SBN 293722)
abellows@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 | (Fax) (510) 835-1417

Andrew Wolff (SBN 195092)
andrew@awolfflaw.com
LAW OFFICES OF ANDREW WOLFF, PC
1615 Broadway, 4th Floor
Oakland, CA 94612
Telephone: (510) 834-3300 | (Fax) (510) 834-3377

Jesse Newmark (SBN 247488)
jessenewmark@centrolegal.org
CENTRO LEGAL DE LA RAZA
3022 International Blvd., Suite 410
Oakland, CA 94601
Telephone: (510) 437-1863 | (Fax) (510) 437-9164

Jocelyn Larkin (SBN 110817)
jlarkin@impactfund.org
Lindsay Nako (SBN 239090)
lnako@impactfund.org
THE IMPACT FUND
2080 Addison Street, Suite 5
Berkeley, CA 94704
Telephone: (510) 845-3473 | (Fax) (510) 845-3654

Attorneys for Plaintiffs and Relators and the Certified Classes

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>        Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>**JOINT FACT STIPULATION REGARDING DATA PRODUCED FROM DEFENDANTS' YARDI PROPERTY MANAGEMENT DATABASE**<br><br>Before:  Hon. Chief Judge Kimber J. Mueller<br><br>Trial Date:    None Set |

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

1   HOLDINGS, LLC, BELLWOOD JERRON
    HOLDINGS, LLC, BELLWOOD JERRON
2   APARTMENTS, LP, BENT TREE
    APARTMENTS, LLC, CALIFORNIA PLACE
3   APARTMENTS, LLC, CAMELOT LAKES
    HOLDINGS, LLC, CANYON CLUB HOLDINGS,
4   LLC, COURTYARD AT CENTRAL PARK
    APARTMENTS, LLC, CREEKSIDE HOLDINGS,
5   LTD, HAYWARD SENIOR APARTMENTS, LP,
    HERITAGE PARK APARTMENTS, LP, OAK
6   VALLEY APARTMENTS, LLC, OAK VALLEY
    HOLDINGS, LP, PEPPERTREE APARTMENT
7   HOLDINGS, LP, PIEDMONT APARTMENTS,
    LP, POINT NATOMAS APARTMENTS, LLC,
8   POINT NATOMAS APARTMENTS, LP, RIVER
    OAKS HOLDINGS, LLC, SHADOW WAY
9   APARTMENTS, LP, SPRING VILLA
    APARTMENTS, LP, SUN VALLEY HOLDINGS,
10  LTD, VILLAGE GROVE APARTMENTS, LP,
    WASATCH QUAIL RUN GP, LLC, WASATCH
11  PREMIER PROPERTIES, LLC, WASATCH
    POOL HOLDINGS III, LLC,
12  and DOES 1-4,

13          Defendants.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

### JOINT FACT STIPULATION REGARDING THE DATA PRODUCED FROM DEFENDANTS' YARDI PROPERTY MANAGEMENT DATABASE

Plaintiffs and Relators Denika Terry, Roy Huskey III, and Tamera Livingston, on behalf of themselves, the certified classes, and the United States ("Plaintiffs") and the above-captioned Defendants (together, the "Parties"), through their respective counsel, for the limited purpose of litigation, trial, and ultimate resolution of this Action, hereby stipulate to the following:

### I.    DEFINITIONS

1.    ACTION shall refer to *U.S. ex rel. Denika Terry, et al v. Wasatch Advantage Group, et al*, Case No. 2:15-CV-00799-KJM-DB (E.D. Cal.).

2.    ADDITIONAL SERVICE CHARGES shall refer charges made by DEFENDANTS to tenants pursuant to Additional Service Agreements.

3.    DEFENDANTS shall refer to all of the Defendants in this ACTION.

4.    The FCA LIABILITY PERIOD shall refer to the period beginning on April 14, 2005 and lasting through the final resolution of this matter.

5.    The "JOINT EXPERT" shall refer to GelbGroup d/b/a FitechGelb, its officers and employees.

6.    RELEVANT TENANTS shall refer to SECTION 8 tenants at any of DEFENDANTS' properties that have been charged ADDITIONAL SERVICE CHARGES at any time during the FCA LIABILITY PERIOD.

7.    SECTION 8 shall refer to the Housing Choice Voucher program funded by the U.S. Department for Housing and Urban Development, commonly called "Section 8."

8.    SUBJECT PROPERTIES shall refer to all of DEFENDANTS' properties where SECTION 8 tenants have been charged ADDITIONAL SERVICE CHARGES at any time during the FCA LIABILITY PERIOD.

### II.    DEFENDANTS' YARDI DATABASE AND THE JOINT EXPERT

9.    DEFENDANTS maintain data related to their property management systems and the tenants of the SUBJECT PROPERTIES in their centrally maintained Yardi database,

847844.9

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

including data related to tenant charges and payments, lease information, and other data more precisely described below.

10.     The Parties jointly retained the JOINT EXPERT to inform the Parties regarding the nature and extent of data available in DEFENDANTS' Yardi database, and to extract and produce the data agreed upon by the Parties.  DEFENDANTS provided the JOINT EXPERT with access to their Yardi database and reviewed and approved drafts of the datasets produced to Plaintiffs.

11.     The JOINT EXPERT is a firm specializing in Yardi database software and applications, and routinely provides implementation, training, programming, and data extraction and report-writing services for residential landlords.  The Parties selected the JOINT EXPERT to assist the Parties in identifying and extracting responsive data based on the firm's expertise and extensive knowledge and experience related to Yardi databases such as the one used by DEFENDANTS.

12.     The Parties hereby stipulate that the JOINT EXPERT need not provide a written report pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) as the identity and work of the JOINT EXPERT is known to both Parties. Moreover, it is the Parties' intention, in executing this Joint Stipulation, to make it unnecessary for the JOINT EXPERT to testify regarding their work in this case, though the Parties remain free to call the JOINT EXPERT as a witness if they deem it necessary and appropriate.

13.     The process of identifying and extracting relevant data from DEFENDANTS' Yardi database was an iterative one.  For purposes of brevity, this Stipulation only lists the ultimate datasets produced as of January 21, 2022 and omits earlier drafts.  The Parties agree that other datasets not mentioned herein which were produced by the JOINT EXPERT are authentic, although in some cases incomplete, excerpts of data from DEFENDANTS' Yardi database.

14.     The JOINT EXPERT identified RELEVANT TENANTS, as specified by the Parties, as SECTION 8 tenants at any of DEFENDANTS' properties who were charged on a

847844.9

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

1   recurring basis, at any time during the FCA LIABILITY PERIOD, one or more of the

2   following the following ADDITIONAL SERVICE CHARGES:

3           a.   Security alarm (charge code "alarm")

4           b.   Cable (charge code "cable")

5           c.   Common garage (charge code "cgarage")

6           d.   Furniture (charge code "furn")

7           e.   Garage (charge code "garage")

8           f.   Renters' insurance (charge code "insur")

9           g.   Media package (charge code "media")

10          h.   Month-to-month fees (charge code "mtm")

11          i.   Covered parking (charge code "park")

12          j.   Pet rent (charge code "pet")

13          k.   Storage (charge code "storage")

14          l.   Uncovered parking (charge code "uncpark")

15          m.  In-unit washer and dryer (charge code "wash")

16          n.   RentPlus (charge code "rentplus")

17      15.   The JOINT EXPERT identified SECTION 8 tenants by the presence of a "HAP

18  rent" charge code on the tenants' ledger, reflecting a charge or payment pursuant to a Housing

19  Assistance Payment Contract.

20      16.   Data for tenant households in DEFENDANTS' Yardi database are maintained

21  under the name of the principal tenant, who is assigned a tenant code beginning with "t" (e.g.,

22  t0000001).  For example, all charges and payments on the tenant ledger are associated with the

23  tenant code for the principal tenant, regardless of which individual tenant made any given

24  payment.

25      17.   The data produced by the JOINT EXPERT is current as of the dates the data was

26  extracted from the database.  The Parties agree and stipulate that this data, and any analyses

27  based on this data, should be supplemented at a reasonable time prior to trial in this ACTION.

28

847844.9

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

### III.   **AUTHENTICATION OF DATA PRODUCED BY THE JOINT EXPERT**

18.     Paragraphs 19 through 33 identify data files extracted by the JOINT EXPERT from DEFENDANTS' Yardi database and produced to Plaintiffs.  The numbering system ("Data1," "Data2," etc.) evident in the filenames was adopted by the JOINT EXPERT to track work related to particular topics.  As a result of the collaborative work of the Parties and the JOINT EXPERT, some of the original numbered topics were consolidated, re-framed or dropped from the list.  In other cases, the JOINT EXPERT did produce responsive datasets, but the data proved to be either minimal or not significantly related to the facts at issue in this ACTION.

19.     The JOINT EXPERT produced the file "Data1_TenantwithHAPandOther_082721.csv" ("Data1") to Plaintiffs on September 9, 2021.  This data file is an authentic summary of data relating to RELEVANT TENANTS that is maintained in DEFENDANTS' Yardi database.  Definitions of the fields and principal codes used in Data1 are set out in **Exhibit 1.**

20.     The JOINT EXPERT produced the file "Data2_TenantRoommateList100121.csv" ("Data2") to Plaintiffs on October 17, 2021.  This data file is an authentic excerpt of data from Defendants' Yardi database relating to principal tenants and their roommates for all RELEVANT TENANTS.  Definitions of the fields used in Data2 are set out in **Exhibit 2**.

21.     The JOINT EXPERT produced the file "Data3_PropertyInfo.csv" ("Data3") to Plaintiffs on August 26, 2021.  The file is an authentic excerpt of data from Defendants' Yardi database providing the name, property code, and address for each SUBJECT PROPERTY.  Definitions of the fields used in Data3 are set out in **Exhibit 3**.

22.     The JOINT EXPERT Produced the file "Data4_TenantLeaseCharges01062022.csv" ("Data 4") to Plaintiffs on January 6, 2022.  The file is an authentic excerpt of data from Defendants' Yardi database summarizing lease charges and effective dates of those charges for RELEVANT TENANTS during the FCA LIABILITY PERIOD.  Definitions of the fields used in Data4 are set out in **Exhibit 4**.

847844.9

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

23.     The JOINT EXPERT produced 71 files from "Data5_TenantLedgers_12.06.21_6lt.csv" through "Data5_TenantLedgers_12.06.21_wh.csv" (Data5) to Plaintiffs on December 6, 2021.  These files are authentic excerpts of ledger data maintained in DEFENDANTS' Yardi database showing all charges and payments for all RELEVANT TENANTS during the FCA LIABILITY PERIOD.  A full list of files names for the Data5 files produced on December 6, 2021 is set out in **Exhibit 5.**  Definitions of the fields and principal codes used in Data5 are set out in **Exhibit 6.**

24.     The JOINT EXPERT produced the file "Data7_TenantAffCert121521.csv" to Plaintiffs on December 15, 2021.  This data file is an authentic excerpt of data relating to tenant income certification data for the Low Income Housing Tax Credit program and state and local affordable housing bond programs for all RELEVANT TENANTS for whom such data is maintained in DEFENDANTS' Yardi database.  Definitions of the fields and principal codes used in Data7 are set out in **Exhibit 7**.

25.     The JOINT EXPERT produced the file "Data8TenantAttachments100321.csv" ("Data8") to Plaintiffs on October 17, 2021.  This data file is an authentic excerpt of data listing documents uploaded to DEFENDANTS' Yardi database related to RELEVANT TENANTS. Practices in uploading documents to the Yardi database vary from property to property. Definitions of the fields used in Data8 are set out in **Exhibit 8.**

26.     The JOINT EXPERT produced the file "Data10_TenantEvictionActivity121321.csv" ("Data10") to Plaintiffs on December 13, 2021. This data file is an authentic excerpt of data maintained in DEFENDANTS' Yardi database reflecting eviction-related entries associated with RELEVANT TENANTS.  Definitions of the fields and principal codes used in Data10 are set out in **Exhibit 9.**

27.     The JOINT EXPERT produced the file "Data12_TenantLeaseHistory100621.csv" ("Data12") to Plaintiffs on December 6, 2021.  This data file is an authentic excerpt of data maintained in DEFENDANTS' Yardi database related to RELEVANT TENANTS' leasing dates and status as current or past residents.  Definitions of the fields and principal codes used in Data12 are set out in **Exhibit 10.**

847844.9

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

28.     The JOINT EXPERT produced the file "Data13_PropertyOwnership.csv" ("Data13") to Plaintiffs on August 26, 2021.  This data file is an authentic excerpt of data maintained in DEFENDANTS' Yardi database related to ownership of the SUBJECT PROPERTIES.  Defendants maintain more detailed data and information on ownership of the SUBJECT PROPERTIES outside the Yardi database.  Definitions of the fields used in Data13 are set out in **Exhibit 11.**

29.     The JOINT EXPERT produced the file "Data15_PropertySalesTax.csv" ("Data15") to Plaintiffs on August 26, 2021.  This data file is an authentic excerpt of current data maintained in DEFENDANTS' Yardi database related to sales tax rates applicable at certain SUBJECT PROPERTIES.  Definitions of the fields used in Data15 are set out in **Exhibit 12.**

30.     The JOINT EXPERT produced the file "Data16_PropertyLateFeeSettings.csv" ("Data16") to Plaintiffs on August 26, 2021.  This data file is an authentic excerpt of current data maintained in DEFENDANTS' Yardi database related to late fees applicable at SUBJECT PROPERTIES.  Definitions of the fields used in Data16 are set out in **Exhibit 13**.

31.     The JOINT EXPERT produced the file "Data21_ChargeTypeAnalysis02092022.csv" ("Data21") to Plaintiffs on February 9, 2022. This datafile is an authentic summary of data maintained in DEFENDANTS' Yardi database related to ADDITIONAL SERVICE CHARGES made to SECTION 8 and non-SECTION 8 tenants at the SUBJECT PROPERTIES during the FCA LIABILITY PERIOD.  Definitions of the fields used in Data21 are set out in **Exhibit 14.**

32.     The JOINT EXPERT produced the file "Data_ChargeCodeMapping120621.csv" ("ChargeCodeMapping") to Plaintiffs on December 6, 2021.  This data file is an authentic excerpt of data maintained in DEFENDANTS' Yardi database relating to charge codes used in tenant ledgers.  Definitions of the fields used in ChargeCodeMapping are set out in **Exhibit 15.**

33.     The JOINT EXPERT produced the file "Data_ChargeCodeMappingPayOrder.csv" ("Yardi Pay Order") to Plaintiffs on December 6, 2021. This data file is a true and correct copy of the payment sequence applicable to tenant

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

1  payments that was in effect in DEFENDANTS' Yardi database as of that date. The Yardi Pay

2  Order, together with accompanying definitions, is attached to this Joint Stipulation as **Exhibit**

3  **16.**

4    Dated: 3/17/2022                                 Respectfully submitted,

5                                         GOLDSTEIN, BORGEN, DARDARIAN & HO

6                                       *Anne Bellows*

7                                       Anne P. Bellows

8                                       Attorneys for Plaintiffs and Relators

9

10    Dated: 3/25/2022                                   Respectfully submitted,

11

12                                       LEWIS BRISBOIS BISGAARD & SMITH LLP

13                                       *Ryan Matthews*

14                                       Ryan Matthews

15                                       Attorneys for Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT FACT STIPULATION REGARDING YARDI DATA - CASE NO. 2:15-CV-00799 KJM-DB

847844.9

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

Exhibit 1

Data1_TenantwithHAPandOther_Data_Definitions

| Output Column Name | Field of Reference | Screen of Reference |
|---|---|---|
| PROP CODE | Property Code | Resident Screen |
| PROPERTY | Property Name | Resident Screen |
| UNIT | Unit Code | Resident Screen |
| TENANT CODE | Tenant Code | Resident Screen |
| NAME | Tenant First and Last Name | Resident Screen |
| Move In | Tenant Move In Date | Resident Screen |
| Move Out | Tenant Move Out Date | Resident Screen |
| Lease From | Tenant Lease From Date | Resident Screen |
| Lease To | Tenant Lease To Date | Resident Screen |
| Email | Tenants Email on File | Resident Screen |
| Phone | Tenants Phone on File | Resident Screen |
| RENT | Total Rent Charged to the Section 8 Program for the Tenant since 04/01/2005, reflected by charge code rentHAP | Resident Ledger |
| RENTSUBSTART | Date of Tenant's Earliest Rent Charge with Charge Code rentHAP | Resident Ledger |
| RENTSUBEND | Date of Tenant's Last Rent Charge with Charge Code rentHAP | Resident Ledger |
| RENTCHGCODE | Tenants Rent Charge Code | Resident Ledger |
| NSC | Total Amount Paid Since 04/01/2005 for the Additional Service Charge Identified in the NSCHGCODE Field | Resident Ledger |
| NSSTART | Date of First Charge for the Additional Service Charge Identified in the NSCHGCODE Field | Resident Ledger |
| NSEND | Last charge date for transaction | Resident Ledger |
| NSCHGCODE | Charge Code for the Additional Service Charge | Resident Ledger |

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

Exhibit 1

Data1_TenantwithHAPandOther_Data_Definitions

| code | description | Tax | Type | Account | AccountDesc |
|------|-------------|-----|------|---------|-------------|
| cable | Media Package | Yes | MISC | 32200000 | Cable TV/Internet Revenue |
| cgarage | Common Garage | Yes | MISC | 32100040 | Common Garage |
| furn | Furniture Rental/Sales | Yes | MISC | 32150000 | Furniture Rental Revenue |
| garage | Garage Rental | Yes | MISC | 32100020 | Detached Garage Revenue |
| hskp | Housekeeping Revenue | Yes | MISC | 32450000 | Housekeeping Revenue |
| insur | Renter's Insurance | No | Overage | 32300000 | Insurance Revenue |
| media | Media Package | No | MISC | 32200000 | Cable TV/Internet Revenue |
| park | Covered Parking Charges | Yes | MISC | 32100000 | Covered Parking Revenue |
| pet | Pet Rent | Yes | MISC | 32350000 | Pet Rent |
| renthap | Housing Assistance Charge | No | Rent | 30900000 | Vacancy Loss - HAP |
| rentplus | Rent Plus Service | No | MISC | 32280000 | Rent Plus Revenue |
| storage | Storage Rental | Yes | MISC | 32100030 | Storage Revenue |
| uncpark | Uncovered Parking | Yes | MISC | 32100010 | Uncovered Parking Revenue |
| wash | Washer/Dryer Rental | Yes | MISC | 32050000 | Washer/Dryer Revenue |

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

Exhibit 2

Data2_TenantRoommateList_Data_Definitions

| Output Column Name | Field of Reference | Screen of Reference |
|---|---|---|
| PROPCODE | Property Code | Resident Roommate |
| PROPERTY | Property Name | Resident Roommate |
| UNIT | Unit Code | Resident Roommate |
| TENANT CODE | Tenant Code for both Primary and Roommate | Resident Roommate |
| RESIDENT TYPE | Resident Type<br>  Primary Resident<br>  Roommate | Resident Roommate |
| RESIDENT CODE | Residents ID<br>  t if Primary Resident<br>  r if Roommate | Resident Roommate |
| NAME | Resident First and Last Name | Resident Roommate |
| FIRST NAME | Residents First Name | Resident Roommate |
| LAST NAME | Residents Last Name | Resident Roommate |
| MOVE IN | Residents Move In Date | Resident Roommate |
| MOVE OUT | Residents Move Out Date | Resident Roommate |

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

Exhibit 3

Data3_PropertyInfo_Data_Definitions

| Output Column Name | Field of Reference | Screen of Reference |
|---|---|---|
| PROPCODE | Property Code | |
| PROPERTY | Property Name | |
| PROPADDRESS | Property Address | |
| PROPADDRESS_CITY | Property City | |
| PROPADDRESS_STATE | Property State | |
| PROPADDRESS_ZIP | Property Zip Code | |
| PROPERTY COUNTY | Property County Attribute | |
| REGION | Property Region Attribute | |
| AFFORDABLE | X if marked 'Affordable' by Wasatch during the property control set up; blank if not | |
| PHA | X if marked 'Public Housing' by Wasatch during the property control set up; blank if not | |
| HM PROJECT TYPE | Displays Value from Property for Project Type Can be Multiple<br>A – 50059<br>B – Tax Credit<br>D – HOME<br>E – RD (Rural Development)<br>F – Local Programs<br>0 – Not a designated type and lingers from original ETL upload | |
| Acquisition Date | Acquisition Date from Property Info | |
| Disposition Date | Disposition Date from Property Info | |

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

Exhibit 4

Data4_TenantLeaseCharges_Data_Definitions

| Output Column Name | Field of Reference | Screen of Reference |
|---|---|---|
| PROPCODE | Property Code | Resident Lease Charge |
| UNITCODE | Unit Code | Resident Lease Charge |
| TENANTCODE | Tenant Code | Resident Lease Charge |
| RESNAME | Residents First and Last Name | Resident Lease Charge |
| LASTNAME | Residents Last Name | Resident Lease Charge |
| FIRSTNAME | Residents First Name | Resident Lease Charge |
| MOVEIN | Residents Move In Date | Resident Lease Charge |
| MOVEOUT | Residents Move Out Date | Resident Lease Charge |
| TENANT STATUS | Residents Status | Resident Lease Charge |
| CHARGE CODE | Charge Code for Residents Charges | Resident Lease Charge |
| CHARGE DESC | Charge Description for Residents Charges | Resident Lease Charge |
| CHARGE START | Charge Start Date | Resident Lease Charge |
| CHARGE END | Charge End Date | Resident Lease Charge |
| AMOUNT | Charge Amount per Month | Resident Lease Charge |
| RENTABLE ITEM CODE | Rentable Item Code if associated with Charge | Resident Lease Charge |
| LATE FEE | If Late Fee can be applied to Charge Yes/No | Resident Lease Charge |

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

Exhibit 5

Data5_TenantLedgers files produced 12.06.2021

| File Name |
| --- |
| Data5_TenantLedgers_12.06.21_6lt.csv |
| Data5_TenantLedgers_12.06.21_a8t.csv |
| Data5_TenantLedgers_12.06.21_ap.csv |
| Data5_TenantLedgers_12.06.21_art.csv |
| Data5_TenantLedgers_12.06.21_art2.csv |
| Data5_TenantLedgers_12.06.21_av.csv |
| Data5_TenantLedgers_12.06.21_az.csv |
| Data5_TenantLedgers_12.06.21_bp.csv |
| Data5_TenantLedgers_12.06.21_br.csv |
| Data5_TenantLedgers_12.06.21_bs.csv |
| Data5_TenantLedgers_12.06.21_bt.csv |
| Data5_TenantLedgers_12.06.21_bu.csv |
| Data5_TenantLedgers_12.06.21_bwt.csv |
| Data5_TenantLedgers_12.06.21_ca.csv |
| Data5_TenantLedgers_12.06.21_cc.csv |
| Data5_TenantLedgers_12.06.21_cm.csv |
| Data5_TenantLedgers_12.06.21_cn.csv |
| Data5_TenantLedgers_12.06.21_cp.csv |
| Data5_TenantLedgers_12.06.21_cr.csv |
| Data5_TenantLedgers_12.06.21_cv.csv |
| Data5_TenantLedgers_12.06.21_cy.csv |
| Data5_TenantLedgers_12.06.21_de.csv |
| Data5_TenantLedgers_12.06.21_dw.csv |
| Data5_TenantLedgers_12.06.21_enclave.csv |
| Data5_TenantLedgers_12.06.21_falls.csv |
| Data5_TenantLedgers_12.06.21_fc.csv |
| Data5_TenantLedgers_12.06.21_fot.csv |
| Data5_TenantLedgers_12.06.21_fvt.csv |
| Data5_TenantLedgers_12.06.21_glt.csv |
| Data5_TenantLedgers_12.06.21_go.csv |
| Data5_TenantLedgers_12.06.21_gp.csv |
| Data5_TenantLedgers_12.06.21_het.csv |
| Data5_TenantLedgers_12.06.21_hvt.csv |
| Data5_TenantLedgers_12.06.21_jpt.csv |
| Data5_TenantLedgers_12.06.21_kst.csv |
| Data5_TenantLedgers_12.06.21_lofts.csv |
| Data5_TenantLedgers_12.06.21_lp.csv |
| Data5_TenantLedgers_12.06.21_lpt.csv |
| Data5_TenantLedgers_12.06.21_mht.csv |
| Data5_TenantLedgers_12.06.21_mp.csv |
| Data5_TenantLedgers_12.06.21_op.csv |
| Data5_TenantLedgers_12.06.21_ov.csv |
| Data5_TenantLedgers_12.06.21_p1.csv |

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

Exhbit 5

Data5_TenantLedgers files produced 12.06.2021

| File Name |
|---|
| Data5_TenantLedgers_12.06.21_p3.csv |
| Data5_TenantLedgers_12.06.21_pmt.csv |
| Data5_TenantLedgers_12.06.21_pn.csv |
| Data5_TenantLedgers_12.06.21_pnt.csv |
| Data5_TenantLedgers_12.06.21_pp.csv |
| Data5_TenantLedgers_12.06.21_pst.csv |
| Data5_TenantLedgers_12.06.21_pvt.csv |
| Data5_TenantLedgers_12.06.21_qrt.csv |
| Data5_TenantLedgers_12.06.21_rc.csv |
| Data5_TenantLedgers_12.06.21_rm.csv |
| Data5_TenantLedgers_12.06.21_ro.csv |
| Data5_TenantLedgers_12.06.21_rp.csv |
| Data5_TenantLedgers_12.06.21_rs.csv |
| Data5_TenantLedgers_12.06.21_rvt.csv |
| Data5_TenantLedgers_12.06.21_rw.csv |
| Data5_TenantLedgers_12.06.21_sa.csv |
| Data5_TenantLedgers_12.06.21_sgt.csv |
| Data5_TenantLedgers_12.06.21_spt.csv |
| Data5_TenantLedgers_12.06.21_su.csv |
| Data5_TenantLedgers_12.06.21_sun.csv |
| Data5_TenantLedgers_12.06.21_sv.csv |
| Data5_TenantLedgers_12.06.21_svt.csv |
| Data5_TenantLedgers_12.06.21_sw.csv |
| Data5_TenantLedgers_12.06.21_swt.csv |
| Data5_TenantLedgers_12.06.21_tvt.csv |
| Data5_TenantLedgers_12.06.21_vet.csv |
| Data5_TenantLedgers_12.06.21_vit.csv |
| Data5_TenantLedgers_12.06.21_wh.csv |

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

Exihbit 6

Data5_TenantLedgersDataDefinitions12.06.2021

| Output Column Name | Description |
|---|---|
| Property_Code | Property Distinct Code from System |
| Property_Name | Property Name |
| Unit_Code | Unit Number or Code in System |
| Tenant_Code | Distinct Resident ID code from System |
| Tenant_Name | Primary Residents First and Last Name |
| Tenant_Status | Tenants Status at time of information being Pulled |
| Move_In_Date | Date Resident Moved into specific Unit |
| Move_Out_Date | Date Resident Moved out of specific Unit if applicable |
| Charge_Code | Charge Code Associated with Original Charge or Charge Original Receipt Paid |
| Charge_Code_Name | Charge Code Description associated with Charge_Code Column |
| Original_Control | Original Control Number for line item<br>'C-' for Charges<br>'R-' for Receipts<br>'P-' for Payable<br>'Check-' for Checks to Resident |
| Original_Control_Batch | Batch associated with original control if item was posted with additional charges, receipts, payables, or checks |
| Original_Control_Notes | Original Control Type Dictates information<br>'C-' for Charges - Notes from Charge Posted<br>'R-' for Receipts - Notes from Receipt Posted<br>'P-' for Payable - Notes from Payable Posted<br>'Check-' for Checks to Resident - Notes from Check |
| Corresponding_Control | Corresponding Control Number for line item Items will relate to original control with Charges being paid by a receipt, what charge a receipt paid, what check was created from a payable and what payable was used to create a check<br>'C-' for Charges<br>'R-' for Receipts<br>'P-' for Payable<br>'Check-' for Checks to Resident |
| Corresponding_Notes | Notes from Corresponding Control in same fashion as Original Control Notes |
| Corresponding_Batch | Batch associated with corresponding control if item was posted with additional charges, receipts, paybalbe, or checks |
| Item_Date_Post_Date | 'C-' for Charges - Date Charge was posted<br>'R-' for Receipts - Date Receipt was posted<br>'P-' for Payable - date payable was created<br>'Check-' for Checks to Resident - date Check paid |
| Date_Received | 'C-' for Charges - Date Charge was paid<br>'R-' for Receipts - date charge was posted that receipt paid<br>'P-' for Payable - Date payable was created<br>'Check-' for Checks to Resident - Date Check was issued |
| Post_Month | Transaction financial Post Month |
| Charge_Amount | 'C-' for Charges - Full Amount of Charge<br>'R-' for Receipts - Portion of Receipt applied to Charge<br>'P-' for Payable - Total amount of Payable<br>'Check-' for Checks to Resident - 0 |

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

Exhibit 6

Data5_TenantLedgersDataDefinitions12.06.2021

| Output Column Name | Description |
|---|---|
| Receipt_Amount | 'C-' for Charges - Full Amount of Receipt |
| | 'R-' for Receipts - Total amount of charge |
| | 'P-' for Payable - 0 |
| | 'Check-' for Checks to Resident - Amount of Check |
| Prepayments | Amount Unapplied |
| Memo | Memo corresponding with original control if available |
| Original_Control_Void | If original control number was voided in system then -1 if not then 0 |
| Corresponding_Control_Void | If corresponding control number was voided in system then -1 if not then 0 |
| Original_Check_Num | Original receipts Check number from tenants receipt |
| Corresponding_Check_Num | Corresponding receipts check number from tenants receipt |

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

Exhibit 7

Data7_TenantAffCert_Data_Definitions

| Output Column Name | Field of Reference | Screen of Reference | Ref Number to Picture |
|---|---|---|---|
| PROPCODE | Property Code | 50059 Certification | 1 |
| UNITCODE | Unit Code | 50059 Certification | 2 |
| TENANTCODE | Tenant Code | 50059 Certification | 3 |
| TENANTNAME | Tenant First and Last Name | 50059 Certification | 4 |
| Column1 | Subsidy Type | 50059 Certification - Basic Tab | 5 |
| | *50059 - HUD Program 50059 TIC* | | |
| | *Home - HOME Investment Parterships Program https://www.hud.gov/program_ offices/comm_planning/home* | | |
| | *RD* | | |
| | *Section 8* | | |
| CERTTYPE | Certification Type | 50059 Certification - Basic Tab | 6 |
| | *MI = Move-In* | | |
| | *IR = Interim Recert* | | |
| | *AR= Annual recert* | | |
| | *IC= Initial Cert* | | |
| | *UT= Unit Transfer* | | |
| EFFECTIVEDATE | Effective Date | 50059 Certification - Basic Tab | 7 |
| NEXTANNUALRECERT | Next Annual Recert | 50059 Certification - Basic Tab | 8 |
| PROJECTMOVEIN | Project Move In | 50059 Certification - Basic Tab | 9 |
| TENANTSIGNDATE | Tenant Sign Date | 50059 Certification - Basic Tab | 10 |
| OWNERSIGNDATE | Owner Sign Date | 50059 Certification - Basic Tab | 11 |
| HAPVOUCHERDATE | HAP Voucher Date | 50059 Certification - Basic Tab | 12 |
| FIRSTVOUCHERDATE | First Voucher Date | 50059 Certification - Basic Tab | 13 |
| TRACSSENTDATE | TRACS Sent Date the date the property alerted the appropriate housing authority of the change in rental amount or information | 50059 Certification - Basic Tab | 14 |
| CONTRACTNUM | Contract Number | 50059 Certification - Basic Tab | 15 |
| TOTALTENANTPAYMENT | TTP Total Amount of Tenants Monthly Payments | 50059 Certification - Basic Tab | 16 |
| HAP | HAP Amount of Section 8 Subsidy | 50059 Certification - Basic Tab | 17 |
| SECURITYDEPOSIT | Security Deposit | 50059 Certification - Basic Tab | 18 |
| MARKETRENT | Market Rent | 50059 Certification - Basic Tab | 19 |
| CONTRACTRENT | Contract Rent | 50059 Certification - Basic Tab | 20 |
| SEC236BASICBMIRRENT | 236 Basic/BMIR Rent | 50059 Certification - Basic Tab | 21 |
| UTILITYALLOWANCE | Utility Allowance | 50059 Certification - Basic Tab | 22 |
| MAXRENT | Maximum Rent That Tenant May Legally Pay | | |

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

Exhbit 7
Data7_TenantAffCert_Data_Definitions



DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

Exhibit 8

Data8_TenantAttachments_Data_Definitions

| Output Column Name | Field of Reference | Screen of Reference |
|---|---|---|
| _Property Code | Property Code | Resident Screen |
| _Tenant code | Tenant Code | Resident Screen |
| _Resident Name | Resident First and Last Name | Resident Screen |
| _Date Attached | Date File was attached to Resident | Resident Attachments |
| _File Name | File Path in System | Resident Attachments |
| _Description | File Name | Resident Attachments |
| _Attachment Type | Type of Attachment | Resident Attachments |

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

Exhibit 9

Data10_TenantEvictionActivity_Data_Definitions

| Output Column Name | Field of Reference | Screen of Reference |
|---|---|---|
| PROPCODE | Property Code | Resident History |
| UNITCODE | Unit Code | Resident History |
| TENANTCODE | Tenant Code | Resident History |
| RESNAME | Resident First and Last Name | Resident History |
| LASTNAME | Resident First Name | Resident History |
| FIRSTNAME | Resident Last Name | Resident History |
| MOVEIN | Resident Move In Date | Resident History |
| MOVEOUT | Resident Move Out Date | Resident History |
| STATUSEVENT | Resident Status from Time of Event<br>Eviction with an event id means the residents status was set to eviction<br>Cancel Eviction with an event id means the residents status of eviction was cancelled<br>Status Event of Eviction without an event id means the reason for move out was listed as Eviction but resident was not officially put on status prior to Move out | Resident History |
| EVENTID | Rent Unique Value<br>The EventID is a unique number that is created as a history record for events in a tenants life at a property like eviction or cancelling an eviction or Moving In or Out | Resident History |
| EVENTDATE | Date of Event | Resident History |
| DATEOCCURRED | Date Event was put into System | Resident History |
| REASON | Reason for Move Out from event | Resident History |
| NOTES | Notes from Event | Resident History |
| Memo | Memos regarding Resident that included the word eviction | Resident Memos |
|  |  |  |
|  | <span style="color:red">Those that do not have EventID, EventDate, or Date Occurred are residents that moved out and it was marked with Eviction as the Reason for Moveout</span> |  |

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

Exhibit 10

Data12_TenantLeaseHistory_Data_Definitions

| Output Column Name | Field of Reference | Screen of Reference |
|---|---|---|
| PROPCODE | Property Code | Resident Screen |
| UNITCODE | Unit Code | Resident Screen |
| TENANTCODE | Tenant Code | Resident Screen |
| RESNAME | Resident First and Last Name | Resident Screen |
| LASTNAME | Resident First Name | Resident Screen |
| FIRSTNAME | Resident Last Name | Resident Screen |
| MOVEIN | Resident Move In Date | Resident Screen |
| MOVEOUT | Resident Move Out Date | Resident Screen |
| TENANT STATUS | Resident Current Status | Resident Lease History |
| last renewal | Residents Last Renewal Date | Resident Lease History |
| LEASE HISTORY ID | Lease History Unique Value | Resident Lease History |
| SSTATUS | Lease Status from Lease History Record   Current - Active or most Recent history record   Past - Prior Lease that was superceded | Resident Lease History |
| DTLEASEFROM | Date Lease From for Renewed Lease | Resident Lease History |
| DTLEASETO | Date Lease To for Renewed Lease | Resident Lease History |

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

Exhibit 11

Data13_PropertyOwnership_Data_Definitions

| Output Column Name | Field of Reference | Screen of Reference |
|---|---|---|
| PROPCODE | Property Code | Ownership |
| PROPERTY | Property Name | Ownership |
| OWNER CODE | Owner Code | Ownership |
| OWNER NAME | Owners Name | Ownership |
| PCT OWN | Owners Percentage of Ownership in Property | Ownership |

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

Exhibit 12

Data15_PropertySalesTax_Data_Definitions

| Output Column Name | Field of Reference | Screen of Reference |
|---|---|---|
| PROPCODE | Property Code | Property Control |
| PROPERTY | Property Description | Property Control |
| SALES TAX 1 | Sales Tax 1 | Property Control |
| TAX RATE 1 | Tax Rate 1 | Property Control |
| TAX CHARGE CODE 1 | Tax Charge Code 1 | Property Control |
| SALES TAX 2 | Sales Tax 2 | Property Control |
| TAX RATE 2 | Tax Rate 2 | Property Control |
| TAX CHARGE CODE 2 | Tax Charge Code 2 | Property Control |

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

Exhibit 13

Data16_PropertyLateFeeSettings_Data_Definitions

| Output Column Name | Description | Screen of Reference |
|---|---|---|
| PROPCODE | Property Code | Property Control |
| PROPERTY | Property Name | Property Control |
| RUN NIGHTLY | Yes/No if task runs nightly to post | Property Control |
| FLOAT DAYS | Number of days after Grace Period to start charging | Property Control |
| USE FLAG | Type of Flag for if a charge can have late fee applied | Property Control |
| LATE FEE CHARGE CODE | Charge Code for Late Fee | Property Control |
| 1ST LATE FEE | First Late Fee Amount | Property Control |
| 1ST LATE FEE TYPE | Type of Late Fee | Property Control |
| GRACE PERIOD DAYS | Number of Days Resident Has to Pay Charge after charge Due Date | Property Control |
| 2ND LATE FEE | Second Late Fee Amount | Property Control |
| 2ND LATE FEE TYPE | Type of Late Fee | Property Control |
| 2ND LATE FEE GRACE PERIOD DAYS | Number of Days Resident Has to Pay Charge after charge Due Date | Property Control |
| MAX LATE FEE | Maximum Amount of Late Fee | Property Control |
| LATE TYPE MAX | Maximum Late Fee Type | Property Control |
| MAX NUMBER DAYS | Maximum Number of Days to be Charged | Property Control |
| MINIMUM DUE | Minimum amount due for Late Fee to Charge | Property Control |
| IGNORE RECEIPT DATES | If Late Fee should Ignore Receipt Dates when calculating fee | Property Control |

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

Exhibit 14

Data21_ChargeTypeAnalysis_Data_Definitions

| Output Column Name | Description |
|---|---|
| Months | Month for Occupancy |
| pcode | Property Code |
| pname | Property Name |
| occ | Total Number of Tenant Households at that property during that Month |
| chargecode | Charge Code |
| subcnt | Number of Section 8 Tenant Households at property |
| nsubchr | Number of Non Section 8 tenant households that show corresponding charge on ledger and by Property Code and Month |
| subchr | Number of Section 8 Tenant Households that show corresponding charge on ledger and by Property Code and Month |

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

Exhibit 15

Data_ChargeCode_Data_Definitions.xlsx

| Output Column Name | Field of Reference | Screen of Reference | Ref Number to Picture |
|---|---|---|---|
| code | Charge Code | | |
| description | Charge Code Description | | |
| Tax | Is charge code Taxable? Yes/No | | |
| Type | Type of Charge<br> CAM – Charge Codes associated with Common Area Maintenance expense recovery or other charges based on property expenses<br>Overage – Variable charges based on reported sales or revenue<br>MISC – Charge Codes not associated with Rent, CAM or Overage<br>Rent – Charge Codes associated with Rental Income | | |
| Account | Account General Ledger Code that Charge Code will flow into | | |
| AccountDesc | Account General Ledger Description Charge Code will flow into | | |
| Late_Fee | If charge code can have Late Fees apply to unpaid balances from these charges | | |

DocuSign Envelope ID: 07AE189A-E99B-4F67-92F8-F6259CF56FB1

Exhibit 16

Data_ChargeCodeMappingPayOrder_DataDefinition

| Output Column Name | Description |
|---|---|
| code | Charge Code |
| description | Charge Code Description |
| Tax | Is charge code Taxable? Yes/No |
| Type | Type of Charge<br> CAM – Charge Codes associated with Common Area Maintenance expense recovery or other charges based on property expenses<br>Overage – Variable charges based on reported sales or revenue<br>MISC – Charge Codes not associated with Rent, CAM or Overage<br>Rent – Charge Codes associated with Rental Income |
| Account | Account General Ledger Code that Charge Code will flow into |
| AccountDesc | Account General Ledger Description Charge Code will flow into |
| seq | Placement In Order of Payments being applied 1 means first account to be paid 2 means second ect |