Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Anne Bellows (SBN 293722)
abellows@gbdhlegal.com
Stephanie Tilden (SBN 341486)
stilden@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 | (Fax) (510) 835-1417

Andrew Wolff (SBN 195092)
andrew@awolfflaw.com
LAW OFFICES OF ANDREW WOLFF, PC
1615 Broadway, 4th Floor
Oakland, CA 94612
Telephone: (510) 834-3300 | (Fax) (510) 834-3377

Jesse Newmark (SBN 247488)
jessenewmark@centrolegal.org
CENTRO LEGAL DE LA RAZA
3022 International Blvd., Suite 410
Oakland, CA 94601
Telephone: (510) 437-1863 | (Fax) (510) 437-9164

Jocelyn Larkin (SBN 110817)
jlarkin@impactfund.org
Lindsay Nako (SBN 239090)
lnako@impactfund.org
THE IMPACT FUND
2080 Addison Street, Suite 5
Berkeley, CA 94704
Telephone: (510) 845-3473 | (Fax) (510) 845-3654

Attorneys for Plaintiffs and Relators and the Certified Classes

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>    Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' AND RELATORS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   July 8, 2022<br>Time:   10:00 a.m.<br>Dept:   Courtroom 3, 15th Floor<br>Before: Hon. Kimberley J. Mueller |

[Proposed] order Granting Pls.' & Relators' Req. for Judicial Not. In Supp. of Mot. for Part. Summ. J. – Case No. 2:15-CV-00799 KJM-DB

854284.6

| | |
|---|---|
| CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4,<br><br>    Defendants. | Trial Date:   None Set |

854284.6

[PROPOSED] ORDER GRANTING PLS.' & RELATORS' REQ. FOR JUDICIAL NOT. IN SUPP. OF MOT. FOR PART. SUMM. J.
– CASE NO. 2:15-CV-00799 KJM-DB

Now before the Court is Plaintiffs' and Relators' request that the Court take judicial notice of the following documents in support of their Motion for Partial Summary Judgment.

1. A letter, dated March 29, 1977, from Charles P. Lucas to Mr. Robert Fitzgerald, bearing the letterhead and seal of the U.S. Department of Housing and Urban Development and signed by Charles P. Lucas, posted online by the National Housing Law Project to accompany its treatise on federal housing programs at https://www.nhlp.org/wp-content/uploads/Ltr-fr-Lucas-to-Fitzgerald-Mar.-29-1977.pdf.

2. A letter, dated October 21, 1985, from Frank Malone to Kathryn F. Calhoon, bearing the letterhead and seal of the U.S. Department of Housing and Urban Development, signed by Frank Malone, as well as the letter, dated September 5, 1985, from Kathryn F. Calhoon, to which the October 21, 1985 responds, posted online by the National Housing Law Project to accompany its treatise on federal housing programs at https://www.nhlp.org/wp-content/uploads/Corr.-btwn-Calhoon-Malone-Sept.-and-Oct.-1985.pdf.

3. A letter, dated July 29, 1991, from Lionel J. Jenkins to Muriel Varieur, bearing the letterhead and seal of the U.S. Department of Housing and Urban Development and signed by Lionel J. Jenkins, posted online by the National Housing Law Project to accompany its treatise on federal housing programs at https://www.nhlp.org/wp-content/uploads/Ltr-fr-Jenkins-to-Varieur-Jul.-29-1991.pdf.

Under Federal Rule of Evidence 201(b), a court may take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010). Courts may take judicial notice of documents that are self-authenticating. *See United States v. Christensen*, 161 F.3d 15, 1998 WL 56791, at *2 (9th Cir. 1998) (table). Federal Rule of Evidence 902(1) provides that documents are self-authenticating if they bear "a seal purporting to be that of the United States or a department [or] agency" of the United States, and "a signature purporting to be an execution or attestation." *See, e.g.*, *United States v. Perry,* No. 2:14-CV-537, 2018 WL 11356695, at *4 (S.D. Ohio Nov. 7, 2018) (signed letters on U.S. Forest Service letterhead were self-authenticating

1

[Proposed] order Granting Pls.' Req. for Judicial Not. In Supp. of Mot. for Part. Summ. J. – Case No. 2:15-CV-00799 KJM-DB

854284.6

documents under Rule 902(1)).  The Court may properly notice the documents on these grounds.  *See Christensen*, 161 F.3d 15, 1998 WL 56791, at *2.

Additionally, a court may also take judicial notice of "public records and government documents available from reliable sources on the Internet." *Romero v. Securus Techs., Inc.*, 216 F. Supp. 3d 1078, 1084 n.1 (S.D. Cal. 2016); *see also, Labrador v. Seattle Mortg. Co.*, 681 F. Supp. 2d 1106, 1109 n.2, (N.D. Cal. 2010) (taking judicial notice of a "printout from Neighborhood Watch, a web site that displays data on lenders and appraisers").

The Court finds that the three letters listed above are properly subject to judicial notice and GRANTS Plaintiffs' and Relators' request for judicial notice.

**IT IS SO ORDERED.**

Dated: _____, 2022          _____
                                                HON. KIMBERLY J. MUELLER
                                                United States District Judge
                                                Eastern District of California