**LEWIS BRISBOIS BISGAARD & SMITH** LLP
JOSEPH A. SALAZAR JR., SB# 169551
   E-Mail: Joe.Salazar@lewisbrisbois.com
RYAN MATTHEWS, SB# 311674
   E-Mail: Ryan.Matthews@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA,<br><br>    Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS | CASE NO. 2:15-cv-00799-KJM-DB<br><br>**DEFENDANTS' OBJECTIONS TO EVIDENCE CONTAINED IN PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    July 8, 2022<br>Time:   10:00 a.m.<br>Crtrm.:  3, 15th Floor<br><br>The Hon. Kimberly J. Mueller<br><br>Trial Date:    None Set |

APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4

Defendants.

Defendants object to Exhibits 1, 2, and 3 to Plaintiffs' Request for Judicial Notice. Defendants object on the following three grounds: (1) the documents are evidence that was not produced in discovery; (2) the documents contain inadmissible hearsay; and (3) the documents contain improper legal opinions from a lay witness which lack sufficient foundation.

First, these documents were was not timely disclosed or produced to Defendants during the fact discovery period as required under Federal Rule of Civil Procedure 26(a). Defendants were required to disclose these documents "without awaiting a discovery request" because they are using them "to support its claims or defenses." Fed. R. Civ. P. 26(a)(1)(A)(ii). As Plaintiffs are relying on the legal opinions contained in these documents to support contentions regarding whether Defendants' accounting practices are permissible under applicable HUD regulations, they were required to produce the documents. Fed. R. Civ. P. 26(e)(1). Under Federal Rule of Civil Procedure 37(c)(1), "if a party fails to provide information or identify a witness as required by Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at trial, unless the failure was substantially justified or is harmless." See Chisolm v. 7-Eleven, Inc., 814 F. App'x 194, 196 (9th Cir. 2020) (finding court was within its discretion in excluding untimely disclosed email and declaration from consideration at summary judgment); Nathalie Thuy Van v. Wal-Mart Stores, Inc., 678 F. App'x 616, 616-17 (9th Cir. 2017) (affirming district court's exclusion of untimely disclosed medical records and financial documents from trial under Fed. R. Civ. P. 37(c)(1)). "Untimely disclosed evidence is automatically excluded unless the failure was substantially justified or harmless," Melczer v. Unum Life Ins. Co. of Am., 259 F.R.D. 433, 434 (D. Ariz. 2009), which Plaintiffs bear the burden

4893-8691-1778.1

2

Case No. 2:15-cv-00799-KJM-DB

DEFENDANTS' OBJECTIONS TO EVIDENCE CONTAINED IN PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

of showing. Torres v. City of Los Angeles, 548 F.3d 1197, 1213 (9th Cir. 2008). Plaintiffs most recently supplemented their Rule 26 disclosures on February 11, 2022. (Declaration of Ryan Matthews in Support of Defendants' Reply Brief ("Matthews Reply Dec."), par. 3.) That production did not contain the documents referenced in Plaintiffs' Request for Judicial Notice. (Matthews Reply Dec., par. 3.)

Second, these three documents are impermissible hearsay. The entire documents are out-of-court statements articulating an individual government official's legal opinion. They are offered purely for the truth and accuracy of that legal opinion. There is no applicable hearsay exception—a letter articulating a legal opinion with respect to an individual circumstance can hardly be described as a "record[] of a regularly conducted activity" under Federal Rule of Evidence 803(6). As such, the documents are inadmissible hearsay and should not be considered.

Third, Plaintiffs offer these documents as, essentially, de facto expert testimony. They ask the Court to treat the opinions of these HUD officials as gospel. There is insufficient foundation to treat these HUD officials as experts. These documents are offered in a vacuum. Neither Defendants nor the Court have any idea as to the experience or knowledge of these HUD officials, and because the documents were not produced in discovery, Defendants were not afforded the opportunity to explore their foundation. Moreover, to the extent these letters purport to interpret specific HUD regulations, those regulations are either not identified or are different from those at play in this case. Absent foundation to establish the authors of these letters as experts in particular sections of federal housing law, these documents are nothing more than improper lay opinions. *See* Fed. R. Evid. 701; California Found. for Indep. Living Centers v. Cty. of Sacramento, 142 F. Supp. 3d 1035, 1045 (E.D. Cal. 2015) (sustaining objection to testimony which was offered as a legal opinion); Lira v. Cate, No. C00-0905 SI, 2010 WL 727979, at *4 n.5 (N.D. Cal. Feb. 26, 2010) (same).

/ / /

/ / /

/ / /

/ / /



4893-8691-1778.1

3

Case No. 2:15-cv-00799-KJM-DB

DEFENDANTS' OBJECTIONS TO EVIDENCE CONTAINED IN PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

DATED: May 27, 2022          LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     */s/ Ryan Matthews*
          RYAN MATTHEWS
          Attorneys for Defendants



DEFENDANTS' OBJECTIONS TO EVIDENCE CONTAINED IN PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# FEDERAL COURT PROOF OF SERVICE

USA-Terry v Wasatch Property Management, et al.
Case No. 2:15-cv-00799-KJM-DB

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On May 27, 2022, I served the following document(s):

- DEFENDANTS' OBJECTIONS TO EVIDENCE CONTAINED IN PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 27, 2022, at Sacramento, California.

                                                     /s/ Alicia Crespo
                                                   Alicia Crespo



## SERVICE LIST
*USA-Terry v Wasatch Property Management, et al.*
**Case No. 2:15-cv-00799-KJM-DB**

| | |
|---|---|
| Andrew Wolff<br>Law Office of Andrew Wolff, PC<br>1956 Webster Street, Suite 275<br>Oakland, CA 94612 | ***Attorney for Plaintiffs***<br>***Denika Terry and Roy Huskey, III***<br><br>Tel.: (510) 834-3300<br>Email: andrew@awolfflaw.com |
| Jesse Newmark<br>CENTRO LEGAL DE LA RAZA<br>3022 International Blvd., Suite 410<br>Oakland, CA 94601 | ***Attorney for Plaintiffs***<br>***Denika Terry and Roy Huskey, III***<br><br>Tel.: (510) 437-1554 x115<br>Fax: (510) 437-9164<br>Email: jessenewmark@centrolegal.org |
| Laura L. Ho<br>Anne Bellows<br>Stephanie Tilden<br>GOLDSTEIN, BORGEN, DARDARIAN & HO<br>155 Grand Avenue, Suite 900<br>Oakland, CA 94612 | ***Attorneys for Plaintiffs and Relators and the Certified Classes***<br><br>Tel: (510) 763-9800<br>Fax: (510) 835-1417<br>Email: ljo@gbdhlegal.com<br>Email: abellows@gbdhlegal.com<br>Email: stilden@gbdhlegal.com<br>Email: sgrimes@gbdhlegal.com<br>Email: dvaldez@gbdhlegal.com |
| Vincente Antonio Tennerelli<br>United States Attorney's Office<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 | ***Attorney for Intervenor Plaintiff***<br>***United States of America***<br><br>Tel.: (559) 497-4080<br>Email: Vincente.Tennerelli@usdoj.gov<br>Email: joni.jones@usdoj.gov |
| Jocelyn D. Larkin<br>Lindsay Nako<br>The Impact Fund<br>2080 Addison Street, Suite 5<br>Berkeley, CA 94704 | ***Attorney for Plaintiffs***<br><br>Tel: (510) 845-3473 x.306<br>Fax: (510) 845-3654<br>Email: jlarkin@impactfund.org<br>Email: lnako@impactfund.org |



4893-8691-1778.1     2     Case No. 2:15-cv-00799-KJM-DB

DEFENDANTS' OBJECTIONS TO EVIDENCE CONTAINED IN PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT