Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Anne Bellows (SBN 293722)
abellows@gbdhlegal.com
Beth Holtzman (SBN 316400)
bholtzman@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800; (510) 835-1417 (Fax)

Andrew Wolff (SBN 195092)
andrew@awolfflaw.com
LAW OFFICES OF ANDREW WOLFF, PC
1615 Broadway, 4th Floor
Oakland, CA 94612
(510) 834-3300; (510) 834-3377 (Fax)

Jesse Newmark (SBN 247488)
jessenewmark@centrolegal.org
CENTRO LEGAL DE LA RAZA
3022 International Blvd., Suite 410
Oakland, CA 94601
(510) 437-1863; (510) 437-9164 (Fax)

Jocelyn D. Larkin (SBN 110817)
jlarkin@impactfund.org
Lindsay Nako (SBN 239090)
lnako@impactfund.org
THE IMPACT FUND
2080 Addison Street, Suite 5
Berkeley, CA  94701
(510) 845-3473; (510) 845-3654 (Fax)

Attorneys for Plaintiffs and Relators and the Certified Classes

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA

        Plaintiffs/Relators,

vs.

WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY

Case No.: 2:15-CV-00799-KJM-DB

CLASS ACTION

DISCOVERY MATTER

**NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS (INSURANCE AGREEMENTS PURSUANT TO RULE 26)**

Date:    January 27, 2023
Time:   10:00 am
Dept:    Courtroom 27, 8th Floor
Before: Hon. Magistrate Judge
          Deborah Barnes

Trial Date: None Set

1  APARTMENTS, LLC, OAK VALLEY
HOLDINGS, LP, PEPPERTREE APARTMENT
2  HOLDINGS, LP, PIEDMONT APARTMENTS,
LP, POINT NATOMAS APARTMENTS, LLC,
3  POINT NATOMAS APARTMENTS, LP,
RIVER OAKS HOLDINGS, LLC, SHADOW
4  WAY APARTMENTS, LP, SPRING VILLA
APARTMENTS, LP, SUN VALLEY
5  HOLDINGS, LTD, VILLAGE GROVE
APARTMENTS, LP, WASATCH QUAIL RUN
6  GP, LLC, WASATCH PREMIER
PROPERTIES, LLC, WASATCH POOL
7  HOLDINGS III, LLC, and DOES 1-4,

8                     Defendants.

1  **<u>NOTICE OF MOTION AND MOTION</u>**

2  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3  PLEASE TAKE NOTICE that on January 27, 2023, at 10:00 am, or as soon thereafter as

4  the matter may be heard, in the Courtroom of the Honorable Magistrate Judge Deborah Barnes,

5  located at 501 I Street, Sacramento, CA 95814, Plaintiffs-Relators Denika Terry, Roy Huskey III,

6  and Tamera Livingston ("Plaintiffs"), on behalf of themselves, the certified classes, and the

7  United States of America, will move and hereby do move this Court under Federal Rules of Civil

8  Procedure 26, 34, and 37 for an order compelling the disclosure of relevant insurance agreements

9  pursuant to Rule 26(a)(1)(A)(iv).

10  This Motion is made on the grounds that the requested documents are required to be

11  provided as part of Defendants' Rule 26 initial disclosures and that Defendants' prolonged failure

12  to produce the documents lacks justification.

13  Pursuant to the requirements of L.R. 251(b) and this Court's standing order, this Motion is

14  made following attempts to reach an agreement with counsel for Defendants in a letter dated

15  December 20, 2022, and on meet and confer telephone calls on January 11 and 18, 2023.

16  This Motion is based on the Notice of Motion and Motion, the Joint Statement Regarding

17  Discovery Disagreement filed herewith pursuant to L.R. 251, the pleadings and record in the case,

18  and any oral argument to be presented at the hearing on the motion.

19

20  Dated:  January 20, 2023                    Respectfully submitted,

21                                              IMPACT FUND

22                                              By: */s/ Lindsay Nako*
23                                                  Lindsay Nako

24                                              *Attorney for Plaintiffs and Relators and the Certified Classes*

25

26

27

28

1