1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     DENIKA TERRY, et al.,                       No.  2:15-cv-0799 KJM DB

12                    Plaintiffs,

13          v.                                      ORDER

14     WASATCH ADVANTAGE GROUP, et
       al.,
15

16                    Defendants.

17

18          On January 20, 2023, plaintiffs filed a motion to compel and noticed the motion for

19   hearing before the undersigned on January 27, 2023, pursuant to Local Rules 251(e) and

20   302(c)(1).  Plaintiffs' motion seeks production of defendants' relevant insurance agreements prior

21   to the parties' settlement conference set for March 7, 2023.  (ECF No. 284-1 at 3.)  Defendants do

22   not object to the request, stating that they "are actively gathering all potentially responsive

23   insurance policies and intend to produce them."  (Id. at 8.)  Defendants do not provide an

24   anticipated production date but "have no intention of withholding any potentially applicable

25   insurance policy."  (Id.)

26          In light of defendants' representations, the undersigned anticipates that the parties' dispute

27   will be resolved well in advance of the March 7, 2023 settlement conference.  Plaintiffs' motion

28   to compel, therefore, be continued to allow for that resolution.

                                                    1

Accordingly, IT IS HEREBY ORDERED that:

1. The January 27, 2023 hearing of plaintiffs' motion to compel (ECF No. 284) is continued to **February 10, 2023**; and

2. On or before **February 3, 2023**, the parties shall file either a withdrawal of the motion to compel or a Joint Statement re Discovery Disagreement.[1]

Dated: January 23, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\terry0799.mtc.cont.hrg.ord

---

[1] If the parties file a Joint Statement the defendants shall be sure to address why the production of the relevant insurance policies has not been completed and when defendants anticipate the production could be completed.

2