1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DENIKA TERRY, et al.,                        No.  2:15-cv-0799 KJM DB

12                   Plaintiffs,

13          v.                                     ORDER

14   WASATCH ADVANTAGE GROUP, et
     al.,
15

16                   Defendants.

17

18          On March 10, 2023, plaintiffs filed a motion to compel and noticed the motion for hearing

19   before the undersigned on March 31, 2023, pursuant to Local Rule 302(c)(1).  (ECF No. 292.)

20   On March 17, 2023, plaintiffs filed an affidavit in support of the motion to compel.  (ECF No.

21   294.)  Therein, plaintiffs' counsel attests to attempting in good faith to meet and confer with

22   defendants but to receiving essentially no response.  Plaintiffs' filing is supported by a declaration

23   from plaintiffs' counsel.  (Nako Decl. (ECF No. 294) at 3.)

24          Both the Court's Local Rules and the undersigned's Standard Information require parties

25   to meet and confer in connection with discovery disputes.  See Local Rules 251(b);

26   http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-

27   judge-deborah-barnes-db.

28   ////

                                                   1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The deadline for the completion of fact discovery in this action is continued to **June 2,**

3    **2023**;

4        2.  Within fourteen days of the date of this order defendants shall show cause as to why

5    they should not be sanctioned for violating the rules of this court;

6        3.  On or before **May 12, 2023**, the parties shall file a Joint Statement that complies with

7    the Local Rules and the undersigned's Standard Information; and

8        4.  The March 31, 2023 hearing of plaintiffs' motions to compel (ECF No. 292) is

9    continued to **Friday, May 19, 2023**.

10   DATED: March 28, 2023                    /s/ DEBORAH BARNES
                                              UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20   DLB:6
     DB\orders\orders.civil\terry0799.cont.hrg5.ord
21

22

23

24

25

26

27

28