Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Anne Bellows (SBN 293722)
abellows@gbdhlegal.com
Stephanie Tilden (SBN 341489)
stilden@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
(510) 763-9800; (510) 835-1417 (Fax)

Andrew Wolff (SBN 195092)
andrew@awolfflaw.com
LAW OFFICES OF ANDREW WOLFF, PC
1615 Broadway, 4th Floor
Oakland, CA 94612
(510) 834-3300; (510) 834-3377 (Fax)

Jesse Newmark (SBN 247488)
jessenewmark@centrolegal.org
CENTRO LEGAL DE LA RAZA
3022 International Blvd., Suite 410
Oakland, CA 94601
(510) 437-1863; (510) 437-9164 (Fax)

Jocelyn D. Larkin (SBN 110817)
jlarkin@impactfund.org
Lindsay Nako (SBN 239090)
lnako@impactfund.org
THE IMPACT FUND
2080 Addison Street, Suite 5
Berkeley, CA  94701
(510) 845-3473; (510) 845-3654 (Fax)

Attorneys for Plaintiffs and Relators and the Certified Classes

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>DISCOVERY MATTER<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br>**(PLAINTIFF DENIKA TERRY'S REQUESTS FOR PRODUCTION OF DOCUMENTS, SET THIRTEEN)**<br><br>Date:    April 21, 2023<br>Time:   10:00 am<br>Dept:    Courtroom 27, 8th Floor<br>Before: Hon. Magistrate Judge<br>             Deborah Barnes<br><br>Trial Date: None Set |

870204.1

| | |
|---|---|
| 1 | APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4, |
| 8 | Defendants. |

870204.1

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 21, 2023, at 10:00 am, or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Magistrate Judge Deborah Barnes, located at 501 I Street, Sacramento, CA 95814, Plaintiffs-Relators Denika Terry, Roy Huskey III, and Tamera Livingston ("Plaintiffs"), on behalf of themselves, the Certified Classes, and the United States of America, will move and hereby do move this Court under Federal Rules of Civil Procedure 26, 34, and 37 for an order compelling the production of documents in response to Plaintiff Terry's Requests for Production of Documents, Set Thirteen, served on February 9, 2023.

This Motion is made on the grounds that the requested documents are relevant to defenses asserted by Defendants in this action, that the likely benefit of the discovery outweighs the burden or expense of producing it, and that Defendants' failure to produce the documents and failure to respond during the meet and confer process are without justification.

Pursuant to the requirements of L.R. 251(b) and this Court's standing order, this Motion is made following written requests on March 20, 21, 22, and 28 and telephonic meet-and-confers on March 23 and 29.

This Motion will be based on the Notice of Motion and Motion, the Joint Statement Regarding Discovery Disagreement to be filed at least fourteen days before the scheduled hearing date pursuant to L.R. 251(a), the pleadings and record in the case, and any oral argument to be presented at the hearing on the motion. If counsel for Plaintiffs are unable, after a good faith effort, to secure the cooperation of counsel for the opposing party in preparing a Joint Statement Regarding Discovery Disagreement, Plaintiffs' motion will be submitted with an affidavit so stating pursuant to L.R. 251(d).

Dated: March 31, 2023                Respectfully submitted,

By: /s/ Anne Bellows
Anne Bellows, Goldstein Borgen Dardarian & Ho

*Attorney for Plaintiffs and Relators and the Certified Classes*

1