Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Anne Bellows (SBN 293722)
abellows@gbdhlegal.com
Stephanie Tilden (SBN 341486)
stilden@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Tel: (510) 763-9800 | Fax: (510) 835-1417

Andrew Wolff (SBN 195092)
andrew@awolfflaw.com
LAW OFFICES OF ANDREW WOLFF, PC
1615 Broadway, 4th Floor
Oakland, CA 94612
Tel: (510) 834-3300 | Fax: (510) 834-3377

Jesse Newmark (SBN 247488)
jessenewmark@centrolegal.org
CENTRO LEGAL DE LA RAZA
3022 International Blvd., Suite 410
Oakland, CA 94601
Tel: (510) 437-1863 | Fax: (510) 437-9164

Jocelyn Larkin (SBN 110817)
jlarkin@impactfund.org
Lindsay Nako (SBN 239090)
lnako@impactfund.org
IMPACT FUND
2080 Addison Street, Suite 5
Berkeley, CA 94704
Tel: (510) 845-3473 | Fax: (510) 845-3654

Attorneys for Plaintiffs and Relators and the Certified Classes

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>        Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, | No. 2:15-cv-0799 KJM DB<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE FOR LIMITED PURPOSE** |

| | |
|---|---|
| 1 | LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4,<br><br>    Defendants. |

## STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE FOR LIMITED PURPOSE

Plaintiffs and Relators Denika Terry, Roy Huskey III, and Tamera Livingston as court appointed representatives for the certified classes of California tenants and as relators for the United States and Defendants Wasatch Property Management, *et al.* (together, the Parties), by and through their undersigned counsel, stipulate as follows:

WHEREAS, under Federal Rule of Civil Procedure 16(b)(4), the Court has broad discretion to modify a pretrial scheduling order on a showing of "good cause," focusing on the diligence of the parties and the reasons for the modification;

WHEREAS, on March 29, 2023, Magistrate Judge Barnes issued an order continuing the deadline for the completion of fact discovery to June 2, 2023 (ECF No. 295);

WHEREAS, the parties are diligently completing fact discovery;

WHEREAS, Defendants require additional time to verify that they have produced all responsive documents in their possession to Plaintiff Denika Terry's Requests for Production of Documents Nos. 138, 194, 195, 196, and 197;

WHEREAS, the parties are completing their final noticed deposition of Jarom Johnson pursuant to Federal Rule of Civil Procedure 30(b)(6) on Wednesday, May 31, 2023, and additional responsive documents may be identified;

WHEREAS, briefly extending the deadline for completing Defendants' production of responsive documents will not unduly delay the litigation or prejudice any party and will not affect the currently scheduled Final Pretrial Conference;

THEREFORE, the Parties jointly stipulate and request that the Court order that the current case schedule (ECF No. 307) be modified to reflect the following deadline:

- Fact discovery shall be completed by **June 2, 2023**, except for Defendants' responses to Plaintiff Denika Terry's Requests for Production of Documents Nos. 138, 194, 195, 196, and 197 and any responsive documents identified in the upcoming Rule 30(b)(6) deposition of Jarom Johnson, which will be produced no later than **June 16, 2023**.

Dated: June 2, 2023                              Respectfully submitted,

                                                           IMPACT FUND

                                                           */s/ Lindsay Nako*
                                                           Lindsay Nako

                                                           Attorneys for Plaintiffs and Relators
                                                           and the Certified Classes

Dated: June 2, 2023                              Respectfully submitted,

                                                           LEWIS BRISBOIS BISGAARD & SMITH LLP

                                                           */s/ Ryan Matthews* (as authorized on 6/2/23)
                                                           Ryan Matthews

                                                           Attorneys for Defendants

## **ORDER**

Good cause appearing, the Court hereby ORDERS that the scheduling order be modified to reflect the following deadlines:

- Fact discovery shall be completed by **June 2, 2023**, except for Defendants' responses to Plaintiff Denika Terry's Requests for Production of Documents Nos. 138, 194, 195, 196, and 197 and any responsive documents identified in the upcoming Rule 30(b)(6) deposition of Jarom Johnson, which will be produced no later than **June 16, 2023**.

IT IS SO ORDERED.

DATED: June 5, 2023                       /s/ DEBORAH BARNES
                                                                 UNITED STATES MAGISTRATE JUDGE