| | |
|---|---|
| Laura L. Ho (SBN 173179) <br> lho@gbdhlegal.com <br> Anne Bellows (SBN 293722) <br> abellows@gbdhlegal.com <br> GOLDSTEIN, BORGEN, DARDARIAN & HO <br> 300 Lakeside Drive, Suite 1000 <br> Oakland, CA 94612 <br> (510) 763-9800; (510) 835-1417 (Fax) <br><br> Andrew Wolff (SBN 195092) <br> andrew@awolfflaw.com <br> LAW OFFICES OF ANDREW WOLFF, PC <br> 1615 Broadway, 4th Floor <br> Oakland, CA 94612 <br> (510) 834-3300; (510) 834-3377 (Fax) | Jesse Newmark (SBN 247488) <br> jessenewmark@centrolegal.org <br> CENTRO LEGAL DE LA RAZA <br> 3022 International Blvd., Suite 410 <br> Oakland, CA 94601 <br> (510) 437-1863; (510) 437-9164 (Fax) <br><br> Jocelyn D. Larkin (SBN 110817) <br> jlarkin@impactfund.org <br> Lindsay Nako (SBN 239090) <br> lnako@impactfund.org <br> THE IMPACT FUND <br> 2080 Addison Street, Suite 5 <br> Berkeley, CA 94701 <br> (510) 845-3473; (510) 845-3654 (Fax) |

Attorneys for Plaintiffs and Relators and the Certified Classes

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA <br><br> Plaintiffs/Relators, <br><br> vs. <br><br> WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY | Case No.: 2:15-CV-00799-KJM-DB <br><br> CLASS ACTION <br><br> DISCOVERY MATTER <br><br> **NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS (PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS TO JAMES MCCURLEY)** <br><br> Date: September 8, 2023 <br> Time: 10:00 am <br> Dept: Courtroom 27, 8th Floor <br> Before: Hon. Magistrate Judge Deborah Barnes <br><br> Trial Date: None Set |

| | |
|---|---|
| 1 | HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4, |
| | Defendants. |

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 8, 2023, at 10:00 am, or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Magistrate Judge Deborah Barnes, located at 501 I Street, Sacramento, CA 95814, Plaintiffs-Relators Denika Terry, Roy Huskey III, and Tamera Livingston ("Plaintiffs"), on behalf of themselves, the certified classes, and the United States of America, will move and hereby do move this Court under Federal Rules of Civil Procedure 45(d)(2)(B)(i) for an order compelling production of documents responsive to Plaintiffs' Subpoena to Produce Documents, Information, or Objects to James McCurley, who has been disclosed by Defendants as a testifying expert. Plaintiffs also move this Court for a two-week extension of the upcoming discovery deadline from September 8, 2023, to September 22, 2023, to allow for production and the subsequent deposition of Mr. McCurley.

This Motion is made on the grounds that the requested documents are required to be provided pursuant to Rule 45, that Defendants' and Mr. McCurley's failure to produce the documents lacks justification, and that a brief extension is necessary to permit production of responsive documents and the deposition of Mr. McCurley before the discovery deadline.

Pursuant to the requirements of L.R. 251(b) and this Court's standing order, this Motion is made following attempts to reach an agreement with counsel for Defendants in emails dated August 8, 15, 16, and 17, 2023, a meet and confer telephone call on August 10, 2023, and an attempted meet and confer telephone call on August 17, 2023.

This Motion is based on the Notice of Motion and Motion, the Joint Statement Regarding Discovery Disagreement to be filed at least fourteen days before the scheduled hearing date pursuant to L.R. 251(a), the pleadings and record in the case, and any oral argument to be presented at the hearing on the motion. If counsel for Plaintiffs are unable, after a good faith effort, to secure the cooperation of counsel for the opposing party in preparing a Joint Statement

//
//
//

Regarding Discovery Disagreement, Plaintiffs' Motion will be submitted with an affidavit so stating pursuant to L.R. 251(d).

Dated:  August 18, 2023          Respectfully submitted,

                                          IMPACT FUND

By:  */s/ Lindsay Nako*
     Lindsay Nako

*Attorneys for Plaintiffs and Relators and the Certified Classes*