Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Anne Bellows (SBN 293722)
abellows@gbdhlegal.com
Stephanie Tilden (SBN 341486)
stilden@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 | (Fax) (510) 835-1417

Andrew Wolff (SBN 195092)
andrew@awolfflaw.com
LAW OFFICES OF ANDREW WOLFF, PC
1615 Broadway, 4th Floor
Oakland, CA 94612
Telephone: (510) 834-3300 | (Fax) (510) 834-3377

Jesse Newmark (SBN 247488)
jessenewmark@centrolegal.org
CENTRO LEGAL DE LA RAZA
3022 International Blvd., Suite 410
Oakland, CA 94601
Telephone: (510) 437-1863 | (Fax) (510) 437-9164

Jocelyn Larkin (SBN 110817)
jlarkin@impactfund.org
Lindsay Nako (SBN 239090)
lnako@impactfund.org
IMPACT FUND
2080 Addison Street, Suite 5
Berkeley, CA 94704
Telephone: (510) 845-3473 | (Fax) (510) 845-3654

Attorneys for Plaintiffs and Relators and the Certified Classes

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>DISCOVERY MATTER<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS (MCCURLEY DOCUMENT SUBPOENA)**<br><br>Date:   September 29, 2023<br>Time:   10:00 am<br>Dept:   Courtroom 27, 8th Floor<br>Before: Hon. Magistrate Judge Deborah Barnes<br><br>Trial Date:   None Set |

| | |
|---|---|
| 1 | HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4, |
| | Defendants. |

NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 29, 2023 at 10:00 am, or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Magistrate Judge Deborah Barnes, located at 501 I Street, Sacramento, CA 95814, Plaintiffs-Relators Denika Terry, Roy Huskey III, and Tamara Livingston ("Plaintiffs"), on behalf of themselves, the certified classes, and the United States of America, will and hereby do move this Court under Federal Rules of Civil Procedure 45(d)(2)(B)(i) for an order compelling the production of additional documents responsive to Plaintiffs' Subpoena to Produce Documents, Information, or Objects in a Civil Action to James McCurley ("McCurley Subpoena"), who has been disclosed by Defendants as a testifying expert. Additional documents responsive to the McCurley Subpoena were identified during the September 5, 2023 deposition of James McCurley. Plaintiffs also move this Court for a four-week extension of the expert discovery deadline from September 8, 2023 to October 6, 2023 for the limited purpose of allowing for the production.

This Motion is made on the grounds that the requested documents are required to be provided pursuant to Rule 45, and that Defendants' and Mr. McCurley's failure to produce the responsive documents, which Mr. McCurley and Defendants' counsel have previously agreed to produced, lacks justification. The Motion is also made on the grounds that a brief extension is necessary to permit production of responsive documents and to permit a hearing on this Motion if responsive documents are not produced.

Plaintiffs had previously withdrawn a motion to compel regarding the McCurley Subpoena based on Defendants' representation that they had produced all responsive documents. *See* ECF No. 317. Plaintiffs subsequently learned during the September 5, 2023 deposition of Mr. McCurley that there were additional documents that were responsive to the subpoena and relevant to Plaintiffs' efforts to determine whether Mr. McCurley complied with forensic accounting standards in developing his expert opinions. Mr. McCurley and Defendants' counsel agreed to produce these documents, and counsel for Defendants agreed to stipulate to extend the expert discovery deadline for the limited purpose of producing these documents. After that agreement was reached, however, Defendants'

counsel have not signed off or otherwise responded to the joint stipulation to extend the expert discovery deadline sent by Plaintiffs.  Defendants' counsel have neither produced the responsive documents nor given an indication of when they will be produced.  While Defendants have not opposed the requested production, they have a well-established history in this case of failing to timely follow through with their discovery obligations.

Pursuant to the requirements of L.R. 251(b) and this Court's standing order, this Motion is made following attempts to reach an agreement with counsel for Defendants via videoconference immediately following the deposition of Mr. McCurley on September 5, 2023 and through Plaintiffs' written requests on September 6, 7, 8.  Defendants' and Plaintiffs' counsel had a scheduled meet and confer call on September 8, 2023, but Defendants' counsel did not appear for this call.

This Motion will be based on the Notice of Motion and Motion, the Joint Statement Regarding Discovery Disagreement to be filed at least fourteen days before the scheduled hearing date pursuant to L.R. 251(a), the pleadings and record in the case, and any oral argument to be presented at the hearing on the motion.  If counsel for Plaintiffs are unable, after a good faith effort, to secure the cooperation of counsel for the opposing party in preparing a Joint Statement Regarding Discovery Disagreement, Plaintiffs' Motion will be submitted with an affidavit so stating pursuant to L.R. 251(d).

Dated:  September 8, 2023

Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

*/s/ Stephanie Tilden*
Stephanie Tilden

Attorneys for Plaintiffs and Relators