Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Anne Bellows (SBN 293722)
abellows@gbdhlegal.com
Stephanie Tilden (SBN 341486)
stilden@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 | (Fax) (510) 835-1417

Andrew Wolff (SBN 195092)
andrew@awolfflaw.com
LAW OFFICES OF ANDREW WOLFF, PC
1615 Broadway, 4th Floor
Oakland, CA 94612
Telephone: (510) 834-3300 | (Fax) (510) 834-3377

Jesse Newmark (SBN 247488)
jessenewmark@centrolegal.org
CENTRO LEGAL DE LA RAZA
3022 International Blvd., Suite 410
Oakland, CA 94601
Telephone: (510) 437-1863 | (Fax) (510) 437-9164

Jocelyn Larkin (SBN 110817)
jlarkin@impactfund.org
Lindsay Nako (SBN 239090)
lnako@impactfund.org
IMPACT FUND
2080 Addison Street, Suite 5
Berkeley, CA 94704
Telephone: (510) 845-3473 | (Fax) (510) 845-3654

Attorneys for Plaintiffs and Relators and the Certified Classes

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>       Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT RE REMEDIES**<br><br>Date:    December 8, 2023<br>Time:    10:00 a.m.<br>Dept:    Courtroom 3, 15th Floor<br>Before:  Hon. Chief Judge Kimberly J. Mueller<br><br>Trial Date:   None Set |

LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC,
and DOES 1-4,

     Defendants.

886019.4

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 8, 2023 at 10:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Kimberly J. Mueller, located at 501 I Street, Sacramento, CA 95814, Plaintiffs Denika Terry, Roy Huskey III, and Tamara Livingston, on behalf of themselves and the certified classes ("Plaintiffs"), will and hereby do move this Court under Federal Rule of Civil Procedure 56 for an order granting partial summary judgment on the measure and amount of the Rule 23(b)(3) class's recovery on its breach of contract and Unfair Competition Law claims and the class's entitlement to prejudgment interest in the amount of 10% per annum through the date of judgment.  Specifically, based on the undisputed facts, Plaintiffs will and hereby do move this Court for an order finding (1) that the class is entitled to recover in full the $2,800,185 class members paid to Defendants in additional service charges from May 2011 through November 2022, plus prejudgment interest totaling $2,062,690 as of July 20, 2023 and accumulating at a rate of $767.17 per day (10% per annum) until judgment, and (2) that any additional class members confirmed through the Parties' current efforts to compile a complete class list recover the amount they paid to Defendants in additional service charges from May 2011 through November 2022, plus prejudgment interest  at 10% per annum on those amounts.

This Motion is based on this Notice and Motion; the Memorandum of Points and Authorities in support of Plaintiffs' Motion for Partial Summary Judgment Regarding Remedies, the Separate Statement of Undisputed Facts; the Declaration of Anne Bellows in Support of Plaintiffs' Motion for Partial Summary Judgment Re Remedies and the exhibits attached thereto; the Declaration of Geoffrey Gelb and the exhibits attached thereto, the Declaration of David Breshears and the exhibits attached thereto, the Stipulation and Order Regarding Damages Calculation, the Parties' Joint Fact Stipulation Regarding the Yardi Data, the files and records of the Court in this action, the arguments of counsel to be presented at the hearing, and other information the Court may find appropriate to consider.

*Summary of Meet and Confer Efforts Pursuant to the Court's Standing Order.*  The undersigned certifies that meet and confer efforts have been exhausted.  At the beginning of remedies

886019.4

discovery, Plaintiffs' Counsel met and conferred with Defendants' Counsel repeatedly about the purely legal issues presented by this Motion.  The Parties also met and conferred about this Motion by phone on October 5, 2023.  On that call, Defendants' Counsel agreed that the issues presented are ripe for resolution by means of a Motion for Partial Summary Judgment.  No settlement discussions are currently taking place in this case.

Dated:  October 6, 2023

Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

*/s/ Anne P. Bellows*
Anne P. Bellows

Attorneys for Plaintiffs and Relators

886019.4