**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4,<br><br>Defendants. | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>**DECLARATION OF GEOFFREY GELB**<br><br>Before: Hon. Kimberly J. Mueller<br><br>Trial Date:   None Set |

DECLARATION OF GEOFFREY GELB – CASE NO. 2:15-CV-00799 KJM-DB

885201.4

# DECLARATION OF GEOFFREY GELB

I, Geoffrey Gelb, declare as follows:

1. I have personal knowledge of the facts set forth herein, and if called upon to testify thereto, I could and would competently do so under oath.

2. I am the President of Gelbgroup Consulting, Inc., a real estate technology and consulting firm.

3. Gelbgroup Consulting, Inc. assists numerous clients with implementing Yardi property management databases. We also provide custom programming and report writing for Yardi databases for numerous clients in the residential real estate industry.

4. Gelbgroup Consulting, Inc. was jointly retained by counsel for both Plaintiffs and Defendants in the above-captioned action to assist them in identifying and extracting relevant information from Defendants' Yardi Voyager property management database. We have worked on this project intermittently since approximately January 2021.

5. Through consultation with counsel, my team specified queries to extract data related to tenants participating in the Section 8 Housing Choice Voucher program (identified as those tenants with "rentHAP" charges on their ledgers) at properties managed by Wasatch Property Management.

6. Specifically, we extracted data relating to Section 8 tenants who had been charged on a recurring basis, at any time since April 2005, one or more of the following charges:

    a. Security alarm (charge code "alarm")

    b. Cable (charge code "cable")

    c. Common garage (charge code "cgarage")

    d. Furniture (charge code "furn")

    e. Garage (charge code "garage")

    f. Renters' insurance (charge code "insur")

    g. Media package (charge code "media")

    h. Month-to-month fees (charge code "mtm")

      i. Covered parking (charge code "park")

      j. Pet rent (charge code "pet")

      k. Storage (charge code "storage")

      l. Uncovered parking (charge code "uncpark")

      m. In-unit washer and dryer (charge code "wash")

      n. RentPlus (charge code "rentplus")

7. Earlier this year, under my direction and at my supervision, my team extracted data from Defendants' Yardi database to update several datasets which my team had provided to counsel for Plaintiffs and Defendants in 2021 and early 2022. All datasets that we have provided to counsel were current as of the date they were provided to counsel.

8. On July 13, 2023, we provided 74 data files to counsel from "Data05_TenantLedgers_07.13.2023.csv" through "Data05_TenantLedgers_07.13.2023wh.csv," in alphabetical order. On July 17, 2023, we provided to counsel the further data file "Data05_TenantLedgers_07.17.2023_Enclave.csv." These files are true and authentic excerpts of ledger data maintained in Defendants' Yardi database showing all charges and payments for Section 8 tenants that we identified at Defendants' properties who were charged one or more of the service charges listed in paragraph 6 above on a recurring basis between April 2005 and July 2023. A full list of the data files is set out in **Exhibit A**, attached.

9. We also provided to counsel a file entitled "Data_ChargeCodeMapping_032723.csv," which contains descriptions of charge codes that appear in the data contained in the tenant ledger files, and "Data_ChargeCode_Data_Definitions.xlsx," which provides further information regarding the charge codes. To the best of my knowledge, these descriptions and information accurately reflect the meaning of the charge codes as they are used by Defendants.

10. Additionally, on March 27, 2023, we provided to counsel a file entitled "Data03_PropertyInfo_032723.csv," which contains the addresses of the properties in the ledger data.

11. I have been informed by Plaintiffs that they have identified 28 additional tenants from Defendants' California properties who they believe may be Section 8 tenants who were charged one or more of the service charges listed above in paragraph 6, and may qualify as class members in this case. My firm anticipates investigating those tenants' records to determine if they meet those two criteria in the coming weeks, and if so, providing updated ledger data and other data to counsel.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration is executed on October 6th, 2023 at Woodland Hills, California.

_____
Geoffrey Gelb

**List of Tenant Ledger Data Files Produced to Counsel on July 13 and 17, 2023**

Data05_TenantLedgers_07.13.2023_6lt.csv
Data05_TenantLedgers_07.13.2023_a8t.csv
Data05_TenantLedgers_07.13.2023_ap.csv
Data05_TenantLedgers_07.13.2023_art.csv
Data05_TenantLedgers_07.13.2023_art2.csv
Data05_TenantLedgers_07.13.2023_av.csv
Data05_TenantLedgers_07.13.2023_az.csv
Data05_TenantLedgers_07.13.2023_bp.csv
Data05_TenantLedgers_07.13.2023_br.csv
Data05_TenantLedgers_07.13.2023_bs.csv
Data05_TenantLedgers_07.13.2023_bt.csv
Data05_TenantLedgers_07.13.2023_bu.csv
Data05_TenantLedgers_07.13.2023_bwt.csv
Data05_TenantLedgers_07.13.2023_ca.csv
Data05_TenantLedgers_07.13.2023_cc.csv
Data05_TenantLedgers_07.13.2023_clt.csv
Data05_TenantLedgers_07.13.2023_cm.csv
Data05_TenantLedgers_07.13.2023_cn.csv
Data05_TenantLedgers_07.13.2023_cp.csv
Data05_TenantLedgers_07.13.2023_cr.csv
Data05_TenantLedgers_07.13.2023_cv.csv
Data05_TenantLedgers_07.13.2023_cy.csv
Data05_TenantLedgers_07.13.2023_de.csv
Data05_TenantLedgers_07.13.2023_dw.csv
Data05_TenantLedgers_07.13.2023_falls.csv
Data05_TenantLedgers_07.13.2023_fc.csv
Data05_TenantLedgers_07.13.2023_fot.csv
Data05_TenantLedgers_07.13.2023_fs.csv
Data05_TenantLedgers_07.13.2023_fvt.csv
Data05_TenantLedgers_07.13.2023_glt.csv
Data05_TenantLedgers_07.13.2023_go.csv
Data05_TenantLedgers_07.13.2023_gp.csv
Data05_TenantLedgers_07.13.2023_het.csv
Data05_TenantLedgers_07.13.2023_hp.csv
Data05_TenantLedgers_07.13.2023_hvt.csv
Data05_TenantLedgers_07.13.2023_jpt.csv
Data05_TenantLedgers_07.13.2023_kst.csv
Data05_TenantLedgers_07.13.2023_lofts.csv

Data05_TenantLedgers_07.13.2023_lp.csv
Data05_TenantLedgers_07.13.2023_lpt.csv
Data05_TenantLedgers_07.13.2023_mht.csv
Data05_TenantLedgers_07.13.2023_mp.csv
Data05_TenantLedgers_07.13.2023_op.csv
Data05_TenantLedgers_07.13.2023_ov.csv
Data05_TenantLedgers_07.13.2023_p1.csv
Data05_TenantLedgers_07.13.2023_p3.csv
Data05_TenantLedgers_07.13.2023_pmt.csv
Data05_TenantLedgers_07.13.2023_pn.csv
Data05_TenantLedgers_07.13.2023_pnt.csv
Data05_TenantLedgers_07.13.2023_pp.csv
Data05_TenantLedgers_07.13.2023_pst.csv
Data05_TenantLedgers_07.13.2023_pvt.csv
Data05_TenantLedgers_07.13.2023_qrt.csv
Data05_TenantLedgers_07.13.2023_rc.csv
Data05_TenantLedgers_07.13.2023_rm.csv
Data05_TenantLedgers_07.13.2023_ro.csv
Data05_TenantLedgers_07.13.2023_rp.csv
Data05_TenantLedgers_07.13.2023_rs.csv
Data05_TenantLedgers_07.13.2023_rst.csv
Data05_TenantLedgers_07.13.2023_rvt.csv
Data05_TenantLedgers_07.13.2023_rw.csv
Data05_TenantLedgers_07.13.2023_sa.csv
Data05_TenantLedgers_07.13.2023_sgt.csv
Data05_TenantLedgers_07.13.2023_spt.csv
Data05_TenantLedgers_07.13.2023_su.csv
Data05_TenantLedgers_07.13.2023_sun.csv
Data05_TenantLedgers_07.13.2023_sv.csv
Data05_TenantLedgers_07.13.2023_svt.csv
Data05_TenantLedgers_07.13.2023_sw.csv
Data05_TenantLedgers_07.13.2023_swt.csv
Data05_TenantLedgers_07.13.2023_tvt.csv
Data05_TenantLedgers_07.13.2023_vet.csv
Data05_TenantLedgers_07.13.2023_vit.csv
Data05_TenantLedgers_07.13.2023_wh.csv
Data05_TenantLedgers_07.17.2023_ENCLAVE