UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIKA TERRY, et al., | No. 2:15-cv-0799 KJM DB |
| Plaintiffs, | |
| v. | ORDER |
| WASATCH ADVANTAGE GROUP, et al., | |
| Defendants. | |

On September 8, 2023, plaintiffs filed a motion to compel and noticed the motion for hearing before the undersigned on October 13, 2023, pursuant to Local Rule 302(c)(1).  (ECF No. 319.)  However, fact discovery in this action was to be completed by June 16, 2023.  (ECF No. 307 at 4; ECF No. 310 at 4.)  And expert discovery was to be completed by September 8, 2023.  (ECF No. 312 at 5.)

As explained by the assigned District Judge "'completed' means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed."  (ECF No. 39 at 2.)  Because discovery in this action has closed, plaintiffs' motion will be denied as untimely.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's September 8, 2023 motion to compel (ECF No. 319) is denied; and

2. The October 13, 2023 hearing of the plaintiffs' motion is vacated.

Dated: October 10, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\terry0799.den.untimely.ord

2