**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
RYAN MATTHEWS, SB# 311674
  E-Mail: Ryan.Matthews@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA,<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY | CASE NO. 2:15-cv-00799-KJM-DB<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT RE REMEDIES**<br><br>Date:     December 8, 2023<br>Time:     10:00 a.m.<br>Dept.:    Courtroom 3, 15th Floor<br>Before:   Hon. Chief Judge<br>          Kimberly J. Mueller<br><br>The Hon. Kimberly J. Mueller<br><br>Trial Date:    None Set |

| | |
|---|---|
| APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4<br><br>            Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants hereby submit their Opposition to Plaintiffs' Statement of Undisputed Facts in support of their Motion For Partial Summary Judgment Re Remedies.

**A.    Facts Relating to the Calculation of Class Wide Damages, Restitution, and Interest.**

| <u>Moving Party's Undisputed Material Facts and Alleged Supporting Evidence</u> | <u>Opposing Parties' Response and Evidence:</u> |
|---|---|
| 1.    Defendants' policies and practices related to Additional Service Charges assessed on Section 8 tenants, which were established in the prior summary judgment briefing (see Summ. J. Order, ECF No. 278), continued without change until November 30, 2022.<br><br>**Evidence**<br><br>Defs' Resp. to Livingston Interrogs., Set 3 No. 7, Bellows Decl. Ex. 9, filed wherewith.<br><br>Defs' Revised Amended Resp. to Livingston Interrog., Set 3 No. 6, Bellows Decl. Ex. 10 (identifying November 30, 2023 as the date the first policy change was implemented). | 1.    Undisputed. |



130522573.1

2

Case No. 2:15-cv-00799-KJM-DB

| Moving Party's Undisputed Material Facts and Alleged Supporting Evidence | Opposing Parties' Response and Evidence: |
|---|---|
| 2.     On November 30, 2022, Defendants changed their payment priority sequence as a result of the Court's prior Summary Judgment Order.<br><br>**Evidence**<br><br>Defs' Revised Amended Resp. to Livingston Interrog., Set 3 No. 6, Bellows Decl. Ex. 10. | 2.     Undisputed. |
| 3.     The Additional Service Charges paid by Class Members during the class period are documented in the tenant ledger data maintained by Defendants in their Yardi property management database, which records all tenant charges and payments.<br><br>**Evidence**<br><br>Joint Fact Stipulation Regarding Yardi Data ¶ 23, ECF No. 242-4.<br><br>GelbDecl. ¶ 8, filed herewith. | 3.     Undisputed. |
| 4.     The Yardi ledger data contains "charge codes" identify charges for particular Additional Service Charges, as follows:<br><br>• Security alarm (charge code "alarm")<br>• Cable package (charge code "cable")<br>• Common garage (charge code "garage")<br>• Furniture (charge code "furn")<br>• Renters' insurance (charge code "insur")<br>• Media Package (charge code "media")<br>• Month-to-month fees (charge code "mtm")<br>• Covered parking (charge code "park")<br>• Pet rent (charge code "pet")<br>• Storage (charge code "storage")<br>• Uncovered parking (charge code | 4.     Undisputed. |

| Moving Party's Undisputed Material Facts and Alleged Supporting Evidence | Opposing Parties' Response and Evidence: |
|---|---|
| • "uncpark")<br>• In-unit washer and dryer (charge code "wash")<br>• RentPlus (charge code "rentplus")<br><br>**Evidence**<br><br>Joint Fact Stipulation Regarding Yardi Data ¶14, ECF No. 242-4 | |
| 5. Class Members' tenant ledger data was extracted from Defendants' Yardi database by a firm jointly retained by the Parties and produced to Plaintiffs in this action.<br><br>**Evidence**<br><br>Gelb Decl. ¶¶ 4, 8 | 5. Undisputed. |
| 6. The Class Member ledger data produced in this action is accurate and authentic.<br><br>**Evidence**<br><br>Gelb Decl. ¶¶ 4, 8<br><br>See also McCurley Expert Report at 2, Bellows Decl. Ex. 5 (opining that data maintained by Defendants in Yardi "conforms to industry standards and is accurate and reliable"). | 6. Undisputed. |
| 7. Plaintiffs' expert David Breshears is an experienced Certified Public Accountant who is qualified to provide expert testimony on forensic accounting.<br><br>**Evidence**<br><br>Breshears Decl. ¶¶ 9-11 & Ex. A, filed herewith. | 7. Undisputed. |
| 8. Based on the Class Member ledger data produced in this action, Class Members paid $2,800,185 to Defendants in Additional Service Charges during the period from May 2011 through November 2022. | 8. Undisputed. |

130522573.1

4

Case No. 2:15-cv-00799-KJM-DB

DEFENDANTS' OPPOSITION TO PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT RE REMEDIES

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

| Moving Party's Undisputed Material Facts and Alleged Supporting Evidence | Opposing Parties' Response and Evidence: |
|---|---|
| **Evidence**<br><br>Breshears Decl. ¶¶ 12, 20, 37 & Ex. 2. | |
| 9.     Based on the Class Member ledger data produced in this action, Class Members paid $91,978 to Defendants in charges for media or cable packages during the period from May 2011 through November 2022.<br><br>**Evidence**<br><br>Breshears Decl. ¶ 12 & Ex. 2. | 9.     Undisputed. |
| 10.     Based on the Class Member ledger data produced in this action, Class Members paid $1,088,081 to Defendants in charges for renters' insurance during the period from May 2011 through November 2022.<br><br>**Evidence**<br><br>Breshears Decl ¶ 12 & Ex. 2 | 10.     Undisputed. |
| 11.     Based on the Class Member ledger data produced in this action, Class Members paid $1,620,126 in Additional Service Charges other than charges for renters' insurance and media or cable packages during the class period from May 2011 through November 2022.<br><br>**Evidence**<br><br>*See* Breshears Decl ¶ 12 & Ex. 2 | 11.     Undisputed. |
| 12.     Defendants have not disclosed any rebuttal expert analysis or other evidence contesting the amount of Class Member payments of Additional Service Charges calculated by Breshears.<br><br>**Evidence**<br><br>Bellows Decl. ¶ 26. | 12.     Undisputed. |
| 13.     The form HAP Contracts signed by Defendants relating to Class Members | 13.     Undisputed. |

| Moving Party's Undisputed Material Facts and Alleged Supporting Evidence | Opposing Parties' Response and Evidence: |
|---|---|
| tenancies do not set an interest rate for amounts owed under the contract.<br><br>**Evidence**<br><br>Exemplars of HAP Contracts, Bellows Decl. Ex. 7 (omitting any interest rate and stating "[u]se of this HAP contract is required by HUD. Modifications to the HAP contract is not permitted. The HAP contract must be word-for- word in the form prescribed by HUD"). | |
| 14. The form Residential Rental Agreements used by Defendants in leasing apartments to Section 8 tenants throughout the Class Damages Period do not set an interest rate for amounts owed under the contract.<br><br>**Evidence**<br><br>Exemplars of Residential Rental Agreements, Bellows Decl. Ex. 8.<br><br>Fetter Dep. 210:1-211:4, Bellows Decl. Ex. 4 (explaining that Wasatch Property Management uses a standard lease form). | 14. Undisputed. |
| 15. Prejudgment interest on the amount of payments made by Class Members' related to Additional Service Charges from the date of payment, at 10% per annum, was $2,062,690 through July 20, 2023 based on the Class Member ledger data produced in this action.<br><br>**Evidence**<br><br>Breshears Decl. ¶¶ 13, 38-39 | 15. Disputed. Plaintiffs have produced no data to support this calculation. Beyond that, each class members' entitlement to prejudgment interest must be evaluated based on when the damages were incurred. A class-wide start date is inappropriate and would lead to recovery unrelated to the actual damages of each class Plaintiff. |
| 16. After July 20, 2023, daily interest on Class Members' Additional Service Charge payments accrues at a daily rate of $767.17.<br><br>**Evidence**<br><br>Breshears Decl. ¶ 13. | 16. Disputed. Plaintiffs have produced no data to support this calculation. Beyond that, each class members' entitlement to prejudgment interest must be evaluated based on when the damages were incurred. A class-wide start date is inappropriate and would lead to recovery unrelated to the actual damages of each class Plaintiff. |

| Moving Party's Undisputed Material Facts and Alleged Supporting Evidence | Opposing Parties' Response and Evidence: |
|---|---|
| 17.  Plaintiffs have identified 28 tenants who may qualify as Class Members, but for whom ledger data has not been produced.<br><br>**Evidence**<br><br>Bellows Decl. ¶ 12. | 17.  Undisputed as to whether they "may qualify". |
| 18.  If any of the 28 possible Class Members do qualify for membership in the Rule 23(b)(3) Class, the joint data expert can extract their ledger and other relevant data from Defendants' Yardi database and produce it to Plaintiffs.<br><br>**Evidence**<br><br>Gelb Decl. ¶ 11. | 18.  Undisputed as to whether they "may qualify". |
| 19.  The amount of payments made by any of the 28 possible Class Members related to Additional Service Charges, and prejudgment interest thereon, can be accurately calculated by Plaintiffs' expert David Breshears using the same methods he used to calculate payments and interest for other Class Members.<br><br>**Evidence**<br><br>Breshears Decl. ¶¶ 29-40. | 19.  Undisputed as to whether they "may qualify". Disputed as to the calculation. Plaintiffs have produced no data to support this calculation. Beyond that, each class members' entitlement to prejudgment interest must be evaluated based on when the damages were incurred. A class-wide start date is inappropriate and would lead to recovery unrelated to the actual damages of each class Plaintiff. |

DATED:  October 20, 2023              LEWIS BRISBOIS BISGAARD & SMITH LLP


By:     */s/ Ryan Matthews*
              RYAN MATTHEWS
              Attorneys for Defendants

# FEDERAL COURT PROOF OF SERVICE

USA-Terry v Wasatch Property Management, et al.
Case No. 2:15-cv-00799-KJM-DB

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On October 20, 2023, I served the following document(s):

- DEFENDANTS' OPPOSITION TO PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT RE REMEDIES

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on October 20, 2023, at Sacramento, California.

/s/ Alicia Crespo
Alicia Crespo



130522573.1

1

Case No. 2:15-cv-00799-KJM-DB

DEFENDANTS' OPPOSITION TO PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT RE REMEDIES

# SERVICE LIST
### *USA-Terry v Wasatch Property Management, et al.*
### Case No. 2:15-cv-00799-KJM-DB

| | |
|---|---|
| Andrew Wolff<br>Law Office of Andrew Wolff, PC<br>1956 Webster Street, Suite 275<br>Oakland, CA 94612 | ***Attorney for Plaintiffs***<br>***Denika Terry and Roy Huskey, III***<br><br>Tel.: (510) 834-3300<br>Email: andrew@awolfflaw.com |
| Jesse Newmark<br>CENTRO LEGAL DE LA RAZA<br>3022 International Blvd., Suite 410<br>Oakland, CA 94601 | ***Attorney for Plaintiffs***<br>***Denika Terry and Roy Huskey, III***<br><br>Tel.: (510) 437-1554 x115<br>Fax: (510) 437-9164<br>Email: jessenewmark@centrolegal.org |
| Laura L. Ho<br>Anne Bellows<br>Stephanie Tilden<br>GOLDSTEIN, BORGEN, DARDARIAN & HO<br>155 Grand Avenue, Suite 900<br>Oakland, CA 94612 | ***Attorneys for Plaintiffs and Relators and the Certified Classes***<br><br>Tel: (510) 763-9800<br>Fax: (510) 835-1417<br>Email: lho@gbdhlegal.com<br>Email: abellows@gbdhlegal.com<br>Email: stilden@gbdhlegal.com<br>Email: sgrimes@gbdhlegal.com<br>Email: dvaldez@gbdhlegal.com |
| Colleen M. Kennedy<br>United States Attorney's Office<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814 | ***Attorney for Intervenor Plaintiff***<br>***United States of America***<br><br>Tel.: 916-554-2700<br>Fax: 916-554-2900<br>E: colleen.m.kennedy@usdoj.gov<br>E: caseview.ecf@usdoj.gov<br>E: kimberly.siegfried@usdoj.gov<br>E: monica.lee@usdoj.gov<br>E: usacae.ecfsaccv@usdoj.gov |
| Jocelyn D. Larkin<br>Lindsay Nako<br>The Impact Fund<br>2080 Addison Street, Suite 5<br>Berkeley, CA 94704 | ***Attorney for Plaintiffs***<br><br>Tel: (510) 845-3473 x.306<br>Fax: (510) 845-3654<br>Email: jlarkin@impactfund.org<br>Email: lnako@impactfund.org |
| Jahmy Graham<br>Nelson Mullins<br>19191 South Vermont Avenue, Suite 900<br>Torrance, CA 90502 | ***Attorneys for Defendant, Hayward Village Apartments LP***<br><br>T: 424-221-7426<br>F: 424-221-7499<br>E: jahmy.graham@nelsonmullins.com |

130522573.1      2      Case No. 2:15-cv-00799-KJM-DB

DEFENDANTS' OPPOSITION TO PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT RE REMEDIES