**LEWIS BRISBOIS BISGAARD & SMITH** LLP
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
RYAN MATTHEWS, SB# 311674
  E-Mail: Ryan.Matthews@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs/Relators,<br><br>　　vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY | CASE NO. 2:15-cv-00799-KJM-DB<br><br>**DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATION OF DAVID BRESHEARS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE REMEDIES**<br><br>Date:　　December 8, 2023<br>Time:　　10:00 a.m.<br>Dept.:　　Courtroom 3, 15th Floor<br>Before:　Hon. Chief Judge<br>　　　　　Kimberly J. Mueller<br><br>The Hon. Kimberly J. Mueller<br><br>Trial Date:　　None Set |

130683154.1

1

DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATION OF DAVID BRESHEARS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE REMEDIES

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4<br><br>                    Defendants. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants hereby submit their Evidentiary Objections to the Deposition of David Breshears submitted in support of Plaintiffs' Motion For Partial Summary Judgment Re Remedies.

## **OBJECTION TO DECLARATION OF DAVID BRESHEARS**

## **GENERAL OBJECTION**

This is a brazen attempt to repurpose a Rule 26 expert report as testimony and thereby overcome a straightforward hearsay objection. Defendants object to this "Declaration" in its entirety on this basis, and submit further specific objections below.



130683154.1

2

DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATION OF DAVID BRESHEARS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE REMEDIES

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION: |
|---|---|
| **OBJECTION NO. 10:**<br><br>**BRESHEARS Decl. Para 12:**<br><br>I have calculated, based on the payments for additional service charges in the tenant ledger files, the following amounts paid by 2,545 Class Members in California from May 2011 through November 2022, totaling $2,800,185. | This is a foundational objection. Mr. Breshears lacks any basis to opine as to the correct measure of damages. Defendants have and will submit evidence regarding the correct measure of damages. Defendants do not object to the arithmetic, but Mr. Breshears is not qualified to make the far-reaching legal conclusion as to what the trier of fact may consider when coming up with a total for damages. As such, this should be excluded under *Daubert*. |
| **Court's Ruling on Objection No. 10:**      Sustained _____<br><br>Overruled _____ ||
| **OBJECTION NO. 11:**<br><br>**BRESHEARS Decl. Para 13:**<br><br>Based on these payments (as discussed above in paragraph 12), I have calculated, through July 20, 2023, simple interest at 10% of approximately $2,062,690, or alternatively, simple interest at 7% of approximately $1,443,883. | This is a foundational objection. Mr. Breshears lacks any basis to opine as to the correct measure of prejudgment interest for two reasons. First, he cannot opine as to the underlying judgment for which interest is accruing, as that has yet to be determined by the trier of fact. Second, purely by direction of counsel, he has improperly designated 2011 as the beginning of the accrual of interest on the entirety of the class damages. This is improper, lack foundation, and should be excluded under *Daubert*. |
| **Court's Ruling on Objection No. 11:**      Sustained _____<br><br>Overruled _____ ||



130683154.1

3

DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATION OF DAVID BRESHEARS IN SUPPORT
OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE REMEDIES

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION: |
|---|---|
| **OBJECTION NO. 13:**<br><br>**BRESHEARS Decl. Para 15:**<br><br>Of the $111,542,206 in housing assistance payments, I have calculated, based on data in the tenant ledger files, the following numbers and amounts related to tenants at properties not participating in the federal Low Income Housing Tax Credit Program who paid renter's insurance fees to Defendants while subject to a requirement to maintain renter's insurance, using two alternative time-periods. | Objection—Irrelevant to the instant Motion. |
| **Court's Ruling on Objection No. 13:**      Sustained _____<br><br>Overruled _____ | |
| **OBJECTION NO. 14:**<br><br>**BRESHEARS Decl. Para 16:**<br><br>Of the $111,542,206 in Housing Assistance Payments calculated in paragraph 14 above, I have calculated, based on data in the tenant ledger files, the following numbers and amounts related to tenants who paid washer/dryer rental fees to Defendants in violation of the governing Housing Assistance Payments Contract, Part A, "Utilities and Appliances" section, using two alternative time-periods. I am informed that the relevant language in the Housing Assistance Payments Contract was changed effective July 1, 2019. Therefore, I have excluded washer and dryer charges and payments after June 30, 2019. | Objection—Irrelevant to the instant Motion. |
| **Court's Ruling on Objection No. 14:**      Sustained _____<br><br>Overruled _____ | |



130683154.1

4

DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATION OF DAVID BRESHEARS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE REMEDIES

| MATERIAL OBJECTED TO | GROUNDS FOR OBJECTION: |
|---|---|
| **OBJECTION NO. 15:**<br><br>**BRESHEARS Decl. Para 17:**<br><br>Of the $111,542,206 in Housing Assistance Payments, I have calculated, based on data in the tenant ledger files, the following numbers and amounts related to tenants who, based on assumptions provided to me by counsel, I understand to have paid media package fees, washer/dryer rental fees, and/or parking-related fees to Defendants while subject to a requirement to pay these mandatory charges from February 2006 through December 2022. | Objection—Irrelevant to the instant Motion. |
| **Court's Ruling on Objection No. 15:**     Sustained _____<br><br>                                                                         Overruled _____ | |
| **OBJECTION NO. 16:**<br><br>**BRESHEARS Decl. Para 18:**<br><br>As an alternative, I have calculated, based on data in the tenant ledger files, the following numbers and amounts related to tenants who, based on assumptions provided to me by counsel, I understand to have paid media package fees, washer/dryer rental fees, parking- related fees, and/or security alarm system fees to Defendants while subject to a requirement to pay these mandatory charges from December 2011 through December 2022. | Objection—Irrelevant to the instant Motion. |
| **Court's Ruling on Objection No. 16:**     Sustained _____<br><br>                                                                         Overruled _____ | |

DATED: October 20, 2023         LEWIS BRISBOIS BISGAARD & SMITH LLP


                                By: _____/s/ Ryan Matthews_____
                                    RYAN MATTHEWS
                                    Attorneys for Defendants

130683154.1

5

DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATION OF DAVID BRESHEARS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE REMEDIES

# FEDERAL COURT PROOF OF SERVICE

USA-Terry v Wasatch Property Management, et al.
Case No. 2:15-cv-00799-KJM-DB

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On October 20, 2023, I served the following document(s):

- DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATION OF DAVID BRESHEARS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE REMEDIES

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on October 20, 2023, at Sacramento, California.

　　　　　　　　　　　　　　　　　　/s/ Alicia Crespo
　　　　　　　　　　　　　　　　　　Alicia Crespo



130683154.1

1

DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATION OF DAVID BRESHEARS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE REMEDIES

**SERVICE LIST**
*USA-Terry v Wasatch Property Management, et al.*
Case No. 2:15-cv-00799-KJM-DB

| | |
|---|---|
| Andrew Wolff<br>Law Office of Andrew Wolff, PC<br>1956 Webster Street, Suite 275<br>Oakland, CA 94612 | ***Attorney for Plaintiffs***<br>***Denika Terry and Roy Huskey, III***<br><br>Tel.: (510) 834-3300<br>Email: andrew@awolfflaw.com |
| Jesse Newmark<br>CENTRO LEGAL DE LA RAZA<br>3022 International Blvd., Suite 410<br>Oakland, CA 94601 | ***Attorney for Plaintiffs***<br>***Denika Terry and Roy Huskey, III***<br><br>Tel.: (510) 437-1554 x115<br>Fax: (510) 437-9164<br>Email: jessenewmark@centrolegal.org |
| Laura L. Ho<br>Anne Bellows<br>Stephanie Tilden<br>GOLDSTEIN, BORGEN, DARDARIAN & HO<br>155 Grand Avenue, Suite 900<br>Oakland, CA 94612 | ***Attorneys for Plaintiffs and Relators and the Certified Classes***<br><br>Tel: (510) 763-9800<br>Fax: (510) 835-1417<br>Email: lho@gbdhlegal.com<br>Email: abellows@gbdhlegal.com<br>Email: stilden@gbdhlegal.com<br>Email: sgrimes@gbdhlegal.com<br>Email: dvaldez@gbdhlegal.com |
| Colleen M. Kennedy<br>United States Attorney's Office<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814 | ***Attorney for Intervenor Plaintiff***<br>***United States of America***<br><br>Tel.: 916-554-2700<br>Fax: 916-554-2900<br>E: colleen.m.kennedy@usdoj.gov<br>E: caseview.ecf@usdoj.gov<br>E: kimberly.siegfried@usdoj.gov<br>E: monica.lee@usdoj.gov<br>E: usacae.ecfsaccv@usdoj.gov |
| Jocelyn D. Larkin<br>Lindsay Nako<br>The Impact Fund<br>2080 Addison Street, Suite 5<br>Berkeley, CA 94704 | ***Attorney for Plaintiffs***<br><br>Tel: (510) 845-3473 x.306<br>Fax: (510) 845-3654<br>Email: jlarkin@impactfund.org<br>Email: lnako@impactfund.org |
| Jahmy Graham<br>Nelson Mullins<br>19191 South Vermont Avenue, Suite 900<br>Torrance, CA 90502 | ***Attorneys for Defendant, Hayward Village Apartments LP***<br><br>T: 424-221-7426<br>F: 424-221-7499<br>E: jahmy.graham@nelsonmullins.com |

130683154.1

2

DEFENDANTS' EVIDENTIARY OBJECTIONS TO DECLARATION OF DAVID BRESHEARS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE REMEDIES