Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Anne Bellows (SBN 293722)
abellows@gbdhlegal.com
Stephanie Tilden (SBN 341486)
stilden@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Telephone: (510) 763-9800 | (Fax) (510) 835-1417

Andrew Wolff (SBN 195092)
andrew@awolfflaw.com
LAW OFFICES OF ANDREW WOLFF, PC
1615 Broadway, 4th Floor
Oakland, CA 94612
Telephone: (510) 834-3300 | (Fax) (510) 834-3377

Jesse Newmark (SBN 247488)
jessenewmark@centrolegal.org
CENTRO LEGAL DE LA RAZA
3022 International Blvd., Suite 410
Oakland, CA 94601
Telephone: (510) 437-1863 | (Fax) (510) 437-9164

Jocelyn Larkin (SBN 110817)
jlarkin@impactfund.org
Lindsay Nako (SBN 239090)
lnako@impactfund.org
IMPACT FUND
2080 Addison Street, Suite 5
Berkeley, CA 94704
Telephone: (510) 845-3473 | (Fax) (510) 845-3654

Attorneys for Plaintiffs and Relators and the Certified Classes

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>　　　Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>**NOTICE REGARDING UPDATED CLASS DAMAGES CALCULATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE REMEDIES**<br><br>Date:　Dec. 8, 2023<br>Time:　10:00 am<br>Dept:　Courtroom 3, 15th Floor<br>Before:　Hon. Chief Judge Kimberly J. Mueller |

| | |
|---|---|
| CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4,<br><br>       Defendants. | Trial Date:   None Set |

**NOTICE REGARDING UPDATED CLASS DAMAGES CALCULATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE REMEDIES**

Plaintiffs-Relators Denika Terry, Roy Huskey III, and Tamera Livingston ("Plaintiffs") filed their Motion for Partial Summary Judgment Regarding Remedies on October 6, 2023.  As explained in their moving papers, at the time Plaintiffs filed their Motion, the Parties were investigating the status of an additional 28 tenants who had recently been identified as potential class members, but whose data had been omitted from the data productions on which Plaintiffs' class damages calculations were based.  *See* Pls.' Mem. P. & A. in Supp. of Mot. for Partial Summ. J. re Remedies 1 & n.1, 6, 15-16, ECF No. 323-1; Bellows Decl. ¶¶ 8-14, ECF No. 323-3; Gelb Decl. ¶ 11, ECF No. 323-5.

After receiving Defendants' authorization to proceed, the Parties' joint data expert GelbGroup Consulting pulled and provided to both Parties ledger data for the identified 28 tenants.  Declaration of Geoffrey Gelb, Nov. 20, 2023, filed herewith ("Suppl. Gelb Decl.") ¶¶ 6-8.  Plaintiffs' damages expert David Breshears analyzed the data and issued a supplemental expert report pursuant to Federal Rule of Civil Procedure 26(e) reflecting the following findings:

(1) 8 of the 28 tenants meet the qualifications for membership in the Rule 23(b)(3) Class. Supplemental Expert Declaration and Report of David Breshears Regarding Remedies, filed herewith ("Suppl. Breshears Decl.") ¶ 25.

(2) The eight additional class members made $2,894 in relevant additional service payments from May 2011 through November 2022, bringing the total additional service payments made by class members to $2,803,080.  *Id.* at ¶ 26.

(3) Interest at 10% per annum calculated on the payments made by the eight additional class members, beginning from the end of each month in which a payment was made, totals $2,442 as of July 20, 2023 and $.79 per day thereafter.  *Id.* at ¶ 27.  This brings the total interest on additional service payments for class members, calculated at 10% per annum beginning from the end of the month in which payment was made, to $2,065,132 as of July 20, 2023 and $767.96 per day thereafter.

Mr. Breshears' supplemental report uses the same methods as he used in his July 20, 2023 report. *Compare* Breshears Suppl. Decl. ¶¶ 19-24 *and* Breshears Expert Decl. ¶¶ 29-35, ECF No. 323-4.

In their Opposition to Plaintiffs' Statement of Undisputed Material Facts, Defendants agreed that it was undisputed that some of the additional 28 tenants "may qualify" as class members.  Defs.' Opp'n. to Undisputed Facts ("UF") No. 17-18, ECF No. 326-1.   Defendants also admitted the authenticity and accuracy of the ledger data previously produced by the same joint data expert, admits the qualifications of David Breshears to provide expert testimony on forensic accounting, and admits the accuracy of Mr. Breshears' previous calculations regarding the amount of additional service payments made.  *Id.* at UF Nos. 5-11.  While Defendants purported to dispute Mr. Breshears' method of calculating interest, *see id.* at UF Nos. 15-16, as Plaintiffs explained in their reply brief, Mr. Breshears in fact used the method that Defendants argued was required, *see* Pls.' Reply in Supp. of Mot. for Partial Summ. J. re Remedies  5-7, ECF No. 327 & record citations therein.

Based on the additional data obtained by the Parties from their joint expert and the supplemental calculations reliably completed by Plaintiffs' expert, Plaintiffs respectfully update their requested summary judgment amount to $2,803,080 in additional service payments, plus interest of $2,065,132 as of July 20, 2023 and $767.96 per day thereafter.

| | |
|---|---|
| Dated:  November 22, 2023 | Respectfully submitted, |
| | GOLDSTEIN, BORGEN, DARDARIAN & HO |
| | */s/ Anne P. Bellows* |
| | Anne P. Bellows |
| | Attorneys for Plaintiffs and Relators |