# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4,<br><br>Defendants. | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>**DECLARATION OF GEOFFREY GELB**<br><br>Before:  Hon. Kimberly J. Mueller<br><br>Trial Date:   None Set |

DECLARATION OF GEOFFREY GELB – CASE NO. 2:15-CV-00799 KJM-DB

888798.1

**DECLARATION OF GEOFFREY GELB**

I, Geoffrey Gelb, declare as follows:

1. I have personal knowledge of the facts set forth herein, and if called upon to testify thereto, I could and would competently do so under oath.

2. I am the President of Gelbgroup Consulting, Inc., a real estate technology and consulting firm.

3. Gelbgroup Consulting, Inc. assists numerous clients with implementing Yardi property management databases. We also provide custom programming and report writing for Yardi databases for numerous clients in the residential real estate industry.

4. Gelbgroup Consulting, Inc. was jointly retained by counsel for both Plaintiffs and Defendants in the above-captioned action to assist them in identifying and extracting relevant information from Defendants' Yardi Voyager property management database. We have worked on this project intermittently since approximately January 2021.

5. Through consultation with counsel, my team specified queries to extract data related to tenants participating in the Section 8 Housing Choice Voucher program (identified as those tenants with "rentHAP" charges on their ledgers) at properties managed by Wasatch Property Management. I described that work in my prior declaration dated October 6, 2023.

6. On September 7, 2023, Plaintiffs' counsel provided Gelbgroup Consulting a list of 28 tenants who we were informed had been identified as potential class members in this case. We could not begin investigating those tenants until we received authorization from Defendants' counsel to proceed.

7. On October 5, 2023, we received authorization from Defendants' counsel to proceed with the data queries related to the 28 additional tenants.

8. Following a collaborative process with both Parties' counsel to resolve database access issues and clarify the data request, on October 31, 2023, we provided to counsel for both Parties a file entitled "Additional 28 tenants in Data5 Formatting10.31.2023.csv" which contains a true and authentic excerpt of ledger data maintained in Defendants' Yardi database showing all charges and payments for the additional 28 tenants.

1  I declare under penalty of perjury under the laws of the United States of America and the State
2  of California that the foregoing is true and correct, and that this declaration is executed on November
3  20, 2023 at Woodland Hills, California.

_____
Geoffrey Gelb