Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Anne Bellows (SBN 293722)
abellows@gbdhlegal.com
Stephanie Tilden (SBN 341486)
stilden@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Tel: (510) 763-9800 | Fax: (510) 835-1417

Andrew Wolff (SBN 195092)
andrew@awolfflaw.com
LAW OFFICES OF ANDREW WOLFF, PC
1615 Broadway, 4th Floor
Oakland, CA 94612
Tel: (510) 834-3300 | Fax: (510) 834-3377

Jesse Newmark (SBN 247488)
jessenewmark@centrolegal.org
CENTRO LEGAL DE LA RAZA
3022 International Blvd., Suite 410
Oakland, CA 94601
Tel: (510) 437-1863 | Fax: (510) 437-9164

Jocelyn Larkin (SBN 110817)
jlarkin@impactfund.org
Lindsay Nako (SBN 239090)
lnako@impactfund.org
THE IMPACT FUND
2080 Addison Street, Suite 5
Berkeley, CA 94704
Tel: (510) 845-3473 | Fax: (510) 845-3654

Attorneys for Plaintiffs and Relators and the Certified Classes

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>    Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING PRETRIAL CONFERENCE**<br><br>Before:  Hon. Kimberley J. Mueller<br><br>Trial Date:   None Set |

| | |
|---|---|
| 1 | LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4,<br><br>    Defendants. |

**STIPULATION AND [PROPOSED] ORDER SETTING PRETRIAL CONFERENCE**

Plaintiffs and Relators Denika Terry, Roy Huskey III, and Tamera Livingston as court appointed representatives for the certified classes of California tenants and as relators for the United States and Defendants Wasatch Property Management, *et al*. (together, the Parties), by and through their undersigned counsel, stipulate as follows:

WHEREAS, on December 8, 2023, the Court granted Plaintiffs request to set a Final Pretrial Conference and offered two dates for a Final Pretrial Conference: January 26, 2024 or February 16, 2024 (ECF No. 332);

WHEREAS, as of the motion hearing on December 8, 2023, Defendants anticipated that additional counsel may be joining the case to represent certain Defendant entities;

WHEREAS, following further consideration, Defendants have agreed that Joseph Salazar and Ryan Matthews of Lewis Brisbois will serve as lead counsel for all Defendants at trial;

WHEREAS, lead counsel for Defendants are scheduled for trial in another case beginning on January 16;

WHEREAS, after meeting and conferring, counsel for all Parties have determined that a Final Pretrial Conference date of February 16, 2024, with a filing date for the Joint Pretrial Statement of February 2, 2024, will afford the Parties the time needed to adequately meet and confer regarding trial stipulations and other pretrial matters and to prepare their Joint Pretrial Statement;

THEREFORE, the Parties stipulate and jointly request that the Court order the following:

1. The Final Pretrial Conference pursuant to Fed. R. Civ. P. 16(e) shall be set on February 16, 2024 at 10:00 a.m. in Courtroom 3 before Chief Judge Kimberly J. Mueller.

2. The Parties shall file a Joint Pretrial Statement no later than February 2, 2024.

Dated: December 21, 2023                Respectfully submitted,

GOLDSTEIN BORGEN DARDARIAN & HO

*/s/ Anne P. Bellows*
Anne P. Bellows

Attorneys for Plaintiffs and Relators
and the Certified Classes

Dated: December 21, 2023                Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Ryan Matthews* (as authorized 12/21/23)
Ryan Matthews

Attorneys for Defendants

# [PROPOSED] ORDER SETTING PRETRIAL CONFERENCE

Good cause appearing, the Court hereby ORDERS the following:

1. The Final Pretrial Conference pursuant to Fed. R. Civ. P. 16(e) shall be set on **February 16, 2024 at 10:00 a.m**. in Courtroom 3 before Chief Judge Kimberly J. Mueller.

2. The Parties shall file a Joint Pretrial Statement no later than **February 2, 2024**.

**IT IS SO ORDERED.**

DATED: _____     By: _____
                                               Hon. Kimberly J. Mueller