AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ **District of** __California__

DENIKA TERRY, et al.
Plaintiff (s),

V.

WASATCH ADVANTAGE GROUP, LLC,
et al.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __2:15-cv-00799-KJM-DB__

Notice is hereby given that, subject to approval by the court, __Wasatch Premier Properties, LLC__ substitutes
(Party (s) Name)

__Richard T. Collins__, State Bar No. __166577__ as counsel of record in place
(Name of New Attorney)

place of __Joseph A. Salazar, Jr., Ryan Matthews and Lewis Brisbois Bisgaard & Smith LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Arnall Golden Gregory LLP

Address: 2100 Pennsylvania Avenue, N.W., Suite 350S, Washington, D.C. 20037

Telephone: (202) 677-4917  Facsimile (202) 677-4031

E-Mail (Optional): Rich.Collins@agg.com

I consent to the above substitution.

Date: 1/26/2024

Wasatch Premier Properties, LLC

*/s/ Dell Loy Hansen*
(Signature of Party (s))

I consent to being substituted.

Date: 1/29/24

*/s/*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 1/29/2024

*/s/*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**