ARNALL GOLDEN GREGORY LLP
Richard T. Collins (Bar No. 166577)
rich.collins@agg.com
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Telephone:    202.677.4030

*Counsel for Defendants:*

WASATCH ADVANTAGE GROUP, LLC;
CHESAPEAKE APARTMENT HOLDINGS, LLC;
ASPEN PARK HOLDINGS, LLC; BENT TREE
APARTMENTS, LLC; CALIFORNIA PLACE
APARTMENTS, LLC; CANYON CLUB HOLDINGS,
LLC; COURTYARD AT CENTRAL PARK
APARTMENTS, LLC; CREEKSIDE HOLDINGS, LTD;
RIVER OAKS HOLDINGS, LLC; WASATCH PREMIER
PROPERTIES, LLC; WASATCH POOL HOLDINGS III,
LLC; WASATCH POOL HOLDINGS, LLC

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>**DECLARATION OF RICHARD COLLINS IN SUPPORT OF OWNER DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR A BRIEF 90-DAY CONTINUANCE OF THE FINAL PRETRIAL CONFERENCE AND ALL ASSOCIATED FILING DEADLINES**<br><br>Before:    Hon. Kimberly J. Mueller<br><br>Trial Date:    None Set |

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
2100 Pennsylvania Ave., NW, Suite 350S
Washington, DC 20037
Telephone: 202.677.4040
www.agg.com

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
2100 Pennsylvania Ave., NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4040

| | |
|---|---|
| 1 | APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4, |
| | Defendant. |

**DECLARATION OF RICHARD T. COLLINS**

I, Richard T. Collins, declare and state as follows:

1. I am an attorney, duly admitted to practice law before all courts in the State of California and the United States District Court for the Eastern District of California, and I am a partner in the law firm, Arnall Golden Gregory LLP ("AGG").

2. As of January 19, 2024, AGG was retained by 12 defendants – Defendants Wasatch Advantage Group, LLC, Chesapeake Apartment Holdings, LLC, Aspen Park Holdings, LLC, Bent Tree Apartments, LLC, California Place Apartments, LLC, Canyon Club Holdings, LLC, Courtyard At Central Park Apartments, LLC, Creekside Holdings, LTD, River Oaks Holdings, LLC, Wasatch Premier Properties, LLC, Wasatch Pool Holdings III, LLC, and Wasatch Pool Holdings, LLC (collectively "Owner Defendants"), to substitute into this action and represent Owner Defendants' interests and rights.

3. AGG was first approached by a representative for Owner Defendants in December 2023, following notice by Lewis Brisbois Bisgaard & Smith, LLP ("Lewis Brisbois") to Owner Defendants that a conflict of interest existed in their representation of both Wasatch Property Management, Inc. ("WPM") and Owner Defendants.

4. Following that notification, AGG diligently performed all necessary conflict checks and sought to become formally engaged by Owner Defendants to assist in this litigation. However, given the number of Owner Defendants with varying owners and officers, and the intervening holidays, AGG only became formally engaged to represent the 12 Owner Defendants as of January 19, 2024.

5. AGG is also in the process of confirming whether the following 10 property owner defendants have independent legal counsel and whether AGG will also be representing their interests in this action: Logan Park Apartments, LLC, Bellwood Jerron Holdings, LLC, Heritage Park Apartments, LP, Oak Valley Apartments, LLC, Peppertree Apartment Holdings, LP, Point Natomas Apartments, LLC, Shadow Way Apartments, LP, Sun Valley Holdings, LTD,

1  Village Grove Apartments, LP, and Wasatch Quail Run GP, LLC.

2      6.    Notably, the following nine property owner defendants – Logan Park Apartments,
3  LP, Bellwood Jerron Apartments, LP, Camelot Lakes Holdings, LLC, Oak Valley Holdings LP,
4  Piedmont Apartments, LP, Point Natomas Apartments, LP, Sun Valley Holdings, LP, Spring Villa
5  Apartments LP, and Hayward Senior Apartments, L.P., underwent some form of a change of
6  ownership during the litigation and are no longer associated with the other defendants.

7      7.    We have been informed that property owner Hayward Senior Apartments, L.P., is
8  represented by Jahmy Stanford Graham of Nelson Mullins Riley & Scarborough LLP (424-221-
9  7400). For the remaining eight property owner defendants who underwent an ownership change,
10 however, we do not have any information regarding their engagement of independent counsel in
11 this action. We are performing due diligence to contact these owner defendants who appear to be
12 unrepresented in this action.

13     8.    My team and I are currently working as expeditiously as possible to review the
14 pleadings, orders, and discovery materials to meaningfully participate in this litigation and,
15 particularly, the FPC and trial.

16     9.    The discovery in this action is extensive and voluminous. For instance, there
17 have been 27 depositions, and more than 11 terabytes of documents have been produced and are
18 stored on three separate external hard drives. One of the hard drives alone contains more than
19 three million pages of documents, with a Bates range of WESI 0000001—WESI 3005207.
20 Additionally, tens of thousands of pages of lease documents, HAP Contracts, additional services
21 agreements, and other rental-related documents from numerous properties have been produced.
22 Further, Plaintiffs were provided access to WPM's Yardi system, which contains essentially
23 every piece of data retained on tenants. The numerous different data pulls from Yardi are
24 available on a server being maintained by a jointly retained independent Yardi consultant,
25 GelbGroup. This action also consists of hundreds of docket entries, numerous written discovery
26 requests and responses, and expert reports.

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
2100 Pennsylvania Ave., NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4040

10. On January 26, 2024, my AGG colleagues and I met and conferred with Plaintiffs' counsel, Anne Bellows and Lindsay Nako, and counsel for WPM, Ryan Matthews of Lewis Brisbois. During this conference, AGG proposed a stipulation for the requested 90-day continuance of the FPC and associated deadlines. Plaintiffs' counsel declined to stipulate to the requested continuance.

11. AGG informed opposing counsel that Owner Defendants intended to seek the continuance *ex parte*, with Plaintiffs expressing their intent to oppose such an application.

12. On January 26, 2024, my office also contacted Jahmy Stanford Graham of Nelson Mullins Riley & Scarborough LLP. He confirmed that he represents property owner defendant Hayward Senior Apartments. Mr. Graham also confirmed that he does not oppose Owner Defendants' *ex parte* request for a brief 90-day continuance of the FPC and all associated filing deadlines.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this declaration was executed on January 29, 2024, in Washington, D.C.

Dated: January 29, 2024

By: */s/ Richard T. Collins*
    Richard T. Collins

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
2100 Pennsylvania Ave., NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4040

3
DECLARATION OF RICHARD T. COLLINS