ARNALL GOLDEN GREGORY LLP
Richard T. Collins (Bar No. 166577)
rich.collins@agg.com
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Telephone: 202.677.4030

*Counsel for Defendants:*

WASATCH ADVANTAGE GROUP, LLC;
CHESAPEAKE APARTMENT HOLDINGS, LLC;
ASPEN PARK HOLDINGS, LLC; BENT TREE
APARTMENTS, LLC; CALIFORNIA PLACE
APARTMENTS, LLC; CANYON CLUB HOLDINGS,
LLC; COURTYARD AT CENTRAL PARK
APARTMENTS, LLC; CREEKSIDE HOLDINGS, LTD;
RIVER OAKS HOLDINGS, LLC; WASATCH PREMIER
PROPERTIES, LLC; WASATCH POOL HOLDINGS III,
LLC; WASATCH POOL HOLDINGS, LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>**DECLARATION OF RYAN MATTHEWS IN SUPPORT OF OWNER DEFENDANTS'** *EX PARTE* **APPLICATION FOR A BRIEF 90-DAY CONTINUANCE OF THE FINAL PRETRIAL CONFERENCE AND ALL ASSOCIATED FILING DEADLINES**<br><br>Before: Hon. Kimberly J. Mueller<br><br>Trial Date: None Set |

| | |
|---|---|
| 1 | HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Defendant. |

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
2100 Pennsylvania Ave., NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4040

## DECLARATION OF RYAN MATTHEWS

I, Ryan Matthews, declare and state as follows:

1. I am an attorney, at Lewis Brisbois Bisgaard & Smith, LLP ("Lewis Brisbois"), counsel for Wasatch Property Management, Inc. ("WPM") and other defendants in the above captioned class action.

2. On August 16, 2021, this action was bifurcated for purposes of discovery and trial. The case is currently in Phase 1, which addresses WPM's liability and damages. Phase 2 begins when the Phase 1 proceedings are complete and will address liability of the remaining defendant entities based on alleged alter ego liability, the single enterprise doctrine, agency principles, and vicarious liability.

3. While preparing for the Phase 1 trial, it came to our attention that a potential conflict of interest between WPM and the property owner defendants exists. Given their respective roles as property manager and property owners, defendants possess divergent interests in the Phase 1 trial. This conflict was communicated to defendants in December 2023.

4. Given the conflict, WPM and the property owner defendants were advised of their need for separate counsel for the Phase 1 and 2 trials and all related proceedings. In this regard, the following 12 property owner defendants have substituted in Arnall Golden Gregory LLP ("AGG") as their counsel of record: Wasatch Advantage Group, LLC, Chesapeake Apartment Holdings, LLC, Aspen Park Holdings, LLC, Bent Tree Apartments, LLC, California Place Apartments, LLC, Canyon Club Holdings, LLC, Courtyard At Central Park Apartments, LLC, Creekside Holdings, LTD, River Oaks Holdings, LLC, Wasatch Premier Properties, LLC, Wasatch Pool Holdings III, LLC, and Wasatch Pool Holdings, LLC (collectively "Owner Defendants").

5. Given the conflict, we are informed and understand that AGG is also in the process of confirming whether the following 10 property owner defendants have independent legal counsel and whether AGG will also be representing their interests in this action: Logan

1
DECLARATION OF RYAN MATTHEWS

Park Apartments, LLC, Bellwood Jerron Holdings, LLC, Heritage Park Apartments, LP, Oak Valley Apartments, LLC, Peppertree Apartment Holdings, LP, Point Natomas Apartments, LLC, Shadow Way Apartments, LP, Sun Valley Holdings, LTD, Village Grove Apartments, LP, and Wasatch Quail Run GP, LLC.

6. Notably, the following 9 property owner defendants underwent a change of ownership during the litigation and are no longer associated with the other defendants: Logan Park Apartments, LP, Bellwood Jerron Apartments, LP, Camelot Lakes Holdings, LLC, Oak Valley Holdings LP, Piedmont Apartments, LP, Point Natomas Apartments, LP, Sun Valley Holdings, LP, Spring Villa Apartments LP, and Hayward Senior Apartments, L.P.

7. Based on the court docket, we are informed and believe that property owner defendant Hayward Senior Apartments, L.P., is represented by Jahmy Stanford Graham of Nelson Mullins Riley & Scarborough LLP (424-221-7400).  For the remaining 8 property owner defendants who underwent a change of ownership, we do not have any information regarding their engagement of independent counsel in this action.

8. Discovery in this action is extensive and voluminous.  For instance, there have been 27 depositions and more than 11 terabytes (TB) of documents have been produced, with documents stored on three separate external hard drives.  One hard drive on its own contains more than three million pages of documents, with a Bates range of WESI 0000001—WESI 3005207.  Additionally, tens of thousands of pages of lease documents, HAP Contracts, additional services agreements, and other rental-related documents from numerous properties have been produced.  Further, Plaintiffs were provided access to WPM's Yardi system, which contains essentially every piece of data retained on tenants.  The numerous different data pulls from Yardi are available on a server being maintained by a jointly retained independent Yardi consultant, GelbGroup.  This action also consists of hundreds of docket entries, numerous written discovery requests and responses, and expert reports.

9. WPM does not oppose Owner Defendants' ex parte request for a 90-day

1 continuance of the Final Pretrial Conference ("FPC") currently set for February 16, 2024, along
2 with all associated filing deadlines, currently scheduled for February 2, 2024.

3     10.    Given the duration and complexity of this action, involving the production of
4 millions of pages of documents and 27 depositions, a 90-day extension is reasonable to WPM so
5 that AGG can analyze the record and meaningfully participate in the FPC and associated filings,
6 including the required joint statement, witness, and exhibit lists, disputed and undisputed facts
7 and evidentiary issues for the Phase 1 trial.

8     11.    A continuance of the FPC would also accommodate counsel for WPM, which has
9 a conflict with another Pretrial Conference in a separate case in the Alameda County Superior
10 Court for the State of California. That case, short-titled *Jiminez v. Hayes Apartment Homes, LLC,*
11 *et al.*, was short-set for trial under the trial preference statute laid out by California Code of Civil
12 Procedure section 36, and the Final Pretrial Conference is set for February 16, 2024, at 10:00 am
13 – the same time as the current FPC in this action.

14     I declare under penalty of perjury, under the laws of the United States of America, that the
15 foregoing is true and correct and that this declaration was executed on January 29, 2024, in
16 Sacramento, California.

17

18 Dated: January 29, 2024                        By: */s/ Ryan Matthews*
                                                                    Ryan Matthews