ARNALL GOLDEN GREGORY LLP
Richard T. Collins (Bar No. 166577)
rich.collins@agg.com
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Telephone:    202.677.4030

*Counsel for Defendants:*

WASATCH ADVANTAGE GROUP, LLC;
CHESAPEAKE APARTMENT HOLDINGS, LLC;
ASPEN PARK HOLDINGS, LLC; BENT TREE
APARTMENTS, LLC; CALIFORNIA PLACE
APARTMENTS, LLC; CANYON CLUB HOLDINGS,
LLC; COURTYARD AT CENTRAL PARK
APARTMENTS, LLC; CREEKSIDE HOLDINGS, LTD;
RIVER OAKS HOLDINGS, LLC; WASATCH PREMIER
PROPERTIES, LLC; WASATCH POOL HOLDINGS III,
LLC; WASATCH POOL HOLDINGS, LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>**PROPOSED ORDER GRANTING OWNER DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR A BRIEF 90-DAY CONTINUANCE OF THE FINAL PRETRIAL CONFERENCE AND ALL ASSOCIATED FILING DEADLINES**<br><br>Before:    Hon. Kimberly J. Mueller<br><br>Trial Date:    None Set |

| | |
|---|---|
| 1 | APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE |
| 2 | APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS |
| 3 | APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS |
| 4 | HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA |
| 5 | APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE |
| 6 | APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER |
| 7 | PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, |
| | and DOES 1-4, |
| 8 | Defendant. |

**[PROPOSED] ORDER**

Upon consideration of the Ex Parte application filed by Defendants[1] requesting a 90-day continuance of the Final Pretrial Conference ("FPC") currently set for February 16, 2024, along with all associated filing deadlines, currently scheduled for February 2, 2024, (*see* Order, ECF 336), and FOR GOOD CAUSE SHOWN, the Court hereby orders the FPC hearing and associated filing deadlines re-set to _____, at 10:00 AM in Courtroom 3.

IT IS SO ORDERED.

Dated: January 29, 2024

By: _____
Hon. Kimberly J. Mueller
UNITED STATES DISTRICT JUDGE

---

[1] Wasatch Advantage Group, LLC, Wasatch Pool Holdings, LLC, Chesapeake Apartment Holdings, LLC, Aspen Park Holdings, LLC, Bent Tree Apartments, LLC, California Place Apartments, LLC, Canyon Club Holdings, LLC, Courtyard at Central Park Apartments, LLC, Creekside Holdings, LTD, River Oaks Holdings, LLC, Wasatch Premier Properties, LLC, and Wasatch Pool Holdings III, LLC (collectively "Owner Defendants").

1