1  Laura L. Ho (SBN 173179)
   lho@gbdhlegal.com
2  Anne Bellows (SBN 293722)
   abellows@gbdhlegal.com
3  Stephanie Tilden (SBN 341486)
   stilden@gbdhlegal.com
4  GOLDSTEIN, BORGEN, DARDARIAN & HO
   155 Grand Avenue, Suite 900
5  Oakland, CA 94612
   Tel: (510) 763-9800 ǀ Fax: (510) 835-1417
6
   Andrew Wolff (SBN 195092)
7  andrew@awolfflaw.com
   LAW OFFICES OF ANDREW WOLFF, PC
8  1615 Broadway, 4th Floor
   Oakland, CA 94612
9  Tel: (510) 834-3300 ǀ Fax: (510) 834-3377

10 Jesse Newmark (SBN 247488)
   jessenewmark@centrolegal.org
11 CENTRO LEGAL DE LA RAZA
   3022 International Blvd., Suite 410
12 Oakland, CA 94601
   Tel: (510) 437-1863 ǀ Fax: (510) 437-9164t
13
   Jocelyn Larkin (SBN 110817)
14 jlarkin@impactfund.org
   Lindsay Nako (SBN 239090)
15 lnako@impactfund.org
   THE IMPACT FUND
16 2080 Addison Street, Suite 5
   Berkeley, CA 94704
17 Tel: (510) 845-3473 ǀ Fax: (510) 845-3654

18 Attorneys for Plaintiffs and Relators and the Certified Classes

19                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
20                        SACRAMENTO DIVISION

21 | UNITED STATES OF AMERICA, *ex rel.* | Case No.: 2:15-CV-00799-KJM-DB |
   | DENIKA TERRY, ROY HUSKEY III, and | |
22 | TAMERA LIVINGSTON, and each of them for | CLASS ACTION |
   | themselves individually, and for all other persons | |
23 | similarly situated and on behalf of the UNITED | **DECLARATION OF ANNE BELLOWS IN** |
   | STATES OF AMERICA | **OPPOSITION TO THE SELECTED** |
24 | | **DEFENDANTS' EX PARTE APPLICATION** |
   |            Plaintiffs/Relators, | **FOR 90-DAY CONTINUANCE OF** |
25 | | **PRETRIAL DEADLINES** |
   | vs. | |
26 | | Date:    None |
   | WASATCH ADVANTAGE GROUP, LLC, | |
27 | WASATCH PROPERTY MANAGEMENT, INC., | Before:  Hon. Kimberly J. Mueller |
   | WASATCH POOL HOLDINGS, LLC, | |
28 | CHESAPEAKE APARTMENT HOLDINGS, LLC, | Trial Date:   None Set |

1  | LOGAN PARK APARTMENTS, LLC, LOGAN
   | PARK APARTMENTS, LP, ASPEN PARK
2  | HOLDINGS, LLC, BELLWOOD JERRON
   | HOLDINGS, LLC, BELLWOOD JERRON
3  | APARTMENTS, LP, BENT TREE
   | APARTMENTS, LLC, CALIFORNIA PLACE
4  | APARTMENTS, LLC, CAMELOT LAKES
   | HOLDINGS, LLC, CANYON CLUB HOLDINGS,
5  | LLC, COURTYARD AT CENTRAL PARK
   | APARTMENTS, LLC, CREEKSIDE HOLDINGS,
6  | LTD, HAYWARD SENIOR APARTMENTS, LP,
   | HERITAGE PARK APARTMENTS, LP, OAK
7  | VALLEY APARTMENTS, LLC, OAK VALLEY
   | HOLDINGS, LP, PEPPERTREE APARTMENT
8  | HOLDINGS, LP, PIEDMONT APARTMENTS,
   | LP, POINT NATOMAS APARTMENTS, LLC,
9  | POINT NATOMAS APARTMENTS, LP, RIVER
   | OAKS HOLDINGS, LLC, SHADOW WAY
10 | APARTMENTS, LP, SPRING VILLA
   | APARTMENTS, LP, SUN VALLEY HOLDINGS,
11 | LTD, VILLAGE GROVE APARTMENTS, LP,
   | WASATCH QUAIL RUN GP, LLC, WASATCH
12 | PREMIER PROPERTIES, LLC, WASATCH
   | POOL HOLDINGS III, LLC,
13 | and DOES 1-4,

14 |          Defendants.

I, Anne P. Bellows, declare as follows:

1.      I am a member in good standing of the Bar of the State of California and an attorney at the law firm Goldstein, Borgen, Dardarian & Ho in Oakland, California.  I and my firm are counsel for Plaintiffs and Relators and have been appointed Class Counsel in this action along with the Law Offices of Andrew Wolff, PC, Centro Legal de la Raza, and the Impact Fund.

2.      Goldstein, Borgen, Dardarian & Ho is lead counsel for Plaintiffs and I have primary responsibility for meeting and conferring with counsel for Defendants.

3.      In the spring and summer of 2021, the Parties created and stipulated to a bifurcation of issues that structured the litigation to first resolve the question of whether Wasatch Property Management's practices gave rise to liability on the class claims and under the False Claims Act ("FCA") (identified as Phase 1), and then conduct discovery and litigate the question of who is liable for the class claims and whether any additional Defendants are liable under the FCA (identified as Phase 2).  Based on my discussions with Counsel for Defendants Ryan Matthews of Lewis Brisbois Bisgaard & Smith LLP, it is my understanding that one of Defendants' purposes in proposing this bifurcation was to defer issues giving rise to potential conflicts and maintain unified representation on the substantive merits issues.

4.      In July 2023, while Plaintiffs and Defendants were negotiating a fact stipulation about tenant Housing Assistance Payment Contracts, I received a redlined Word document containing edits from Orlando Cabrera, a partner at Arnall Golden Gregory LLP.  I recognized Mr. Cabrera's name because he had appeared at the March 15, 2023 settlement conference and was identified on the docket as "Consulting Counsel for Wasatch Property Management."  ECF No. 293.

5.      Attached hereto as **Exhibit 1** is a true and correct copy of an email that I received from Mr. Matthews on the morning of December 8, 2023, with the subject line "Terry v. Wasatch – Update."  I saw Mr. Matthews later that morning at the hearing on Plaintiffs' Motion for Partial Summary Judgment on remedies.  Outside the courtroom, he informed me that the new counsel was Mr. Cabrera's firm, Arnall Golden Gregory.

6.      After the December 8 hearing, I offered to meet and confer with Mr. Matthews and

the new counsel regarding the pretrial schedule. Attached hereto as **Exhibit 2** is a true and correct copy of an email chain between Mr. Matthews and myself, starting on December 11, 2023, and ending on December 13, 2023, with the subject line "RE: Wasatch – pre-trial work and schedule," in which I requested or offered to meet and confer with the new counsel three times over the course of those three days.

7.      On December 14, 2023, Mr. Matthews and I met and conferred about the pretrial schedule.  No new counsel attended.  On our call, he informed me that the new counsel may associate in, rather than substituting in.  He also agreed that the upcoming False Claims Act trial would focus on the conduct of Wasatch Property Management.  Attached hereto as **Exhibit 3** is a true and correct copy of the email summarizing our agreements as to a pretrial schedule that I sent to Mr. Matthews on December 14, 2023, after our meet and confer, with the subject line "Pre-trial schedule."

8.      On December 18, 2023, I sent Mr. Matthews a draft stipulation to set the Final Pretrial Conference on February 16, 2024.  Attached as **Exhibit 4** is a true and correct copy of my December 18 email to Mr. Matthews, attaching the draft stipulation, with the subject line "Stip re: Pretrial Conference Date."  On December 19, 2023, Mr. Matthews confirmed that Lewis Brisbois would be serving as lead counsel for all Defendants in the upcoming Phase 1 trial.  Based on his representations, the Parties prepared and filed the Stipulation and Proposed Order Setting Pretrial Conference that contained that information.  ECF No. 335.

9.      After filing the stipulation, I continued to try to meet and confer with Mr. Matthews. Attached hereto as **Exhibit 5** is a true and correct copy of an email chain between Mr. Matthews and myself, starting on December 26, 2023, and ending on January 17, 2024, with the subject line "RE: [EXT] Re: Terry v. Wasatch."

10.      Attached hereto as **Exhibit 6** is a true and correct copy of an email that I sent to Mr. Matthews on January 23, 2024, with the subject line "Draft pre-trial statement."

11.      Attached hereto as **Exhibit 7** is a true and correct copy of an email chain between Richard T. Collins of Arnall Golden Gregory LLP, Mr. Matthews, and myself starting on January 24,

2024, and ending on January 29, 2024, with the subject line "RE: Terry v. Wasatch – Request for Call."  Plaintiffs' first notification that new counsel, Arnall Golden Gregory, would be substituting in and taking over representation of multiple Defendants is contained in Mr. Matthews's email dated January 24, 2024.  The Parties arranged for a meet and confer on January 26, 2024.  My summary of our January 26 meet and confer is contained in my email dated January 26, 2024.  Mr. Collins's response is contained in his email dated January 29, 2024.

12.     I attended the January 26 meet and confer with Lindsay Nako of the Impact Fund, Mr. Matthews, and Richard T. Collins and others from Arnall Golden Gregory.  At that time, Mr. Collins informed me that his firm planned to represent all Defendants except for Wasatch Property Management, which would continue to be represented by Lewis Brisbois, and would appear at trial. Mr. Collins requested a 90-day extension to the Final Pretrial Conference and related filing deadlines.  At no point did he or any other attorney mention that they believed there was a conflict of interest between their clients and Wasatch Property Management.

13.     During the January 26 meet and confer, Mr. Matthews confirmed that Wasatch Property Management was still planning to provide a response to Plaintiffs' proposed fact stipulation and exchange lists of witnesses, exhibits, and deposition designations early the week of January 29. Mr. Matthews indicated that he had been working on Defendants' witness, exhibit, and deposition designation lists for months.  Mr. Matthews and I agreed that it would still be productive for their parties to behave as if their Joint Pretrial Statement would be filed on February 2.

14.     Attached hereto as **Exhibit 8** is a true and correct copy of an email that I sent to Mr. Matthews, Mr. Collins, and their colleagues on January 29, 2024, with the subject line "Plaintiffs' preliminary evidence lists."

15.     Attached hereto as **Exhibit 9** is a true and correct copy of the Notice of Electronic Filing of Docket No. 349 that I received on January 29, 2024.

16.     Attached hereto as **Exhibit 10** is a true and correct copy of an email that I received from Mr. Matthews on January 30, 2024, with the subject line "Terry v. Wasatch – Preliminary Exhibit/Witness Lists."

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct, and that this Declaration was executed this 31st day of January, 2024, in Oakland, California.

          */s/ Anne P. Bellows*
          Anne P. Bellows

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

**Lindsay Nako**

---

| | |
|---|---|
| **From:** | Matthews, Ryan <Ryan.Matthews@lewisbrisbois.com> |
| **Sent:** | Friday, December 8, 2023 7:28 AM |
| **To:** | Anne Bellows; Lindsay Nako |
| **Cc:** | Jesse Newmark; Jahmy Graham; Salazar, Joe |
| **Subject:** | Terry v. Wasatch - Update |

All,

In advance of the hearing on Plaintiffs' MSA this morning, I wanted to give you all a quick heads up. To the extent this turns into a de facto trial setting conference, many of the single-purpose entity Defendants are planning to file Answers to Plaintiffs' Sixth Amended Complaint under separate counsel, who are likely to substitute in next week. I am not in a great position to speak for those entities as a result, and my intention then is to ask for a hearing in the near future to allow the new counsel to appear and speak for their clients. I anticipate requesting that hearing in early January to give them a few weeks to get up to speed and evaluate their availability for trial, but I think it would be inappropriate for that hearing to be a Final Pretrial Conference. I do not anticipate this causing significant delay beyond what we've already contemplated in getting the case set for trial, but as noted, I can't speak for those attorneys.

Thank you,

Ryan Matthews



**Ryan Matthews**
**Attorney**
Ryan.Matthews@lewisbrisbois.com

**T: 916.646.8213 F: 916.564.5444**

2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

1

1
2
3
4
5
6
7
8
9
10
11
12

# EXHIBIT 2

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Lindsay Nako**

---

| | |
|---|---|
| **From:** | Anne Bellows <abellows@gbdhlegal.com> |
| **Sent:** | Wednesday, December 13, 2023 4:41 PM |
| **To:** | Matthews, Ryan |
| **Cc:** | Lindsay Nako; jahmy.graham@nelsonmullins.com |
| **Subject:** | RE: Wasatch - pre-trial work and schedule |

Hi Ryan, Lindsay & Jahmy.  I've added zoom information to the meet and confer invite for tomorrow morning.

Ryan, please feel free to forward the invite to Joe or to the new counsel.  Even if they can't join, Lindsay and I will look forward to touching base with you tomorrow at 9:30am.

Anne P. Bellows
(pronouns: she/her)
Goldstein, Borgen, Dardarian & Ho
155 Grand Avenue, Suite 900
Oakland, CA  94612
(510) 287-4344
www.gbdhlegal.com

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above.  If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message.  If you have received this E-mail in error, please notify the sender as soon as possible.  In addition, please delete the erroneously received message from any device/media where the message is stored.

---

**From:** Anne Bellows
**Sent:** Wednesday, December 13, 2023 11:12 AM
**To:** Matthews, Ryan <Ryan.Matthews@lewisbrisbois.com>; Salazar, Joe <Joe.Salazar@lewisbrisbois.com>
**Cc:** Laura Ho <lho@gbdhlegal.com>; Lindsay Nako <lnako@impactfund.org>; Jesse Newmark <jessenewmark@centrolegal.org>; jahmy.graham@nelsonmullins.com
**Subject:** RE: Wasatch - pre-trial work and schedule

That works great.  9:30am?

Anne P. Bellows
(pronouns: she/her)
Goldstein, Borgen, Dardarian & Ho
155 Grand Avenue, Suite 900
Oakland, CA  94612
(510) 287-4344
www.gbdhlegal.com

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above.  If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message.  If you have received this E-mail in error, please notify the sender as soon as possible.  In addition, please delete the erroneously received message from any device/media where the message is stored.

---

**From:** Matthews, Ryan <Ryan.Matthews@lewisbrisbois.com>
**Sent:** Wednesday, December 13, 2023 11:10 AM
**To:** Anne Bellows <abellows@gbdhlegal.com>; Salazar, Joe <Joe.Salazar@lewisbrisbois.com>
**Cc:** Laura Ho <lho@gbdhlegal.com>; Lindsay Nako <lnako@impactfund.org>; Jesse Newmark

<jessenewmark@centrolegal.org>; jahmy.graham@nelsonmullins.com
**Subject:** RE: Wasatch - pre-trial work and schedule

I think tomorrow would actually be better. How's early-mid morning for you?



**Ryan Matthews**
**Attorney**
Ryan.Matthews@lewisbrisbois.com

**T: 916.646.8213 F: 916.564.5444**

2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Anne Bellows <abellows@gbdhlegal.com>
**Sent:** Wednesday, December 13, 2023 11:07 AM
**To:** Matthews, Ryan <Ryan.Matthews@lewisbrisbois.com>; Salazar, Joe <Joe.Salazar@lewisbrisbois.com>
**Cc:** Laura Ho <lho@gbdhlegal.com>; Lindsay Nako <lnako@impactfund.org>; Jesse Newmark
<jessenewmark@centrolegal.org>; jahmy.graham@nelsonmullins.com
**Subject:** [EXT] RE: Wasatch - pre-trial work and schedule


Hi Ryan,


I got your out-of-office message re: today and tomorrow.  Do you have availability on Friday for a call?


Thanks,

Anne


Anne P. Bellows

(pronouns: she/her)

Goldstein, Borgen, Dardarian & Ho

155 Grand Avenue, Suite 900

Oakland, CA  94612

(510) 287-4344

[www.gbdhlegal.com](http://www.gbdhlegal.com)

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above.  If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message.  If you have received this E-mail in error, please notify the sender as soon as possible.  In addition, please delete the erroneously received message from any device/media where the message is stored.

**From:** Anne Bellows
**Sent:** Tuesday, December 12, 2023 3:10 PM
**To:** [Ryan.Matthews@lewisbrisbois.com](mailto:Ryan.Matthews@lewisbrisbois.com); Salazar, Joe <[Joe.Salazar@lewisbrisbois.com](mailto:Joe.Salazar@lewisbrisbois.com)>
**Cc:** Laura Ho <[lho@gbdhlegal.com](mailto:lho@gbdhlegal.com)>; Lindsay Nako <[lnako@impactfund.org](mailto:lnako@impactfund.org)>; jessenewmark <[jessenewmark@centrolegal.org](mailto:jessenewmark@centrolegal.org)>; [jahmy.graham@nelsonmullins.com](mailto:jahmy.graham@nelsonmullins.com)
**Subject:** RE: Wasatch - pre-trial work and schedule

Hi Ryan,

Following up on this.  Will additional counsel be joining the case this week?  Can we set a meet and confer call with them?

Anne P. Bellows

(pronouns: she/her)

Goldstein, Borgen, Dardarian & Ho

155 Grand Avenue, Suite 900

Oakland, CA  94612

(510) 287-4344

[www.gbdhlegal.com](http://www.gbdhlegal.com)

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above.  If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message.  If you have received this E-mail in error, please notify the sender as soon as possible.  In addition, please delete the erroneously received message from any device/media where the message is stored.

**From:** Anne Bellows
**Sent:** Monday, December 11, 2023 10:14 AM
**To:** Ryan.Matthews@lewisbrisbois.com; Salazar, Joe <Joe.Salazar@lewisbrisbois.com>
**Cc:** Laura Ho <lho@gbdhlegal.com>; Lindsay Nako <lnako@impactfund.org>; jessenewmark <jessenewmark@centrolegal.org>; jahmy.graham@nelsonmullins.com
**Subject:** Wasatch - pre-trial work and schedule

Hi Ryan,

Nice to see you on Friday.  Following up on our conversation and the Court's scheduling order, can we set a meet and confer call as soon as possible, including the new counsel that you indicated would be substituting in for some of the entities?

As you know, the January 26 pretrial conference is fast approaching, and the Court set a January 12 deadline for our pre-trial statement.  That is just a month away.  In light of this schedule, I strongly suggest we set the meet and confer for this week.  Wednesday and Thursday are both wide open for me.

Thanks,

Anne

Anne P. Bellows

(pronouns: she/her)

Goldstein, Borgen, Dardarian & Ho

155 Grand Avenue, Suite 900

Oakland, CA  94612

(510) 287-4344

www.gbdhlegal.com

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above.  If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message.  If you have received this E-mail in error, please notify the sender as soon as possible.  In addition, please delete the erroneously received message from any device/media where the message is stored.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

**Lindsay Nako**

| | |
|---|---|
| **From:** | Anne Bellows <abellows@gbdhlegal.com> |
| **Sent:** | Thursday, December 14, 2023 10:19 AM |
| **To:** | Ryan.Matthews@lewisbrisbois.com |
| **Cc:** | Lindsay Nako; jahmy.graham@nelsonmullins.com |
| **Subject:** | Pre-trial schedule |

Hi Ryan,

Thanks for the call this morning.  We agreed:

1) To request the Court to set the pre-trial conference on Feb. 16, with the Joint Pre-Trial Statement due on Feb. 2 (following her preference for the filing to take place two weeks before the conference).  Plaintiffs will provide a stipulation to this effect.

2) To set the following deadlines to complete our pre-trial work:

   a. Dec. 22:  Defendants provide their response to Plaintiffs' proposed fact stipulations and complete the HAP Contract stipulation and the outstanding RFA responses

   b. Jan. 5: The Parties exchange their preliminary witness lists, exhibit lists, and discovery and deposition designations

   c. Jan. 19:  The Plaintiffs provide a draft of the pre-trial statement

   d. Jan. 26:  The Parties exchange final witness lists, exhibit lists, and discovery and deposition designations.  This date is a week before filing to enable the parties to evaluate potential motions in limine and meet and confer regarding those issues.

   e. Plaintiffs pointed out that the Dec. 22 date is critical to enabling the parties to assess what factual disputes remain.  If Defendants believe adjustments to the other dates are appropriate, let us know.

3) To file a stipulation for supplemental class notice to additional class members early next week.  Plaintiffs will provide a draft stipulation and notice by Monday.

Thanks,
Anne


Anne P. Bellows
(pronouns: she/her)
Goldstein, Borgen, Dardarian & Ho
155 Grand Avenue, Suite 900
Oakland, CA  94612
(510) 287-4344
www.gbdhlegal.com

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above.  If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail

message.  If you have received this E-mail in error, please notify the sender as soon as possible.  In addition, please delete the erroneously received message from any device/media where the message is stored.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 4

**Lindsay Nako**

| | |
|---|---|
| **From:** | Anne Bellows <abellows@gbdhlegal.com> |
| **Sent:** | Monday, December 18, 2023 2:10 PM |
| **To:** | Ryan.Matthews@lewisbrisbois.com |
| **Cc:** | Lindsay Nako |
| **Subject:** | Stip re: Pretrial Conference Date |
| **Attachments:** | Stip re Pretrial Conference Date.DOCX |

Hi Ryan,

Please see the attached draft stipulation to set the pretrial conference on February 16, the later of the two dates offered by the Court, and the one we agreed to in our meet and confer call last week.

Given that the Court heard that additional counsel may be joining the case, we think it would be best for the additional counsel to make their appearance ASAP and sign this stip.  We're happy to get on the phone with them if that would be helpful.

I've left a few things to be filled in by Defendants.

I'd like to get this on file as soon as possible so we can know our pretrial deadlines.  Would appreciate your help in getting this done.

Feel free to call if you want to discuss.

Anne

Anne P. Bellows
(pronouns: she/her)
Goldstein, Borgen, Dardarian & Ho
155 Grand Avenue, Suite 900
Oakland, CA  94612
(510) 287-4344
www.gbdhlegal.com

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above.  If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message.  If you have received this E-mail in error, please notify the sender as soon as possible.  In addition, please delete the erroneously received message from any device/media where the message is stored.

# EXHIBIT 5

**Lindsay Nako**

| | |
|---|---|
| **From:** | Anne Bellows <abellows@gbdhlegal.com> |
| **Sent:** | Wednesday, January 17, 2024 1:14 PM |
| **To:** | Crespo, Alicia; Matthews, Ryan |
| **Cc:** | Lindsay Nako; Salazar, Joe |
| **Subject:** | RE: [EXT] Re: Terry v. Wasatch |

Hi Ryan, this is a friendly reminder that we're still looking for an update and that time is growing short for meet and confer re: the pre-trial filings.  I called at 1pm (our standing weekly meet & confer time) but was unable to reach you.

Looking forward to hopefully hearing from you soon.

Anne P. Bellows
(pronouns: she/her)
Goldstein, Borgen, Dardarian & Ho
155 Grand Avenue, Suite 900
Oakland, CA  94612
(510) 287-4344
www.gbdhlegal.com

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above.  If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message.  If you have received this E-mail in error, please notify the sender as soon as possible.  In addition, please delete the erroneously received message from any device/media where the message is stored.

**From:** Anne Bellows
**Sent:** Tuesday, January 16, 2024 10:46 AM
**To:** Crespo, Alicia <Alicia.Crespo@lewisbrisbois.com>; Matthews, Ryan <Ryan.Matthews@lewisbrisbois.com>
**Cc:** Lindsay Nako <lnako@impactfund.org>; Salazar, Joe <Joe.Salazar@lewisbrisbois.com>
**Subject:** RE: [EXT] Re: Terry v. Wasatch

Hi Ryan and Joe,

Please let us know ASAP when to expect Defendants' response to the fact stipulations and the other outstanding items, listed below for your convenience.

Thanks,
Anne

1. Class notice stipulation – please authorize filing ASAP. Reattaching that email so you have it handy.

2. Fact stipulation, HAP Contract stipulation, and RFA responses – waiting on Defendants' responses, which were due on Dec. 22

3. Confirmation of a date to exchange of witness list, exhibit list, & discovery designations

Anne P. Bellows

1

(pronouns: she/her)
Goldstein, Borgen, Dardarian & Ho
155 Grand Avenue, Suite 900
Oakland, CA  94612
(510) 287-4344
www.gbdhlegal.com

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above.  If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message.  If you have received this E-mail in error, please notify the sender as soon as possible.  In addition, please delete the erroneously received message from any device/media where the message is stored.

**From:** Crespo, Alicia <Alicia.Crespo@lewisbrisbois.com>
**Sent:** Wednesday, January 10, 2024 12:37 PM
**To:** Anne Bellows <abellows@gbdhlegal.com>; Matthews, Ryan <Ryan.Matthews@lewisbrisbois.com>
**Cc:** Lindsay Nako <lnako@impactfund.org>; Salazar, Joe <Joe.Salazar@lewisbrisbois.com>
**Subject:** RE: [EXT] Re: Terry v. Wasatch

Good Afternoon,

Both Joe and Ryan are unavailable. As for the update to the stipulations we are still waiting for our clients to finish their review and provide their feedback or approval. When we do hear back from our clients we will follow up with your office.

Thank you,

**Alicia Crespo**
**Legal Secretary**
Sacramento
916.646.8272 or x9168272

**From:** Anne Bellows <abellows@gbdhlegal.com>
**Sent:** Wednesday, January 10, 2024 10:08 AM
**To:** Matthews, Ryan <Ryan.Matthews@lewisbrisbois.com>
**Cc:** Lindsay Nako <lnako@impactfund.org>; Salazar, Joe <Joe.Salazar@lewisbrisbois.com>; Crespo, Alicia <Alicia.Crespo@lewisbrisbois.com>
**Subject:** RE: [EXT] Re: Terry v. Wasatch

Hi Ryan, we still have not received any update.  Please confirm that you will be on the 1pm call.  Thanks.

Anne P. Bellows
(pronouns: she/her)
Goldstein, Borgen, Dardarian & Ho
155 Grand Avenue, Suite 900
Oakland, CA  94612
(510) 287-4344
www.gbdhlegal.com

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above.  If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message.  If you have received this E-mail in error, please notify the sender as soon as possible.  In addition, please delete the erroneously received message from any device/media where the message is stored.

**From:** Anne Bellows
**Sent:** Monday, January 8, 2024 3:24 PM
**To:** Matthews, Ryan <Ryan.Matthews@lewisbrisbois.com>
**Cc:** Lindsay Nako <lnako@impactfund.org>; Salazar, Joe <Joe.Salazar@lewisbrisbois.com>; Crespo, Alicia <Alicia.Crespo@lewisbrisbois.com>
**Subject:** RE: [EXT] Re: Terry v. Wasatch

Hi Ryan, I just left you a voicemail.

Do you have an update on the class notice stip?

Can you tell us when you will be ready to exchange preliminary lists of witnesses, exhibits, and discovery designations?

Anne P. Bellows
(pronouns: she/her)
Goldstein, Borgen, Dardarian & Ho
155 Grand Avenue, Suite 900
Oakland, CA  94612
(510) 287-4344
www.gbdhlegal.com

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above.  If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message.  If you have received this E-mail in error, please notify the sender as soon as possible.  In addition, please delete the erroneously received message from any device/media where the message is stored.

**From:** Anne Bellows <abellows@gbdhlegal.com>
**Sent:** Friday, January 5, 2024 7:55 AM
**To:** Matthews, Ryan <Ryan.Matthews@lewisbrisbois.com>
**Cc:** Lindsay Nako <lnako@impactfund.org>; Salazar, Joe <Joe.Salazar@lewisbrisbois.com>; Crespo, Alicia <Alicia.Crespo@lewisbrisbois.com>
**Subject:** Re: [EXT] Re: Terry v. Wasatch

Thanks for the update Ryan. Let's talk on Monday.

Sent from my mobile device. Please excuse brevity and typos.

**From:** Matthews, Ryan <Ryan.Matthews@lewisbrisbois.com>
**Sent:** Friday, January 5, 2024 7:51:55 AM
**To:** Anne Bellows <abellows@gbdhlegal.com>
**Cc:** Lindsay Nako <lnako@impactfund.org>; Salazar, Joe <Joe.Salazar@lewisbrisbois.com>; Crespo, Alicia <Alicia.Crespo@lewisbrisbois.com>
**Subject:** RE: [EXT] Re: Terry v. Wasatch

Anne,

I know we're falling behind schedule on our end here. A significant part of the difficulty has been the fact that Joe and I have had daily depositions the last two weeks for a trial coming up on 1/16. We've moved ex parte to continue that trial, and expect that Motion to be granted for a variety of compelling reasons. Beyond that, new counsel is still getting up to speed, so I've been a bit hamstrung pulling the trigger on different decisions. Regardless, I recognize the urgency here, and was relieved to see the Court grant our stipulation to push things to 2/16.

For today's purposes, I know we'd discussed a mutual exchange of both witnesses and exhibits. I'm not going to have authority to make that exchange today, so I don't want you to send your list to us in reliance on getting one back. I think we should shoot for early next week for that item. For the rest, I'm actively in touch with the client and working to get those things done.

I'm starting another all-day deposition in ten minutes, so I'm tied up again today, but I'll keep you posted with any updates I have as I get them.

Thanks,

Ryan



**Ryan Matthews**
**Attorney**
Ryan.Matthews@lewisbrisbois.com

**T: 916.646.8213 F: 916.564.5444**

2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

**Mansfield Rule**
**Certified 2022-2023** DIVERSITY.lab

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Anne Bellows <abellows@gbdhlegal.com>
**Sent:** Thursday, January 4, 2024 12:44 PM
**To:** Matthews, Ryan <Ryan.Matthews@lewisbrisbois.com>
**Cc:** Lindsay Nako <lnako@impactfund.org>; Salazar, Joe <Joe.Salazar@lewisbrisbois.com>; Crespo, Alicia <Alicia.Crespo@lewisbrisbois.com>
**Subject:** RE: [EXT] Re: Terry v. Wasatch

Ryan, we are still looking for an update.  If a call is easier, please feel free to call my cell any time today.

Many things are overdue, but perhaps the easiest one for you to knock off the list is to authorize the class notice stip.  I'm attaching that email again.

Thanks,
Anne

Anne P. Bellows
(pronouns: she/her)
Goldstein, Borgen, Dardarian & Ho
155 Grand Avenue, Suite 900
Oakland, CA  94612

(510) 287-4344
www.gbdhlegal.com

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message. If you have received this E-mail in error, please notify the sender as soon as possible. In addition, please delete the erroneously received message from any device/media where the message is stored.

**From:** Anne Bellows
**Sent:** Wednesday, January 3, 2024 12:27 PM
**To:** Matthews, Ryan <Ryan.Matthews@lewisbrisbois.com>
**Cc:** Lindsay Nako <lnako@impactfund.org>; Salazar, Joe <Joe.Salazar@lewisbrisbois.com>; Crespo, Alicia <Alicia.Crespo@lewisbrisbois.com>
**Subject:** RE: [EXT] Re: Terry v. Wasatch

Ok Ryan. Please do provide the written updates. Thanks.

Anne P. Bellows
(pronouns: she/her)
Goldstein, Borgen, Dardarian & Ho
155 Grand Avenue, Suite 900
Oakland, CA 94612
(510) 287-4344
www.gbdhlegal.com

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message. If you have received this E-mail in error, please notify the sender as soon as possible. In addition, please delete the erroneously received message from any device/media where the message is stored.

**From:** Matthews, Ryan <Ryan.Matthews@lewisbrisbois.com>
**Sent:** Wednesday, January 3, 2024 12:21 PM
**To:** Anne Bellows <abellows@gbdhlegal.com>
**Cc:** Lindsay Nako <lnako@impactfund.org>; Salazar, Joe <Joe.Salazar@lewisbrisbois.com>; Crespo, Alicia <Alicia.Crespo@lewisbrisbois.com>
**Subject:** Re: [EXT] Re: Terry v. Wasatch

Anne,

I've been stuck in depositions both yesterday and today. Let me get you a written update this afternoon as to the below.

Thanks,

Ryan

Sent from my iPhone

 **Ryan Matthews**
**Attorney**
Ryan.Matthews@lewisbrisbois.com

**T: 916.646.8213 F: 916.564.5444**

2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833 | LewisBrisbois.com

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

On Jan 3, 2024, at 10:28 AM, Anne Bellows <abellows@gbdhlegal.com> wrote:

Hi Ryan,

I am planning to call you at 1pm today for our weekly call, and I hope you're able to make it considering the significant amount of work we have to do and the quickly approaching pretrial deadlines.  Here's an agenda:

1. Class notice stipulation – please authorize filing ASAP. Reattaching that email so you have it handy.

2. Fact stipulation, HAP Contract stipulation, and RFA responses – waiting on Defendants' responses, which were due on Dec. 22

3. Confirm the parties' exchange of witness list, exhibit list, & discovery designations this Friday (note that this is a mutual exchange)

4. Trial scheduling
   1. My current estimate is three weeks
   2. Please provide your office's trial calendar so that we can begin to identify availability

5. Additional upcoming deadlines agreed to by the Parties per my 12/14 email:
   1. Jan. 19 – Plaintiffs provide their drat of the pre-trial statement
   2. Jan. 26 – The Parties exchange final witness lists, exhibit lists, and deposition designations

Thanks,
Anne

Anne P. Bellows
(pronouns: she/her)
Goldstein, Borgen, Dardarian & Ho
155 Grand Avenue, Suite 900
Oakland, CA  94612
(510) 287-4344
www.gbdhlegal.com

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above.  If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not

further disseminate, distribute, or forward this E-mail message.  If you have received this E-mail in error, please notify the sender as soon as possible.  In addition, please delete the erroneously received message from any device/media where the message is stored.

**From:** Anne Bellows
**Sent:** Wednesday, December 27, 2023 1:03 PM
**To:** Matthews, Ryan <Ryan.Matthews@lewisbrisbois.com>
**Cc:** Lindsay Nako <lnako@impactfund.org>; Salazar, Joe <Joe.Salazar@lewisbrisbois.com>; Crespo, Alicia <Alicia.Crespo@lewisbrisbois.com>
**Subject:** RE: [EXT] Re: Terry v. Wasatch

Ok, thanks for letting me know Ryan.  I am flexible this afternoon and this week except for 9-10am tomorrow morning.

Just to check – is the class notice stip one of the current action items you are referring to?  We would like to get that on file this week.

Thanks,
Anne

Anne P. Bellows
(pronouns: she/her)
Goldstein, Borgen, Dardarian & Ho
155 Grand Avenue, Suite 900
Oakland, CA  94612
(510) 287-4344
www.gbdhlegal.com

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above.  If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message.  If you have received this E-mail in error, please notify the sender as soon as possible.  In addition, please delete the erroneously received message from any device/media where the message is stored.

**From:** Matthews, Ryan <Ryan.Matthews@lewisbrisbois.com>
**Sent:** Wednesday, December 27, 2023 1:01 PM
**To:** Anne Bellows <abellows@gbdhlegal.com>
**Cc:** Lindsay Nako <lnako@impactfund.org>; Salazar, Joe <Joe.Salazar@lewisbrisbois.com>; Crespo, Alicia <Alicia.Crespo@lewisbrisbois.com>
**Subject:** Re: [EXT] Re: Terry v. Wasatch

Anne,

I'm sorry for the late notice, but I've got a personal issue I'm dealing with and I'm not sure when I'll clear, so I can't get on the call at 1. I'll update you letting you know either when I'm available, or what my availability is tomorrow or Friday. In the meantime, I'm still waiting on client sign off for the current action items.

-Ryan

Sent from my iPhone

<image001.png>

**Ryan Matthews**
**Attorney**
Ryan.Matthews@lewisbrisbois.com

**T: 916.646.8213 F: 916.564.5444**


2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

<image002.png>


This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

On Dec 27, 2023, at 10:15 AM, Anne Bellows <abellows@gbdhlegal.com> wrote:


Ryan, any update? Let's still talk at 1pm regardless.

Sent from my mobile device. Please excuse brevity and typos.

**From:** Matthews, Ryan <Ryan.Matthews@lewisbrisbois.com>
**Sent:** Tuesday, December 26, 2023 8:58:05 AM
**To:** Anne Bellows <abellows@gbdhlegal.com>
**Cc:** Lindsay Nako <lnako@impactfund.org>; Salazar, Joe
<Joe.Salazar@lewisbrisbois.com>; Crespo, Alicia <Alicia.Crespo@lewisbrisbois.com>
**Subject:** Terry v. Wasatch


Anne,


As you likely noticed, the items we discussed were not transmitted Friday. I wasn't able to get full sign-off during the second half of last week. I'm back at it today and will get you an update prior to our scheduled call tomorrow.


Hope you had a good holiday,


Ryan


<Logo_e6253148-26a1-47a9-b861-6ac0ff0bc3c4.png>

**Ryan Matthews**
**Attorney**
Ryan.Matthews@lewisbrisbois.com

**T: 916.646.8213 F: 916.564.5444**

2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

<mansfieldcertificationbadgecolor2022-202349pxhigh_6cc944fa-64d3-407e-bbe4-704052c31b42.png>

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If y
intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the send
delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

<mime-attachment>

# EXHIBIT 6

**Lindsay Nako**

| | |
|---|---|
| **From:** | Anne Bellows <abellows@gbdhlegal.com> |
| **Sent:** | Tuesday, January 23, 2024 10:05 AM |
| **To:** | Ryan.Matthews@lewisbrisbois.com; Salazar, Joe |
| **Cc:** | Laura Ho; Lindsay Nako; Jesse Newmark |
| **Subject:** | Draft pre-trial statement |
| **Attachments:** | Wasatch_Joint Statement.docx |

Hi Ryan and Joe,

I'm attaching Plaintiffs' draft of our Joint Pre-trial Statement (due Feb. 2), excluding the lists of witnesses, exhibits, and discovery designations, which we had planned to exchange simultaneously with Defendants.

Please provide any edits or separate sections for Defendants by <u>Monday January 29</u> so that we can meet and confer and move towards finalizing.

For February 2, we will need all the attachments to be final by no later than 2pm in order to have our staff file the document.

We are still looking for the outstanding items listed below.  Please give me an update as soon as possible:

- Class notice stipulation – please authorize ASAP.
- Fact stipulation, HAP Contract stipulation, and RFA responses – waiting on Defendants' responses, which you had agreed to provide by Dec. 22
- Confirmation of a date to exchange witness list, exhibit list and discovery designations

Thanks,
Anne


Anne P. Bellows
(pronouns: she/her)
Goldstein, Borgen, Dardarian & Ho
155 Grand Avenue, Suite 900
Oakland, CA  94612
(510) 287-4344
www.gbdhlegal.com

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above.  If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message.  If you have received this E-mail in error, please notify the sender as soon as possible.  In addition, please delete the erroneously received message from any device/media where the message is stored.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 7

**Lindsay Nako**

| | |
|---|---|
| **From:** | Collins, Richard T. <Rich.Collins@AGG.com> |
| **Sent:** | Monday, January 29, 2024 2:39 PM |
| **To:** | Anne Bellows |
| **Cc:** | Matthews, Ryan; Lindsay Nako; Eisenbrey, Damon D.; Cabrera, Orlando J.; Lord, Sara M.; Ferraro, Justin F.; Salazar, Joe; Crespo, Alicia |
| **Subject:** | RE: Terry v. Wasatch - Request for Call |

Dear Ms. Bellows,

Thank you for your email. Please allow me to clarify and comment on a few of the points below.

I stated that Arnall Golden Gregory (AGG) *expected* to be representing all of the Defendants except for Wasatch Property Management. The reason for this distinction is that nine of the other defendants, or "WAG Defendants" as you've dubbed them, underwent an ownership change at some point prior to or during the litigation, and we have since confirmed that one of the nine defendants – Hayward Senior Apartment, LP – is represented by Jahmy Stanford Graham of Nelson Mullins Riley & Scarborough LLP. We are in the process of reaching out to the ownership of these remaining entities to confirm representation.

We also don't believe it's accurate to say AGG "has been involved in this case since at least last March." My partner, Orlando Cabrera, is the nation's leading legal expert on the housing laws and is often consulted on matters. Mr. Cabrera was consulted on this matter as a housing resource for purposes of what I understood was a *confidential* settlement conference. Consulting with a client for purposes of a settlement conference is a far cry from being involved in a piece of litigation to the extent and breadth of this one. As we understand it, this case has involved at least 27 depositions and included more than 11 terabytes of documents, and over three million pages of discovery documents that have been produced. Additionally, we understand tens of thousands of pages of lease documents, HAP Contracts, additional services agreements, and other rental-related documents from numerous properties have been produced and that numerous different data pulls from WPM's Yardi system are stored on a server maintained by a jointly retained independent Yardi consultant, GelbGroup. Moreover, my other colleagues and I who were on the call have had no involvement in this matter until our firm was recently retained, and we need time to review the record.

We also are unclear about how an extension of the trial deadlines would be prejudicial to Plaintiffs. There is no trial date, and we are only asking for 90 days to review and digest the mountain of evidence that has been generated in this case. We have no intention of delaying trial or the final pretrial conference more than the 90 days we contend is necessary for our clients to be properly represented at trial. Moreover, we cannot possibly proceed with trial until it is confirmed whether eight of the owner defendants are even represented by counsel. Certainly, these facts are good cause for the short continuance of a pretrial conference. We believe the Court will want these matters sorted out before commencing or even scheduling trial.

As for stipulations, we will review all proposed stipulations in good faith, and we will not unreasonably withhold our stipulation. However, we cannot stipulate to facts and excuse Plaintiffs' burden of proving those facts until we have a chance to review the record in this case.

We look forward to discussing these and any other issues during our next conference of counsel.

| Rich Collins
Partner
202.677.4917

**ARNALL GOLDEN GREGORY LLP**
2100 Pennsylvania Avenue NW
Suite 350S | Washington, DC 20037
rich.collins@agg.com | bio | linkedin | vcard | website

Member of the California Bar.
Application for admission to the District of Columbia Bar pending.
Supervised by a member of the District of Columbia Bar.

---

**From:** Anne Bellows <abellows@gbdhlegal.com>
**Sent:** Friday, January 26, 2024 7:04 PM
**To:** Matthews, Ryan <Ryan.Matthews@lewisbrisbois.com>; Lindsay Nako <lnako@impactfund.org>
**Cc:** Collins, Richard T. <Rich.Collins@AGG.com>; Eisenbrey, Damon D. <Damon.Eisenbrey@AGG.com>; Cabrera, Orlando J. <orlando.cabrera@agg.com>; Lord, Sara M. <sara.lord@agg.com>; Ferraro, Justin F. <Justin.Ferraro@AGG.com>; Salazar, Joe <Joe.Salazar@lewisbrisbois.com>; Crespo, Alicia <Alicia.Crespo@lewisbrisbois.com>
**Subject:** [EXTERNAL] RE: Terry v. Wasatch - Request for Call

Hi all,

Thanks for the call this morning.

Richard indicated that Arnall Golden Gregory LLP will be representing all of the Defendants except for Wasatch Property Management.  I'll call that group "WAG Defendants" for short.  WAG Defendants would like a 90 day extension to the pre-trial filing and pre-trial conference, and they indicated they are prepared to file an ex parte motion seeking that extension on Monday.

As we discussed, Plaintiffs do not agree to any extension of the pre-trial deadlines.  The Court offered the February 16 pre-trial conference date during the Dec. 8 hearing after Ryan stated on the record that there was a possibility of new counsel substituting in for some of the entities.  *See* ECF No. 332.  Plaintiffs made themselves available to meet and confer about the schedule following the December 8 hearing, and we were informed that Lewis Brisbois would be lead counsel for all Defendants.  Additionally, Plaintiffs are aware that Arnall Golden Gregory LLP has been involved in this case since at least last March, when Orlando Cabrera attended the court-ordered settlement conference and thereafter provided edits on proposed stipulations.  For these reasons, and more, we believe that any extension to the trial deadlines is unwarranted and would be prejudicial to Plaintiffs, who have relied on the Court's deadlines in good faith and have already tolerated numerous delays occasioned by Defendants.  Trial in this matter is long overdue, and the existing deadlines are not a surprise to any of the Defendants.

By this email, I am confirming that Plaintiffs oppose any extension to the deadline and that the WAG Defendants can expect us to file an opposition brief to the ex parte motion.

Plaintiffs and Wasatch Property Management ("WPM") agreed to continue working towards finalizing the Joint Pre-Trial Statement and attachments, as follows:

- Plaintiffs and WPM will exchange witness lists, exhibits lists, and discovery and deposition designations on Monday Jan. 29.
- WPM will provide its portions of the pre-trial statement, including any additional undisputed facts and any affirmative defenses that it intends to present at trial, on either Monday Jan. 29 or Tuesday Jan. 30.
- WPM will respond to Plaintiffs' proposed fact stipulations as soon as possible.  (Ryan, can you confirm that you can do this by Monday Jan. 29?)

2

Ryan also indicated that he had no concerns regarding the class notice stipulation, and was simply waiting for sign-off before moving forward.

WAG Defendants stated that they were unable to agree to the class notice stipulation because they were still getting up to speed on the case.  Plaintiffs pointed out that there were no disputes about the propriety of notice or the membership of the class.

Last, we confirmed a meet and confer call to be attended by all next Wednesday at 1pm.  I will circulate the calendar invite and zoom link to this group.

Thanks,
Anne


Anne P. Bellows
(pronouns: she/her)
Goldstein, Borgen, Dardarian & Ho
155 Grand Avenue, Suite 900
Oakland, CA  94612
(510) 287-4344
www.gbdhlegal.com

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above.  If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message.  If you have received this E-mail in error, please notify the sender as soon as possible.  In addition, please delete the erroneously received message from any device/media where the message is stored.

**From:** Anne Bellows
**Sent:** Thursday, January 25, 2024 9:16 AM
**To:** Matthews, Ryan <Ryan.Matthews@lewisbrisbois.com>; Lindsay Nako <lnako@impactfund.org>
**Cc:** Collins, Richard T. <Rich.Collins@AGG.com>; Eisenbrey, Damon D. <Damon.Eisenbrey@AGG.com>; orlando.cabrera@agg.com; Lord, Sara M. <sara.lord@agg.com>; Ferraro, Justin F. <Justin.Ferraro@agg.com>; Salazar, Joe <Joe.Salazar@lewisbrisbois.com>; Crespo, Alicia <Alicia.Crespo@lewisbrisbois.com>
**Subject:** RE: Terry v. Wasatch - Request for Call

Hi Ryan & all,

Please let us know what time works for a call tomorrow morning.  If I don't hear otherwise, I'll send a zoom invite for 10am pacific and count on seeing you all then.

Here is an agenda for the call:

1. Introductions to new counsel & clarification re: who represents who
2. Class notice stipulation—we are looking for approval by Defendants ASAP
3. Fact stipulations
   a. We are still looking for Defendants' response to the proposed fact stipulations Plaintiffs provided last September
   b. Please see a handful of additional proposed fact stipulations, attached
   c. HAP Contract Stip
   d. RFA supplemental responses re: authenticity
4. Joint Pre-trial Statement—confirm that Defendants will provide their initial portions by COB Monday (1/29) and commit to having fully final attachments (exhibit list, etc) by 2pm next Friday (2/2) for timely filing

5. Confirm date for exchanging witness lists, exhibit lists, discovery designations, and deposition designations—we suggest 1/29
6. Confirm next meet and confer call

Richard, Damon, Orlando, Sara, and Justin—Lindsay and I are looking forward to meeting you.

Best,
Anne

Anne P. Bellows
(pronouns: she/her)
Goldstein, Borgen, Dardarian & Ho
155 Grand Avenue, Suite 900
Oakland, CA  94612
(510) 287-4344
www.gbdhlegal.com

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above.  If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message.  If you have received this E-mail in error, please notify the sender as soon as possible.  In addition, please delete the erroneously received message from any device/media where the message is stored.

**From:** Anne Bellows
**Sent:** Wednesday, January 24, 2024 1:12 PM
**To:** Matthews, Ryan <Ryan.Matthews@lewisbrisbois.com>; Lindsay Nako <lnako@impactfund.org>
**Cc:** Collins, Richard T. <Rich.Collins@AGG.com>; Eisenbrey, Damon D. <Damon.Eisenbrey@AGG.com>; orlando.cabrera@agg.com; Lord, Sara M. <sara.lord@agg.com>; Ferraro, Justin F. <Justin.Ferraro@agg.com>; Salazar, Joe <Joe.Salazar@lewisbrisbois.com>; Crespo, Alicia <Alicia.Crespo@lewisbrisbois.com>
**Subject:** RE: Terry v. Wasatch - Request for Call

Hi Ryan and all,

We are available at either 9am or 10am pacific time on Friday.

Thanks,
Anne

Anne P. Bellows
(pronouns: she/her)
Goldstein, Borgen, Dardarian & Ho
155 Grand Avenue, Suite 900
Oakland, CA  94612
(510) 287-4344
www.gbdhlegal.com

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above.  If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message.  If you have received this E-mail in error, please notify the sender as soon as possible.  In addition, please delete the erroneously received message from any device/media where the message is stored.

**From:** Matthews, Ryan <Ryan.Matthews@lewisbrisbois.com>
**Sent:** Wednesday, January 24, 2024 1:04 PM
**To:** Anne Bellows <abellows@gbdhlegal.com>; Lindsay Nako <lnako@impactfund.org>
**Cc:** Collins, Richard T. <Rich.Collins@AGG.com>; Eisenbrey, Damon D. <Damon.Eisenbrey@AGG.com>;

orlando.cabrera@agg.com; Lord, Sara M. <sara.lord@agg.com>; Ferraro, Justin F. <Justin.Ferraro@agg.com>; Salazar, Joe <Joe.Salazar@lewisbrisbois.com>; Crespo, Alicia <Alicia.Crespo@lewisbrisbois.com>
**Subject:** Terry v. Wasatch - Request for Call

Anne and Lindsay,

I'm copying members of the group from Arnall Golden Gregory LLP, who will be taking over representation of a number of the Defendants in this case. They anticipate substitutions being filed tomorrow. Are you available for a call with them (and us) this Friday? Please advise as to your availability.

Thank you,

Ryan Matthews


**Ryan Matthews**
**Attorney**
Ryan.Matthews@lewisbrisbois.com

**T: 916.646.8213 F: 916.564.5444**

2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 8

**Lindsay Nako**

| | |
|---|---|
| **From:** | Anne Bellows <abellows@gbdhlegal.com> |
| **Sent:** | Monday, January 29, 2024 5:34 PM |
| **To:** | Ryan.Matthews@lewisbrisbois.com; Salazar, Joe; Collins, Richard T.; Eisenbrey, Damon D.; Lord, Sara M.; orlando.cabrera@agg.com; Ferraro, Justin F.; Crespo, Alicia; jahmy.graham@nelsonmullins.com |
| **Cc:** | Lindsay Nako; Laura Ho; Jesse Newmark |
| **Subject:** | Plaintiffs' preliminary evidence lists |
| **Attachments:** | Plaintiffs Trial Exhibits.DOCX; Plaintiffs' Witness List.docx; Plaintiffs' Deposition Designations.docx; Plaintiffs' Discovery Response Designations.docx |

Counsel,

Please find attached Plaintiffs' preliminary exhibit list, witness list, deposition designations and discovery designations. We do expect that there will be some changes this week as we move towards finalizing for the filing on Friday, particularly as we have not yet seen anything from Defendants. (For that reason, the numbering on the exhibit list will not be stable and is likely to change prior to the final version.)

Ryan, we are looking for WPM's evidence lists today, WPM's portions of the pretrial statement today or tomorrow, and WPM's response to Plaintiffs' proposed fact stipulations today or tomorrow as well.

Thanks,
Anne

Anne P. Bellows
(pronouns: she/her)
Goldstein, Borgen, Dardarian & Ho
155 Grand Avenue, Suite 900
Oakland, CA  94612
(510) 287-4344
www.gbdhlegal.com

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the addressee(s) named above. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message. If you have received this E-mail in error, please notify the sender as soon as possible. In addition, please delete the erroneously received message from any device/media where the message is stored.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 9

**Lindsay Nako**

| | |
|---|---|
| **From:** | caed_cmecf_helpdesk@caed.uscourts.gov |
| **Sent:** | Monday, January 29, 2024 5:40 PM |
| **To:** | CourtMail@caed.uscourts.gov |
| **Subject:** | Activity in Case 2:15-cv-00799-KJM-DB Terry et al v. Wasatch Advantage Group, LLC et al Ex Parte Application. |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of California - Live System**

## Notice of Electronic Filing

The following transaction was entered by Collins, Richard on 1/29/2024 at 5:39 PM PST and filed on 1/29/2024

| | |
|---|---|
| **Case Name:** | Terry et al v. Wasatch Advantage Group, LLC et al |
| **Case Number:** | 2:15-cv-00799-KJM-DB |
| **Filer:** | Aspen Park Holdings, LLC |
| | Bent Tree Apartments, LLC |
| | California Place Apartments, LLC |
| | Canyon Club Holdings, LLC |
| | Chesapeake Apartment Holdings, LLC |
| | Courtyard At Central Park Apartments, LLC |
| | Creekside Holdings, LTD |
| | River Oaks Holdings, LLC |
| | Wasatch Advantage Group, LLC |
| | Wasatch Pool Holdings III, LLC |
| | Wasatch Pool Holdings, LLC, |
| | Wasatch Premier Properties, LLC |

**Document Number:** 349

**Docket Text:**
**EX PARTE APPLICATION by Aspen Park Holdings, LLC, Bent Tree Apartments, LLC, California Place Apartments, LLC, Canyon Club Holdings, LLC, Chesapeake Apartment Holdings, LLC, Courtyard At Central Park Apartments, LLC, Creekside Holdings, LTD, River Oaks Holdings, LLC, Wasatch Advantage Group, LLC, Wasatch Pool Holdings III, LLC, Wasatch Pool Holdings, LLC,, Wasatch Premier Properties, LLC for OWNER DEFENDANTS EX PARTE APPLICATION FOR A BRIEF 90-DAY CONTINUANCE OF THE FINAL PRETRIAL CONFERENCE AND ALL ASSOCIATED FILING DEADLINES. Attorney Collins, Richard Thomas**

**added. (Attachments: # (1) Declaration of Richard Collins, # (2) Declaration of Ryan Matthews, # (3) Proposed Order)(Collins, Richard)**

**2:15-cv-00799-KJM-DB Notice has been electronically mailed to:**

Andrew Wolff     andrew@awolfflaw.com

Anne Bellows     abellows@gbdhlegal.com, dvaldez@gbdhlegal.com

Colleen M. Kennedy     colleen.m.kennedy@usdoj.gov, caseview.ecf@usdoj.gov, kimberly.siegfried@usdoj.gov, monica.lee@usdoj.gov, usacae.ecfsaccv@usdoj.gov

Jahmy Stanford Graham     jahmy.graham@nelsonmullins.com, carolyn.orphey@nelsonmullins.com

Jesse Mica Newmark     jessenewmark@centrolegal.org, jessenewmark@gmail.com

Jocelyn D. Larkin     jlarkin@impactfund.org

Joseph A. Salazar , Jr     joe.salazar@lewisbrisbois.com, alicia.crespo@lewisbrisbois.com

Laura L. Ho     lho@gbdhlegal.com, dvaldez@gbdhlegal.com, efile@gbdhlegal.com

Lindsay Nako     lnako@impactfund.org, achau@impactfund.org

Richard Thomas Collins     COLLINS_LAW@MSN.COM

Ryan James Matthews     Ryan.Matthews@lewisbrisbois.com, alicia.crespo@lewisbrisbois.com, R_Matthews1@u.pacific.edu

Stephanie Tilden     stilden@gbdhlegal.com

**2:15-cv-00799-KJM-DB Electronically filed documents must be served conventionally by the filer to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=1/29/2024] [FileNumber=12863785-0] [78b44500456ac6702f9e66cc80b45cc58d7ebce61d251f628082329c41714e362e ede66c559394892076ec307afdcf431a645ff2749fb109a6f7cbd0cb83f583]]
**Document description:**Declaration of Richard Collins
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=1/29/2024] [FileNumber=12863785-1] [18d3c417d9ff68b99ba5f6f3bd38027f02f910e944dcbbfffc29eec81cb5b426e5 0b9226be1d43430bcce9b608c6c867dbdc63c355892354f7eadf8726b38894]]
**Document description:**Declaration of Ryan Matthews
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=1/29/2024] [FileNumber=12863785-

2] [7f0b56ce885f6910f8026df81743931ebc151bc03ad8fab6922153a781e471de27
128acaa1cf3561a7cba2772667e8a842160133905c3863062848679f4d0f7a]]

**Document description:**Proposed Order
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=1/29/2024] [FileNumber=12863785-
3] [b782b29bfa12932ea7a0077e11331e06f35fb172f3ff046077adb55c5fd4f4dc90
d0347b9cdbb1e5adec9a16400855a626b7b8bf3835c6df59b8acdc1cb91a98]]

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 10

**Lindsay Nako**

| | |
|---|---|
| **From:** | Matthews, Ryan <Ryan.Matthews@lewisbrisbois.com> |
| **Sent:** | Tuesday, January 30, 2024 7:53 PM |
| **To:** | Anne Bellows; Lindsay Nako |
| **Cc:** | Salazar, Joe; Crespo, Alicia |
| **Subject:** | Terry v. Wasatch - Preliminary Exhibit/Witness Lists |
| **Attachments:** | Terry v. Wasatch - WPM Proposed Exhibit List(135528581.1).docx; Terry v. Wasatch - WPM Draft Witness List(135524573.1).docx |

Anne and Lindsay,

Please see the attached. These are continually undergoing work and are by no means final. We reserve the right to add additional exhibits and witnesses prior to Friday, and will send you revised versions to the extent necessary as they become available. As you'll see, the record cites aren't finalized, but I believe this gives you enough information to know what it is we're referencing prior to us finaling them out. Beyond that, I want to be clear that these are only being exchanged on behalf of WPM.

I'm adding significant revisions to the fact stipulation which I hope to discuss tomorrow at 1pm.

Thank you,

Ryan Matthews



**Ryan Matthews**
**Attorney**
Ryan.Matthews@lewisbrisbois.com

**T: 916.646.8213 F: 916.564.5444**

2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.