# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| DENIKA TERRY, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:15-cv-00799-KJM-DB |
| WASATCH ADVANTAGE GROUP, LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wasatch Premier Properties, LLC, Wasatch Pool Holdings, LLC, Wasatch Pool Holdings III, LLC, Wasatch Advantage Group, LLC, Camelot Lakes Holdings, LLC, River Oaks Holdings, LLC, Creekside Holdings, Ltd., Courtyard at Central Park Apartments, LLC, Chesapeake Apartments Holdings, LLC, Canyon Club Holdings, LLC, California Place Apartments, LLC, Bent Tree Apartments, LLC, Aspen Park Holdings, LLC.

Date: February 5, 2024

*Attorney's signature*

Damon D. Eisenbrey, 215927
*Printed name and bar number*

Arnall Golden Gregory LLP
2100 Pennsylvania Avenue, N.W., Suite 350S
Washington, D.C. 20037
*Address*

Damon.Eisenbrey@AGG.com
*E-mail address*

(202) 677-4071
*Telephone number*

(202) 677-4031
*FAX number*