# UNITED STATES DISTRICT COURT

Eastern **District of** California

| | |
|---|---|
| DENIKA TERRY, et al.<br>Plaintiff (s),<br>V.<br>WASATCH ADVANTAGE GROUP, LLC, et al.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:15-cv-00799-KJM-DB |

Notice is hereby given that, subject to approval by the court, __Heritage Park Apartments, LP__ substitutes
(Party (s) Name)

__Richard T. Collins__, State Bar No. __166577__ as counsel of record in place
(Name of New Attorney)

place of __Joseph A. Salazar, Jr., Ryan Matthews and Lewis Brisbois Bisgaard & Smith LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Arnall Golden Gregory LLP

Address: 2100 Pennsylvania Avenue, N.W., Suite 350S, Washington, D.C. 20037

Telephone: (202) 677-4917      Facsimile (202) 677-4031

E-Mail (Optional): Rich.Collins@agg.com

I consent to the above substitution.

Date: 1/26/2024

Heritage Park Apartments, LP
(Signature of Party (s))

I consent to being substituted.

Date: 2/22/2024

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 2/23/2024

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**