CAED 435 (Rev. 10/2023)

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

PLEASE Read Instruction Page (attached):

FOR COURT USE ONLY
DUE DATE:

| 1. YOUR NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE |
|---|---|---|---|
| Jahmy S. Graham | jahmy.graham@nelsonmullins.com | 424-221-7400 | 4/2/2024 |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| 19191 South Vermont Ave., Suite 900 | Torrance | CA | 90502 |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 2:15-cv-00799-KJM-DB | Kimberly J. Mueller | 11. FROM 3/29/2024 | 12. TO 3/29/2024 |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Terry, et al. v. Wasatch Advantage Group, LLC, et al. | 14. CITY Sacramento | 15. STATE CA |

**16. ORDER FOR**
- [ ] APPEAL No.
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [✔] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [✔] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Final Pretrial Conference | 3/29/2024 | ECRO Jenny Wood |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| 7-Day | [ ] | [✔] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| Next Day | [ ] | [ ] | NO. OF COPIES | | |
| 2-HOUR | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE | /s/Jahmy S. Graham | PROCESSED BY | |
|---|---|---|---|
| 20. DATE | 4/2/2024 | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |