ARNALL GOLDEN GREGORY LLP
Richard T. Collins (Bar No. 166577)
rich.collins@agg.com
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Telephone: (202) 677-4030

Attorney for Defendants:

ASPEN PARK HOLDINGS, LLC; BENT TREE APARTMENTS, LLC; CAMELOT LAKE HOLDINGS, LLC; CALIFORNIA PLACE APARTMENTS, LLC; CANYON CLUB HOLDINGS, LLC; CHESAPEAKE APARTMENT HOLDINGS, LLC; COURTYARD AT CENTRAL PARK APARTMENTS, LLC; CREEKSIDE HOLDINGS, LTD; HERITAGE PARK APARTMENTS, LP; PEPPERTREE APARTMENT HOLDINGS, LP; RIVER OAKS HOLDINGS, LLC; SHADOW WAY APARTMENTS, LP; WASATCH ADVANTAGE GROUP, LLC; WASATCH PREMIER PROPERTIES, LLC; WASATCH QUAIL RUN GP, LLC; WASATCH POOL HOLDINGS, LLC; WASATCH POOL HOLDINGS III, LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>**OWNER AND NON-OWNER DEFENDANTS' NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:   May 17, 2024<br>Time:   10:00 AM<br>Dept:   Courtroom 3, 15th Floor<br>Before: Hon. Kimberley J. Mueller<br><br>Trial Date:   None Set |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC,<br>and DOES 1-4,<br><br>        Defendants. |

ARNALL GOLDEN GREGORY LLP
A LIMITED LIABILITY PARTNERSHIP
2100 PENNSYLVANIA AVENUE, NW, SUITE 350S
WASHINGTON, DC 20037
TELEPHONE: (202) 677.4030
WWW.AGG.COM

1
OWNER AND NON-OWNER DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on May 17, 2024 at 10:00 AM, or soon thereafter as the matter may be heard, in the courtroom of the Honorable Judge Kimberly J. Mueller, Defendants (1) Aspen Park Holdings, LLC, (2) Bent Tree Apartments, LLC, (3) California Place Apartments, LLC, (4) Camelot Lake Holdings, LLC, (5) Canyon Club Holdings, LLC, (6) Chesapeake Apartment Holdings, LLC, (7) Courtyard at Central Park Apartments, LLC, (8) Creekside Holdings, LTD, (9) Heritage Park Apartments, LP, (10) Peppertree Apartment Holdings, LP, (11) River Oaks Holdings, LLC, (12) Shadow Way Apartments, LP, (13) Wasatch Advantage Group, LLC, (14) Wasatch Pool Holdings, LLC, (15) Wasatch Pool Holdings III, LLC, (16) Wasatch Premier Properties, LLC, and (17) Wasatch Quail Run GP, LLC (collectively "Owner and Non-Owner Defendants"), by and through their counsel, hereby move for judgment on the pleadings related to Plaintiffs' False Claims Act ("FCA") cause of action and state causes of action as alleged in the Sixth Amended Complaint (*see* ECF No. 331).

FCA Defendants Wasatch Advantage Group, LLC, Wasatch Pool Holdings, LLC, and Chesapeake Apartment Holdings, LLC hereby move for judgment on the pleadings and dismissal of Plaintiffs' FCA cause of action on the grounds that Plaintiffs fail to allege "falsity," "materiality," and "scienter" under the FCA, and fail to allege sufficiently particular facts to establish the liability of the named FCA Defendants because they were not owners capable of making such claims under the FCA under the Housing Choice Voucher (HCV) program. Owner and Non-Owner Defendants also hereby move for judgment on the pleadings and dismissal of Plaintiffs' state law claims, which are legally deficient due to Plaintiffs' lack of standing or a private right of action or remedy under the HAP contracts.

Pursuant to the requirements of L.R. 251(b) and this Court's standing order, the

undersigned certifies that this Motion is made following attempts to reach an agreement with counsel for Plaintiffs via video conference. Additionally, parties are in the process of scheduling a mediation to take place in June 2024; however, at the time of this motion, no substantive settlement negotiations are currently underway.

The undersigned believes a hearing on this motion may warrant longer than the standard 20 minutes typically afforded to motions under the Local Rules and would respectfully request the Court permit up to 45 minutes in aggregate for argument or as long as the Court deems necessary. This Motion is based on the Notice of Motion and Motion, the pleadings and record in the case, and any oral argument to be presented at the hearing on the motion.

Dated: April 12, 2024                **ARNALL GOLDEN GREGORY LLP**

By: /s/ Richard T. Collins
Richard T. Collins
Attorneys for Defendants:

ASPEN PARK HOLDINGS, LLC; BENT TREE APARTMENTS, LLC; CAMELOT LAKE HOLDINGS, LLC; CALIFORNIA PLACE APARTMENTS, LLC, CANYON CLUB HOLDINGS, LLC; CHESAPEAKE APARTMENT HOLDINGS, LLC; COURTYARD AT CENTRAL PARK APARTMENTS, LLC; CREEKSIDE HOLDINGS, LTD; HERITAGE PARK APARTMENTS, LP; PEPPERTREE APARTMENT HOLDINGS, LP; RIVER OAKS HOLDINGS, LLC; SHADOW WAY APARTMENTS, LP; WASATCH ADVANTAGE GROUP, LLC; WASATCH PREMIER PROPERTIES, LLC; WASATCH QUAIL RUN GP, LLC; WASATCH POOL HOLDINGS, LLC; WASATCH POOL HOLDINGS III, LLC