ARNALL GOLDEN GREGORY LLP
Richard T. Collins (Bar No. 166577)
rich.collins@agg.com
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Telephone: (202) 677-4030

Attorney for Defendants:

ASPEN PARK HOLDINGS, LLC; BENT TREE APARTMENTS, LLC; CAMELOT LAKE HOLDINGS, LLC; CALIFORNIA PLACE APARTMENTS, LLC; CANYON CLUB HOLDINGS, LLC; CHESAPEAKE APARTMENT HOLDINGS, LLC; COURTYARD AT CENTRAL PARK APARTMENTS, LLC; CREEKSIDE HOLDINGS, LTD; HERITAGE PARK APARTMENTS, LP; PEPPERTREE APARTMENT HOLDINGS, LP; RIVER OAKS HOLDINGS, LLC; SHADOW WAY APARTMENTS, LP; WASATCH ADVANTAGE GROUP, LLC; WASATCH PREMIER PROPERTIES, LLC; WASATCH QUAIL RUN GP, LLC; WASATCH POOL HOLDINGS, LLC; WASATCH POOL HOLDINGS III, LLC

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>**OWNER AND NON-OWNER DEFENDANTS' NOTICE OF MOTION TO MODIFY THE COURT'S AUGUST 16, 2021 BIFURCATION**<br><br>Date: May 17, 2024<br>Time: 10:00 AM<br>Dept: Courtroom 3, 15th Floor<br>Before: Hon. Kimberley J. Mueller<br><br>Trial Date:  None Set |

4893-2749-7397.v1

ARNALL GOLDEN GREGORY LLP
A LIMITED LIABILITY PARTNERSHIP
2100 PENNSYLVANIA AVENUE, NW, SUITE 350S
WASHINGTON, DC 20037
TELEPHONE: (202) 677.4030
WWW.AGG.COM

| | |
|---|---|
| 1 | SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4, |
| | Defendants. |

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on May 17, 2024, at 10:00 AM, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Judge Kimberly J. Mueller, Defendants (1) Aspen Park Holdings, LLC, (2) Bent Tree Apartments, LLC, (3) California Place Apartments, LLC, (4) Camelot Lake Holdings, LLC, (5) Canyon Club Holdings, LLC, (6) Chesapeake Apartment Holdings, LLC, (7) Courtyard at Central Park Apartments, LLC, (8) Creekside Holdings, LTD, (9) Heritage Park Apartments, LP, (10) Peppertree Apartment Holdings, LP, (11) River Oaks Holdings, LLC, (12) Shadow Way Apartments, LP, (13) Wasatch Advantage Group, LLC, (14) Wasatch Pool Holdings, LLC, (15) Wasatch Pool Holdings III, LLC, (16) Wasatch Premier Properties, LLC, and (17) Wasatch Quail Run GP, LLC (collectively "Owner and Non-Owner Defendants"), by and through their counsel, hereby move to modify the Court's August 16, 2021, order bifurcating the case for discovery and trial. (*See* Order, ECF 135.)

This Motion is made on the grounds that the current bifurcation order runs counter to the duel aims of judicial economy and avoiding prejudice. While the bifurcation order may have served both purposes earlier in the litigation, the Court's subsequent summary judgment orders, as well as defense counsel Lewis Brisbois' identification of a conflict of interest between Defendant Wasatch Property Management, LLC and the remaining Defendants, including the Owner and Non-Owner Defendants, necessitates that bifurcation of this action be reassessed and modified in order to ensure that no party is unfairly prejudiced in pursuit of a resolution.

Pursuant to the requirements of L.R. 251(b) and this Court's standing order, the undersigned certifies that this Motion is made following attempts to reach an agreement with counsel for Plaintiffs via video conference. Additionally, the parties are in the process of scheduling a mediation to take place in June 2024; however, at the time of this motion, no

1  substantive settlement negotiations are currently underway.

2      This Motion is based on the Notice of Motion, the Motion, the attached declaration, the

3  pleadings and record in the case, and any oral argument to be presented at the hearing.

Dated: April 12, 2024         **ARNALL GOLDEN GREGORY LLP**

By: */s/ Richard T. Collins*
    Richard T. Collins
    Attorneys for Defendants:

ASPEN PARK HOLDINGS, LLC; BENT TREE APARTMENTS, LLC; CAMELOT LAKE HOLDINGS, LLC; CALIFORNIA PLACE APARTMENTS, LLC, CANYON CLUB HOLDINGS, LLC; CHESAPEAKE APARTMENT HOLDINGS, LLC; COURTYARD AT CENTRAL PARK APARTMENTS, LLC; CREEKSIDE HOLDINGS, LTD; HERITAGE PARK APARTMENTS, LP; PEPPERTREE APARTMENT HOLDINGS, LP; RIVER OAKS HOLDINGS, LLC; SHADOW WAY APARTMENTS, LP; WASATCH ADVANTAGE GROUP, LLC; WASATCH PREMIER PROPERTIES, LLC; WASATCH QUAIL RUN GP, LLC; WASATCH POOL HOLDINGS, LLC; WASATCH POOL HOLDINGS III, LLC

ARNALL GOLDEN GREGORY LLP
A LIMITED LIABILITY PARTNERSHIP
2100 PENNSYLVANIA AVENUE, NW, SUITE 350S
WASHINGTON, DC 20037
TELEPHONE: (202) 677.4030
WWW.AGG.COM