1  Laura L. Ho (SBN 173179)
   lho@gbdhlegal.com
2  Anne Bellows (SBN 293722)
   abellows@gbdhlegal.com
3  Stephanie Tilden (SBN 341486)
   stilden@gbdhlegal.com
4  GOLDSTEIN, BORGEN, DARDARIAN & HO
   155 Grand Avenue, Suite 900
5  Oakland, CA 94612
   Tel: (510) 763-9800 ǀ Fax (510) 835-1417
6
   Andrew Wolff (SBN 195092)
7  andrew@awolfflaw.com
   LAW OFFICES OF ANDREW WOLFF, PC
8  1615 Broadway, 4th Floor
   Oakland, CA 94612
9  Tel: (510) 834-3300 ǀ Fax (510) 834-3377

10 Jesse Newmark (SBN 247488)
   jessenewmark@centrolegal.org
11 CENTRO LEGAL DE LA RAZA
   3022 International Blvd., Suite 410
12 Oakland, CA 94601
   Tel: (510) 437-1863 ǀ Fax (510) 437-9164
13
   Attorneys for Plaintiffs and Relators and the Certified Classes
14 *[Additional Counsel for Relators listed on following page]*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>**DECLARATION OF ANNE P. BELLOWS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:  May 17, 2024<br>Time:  10:00am<br>Dept:  Courtroom 3, 15th Floor<br>Before: Hon. Chief Judge Kimberly J. Mueller<br><br>Trial Date:   None Set |

| | |
|---|---|
| 1 | CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4, |

Defendants.

Lindsay Nako (SBN 239090)
lnako@impactfund.org
Lori Rifkin (SBN 244081)
lrifkin@impactfund.org
Fawn Rajbhandari-Korr (SBN 315888)
fkorr@impactfund.org
Meredith Dixon (SBN 346864)
mdixon@impactfund.org
IMPACT FUND
2080 Addison Street, Suite 5
Berkeley, CA 94704
Tel: (510) 845-3473 | Fax: (510) 845-3654

Attorneys for Plaintiffs and Relators and the Certified Classes

Lawrence Anthony Organ (SBN 175503)
larry@civilrightsca.com
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, CA 94960-2610
Tel: 415-453-4740 | Fax: 415-785-7352

Attorneys for Relators

I, Anne P. Bellows, declare as follows:

I am a member in good standing of the Bar of the State of California and an associate at the civil rights and class action law firm Goldstein, Borgen, Dardarian & Ho ("GBDH") in Oakland, California. The Court appointed GBDH and me Class Counsel on May 21, 2019. I am providing this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Judgment on the Pleadings. I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to them.

1. Attached hereto as Exhibit A is a true and correct copy of excerpts from the transcript of the deposition of Janae Jarvis, Defendants' designated witness under Federal Rule of Civil Procedure 30(b)(6), taken on May 18, 2023. On page 4 of the transcript, Orlando J. Cabrera of the law firm Arnall, Golden, Gregory LLP, is listed as one of the attorneys making an appearance for the defendants.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration is executed on April 26, 2024, at Oakland, California.

*/s/ Anne P. Bellows*
Anne P. Bellows

# EXHIBIT A

```
 1                    UNITED STATES DISTRICT COURT
 2                   EASTERN DISTRICT OF CALIFORNIA
 3                         SACRAMENTO DIVISION
 4
 5    UNITED STATES OF AMERICA, ex rel.
 6    DENIKA TERRY, ROY HUSKEY III, and
 7    TAMERA LIVINGSTON, and each of
 8    them for themselves individually,
 9    and for all other persons
10    similarly situated and on behalf
11    of the UNITED STATES OF AMERICA,
12         Plaintiffs/Relators,
13    vs.                                     Case No.
14    WASATCH ADVANTAGE GROUP, LLC,      2:15-CV-00799-KJM-DB
15         Defendants.
16    _____/
17
18           30(b)(6) DEPOSITION OF WASATCH ENTITIES
19         VIDEOCONFERENCE DEPOSITION OF DESIGNEE JANAE JARVIS
20                     Thursday, May 18, 2023
21
22
23    Reported Remotely and Stenographically by:
24    JANIS JENNINGS, CSR No. 3942, CLR, CCRR
25    Job No. 5909303
```

Page 1

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

Bellows Decl. Ex. A, Page 1 of 5

```
 1
 2
 3
 4
 5
 6
 7              VIDEOTAPED DEPOSITION OF JANAE JARVIS,
 8      appearing remotely, located in West Valley City,
 9      Utah, taken on behalf of the Plaintiffs/Relators,
10      beginning 11:05 a.m., Mountain Daylight Time, on
11      Thursday, May 18, 2023, sworn remotely by Janis
12      Jennings, Certified Shorthand Reporter No. 3942,
13      CCRR, located in the City of Walnut Creek, County
14      of Contra Costa, State of California.
15
16
17
18
19
20
21
22
23
24
25
```

Page 2

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

Bellows Decl. Ex. A, Page 2 of 5

```
 1      REMOTE APPEARANCES:
 2
 3         For the Plaintiffs:
 4              GOLDSTEIN, BORGEN, DARDARIAN & HO
 5              BY:  ANNE BELLOWS, ESQ.
 6              155 Grand Avenue, Suite 900
 7              Oakland, California  94612
 8              510.763.9800
 9              abellows@gbdhlegal.com
10
11              CENTRO LEGAL DE LA RAZA
12              BY:  JESSE NEWMARK, ESQ.
13              3022 International Boulevard, Suite 410
14              Oakland, California  94601
15              510.437.1863
16              jessenewmark@centrolegal.org
17
18              THE IMPACT FUND
19              BY:  FAWN RAJBHANDARI-KORR, ESQ.
20                   MEREDITH DIXON, ESQ.
21              2080 Addison Street, Suite 5
22              Berkeley, California  94704
23              510.845.3473
24              fkorr@impactfund.org
25
```

Page 3

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

Bellows Decl. Ex. A, Page 3 of 5

```
 1     REMOTE APPEARANCES:
 2
 3        For the Defendants:
 4              LEWIS BRISBOIS BISGAARD & SMITH LLP
 5              BY:  JOSEPH A. SALAZAR, ESQ.
 6                   RYAN MATTHEWS, ESQ.
 7              2020 West El Camino Avenue, Suite 700
 8              Sacramento, California  95833
 9              916.564.5400
10              joe.salazar@lewisbrisbois.com
11
12              ARNALL GOLDEN GREGORY LLP
13              BY:  ORLANDO J. CABRERA, ESQ.
14              2100 Pennsylvania Avenue NW, Suite 350S
15              Washington DC 20037
16              202.677.4924
17              orlando.cabrera@agg.com
18
19        Also Remotely Present:
20              JESSE SHALEV, Videographer
21
22
23
24
25
                                              Page 4
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

Bellows Decl. Ex. A, Page 4 of 5

```
 1            I, JANIS JENNINGS, CSR No. 3942, Certified
 2    Shorthand Reporter, certify:
 3            That the foregoing proceedings were taken
 4    before me at the time and place therein set forth, at
 5    which time the witness was duly sworn by me;
 6            That the testimony of the witness, the
 7    questions propounded, and all objections and statements
 8    made at the time of the examination were recorded
 9    stenographically by me and were thereafter transcribed;
10            That the foregoing pages contain a full, true
11    and accurate record of all proceedings and testimony.
12            Pursuant to F.R.C.P. 30(e)(2) before
13    completion of the proceedings, review of the transcript
14    [  ] was [X] was not requested.
15            I further certify that I am not a relative or
16    employee of any attorney of the parties, nor financially
17    interested in the action.
18            I declare under penalty of perjury under the
19    laws of California that the foregoing is true and
20    correct.
21            Dated this 1st day of June 2023.
22
23                    _____
24                    JANIS JENNINGS, CSR NO. 3942
25                    CLR, CCRR
```

Page 190

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

Bellows Decl. Ex. A, Page 5 of 5