# EXHIBIT A

ARNALL GOLDEN GREGORY LLP
Richard T. Collins (Bar No. 166577)
rich.collins@agg.com
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Telephone:     202.677.4030

*Counsel for Defendants:*

ASPEN PARK HOLDINGS, LLC; BENT TREE APARTMENTS, LLC; CAMELOT LAKE HOLDINGS, LLC; CALIFORNIA PLACE APARTMENTS, LLC; CANYON CLUB HOLDINGS, LLC; CHESAPEAKE APARTMENT HOLDINGS, LLC; COURTYARD AT CENTRAL PARK APARTMENTS, LLC; CREEKSIDE HOLDINGS, LTD; HERITAGE PARK APARTMENTS, LP; PEPPERTREE APARTMENT HOLDINGS, LP; RIVER OAKS HOLDINGS, LLC; SHADOW WAY APARTMENTS, LP; WASATCH ADVANTAGE GROUP, LLC; WASATCH PREMIER PROPERTIES, LLC; WASATCH QUAIL RUN GP, LLC; WASATCH POOL HOLDINGS, LLC; WASATCH POOL HOLDINGS III, LLC

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>**DECLARATION OF ORLANDO CABRERA IN SUPPORT OF REPLY FOR OWNER AND NON-OWNER DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Before:     Hon. Kimberly J. Mueller<br><br>Trial Date:  None Set |

4866-4835-2188.v1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC,<br>and DOES 1-4,<br><br>        Defendant. |

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
2100 Pennsylvania Ave., NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4040

**DECLARATION OF ORLANDO JOSE CABRERA**

I, Orlando José Cabrera, declare and state as follows:

1. I am an attorney, duly admitted to practice law and in good standing before all courts in the District of Columbia, the States of Florida, Illinois, and Wisconsin, and I have been admitted pro hac vice to practice in the United States District Court for the Eastern District of California in this case.

2. I represent the following Defendants in this action: Defendants (1) Aspen Park Holdings, LLC, (2) Bent Tree Apartments, LLC, (3) California Place Apartments, LLC, (4) Camelot Lake Holdings, LLC, (5) Canyon Club Holdings, LLC, (6) Chesapeake Apartment Holdings, LLC, (7) Courtyard at Central Park Apartments, LLC, (8) Creekside Holdings, LTD, (9) Heritage Park Apartments, LP, (10) Peppertree Apartment Holdings, LP, (11) River Oaks Holdings, LLC, (12) Shadow Way Apartments, LP, (13) Wasatch Advantage Group, LLC, (14) Wasatch Pool Holdings, LLC, (15) Wasatch Pool Holdings III, LLC, (16) Wasatch Premier Properties, LLC, and (17) Wasatch Quail Run GP, LLC (collectively "Owner and Non-Owner Defendants").

3. I am a partner in the law firm, Arnall Golden Gregory LLP ("AGG"), where I am a member of the Real Estate practice and co-chair the Affordable Housing industry team.

4. I have previously held various administrative, policy-making, and operational roles in state and federal governments related to the ownership and development of affordable housing, including Assistant Secretary for Public and Indian Housing at the United States Department of Housing and Urban Development, Executive Director and Chief Executive Officer of the Florida Housing Finance Corporation, Chair, Vice Chair, and Director of the Florida Housing Board of Directors, Chairman of the Community Development Committee for the City of Miami, Florida, and Chief Executive Officer of a non-profit owner of over 10,000 units in the State of California and other states, housing thousands of tenants that receive tenant-based and project-based assistance, and developer of units that utilized the low-income housing

ARNALL GOLDEN GREGORY LLP
LIMITED LIABILITY PARTNERSHIP
2100 Pennsylvania Ave., NW
Suite 350S
Washington, DC 20037
Telephone: 202.677.4040

tax credit allocated under Section 42 of the Internal Revenue Code ("LIHTC") in those states.

5. Accordingly, my legal practice largely focuses on federal and state affordable housing, community development, and disaster recovery-related law, regulation, and policy, LIHTC law, regulation, and policy, real estate transactions, and affordable housing advice to states, counties, cities, public housing agencies, including housing authorities and housing finance agencies, non-profits, developers, investors, and others that are involved in the ownership, operation, finance, and development of public housing, project based rental assistance, tenant based rental assistance, including Housing Choice Vouches, and other housing and community development statutory and regulatory matters, not litigation.

6. On or about February 18, 2023, I was engaged by one of the defendants in this case to advise on housing policies and regulations, and the impact of potential settlement discussions regarding the same. My engagement expressly and specifically excluded litigation. From February 18, 2023 through January 19, 2024, I did not represent any defendant in this litigation, and my role was strictly as a subject matter expert.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct, and that this declaration was executed on May 6, 2024, in Washington, D.C.

Dated: May 6, 2024

By: */s/ Orlando J. Cabrera*
Orlando J. Cabrera

2
DECLARATION OF ORLANDO J. CABRERA

4866-4835-2188.v1