1  Laura L. Ho (SBN 173179)
   lho@gbdhlegal.com
2  Anne P. Bellows (SBN 293722)
   abellows@gbdhlegal.com
3  Stephanie E. Tilden (SBN 341486)
   stilden@gbdhlegal.com
4  GOLDSTEIN, BORGEN, DARDARIAN & HO
   155 Grand Avenue, Suite 900
5  Oakland, CA 94612
   Tel: (510) 763-9800 | Fax: (510) 835-1417
6
   Jesse Newmark (SBN 247488)
7  jessenewmark@centrolegal.org
   CENTRO LEGAL DE LA RAZA
8  3022 International Blvd., Suite 410
   Oakland, CA 94601
9  Tel: (510) 437-1863 | Fax: (510) 437-9164

10 Lindsay Nako (SBN 239090)
   lnako@impactfund.org
11 Lori Rifkin (SBN 244081)
   lrifkin@impactfund.org
12 Fawn Rajbhandari-Korr (SBN 315888)
   fkorr@impactfund.org
13 Meredith Dixon (SBN 346864)
   mdixon@impactfund.org
14 IMPACT FUND
   2080 Addison Street, Suite 5
15 Berkeley, CA 94704
   Tel: (510) 845-3473 | Fax: (510) 845-3654

16 Attorneys for Plaintiffs and Relators and the Certified Classes
   *[Additional Counsel for Relators listed on following page]*

17
                         **UNITED STATES DISTRICT COURT**
18                       **EASTERN DISTRICT OF CALIFORNIA**
                              **SACRAMENTO DIVISION**
19

| | |
|---|---|
| 20  UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF REQUEST TO SEAL EXHIBITS TO THE DECLARATION OF ANNE BELLOWS IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE**<br><br>Date:  July 12, 2024<br>Time:  10:00 a.m.<br>Dept:  Courtroom 3, 15th Floor<br>Before: Hon. Chief Judge Kimberly J. Mueller<br><br>Trial Date:  July 30, 2024 |

Pls.' Notice of Request to Seal Exhibits to the Bellows Decl. in Supp. of Motions in Limine
Case No. 2:15-cv-00799 KJM-DB

902228.4

| | |
|---|---|
| 1 | HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE |
| 2 | APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES |
| 3 | HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK |
| 4 | APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, |
| 5 | HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY |
| 6 | HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, |
| 7 | LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER |
| 8 | OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA |
| 9 | APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, |
| 10 | WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH |
| 11 | POOL HOLDINGS III, LLC, and DOES 1-4, |
| 12 | Defendants. |
| 13 | |

Andrew Wolff (SBN 195092)
andrew@awolfflaw.com
LAW OFFICES OF ANDREW WOLFF, PC
1615 Broadway, 4th Floor
Oakland, CA 94612
Tel: (510) 834-3300 | Fax: (510) 834-3377

Attorneys for Plaintiffs and Relators and the Certified Classes

Lawrence Anthony Organ (SBN 175503)
larry@civilrightsca.com
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, CA 94960-2610
Tel: (415) 453-4740 | Fax: (415) 785-7352

Attorneys for Relators

Pls.' Notice of Request to Seal Exhibits to the Bellows Decl. in Supp. of Motions in Limine
Case No. 2:15-cv-00799 KJM-DB

902228.4

# NOTICE OF REQUEST TO SEAL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure Rule 5.2(d), Eastern District of California Local Rule 141, and this Court's Standing Orders, Plaintiffs-Relators Denika Terry, Roy Huskey III, and Tamara Livingston request that this Court seal Exhibits 17 and 18 to the Declaration of Anne Bellows in Support of Plaintiffs' Motions *in Limine*, filed herewith. The request is unopposed.

Exhibit 18 contains portions of the Deposition of Denika Terry, dated June 19, 2017 and Exhibit 17 contains portions of the Deposition of Roy Huskey III, dated August 8, 2017. The deposition excerpts contain testimony by Plaintiffs Denika Terry and Roy Huskey regarding their history of mental health diagnoses and treatment. These deposition excerpts are submitted in connection with Plaintiffs' Motion *in Limine* No. 9 to Exclude Plaintiffs' Medical History and Irrelevant Personal Information. Good cause exists to seal this testimony regarding mental health diagnoses and treatment to protect Plaintiffs from public disclosure of sensitive personal information related to their medical history.

Plaintiffs request that these exhibits be sealed permanently, and that access to these exhibits be restricted to the Court, authorized court personnel, the parties in this matter and their counsel.

The request will be based on this notice, the request and points and authorities contained therein, the proposed order, and other such materials and argument the Court may consider. Plaintiffs' request, the exhibits Plaintiffs seek to seal, and the proposed order have been submitted by email to the Court and will be served on all other parties on June 7, 2024.

Dated: June 7, 2024

Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

*/s/ Anne Bellows*
Anne Bellows

Attorneys for Plaintiffs and Relators
and the Certified Classes

1

PLS.' NOTICE OF REQUEST TO SEAL EXHIBITS TO THE BELLOWS DECL. IN SUPP. OF MOTIONS IN LIMINE
CASE NO. 2:15-CV-00799 KJM-DB

902228.4