

United States District Court
Eastern District of California

Denika Terry, et al.

Plaintiff(s)

Case Number: 2:15-cv-00799

V.

Wasatch Advantage Group, LLC, et al.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
William R. Cowden _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Wasatch Advantage Group, Inc.
_____

On _____12/28/1990_____ (date), I was admitted to practice and presently in good standing in the
_____District of Columbia_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: 6/14/2024          Signature of Applicant: /s/ _William R. Cowden_

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | William R. Cowden |
| Law Firm Name: | William Cowden LLC |
| Address: | 2503-D N Harrison Street |
| | Suite #1127 |
| City: | Arlington,   State: VA   Zip: 22207 |
| Phone Number w/Area Code: | (202) 642-0209 |
| City and State of Residence: | Arlington, Virginia |
| Primary E-mail Address: | wcowden@cowdenllc.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Richard T. Collins |
| Law Firm Name: | Arnall Golden Gregory LLP |
| Address: | 2100 Pennsylvania Avenue, NW |
| | 350S |
| City: | Washington   State: DC   Zip: 20037 |
| Phone Number w/Area Code: | (202) 677-4917   Bar # 166577 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____          _____
                                                    JUDGE, U.S. DISTRICT COURT