ARNALL GOLDEN GREGORY LLP
Richard T. Collins (Bar No. 166577)
rich.collins@agg.com
2100 Pennsylvania Avenue, NW
Suite 350S
Washington, D.C. 20037
Telephone: (202) 677-4030

Attorney for Defendants:

ASPEN PARK HOLDINGS, LLC; BENT TREE APARTMENTS, LLC; CAMELOT LAKE HOLDINGS, LLC; CALIFORNIA PLACE APARTMENTS, LLC; CANYON CLUB HOLDINGS, LLC; CHESAPEAKE APARTMENT HOLDINGS, LLC; COURTYARD AT CENTRAL PARK APARTMENTS, LLC; CREEKSIDE HOLDINGS, LTD; HERITAGE PARK APARTMENTS, LP; PEPPERTREE APARTMENT HOLDINGS, LP; RIVER OAKS HOLDINGS, LLC; SHADOW WAY APARTMENTS, LP; WASATCH ADVANTAGE GROUP, LLC; WASATCH PREMIER PROPERTIES, LLC; WASATCH QUAIL RUN GP, LLC; WASATCH POOL HOLDINGS, LLC; WASATCH POOL HOLDINGS III, LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD | Case No.: 2:15-CV-00799-KJM-DB<br><br>CLASS ACTION<br><br>**DECLARATION OF RICHARD COLLINS IN SUPPORT OF OWNER AND NON-OWNER DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 8 TO EXCLUDE EVIDENCE AND WITNESSES NOT TIMELY DISCLOSED**<br><br>Date: July 12, 2024<br>Time: 10:00 AM<br>Dept: Courtroom 3, 15th Floor<br>Before: Hon. Kimberly J. Mueller<br><br>Trial Date: July 30, 2024 |

ARNALL GOLDEN GREGORY LLP
A LIMITED LIABILITY PARTNERSHIP
2100 PENNSYLVANIA AVENUE, NW, SUITE 350S
WASHINGTON, DC 20037
TELEPHONE: (202) 677.4030
WWW.AGG.COM

| | |
|---|---|
| 1 | SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4, |
| | Defendants. |

DECLARATION OF RICHARD T. COLLINS

**DECLARATION OF RICHARD T. COLLINS**

I, Richard T. Collins, declare and state as follows:

1. I am an attorney, duly admitted to practice law before all courts in the State of California and the United States District Court for the Eastern District of California, and I am a partner in the law firm, Arnall Golden Gregory LLP ("AGG").

2. I represent the following Defendants in this action: Defendants (1) Aspen Park Holdings, LLC, (2) Bent Tree Apartments, LLC, (3) California Place Apartments, LLC, (4) Camelot Lake Holdings, LLC, (5) Canyon Club Holdings, LLC, (6) Chesapeake Apartment Holdings, LLC, (7) Courtyard at Central Park Apartments, LLC, (8) Creekside Holdings, LTD, (9) Heritage Park Apartments, LP, (10) Peppertree Apartment Holdings, LP, (11) River Oaks Holdings, LLC, (12) Shadow Way Apartments, LP, (13) Wasatch Advantage Group, LLC, (14) Wasatch Pool Holdings, LLC, (15) Wasatch Pool Holdings III, LLC, (16) Wasatch Premier Properties, LLC, and (17) Wasatch Quail Run GP, LLC (collectively "Owner and Non-Owner Defendants").

3. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff-Relators' Fourth Supplemental Disclosures Pursuant to Federal Rule of Civil Procedure 26.

4. To date, Relators have not identified which current and former tenants they intend to call at trial.

5. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from the deposition transcripts for the depositions of Janae Jarvis wherein she discusses Brittany Stewart.

6. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition transcript for the deposition of Mary Rizzo Shuman wherein she discusses Nan McKay.

7. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the deposition transcript for the deposition of Jodi Parker wherein she discusses Nan McKay.

8. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition transcript for the deposition of Cheryl Syme wherein she discusses Nan McKay.

9. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the deposition transcript for the deposition of Mary Rivera wherein she discusses Nan McKay.

10. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the deposition

1  transcript for the deposition of Barbara Cavey wherein she discusses Nan McKay.

2  11.  Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the deposition
3  transcript for the deposition of Dave Tanforan wherein he discusses Yardi.

4  12.  Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the deposition
5  transcripts for the depositions of Shawn Fetter wherein he discusses Yardi.

6  13.  Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the
7  deposition transcripts for the deposition of Jarom Johnson wherein he discusses Yardi.

8  14.  Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the
9  deposition transcript for the deposition of Katie Dao wherein she discusses Yardi.

10  15.  Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the
11  deposition transcripts for the depositions of Janae Jarvis wherein she discusses Yardi.

12  16.  Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the
13  deposition transcript for the deposition of Tyler Raymond wherein counsel for Relators shows Mr.
14  Raymond a letter sent by the U.S. Department of Justice.

15  I declare under penalty of perjury, under the laws of the United States of America, that the
16  foregoing is true and correct and that this declaration was executed on June 21, 2024, in Washington,
17  D.C.

18
19  Dated: June 21, 2024

20
21  By: */s/ Richard T. Collins*
22  Richard T. Collins