1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    Denika Terry, et al.,                          No. 2:15-cv-00799-KJM-DB

12                        Plaintiffs,                 AMENDED FINAL PRETRIAL
                                                      ORDER
13          v.

14    Wasatch Advantage Group, LLC, et al.,

15                        Defendants.

16

17          On March 29, 2024, the court conducted a final pretrial conference.  Hr'g Mins., ECF No.

18    380.  Lori Rifkin, Jesse Newmark, Lawrence Organ, and Lindsay Nako appeared for plaintiffs

19    Denika Terry, et al.  Joseph Salazar Jr. and Ryan Matthews appeared for defendants Wasatch

20    Property Management Inc., Logan Park Apartments LLC, Logan Park Apartments LP, Bellwood

21    Jerron Holdings LLC, Bellwood Jerron Holdings LP, Hayward Senior Apartments LP, Oak

22    Valley Apartments LLC, Oak Valley Holdings LP, Piedmont Apartments LP, Point Natomas

23    Apartments LLC, Point Natomas Apartments LP, Spring Villa Apartments LP, Sun Valley

24    Holdings LTD, and Village Grove Apartments LP.  Attorneys Richard Collins, Damon Eisenbrey,

25    Justin Ferraro, Orlando Cabrera and Sara Lord appeared for defendants Owner and Non-Owner

26    defendants, Wasatch Advantage Group LLC, Chesapeake Apartment Holdings LLC, Aspen Park

27    Holdings LLC, Bent Tree Apartments LLC, California Place Apartments LLC, Canyon Club

28    Holdings LLC, Courtyard at Central Park Apartments LLC, Creekside Holdings LTD, River Oaks

1

Holdings LLC, Wasatch Premier Properties LLC, Wasatch Pool Holdings III LLC, Wasatch Pool Holdings LLC, Camelot Lakes Holdings LLC, Heritage Park Apartments LP, Peppertree Apartment Holdings LP, Shadow Way Apartments LP, and Wasatch Quail Run GP LLC.  After hearing, and good cause appearing, the court makes the following findings and orders:

**JURISDICTION AND VENUE**

This court has federal subject matter jurisdiction under 28 U.S.C. § 1331 because plaintiffs bring this action pursuant to the United States False Claims Act ("FCA"), 31 U.S.C. § 3729 et seq.  The court has authority to exercise jurisdiction over plaintiffs' state law claims based on 28 U.S.C. § 1367(a).

Venue is proper in this court based on 28 U.S.C. § 1391(b) and 31 U.S.C. § 3732(a).

Subject matter jurisdiction over the class claims is properly based on 28 U.S.C. § 1367(a)'s provision of supplemental jurisdiction over "all other claims that are so related to" the FCA claim "that they form part of the same case or controversy."   Here, all claims share a common nucleus of fact related to defendants' unlawful excess rent charges as the court already has found.

**SEPARATE TRIAL OF ISSUES**

The court bifurcated this case for discovery and trial in August 2021.  Bifurcation Order, ECF No. 135.  The case is currently in Phase 1, which addresses WPM's liability under the FCA, liability on the class claims, and the amount of actual damages and restitution on all claims.  *Id.* at 5, ECF No. 135.  Additionally, the parties agree that plaintiffs' injunctive relief claims against WPM are ripe for trial at this time.  Defendants' motion for judgment on the pleadings, ECF No. 387, and motion to modify the court's August 16, 2021 bifurcation, ECF No. 388, are set for hearing on May 17, 2024.  Plaintiffs oppose both motions.  This order does not make any assumptions or prejudgments about the outcome of those motions.

The court has already found liability on the class claims for breach of contract and violation of the ECF and ruled on the amount of damages and interest on the class contract claims.  Order (Nov. 23, 2022), ECF No. 278, Order (Feb. 1, 2024), ECF No. 352.

/////

2

1    The jury trial portion of the Phase 1 trial will determine whether WPM is liable under the

2    FCA, and if so, the amount of damages.

3    The bench trial portion of the Phase 1 trial, which plaintiffs and WPM Defendants propose

4    should immediately follow the jury trial, will address injunctive relief issues, including WPM's

5    liability under the CLRA.

6    **JURY / NON-JURY**

7    The parties have each demanded a jury trial.  Sixth Am. Compl., ECF No. 331; Answer to

8    Sixth Am. Compl., ECF No. 333; Wasatch Prop. Mgmt., Inc.'s Answer to Sixth Am. Compl.,

9    ECF No. 334.  The court will convene a jury trial as proper on the FCA claim.  *Trustees ex rel. N.*

10    *Cal. Gen. Teamsters Sec. Fund v. Fresno French Bread Bakery, Inc.*, No. 1:12-cv-0187 BAM,

11    2012 WL 5304765, at *2 (E.D. Cal. Oct. 25, 2012) (citing *Chauffeurs, Teamsters & Helpers*

12    *Local No. 391 v. Terry*, 494 U.S. 558, 565 (1990)) (describing right to jury trial "where legal

13    rights are at issue").

14    Plaintiffs' certified class claims for injunctive relief under the California Unfair

15    Competition Law ("UCL") and the California Consumer Legal Remedies Act ("CLRA") are

16    equitable in nature and therefore will be tried to the court.  *See Danjaq LLC v. Sony Corp.*,

17    263 F.3d 942, 962 (9th Cir. 2001) (equitable issues may be tried to the judge).

18    The court accepts the parties' proposal for sequencing of trial.  The injunctive relief trial,

19    limited to injunctive relief claims against Wasatch Property Management, will immediately

20    follow the conclusion of the jury trial on the FCA claim.  Any factual issues that are common to

21    both the legal and equitable claims in this case will be heard by the jury and the jury's

22    determinations will be treated as binding.  *See Beacon Theater, Inc. v. Westover*, 359 U.S. 500

23    (1959); *Dollar Sys., Inc. v. Avcar Leasing Sys., Inc.*, 890 F.2d 165, 170 (9th Cir. 1989).

24    **UNDISPUTED FACTS**

25    Although plaintiffs suggest there are numerous undisputed facts established by

26    defendants' responses to plaintiffs' statements of material fact in connection with the three

27    dispositive motions ruled on by this court, *see* Defs.' Response to Plaintiffs' Statement of

28    Undisputed Material Facts, ECF No. 258-1; Defs.' Response to Plaintiffs' Statement of Disputed

Facts, ECF No. 263-4; Defs.' Opp. to Plaintiffs' Statement of Undisputed Material Facts re Remedies, ECF No. 326-1, and have proposed the fact stipulations, defendants have not agreed to any stipulations.  The court thus observes that at this point there are no undisputed facts.

**DISPUTED FACTUAL ISSUES[1]**

    A.    **False Claims Act (Jury)**

        1.    **Plaintiffs' and WPM Defendants' Statement**

Plaintiffs suggest these are the relevant disputed factual questions:

(1)    Whether WPM acted with actual knowledge, reckless disregard, or deliberate ignorance of the falsity of its HAP Contract certifications that defendants would not receive additional payment or other consideration for rent of the unit beyond the amount of rent to owner specified in each HAP Contract, despite requiring Section 8 tenants to pay additional service charges to live in their units.

(2)    Whether WPM was placed on notice that its policies and practices related to charging Section 8 tenants additional service fees violated the HAP Contract and the rules governing the Section 8 program.

(3)    Whether, despite being put on notice that its policies and practices related to additional service charges to Section 8 tenants violated program rules and HAP Contract certifications, WPM nonetheless failed to cure the violations.

(4)    Whether WPM maintained a policy exempting Section 8 tenants from mandatory additional service charges.

(5)    Whether the WPM's false certifications of compliance with the HAP Contract and Section 8 program rules were material to (i.e., had a "natural tendency to influence" or were "capable of influencing") the payment of U.S. Government funds pursuant to individual HAP Contracts.

/////

---

[11] The court reproduces here the relevant portions of the parties' joint pretrial statement, while noting that several of the matters a party styles as "disputed facts" appear to be mixed questions of law and fact.

(6)     The number of false claims submitted by WPM for payment with U.S. Government funds.

(7)     The amount of the United States' damages resulting from payments made as a result of WPM's false claims.

(8)     Whether the six-year or 10-year statute of limitations applies to Plaintiff-Relators' cause of action under 31 U.S.C. § 3731(b).

### 2.    Owner and Non-Owner Defendants suggest these are the disputed facts:

(1)     Which amenities are included in the definition of the "rent to owner" that is agreed to in the HAP contract, and is the subject of the alleged false certification.

(2)     Whether there are other factors that are reflected in or that affect the definition of "rent to owner" in the HAP contract, that is the subject of the alleged false certification.

(3)     Whether the "rent to owner" paid to the Owner-Defendants in this case complied with the statutory, regulatory, and HAP contract terms governing the program.

(4)     Whether, under the HCV program, Owners may require tenants to pay for additional amenities that are not included in the "rent to owner," as that term is defined by the HAP contract and the regulations.

(5)     Whether the amenities and services at issue in this case were included in the "rent to owner" under the HAP contract or not.

(6)     Whether the charges were actually paid to the owner or to a third party.

(7)     Whether the charges for the amenities and services at issue in this case meet the definition of "excess rent payments" under the HAP contract.

(8)     Whether the certifications were, in fact, false certifications and which certifications under 24 CFR § 982.507(d) were violated by the applicable owners.

(9)     Whether the additional charges were disclosed to the PHA.

(10)    If the additional charges were not disclosed to the PHA, whether the PHA would have declined to pay the claim.

/////

(11)    If the additional charges were not disclosed and if the PHA would have declined to pay the claim, whether Owner and Non-Owner Defendants knew they were falsely certifying a material fact in order to receive payment.

**B.    Liability Under the Consumer Legal Remedies Act (Bench Trial)**

Plaintiffs will seek a liability finding against WPM under the CLRA during the bench-trial portion of the proceedings, reserving their CLRA claims against other defendants associated with the Wasatch Group for Phase 2 of the litigation.  (Plaintiffs do not seek injunctive relief against defendants no longer associated with the Wasatch Group.)  The following facts relevant to the CLRA claim are disputed:

(1)    Whether WPM's representation that it was lawfully allowed to demand payment of additional service charges through policies that treated the charges as rent was likely to mislead a reasonable consumer.

(2)    Whether a reasonable person would attach importance to the existence or non-existence of WPM's representation that it was lawfully allowed to demand payment for additional service charges through policies that treated the charges as rent.

(3)    Whether WPM knew or had reason to know that Section 8 tenants attach importance to its representation that it was lawfully allowed to demand payment for additional service charges through policies that treated the charges as rent.

(4)    Whether WPM continues to represent that it is lawfully allowed to demand payment of additional service charges through policies that continue to treat the charges as rent.

(5)    Whether a lease of real property constitutes a transaction for goods or service under the Consumer Legal Remedies Act.  (Plaintiffs regard this as a legal issue, and one that defendants have waived, as addressed in plaintiffs' Points of Law.  WPM asserts that this argument has not been waived, as it could not have been raised until this court's ruling that the additional service charges are solely defined as excess rent, as clarified in WPM's Points of Law.)

/////

/////

/////

6

**C.      Injunctive Relief Under the Unfair Competition Law and Consumer Legal Remedies Act (Bench Trial)**

The court has already ruled that Wasatch WPM is liable under the UCL.  Order (Nov. 23, 2022) at 12–14.  During the bench trial portion of the Phase 1 trial, the court will determine if WPM is also liable under the CLRA.  The following disputed factual and legal questions are relevant to whether injunctive relief as to WPM is appropriate under either statute:

(1)      Whether WPM's collection of excess rent, including its practices around collecting payment for additional service charges, has irreparably injured members of the class.

(2)      Whether WPM's practices around collecting payment for additional service charges have harmed the Section 8 program's goals of secure and stable housing.

(3)      Whether damages alone are inadequate to compensate for the injury WPM's practices caused to class members.

(4)      Whether the changes WPM made to its practices after the Court's November 23, 2022 Summary Judgment Order were sufficient to cure the violation, or whether WPM's forms and practices continue to treat additional service charges as rent.

(5)      Whether WPM can easily revert its Payment Priority Sequence, which they changed after this court's November 23, 2022 Summary Judgment Order, to a Payment Priority Sequence that applies tenant payments to additional service charges first before applying payments to rent.

(6)      Whether WPM can easily revert to practices requiring Section 8 tenants to pay additional service charges as a condition of leasing.

(7)      Whether WPM's one-time letter sent to Section 8 tenants and WPM property employees stating that additional service charges must be optional for Section 8 tenants is sufficient to continue to prevent WPM from making additional service charges mandatory for Section 8 tenant.

(8)      Whether WPM has enacted policies around collecting payment for additional service charges to ensure that they could have the power of the courts to collect on unpaid amounts, including for additional service fees.

1    (9)    Whether WPM's practice of treating additional service charges like rent created a

2    financial burden for Section 8 tenants.

3    (10)    Whether injunctive relief is warranted after balancing the hardships to defendants

4    and the plaintiff class.

5    (11)    Whether preventing defendants from exceeding rent limitations under the HAP

6    Contracts through their practices related to additional service charges advances the public interest,

7    including the goals of the Section 8 program.

8    (12)    Whether policy changes implemented by WPM in the immediate aftermath of the

9    court's November 2022 ruling sufficiently address the concerns identified by the court such that

10   injunctive relief is unwarranted.

11   **DISPUTED EVIDENTIARY ISSUES/MOTIONS IN LIMINE**

12   Defendants collectively propose twenty-five motions in limine and Owner and Non-

13   Owner Defendants further propose to file six additional substantive motions.  To timely and

14   efficiently resolve the parties' pretrial motions, plaintiffs request that the court set a briefing

15   schedule, page limits, and a maximum number of motions each group of represented parties (i.e.,

16   plaintiffs, WPM Defendants, and Owner and Non-Owner Defendants) may file.

17   Plaintiffs propose that each group of represented parties be limited to 10 pretrial motions,

18   evidentiary or otherwise, and that the schedule be set as follows: (1) opening briefs due on June 7,

19   2024, with briefs for each motion limited to five pages (excluding the notice of motion and

20   supporting evidence); (2) opposing briefs due June 21, 2024, limited to five pages (excluding

21   supporting declarations); (3) reply briefs of no more than three pages each due on July 1, 2024;

22   and (4) a hearing on July 12, 2024.  The court confirms this schedule.  *See Luce v. United States*,

23   469 U.S. 38, 41 n.4; *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991) (inherent powers are

24   "necessarily vested in courts to manage their own affairs so as to achieve the orderly and

25   expeditious disposition of cases.").

26   **A.    Plaintiffs' Proposed Motions In Limine**

27   (1)    Request for Judicial Notice of Public Documents.

28   /////

8

1     (2)     Motion in Limine Regarding Summary Judgment Findings and Defendants'

2 Admissions of Undisputed Facts.

3     (3)     Motion in Limine to Exclude Reference to Issues Reserved for Phase 2 of this

4 Litigation.

5     (4)     Motion in Limine Regarding FCA Remedies.

6     (5)     Motion in Limine Regarding Government Non-Intervention.

7     (6)     Motion in Limine to Exclude Irrelevant Personal Information About Plaintiffs and

8 Tenant Witnesses.

9     (7)     Motion in Limine to Exclude the Expert Report and Testimony of Robert S.

10 Griswold.

11     (8)     Motion in Limine Regarding the Examination of Witnesses Associated with

12 Defendants.

13     (9)     Motion in Limine to Exclude Witnesses and Exhibits Not Timely Disclosed.

14     **B.**     **Defendant WPM's  Proposed Motions in Limine**

15     (1)     Preclude Expert from Testifying re Damages to United States.

16     (2)     Preclude Introduction of Hearsay HUD Video Exhibit.

17     (3)     Preclude Hearsay Evidence re Conversations Between WPM Personnel and Non-

18 Witness Tenants.

19     (4)     Preclude Reference to WPM Personnel Filling Out HAP Contracts.

20     (5)     Preclude Speculative Testimony re Knowledge of WPM Personnel.

21     (6)     Preclude Reference to Renters' Insurance Being Required at LIHTC Properties.

22     (7)     Preclude Reference to Actual Evictions for Non-Payment of Additional Service

23 Charges.

24     (8)     Preclude Reference to Established Violations of Law Prior to 11/22/2023

25     (9)     Preclude Introduction of Expert Reports.

26     (10)     Preclude Introduction of Hearsay News Article Exhibits.

27     WPM joins the Owner and Non-Owner Defendants' position below, and reserves the right

28 to join in any additional evidentiary motions they might bring.

### C.   Owner and Non-Owner Defendants' Motions in Limine

Owner and Non-Owner Defendants intend to join in Defendant WPM's motions in limine and to file their own evidentiary motions as follows:

(1)   Request for judicial notice of public documents.

(2)   Exclude mention or reference to the summary judgment findings on the state law claims during the FCA portion of the trial.

(3)   Exclude mention or reference to subsequent remedial measures taken by property owners during the FAC trial.

(4)   Exclude hearsay news articles and videos.

(5)   Exclude unauthenticated documents.

(6)   Exclude mention or reference to previous or other lawsuits involving defendants.

(7)   Exclude the expert report and testimony of David Breshears.

(8)   Exclude the expert report and testimony of MaryAnn Russ.

(9)   Exclude evidence irrelevant to and inconsistent with FCA elements, burdens of proof, and remedies, including but not limited to the statute of limitations period.

(10)   Allow evidence of relevant industry standards.

(11)   Exclude any mention of defendants' insurance coverage.

(12)   Exclude evidence of defendants' financial status.

(13)   Exclude character evidence.

(14)   Exclude emotional testimony and evidence of Plaintiffs' financial status.

(15)   Exclude evidence of attorney-client communications.

## STIPULATIONS / AGREED STATEMENTS

The parties agree that it is neither feasible nor advisable to present any part of the action upon an Agreed Statement of Facts.

## RELIEF SOUGHT

### A.   Qui Tam Claims

Under the FCA, plaintiffs as relators on behalf of the U.S. government seek:  (1) damages corresponding to the housing assistance payments made to defendants for Section 8 tenants as to

10

1    whom WPM submitted false claims; (2) trebling of those damages and imposition of penalties

2    pursuant to 31 U.S.C. § 3729(a)(1); (3) an award to relators of the maximum amount allowed

3    pursuant to 31 U.S.C. § 3730(d)(2) upon recovery by the United States and (4) an award of

4    attorneys' fees, costs and expenses against defendants pursuant to 31 U.S.C. § 3730(d)(2).

5         Of these remedies, only the amount of damages is at issue in the Phase 1 trial.  That issue

6    will be tried to the jury along with liability under the FCA.

7         **B.   Class Claims**

8         The amount of Class damages for breach of contract claims has been resolved by

9    summary judgment.  *See* Order (Feb. 1, 2024) at 5.

10        On behalf of the injunctive relief class certified under Rule 23(b)(2), plaintiffs seek

11   injunctive relief against WPM under the UCL and the CLRA to ensure that defendants do not

12   require any of their Section 8 tenants to agree to or pay any additional service fees in order to

13   remain in their homes, and to ensure that defendants' current and future Section 8 tenants are

14   fully and adequately informed of their rights with regard to additional service charges.  Issues

15   related to injunctive relief against WPM will be tried to the court in the Phase 1 bench trial.

16        At the conclusion of the case, plaintiffs will also seek attorneys' fees, costs and expenses

17   for their work on behalf of both classes under California Code of Civil Procedure section 1021.5,

18   California Civil Code section 1780(e), a common fund theory and plaintiffs' and class members'

19   leases.

20   **POINTS OF LAW**

21        The court has reviewed the parties' statement in their joint pretrial statement.  The parties

22   shall clarify for the court their focused disputes about the applicable law and legal standards in

23   trial briefs limited to twenty pages per party or group of defendants addressing these points more

24   completely.  Trial briefs shall be filed with the court no later than seven days prior to the date of

25   trial in accordance with Local Rule 285.

26   /////

27   /////

11

**ABANDONED ISSUES**

As to the False Claims Act, plaintiffs are not pursuing liability as to charges made to Section 8 tenants that were not a condition of leasing, except for washer and dryer charges in the "Utilities and Appliances" section of the HAP Contract prior to July 1, 2019.

**WITNESSES**

Plaintiffs' list of prospective witnesses is set out at **Exhibit A**.  WPM Defendants' list of prospective witnesses is set out at **Exhibit B**.  Owner and Non-Owner Defendants' list of prospective witnesses is set out at **Exhibit C**.  Each party may call any witnesses designated by the other.

A.    The court will not permit any other witness to testify unless:

    (1)    The party offering the witness demonstrates that the witness is for the purpose of rebutting evidence that could not be reasonably anticipated at the pretrial conference, or

    (2)    The witness was discovered after the pretrial conference and the proffering party makes the showing required in "B," below.

B.    Upon the post pretrial discovery of any witness a party wishes to present at trial, the party shall promptly inform the court and opposing parties of the existence of the unlisted witnesses so the court may consider whether the witnesses shall be permitted to testify at trial.  The witnesses will not be permitted unless:

    (1)    The witness could not reasonably have been discovered prior to the discovery cutoff;

    (2)    The court and opposing parties were promptly notified upon discovery of the witness;

    (3)    If time permitted, the party proffered the witness for deposition; and

    (4)    If time did not permit, a reasonable summary of the witness's testimony was provided to opposing parties.

**EXHIBITS, SCHEDULES AND SUMMARIES**

Plaintiffs' list of documents and other exhibits to be offered at trial is set out at **Exhibit D**.

WPM Defendants' list of documents and other exhibits to be offered at trial is set out at **Exhibit E**.

Owner and Non-Owner Defendants' list of documents and other exhibits to be offered at trial is set out at **Exhibit F**.

At trial, plaintiffs' exhibits shall be listed numerically.  WPM Defendant's exhibits shall be identified as WPM and listed numerically, e.g., WPM-1, WPM-2.  Owner and Non-Owner Defendants' exhibits shall be listed alphabetically, first A, B, C, etc., then AB, AB, AC, etc., then BA, BB, BC, and so on through ZZ.  The court encourages the parties to generate a joint exhibit list to the extent possible.  Joint Exhibits shall be identified as JX and listed numerically, e.g., JX-1, JX-2.

All exhibits must be premarked.

The parties must prepare exhibit binders for use by the court at trial, with a side tab identifying each exhibit in accordance with the specifications above.  Each binder shall have an identification label on the front and spine.

The parties must exchange exhibits no later than **twenty-eight days before trial**.  Any objections to exhibits are due no later than **fourteen days before trial**.

A.   The court will not admit exhibits other than those identified on the exhibit lists referenced above unless:

1.   The party proffering the exhibit demonstrates that the exhibit is for the purpose of rebutting evidence that could not have been reasonably anticipated, or

2.   The exhibit was discovered after the issuance of this order and the proffering  party makes the showing required in Paragraph "B," below.

B.   Upon the discovery of exhibits after the discovery cutoff, a party shall promptly inform the court and opposing parties of the existence of such exhibits so that the

/////

court may consider their admissibility at trial. The exhibits will not be received unless the proffering party demonstrates:

1. The exhibits could not reasonably have been discovered earlier;

2. The court and the opposing parties were promptly informed of their existence; and

3. The proffering party forwarded a copy of the exhibits (if physically possible) to the opposing party.  If the exhibits may not be copied the proffering party must show that it has made the exhibits reasonably available for inspection by the opposing parties.

**DEPOSITION TRANSCRIPTS**

Counsel must lodge the sealed original copy of any deposition transcript to be used at trial with the Clerk of the Court on the first day of trial.  Depositions transcripts may be used for impeachment or refreshing recollection of witnesses during their examinations while on the witness stand.

Plaintiffs' list of deposition excerpts to be used at trial is set out at **Exhibit G** and their list of discovery excerpts to be used at trial is set out at **Exhibit H**.

WPM Defendants' list of deposition and discovery excerpts to be used at trial is set out at **Exhibit I**.

**FURTHER DISCOVERY OR MOTIONS**

Owner and Non-Owner Defendants represent they intend to bring the following motions:

(1) Motion to modify the court's scheduling order(s) (ECF Nos. 39, 103, 111, 126, 130, 132, 237) to extend the deadline for dispositive motions;

(2) Motion for judgment on the pleadings regarding Plaintiffs' FCA claim;

(3) Motion for judgment on the pleadings regarding the remaining portions of Plaintiffs' state law claims;

(4) Motion for leave to file amend answer and affirmative defenses; and

(5) Motion for leave to file crossclaims against applicable Public Housing Agencies.

/////

14

1    Plaintiffs believe Owner and Non-Owner Defendants have waived any objections to the

2    Bifurcation Order first by expressly agreeing to it and then by allowing the litigation to proceed

3    under its auspices, changing their position so close to trial.  Plaintiffs object to any motion

4    practice on the issue.

5    The court's legal conclusions on the undisputed record are law of the case which should not be

6    disturbed except in narrow and demanding circumstances not present here.  *See United States v.*

7    *Alexander*, 106 F.3d 874, 876 (9th Cir. 1997).  Owner and Non-Owner Defendants intend to

8    move the court to revise those Orders according to proof at trial.

9    The court directs the parties to file any motions *in limine* ahead of trial in accordance

10   Local Rules 230.  Under the requirements of the local rules, the earliest and only date on which a

11   motion now filed can be heard prior to trial is July 12, 2024.

12   **SETTLEMENT**

13   The parties attended a court-ordered settlement conference on March 15, 2023, which

14   concluded unsuccessfully after only a few hours.

15   The parties have now agreed to and confirmed a two-day private mediation with the Hon.

16   Jay Gandhi (retired) of JAMS to take place in Los Angeles on June 20 and 21, 2024.  The court

17   directs the parties to report the outcome of the settlement proceedings promptly upon their

18   completion.

19   **IMPARTIAL EXPERTS OR LIMITATIONS OF EXPERTS**

20   Plaintiffs have disclosed two experts: David Breshears, a forensic accountant, and

21   MaryAnn Russ, an expert in federal affordable housing programs, including the Section 8

22   Housing Choice Voucher program.  WPM has disclosed Robert Griswold as an expert witness.

23   **ATTORNEYS' FEES**

24   As noted above, plaintiffs seek attorneys' fees, costs, and expenses for the class claims

25   based on California Code of Civil Procedure section 1021.5, California Civil Code section

26   1780(e), a common fund theory, and plaintiffs' and class members' leases.  Additionally,

27   /////

15

1  plaintiffs will seek appropriate attorneys' fees, costs, and expenses under 31 U.S.C. § 3730(d)(2).

2  Plaintiffs will move for attorneys' fees following the entry of judgment.  *See* L.R. 293.

3  **TRIAL DATE AND ESTIMATED LENGTH OF TRIAL**

4    A jury trial is set for **Tuesday, July 30, 2024 at 9:00 a.m.** in Courtroom Three before the

5  Honorable Kimberly J. Mueller.  On **Monday, July 29, 2024 at 1:30 p.m.**, the court will hold a

6  Final Pretrial Session with the parties, outside the presence of the jury pool.  Trial is anticipated to

7  last two weeks.  The parties are directed to Judge Mueller's default trial schedule which may be

8  refined closer to trial, outlined on her web page on the court's website.

9  **PROPOSED JURY VOIR DIRE AND PROPOSED JURY INSTRUCTIONS**

10    The parties shall file any proposed jury voir dire seven days before trial.  Each party will

11  be limited to ten minutes of jury voir dire.

12    The court directs counsel to meet and confer in an attempt to generate a joint set of jury

13  instructions and verdicts.  The parties shall file any such joint set of instructions fourteen days

14  before trial, identified as "Jury Instructions and Verdicts Without Objection."  To the extent the

15  parties are unable to agree on all or some instructions and verdicts, their respective proposed

16  instructions are due fourteen days before trial.

17    Counsel shall e-mail a copy of all proposed jury instructions and verdicts, whether agreed

18  or disputed, as a word document to kjmorders@caed.uscourts.gov no later than fourteen days

19  before trial; all blanks in form instructions should be completed and all brackets removed.

20    Objections to proposed jury instructions must be filed seven days before trial; each

21  objection shall identify the challenged instruction and shall provide a concise explanation of the

22  basis for the objection along with citation of authority.  When applicable, the objecting party shall

23  submit an alternative proposed instruction on the issue or identify which of his or her own

24  proposed instructions covers the subject.

25  /////

26  /////

1     **OBJECTIONS TO THIS ORDER AND CONCLUSION**

2          Each party is granted fourteen days from the date of this order to file objections to the

3     same.  If no objections are filed, the order will become final without further order of this court.

4     DATED:  June 21, 2024.

5

                                     CHIEF UNITED STATES DISTRICT JUDGE

## EXHIBIT A: PLAINTIFFS' AND RELATORS' WITNESS LIST

**Witnesses associated with Wasatch Property Management**

1. Jarom Johnson
2. Janae Jarvis
3. Shawn Fetter
4. Brad Mishler
5. David Tanforan
6. Sylvia Gamboa
7. Tyler Raymond
8. Katie Dao
9. David Scharlach

**Expert witnesses**

1. David Breshears
2. MaryAnn Russ

**Plaintiffs/Relators**

1. Denika Terry
2. Roy Huskey III
3. Tamera Livingston

**Current and former Wasatch tenants**

1. Tania Borjas
2. Elizabeth Brooks
3. Brittney Bryson
4. Jerame Carter
5. Frances Crawley
6. Mike Cremer
7. Charles Crooks
8. Dana Davis-Lobo
9. Bobby Hanselman
10. Patricia Henderson

11. Denise Higgins

12. Ashley Mays

13. Edward McIlroy

14. Jamila Meadors

15. Douglas Peterson

16. Abraham Sheriff

17. Zakiyiah Smith

18. Maureen Stevens

19. Vicky Lynn Teista

20. Christopher Toney

21. James Walton

22. Marsha Young

23. Wendy Cottingham

24. Alicia Lee

25. Timothy Naerebout

26. Kassandra Olvera

27. Penny Paxman

28. Sylvia Rubio

29. Damon Weathersby

**Current and former Public Housing Authority Employees**

1. Barbara Cavey

2. Shannon Fox

3. Jacqueline Rojas

4. Jodi Parker

5. Mary Rizzo Shuman

6. Cheryl Syme

7. Sonia Ramirez

8. Sylvia de Leon

**Other witnesses**

1. Geoffrey Gelb

2. John Bailey

3. Scott Grimes

**EXHIBIT B: WASATCH PROPERTY MANAGEMENT WITNESS LIST**

**Plaintiffs**

1. Tamera Livingston
2. Roy Huskey III
3. Denika Terry

**Wasatch Property Management-Related Witnesses**

1. Jarom Johnson
2. Janae Jarvis
3. Sean Fetter
4. Brad Mishler
5. Dave Tanforan
6. Warren Smith

**Expert Witnesses**

1. Robert Griswold
2. James McCurley

**Housing Authority Employees**

1. Barbara Cavey
2. Shannon Fox
3. Jacqueline Rojas
4. Jodi Parker
5. Mary Rizzo Shuman
6. Cheryl Syme

## EXHIBIT C: OWNER AND NON-OWNER DEFENDANTS' WITNESS LIST

**Plaintiffs-Relators**

1. Tamera Livingston

2. Roy Huskey III

3. Denika Terry.

**Wasatch Property Management, Inc. Witnesses**

1. Jarom Johnson

2. Janae Jarvis

3. Shawn Fetter

4. Brad Mishler

5. David Tanforan

6. Sylvia Gamboa

7. Katie Dao

8. Mike Christiansen

9. Brittany Stewart

**Expert Witnesses**

1. Robert Griswold

2. James McCurley.

To the extent that Plaintiff-Relators submit evidence or argument concerning the applicable "subject properties" (as defined by Plaintiff-Relators) associated with each respective Property Manager listed below, Owner and Non-Owner Defendants reserve the right to call as a witness any Wasatch Management, Inc. Property Manager listed below:

**Wasatch Property Management, Inc. Property Managers by Property**

1.  Alexandra Chaus, Property Manager, Enclave at 1400 South

2.  Amy Kaser, Property Manager, Shadow Way Apartments

3.  Ana Limon, Property Manager, Canyon Club Apartments

4.  Ann Russell, Property Manager, 600 Lofts

5.  Ashley Ruiz, Property Manager, Courtyard at Central Park

6.  Beatriz Villa, Property Manager, Glen Oaks Apartments

7.  Brianna Billette, Property Manager, Crossroads Apartments, Arcadia

8.  Chanthyda Garcia, Property Manager, California Place Apartments

9.  Christopher Poindexter, Property Manager, Village Grove Apartments

10. Clark Hunt, Property Manager, The Reserve at View 78

11. Cristal Rosales, Property Manager, Sands Apartments

12. Dakota Stewart, Property Manager, Garden Lofts

13. Enrique Carpio, Property Manager, Four Seasons at Southtowne

14. Erica Parker, Property Manager, Chesapeake Commons Apartments

15. Erin Coulson, Property Manager, Heron Pointe Apartments

16. Jerlayne Trujillo, Property Manager, Bent Tree Apartments

17. Maria Torres, Property Manager, Peppertree Apartment Holdings

18. Melissa Escalante, Property Manager, Promontory Point Apartments

19. Mercedes Chavez, Property Manager, Cimarron Place Apartments, Rio Seco Apartments, River Point Apartments

20. Mikka Ortiz, Property Manager, Lofts at 7800

21. Rubi Sanchez, Property Manager, Aspen Park Apartments

22. Shaylyn Heiner, Property Manager, City Lofts

23. Veronica Almodovar, Property Manager, Veranda

24. Warren Smith, Property Manager, Logan Park.

To the extent that Plaintiff-Relators submit evidence or argument concerning any "subject property" (as defined by Plaintiff-Relators) jurisdictionally associated with each respective

23

Housing Authority listed below, Owner and Non-Owner Defendants reserve the right to call as a witness any Housing Authority Witness listed below. However, Owner and Non-Owner Defendants do not plan to call all of the witnesses listed for each housing authority.

**Housing Authority Witnesses**

Housing Authority of Salt Lake City ("HASLC")

1. Jacqueline Rojas

2. Dan Nackerman, Executive Director

3. Sharise Warner, HCV Specialist

HousingConnect (Salt Lake County Housing Authority)

1. Jodi Parker

2. Janice Kimball - Executive Director

Glendale Community Housing

1. Karen Mofford - Housing Administrator, Glendale Community Housing

Sacramento Housing and Redevelopment Agency ("SHRA")

1. Shannon Fox

2. Sara Thomas, Assistant Director of HCV

3. LaShelle Dozier - Executive Director

4. MaryLiz Paulson - Director, Housing Choice Voucher Program and SERA

5. Cecila Givens – Director, Housing Choice Voucher Program

Southern Nevada Regional Housing Authority

1. Lewis Jordan - Executive Director

2. Patricia Stephens - Director of Affordable Housing

1   City of Mesa Public Housing Authority

2       1.   Maxx Chawla - Landlord Support Specialist

3       2.   Mary Brandon - Program Manager

4

5   Housing Authority of the County of San Bernardino

6       1.   Maria Razo - Executive Director

7       2.   Rishad Mitha - Deputy Executive Director

8

9   The City of Phoenix Housing Department

10      1.   Elenia Sotelo - Housing Manager

11      2.   Samantha Keating - Deputy Housing Director for Affordable Housing

12

13  San Diego Housing Commission

14      1.   Lisa Jones - President and CEO

15      2.   Carrie Bell - SVP, Rental Assistance

16

17  Housing Authority of Maricopa County

18      1.   Gerald Minott II - Executive Director

19      2.   Kelly Triolo - Rental Assistance Manager

20

21  City of Tuscon Housing Authority

22      1.   Ann Chanecka – Director

23

24  Fresno Housing Authority

25      1.   Barbara Cavey

26      2.   Brandy Woodard, Chief of Housing Programs & Initiatives

27

28  West Valley City Housing Authority

1.   Cheryl Syme
2.   Layne Morris - Housing Administrator

Davis Community Housing Authority

1.   Mary Ana Rivera Rodriguez
2.   Pam Tomney, Housing Choice Voucher Supervisor
3.   Jan Winborg - Director

Housing Authority Of County Of Alameda ("HACA")

1.   Mary Rizzo Shuman
2.   Christine Gouig – Director

Housing Authority of County of Riverside

1.   Heidi Marshall - Deputy Executive Director
2.   Cindy Hui - Deputy Director

Renton Housing Authority

1.   LaTonya Washington - Director of Programs Administration
2.   Charlene DePuy - Director of Housing Services

Housing Authority of Utah County

1.   Jeremy Runia - Executive Director

Housing Authority of the County of San Diego

1.   David Estrella - Director, Housing and Community Development Services

Oakland Housing Authority

1.   Patricia Wells - Executive Director

2.   Michelle Hasan - Chief Housing Operations Officer

<u>Santa Rosa Housing Authority</u>

1.   Megan Basinger - Director

2.   Annette Anthony - Program Specialist

<u>Housing Authority of Kings County</u>

1.   Sandra Jackson-Bobo - Executive Director

2.   Zenia Chavez - Housing Management Coordinator

**Other Witnesses**

1.   John McKay, Nan McKay

2.   Samantha Sowards, Nan McKay

3.   Representative from Yardi, to be identified by Yardi.

**EXHIBIT D: PLAINTIFFS' AND RELATORS' EXHIBIT LIST**

1

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 1 | Undated | File Cover Commission Sheet, Bates No. AP000389 (Jarvis Ex. 44) |
| 2 | 3/2/2016 | Lease Addenda re: C. Crooks, Mar. 2, 2016, Bates Nos. BT003001-04 |
| 3 | 12/23/2014 | Rental Agreement re: C. Crooks, Dec. 23, 2014, Bates Nos. BT003006-23 |
| 4 | 12/27/2016 | Rental Agreement re: C. Crooks, Dec. 27, 2016, Bates Nos. BT003082-100 |
| 5 | 2/7/2014 | HAP Contract re: C. Crooks, Feb. 7, 2014, Bates Nos. BT003126-33 |
| 6 | 2/17/2014 | Lease Supplemental Agreement re: C. Crooks, Feb. 17, 2014, Bates No. BT003150 |
| 7 | 12/29/2013 | Request for Tenancy Approval re: C. Crooks, Dec. 29, 2013, Bates Nos. BT003168-73 |
| 8 | 11/10/2015 | Resident Ledger re: E. Brooks, Nov. 10, 2015, Bates No. BT005098 |
| 9 | 12/10/2015 | Lease Supplemental Agreement re: E. Brooks, Dec. 10, 2015, Bates Nos. BT005109-10 |
| 10 | 12/10/2015 | HAP Contract re: E. Brooks, Dec. 10, 2015, Bates Nos. BT005111-23 |
| 11 | 10/6/2015 | Request for Tenancy Approval re: E. Brooks, Oct. 6, 2015, Bates Nos. BT005127-28 |
| 12 | 11/10/2015 | Rental Agreement re: E. Brooks, Nov. 10, 2015, Bates Nos. BT005176-81 |
| 13 | 11/10/2015 | Additional Services Agreement re: E. Brooks, Nov. 10, 2015, Bates No. BT005182 |
| 14 | 11/10/2015 | Rental Agreement Addenda re: E. Brooks, Nov. 10, 2015, Bates Nos. BT005183-90 |
| 15 | 7/7/2016 | July 2016 Marketing Plan for Heritage Park, Bates No. CL00000026 (Jarvis Ex. 39) |
| 16 | 8/2/2016 | Aug. 2, 2016 letter from L. Hassell, Bates No. CP000465 (Tanforan Ex. 12) |
| 17 | 9/15/2016 | HAP Contract re: A. Sheriff, Sept. 15, 2016, Bates Nos. CP004814-24 |
| 18 | 7/20/2016 | Request for Tenancy Approval re: A. Sheriff, July 20, 2016, Bates Nos. CP004829-32 |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 19 | 6/2/2016 | HCV Voucher re: A. Sheriff, Jun. 2, 2016, Bates No. CP004839 |
| 20 | 7/4/1905 | Initial Lease Agreement on Bond Year 2012, Bates Nos. CP006427-715 (Tanforan Ex. 23) |
| 21 | 9/1/2016 | Residential Rental Agreement re: A. Sheriff, Sept. 1, 2016, Bates Nos. CPC008541-53 |
| 22 | 9/5/2014 | Residential Rental Agreement and Lease Packet re: Damon Weathersby, Sep. 05, 2014, Bates Nos. CP009321-37 |
| 23 | 8/9/2016 | Eviction Warning and Three-Day Notice to Pay Rent or Quit re: D. Weathersby, Aug. 9, 2016, Bates Nos. CP009381-82 |
| 24 | 8/16/2014 | Request for Tenancy Approval re: D. Weathersby, Aug. 16, 2014, Bates Nos. CP009398-410 |
| 25 | 7/17/2014 | Voucher – Resident's Copy, Bates Nos. CP009411-13 |
| 26 | Undated | Balance Due Notice re: D. Weathersby, Bates No. CP009414 |
| 27 | 1/9/2016 | Eviction Warning re: D. Weathersby, Bates No. CP009418 |
| 28 | 1/4/2016 | Three-Day Notice to Pay Rent or Quit Notice re: D. Weathersby, Bates No. CP009420 |
| 29 | 9/17/2014 | SHRA Lease Supplemental Agreement and HAP contract re: D. Weathersby, Sep. 17, 2014, Bates Nos. CP009433-49 |
| 30 | Undated | Balance Due Notice re: D. Weathersby, Bates No. CP009451 |
| 31 | 3/28/2012 | Rental Agreement re: A. Mays, Mar. 28, 2012, Bates Nos. CPC010544-50 |
| 32 | 3/28/2012 | Additional Services Agreement re: A. Mays, Mar. 28, 2012, Bates No. CPC010551 |
| 33 | 3/28/2012 | Lease Addenda re: A. Mays, Mar. 28, 2012, Bates Nos. CPC010552-60 |
| 34 | 3/30/2011 | Rental Agreement re: A. Mays, Mar. 30, 2011, Bates Nos. CPC010574-80 |
| 35 | 3/30/2011 | Additional Services Agreement re: A. Mays, Mar. 30, 2011, Bates Nos. CPC010581-83 |
| 36 | 3/30/2011 | Lease Addenda re: A. Mays, Mar. 30, 2011, Bates Nos. CPC010584-97 |
| 37 | 4/6/2010 | Notice of Change to Lease and Contract re: A. Mays, Apr. 6, 2010, Bates Nos. CPC010611-12 |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 38 | 3/13/2014 | Resident Ledger re: A. Mays, Mar. 13, 2014, Bates Nos. CPC010682-87 |
| 39 | 8/5/2013 | 3 Day Notice to Perform Financial Covenant of Lease or Quit re: A. Mays, Aug. 5, 2013, Bates No. CPC010700 |
| 40 | 9/9/2013 | 3 Day Notice to Perform Financial Covenant of Lease or Quit re: A. Mays, Sept. 9, 2013, Bates No. CPC010701 |
| 41 | 1/7/2013 | 3 Day Notice to Perform Financial Covenant of Lease or Quit re: A. Mays, Jan. 7, 2013, Bates No. CPC010709 |
| 42 | 3/4/2011 | 3 Day Notice to Pay Rent or Quit re: A. Mays, Mar. 4, 2011, Bates No. CPC010723 |
| 43 | 11/10/2011 | 3 Day Notice to Perform Financial Covenant of Lease or Quit re: A. Mays, Nov. 10, 2011, Bates No. CPC010739 |
| 44 | 4/11/2011 | HAP Contract re: A. Mays, Apr. 11, 2011, Bates Nos. CPC010746-54 |
| 45 | 4/8/2011 | Lease Supplemental Agreement re: A. Mays, Apr. 8, 2011, Bates No. CPC010755 |
| 46 | 4/8/2011 | Tenancy Addendum re: A. Mays, Apr. 8, 2011, Bates Nos. CPC010756-57 |
| 47 | 3/7/2011 | Voucher re: A. Mays, Mar. 7, 2011, Bates Nos. CPC010764-65 |
| 48 | 8/1/2012 | Residential Rental Agreement, Addenda, ASA re: T. Livingston, Aug. 01, 2012, Bates Nos. CPC038943-56 |
| 49 | 12/23/2014 | 90 Day Notice of Termination of Tenancy re: T. Livingston, Dec. 23, 2014, Bates Nos. CPC038970-72 |
| 50 | 8/25/2012 | HAP Contract re: T. Livingston, Aug. 25, 2012, Bates Nos. CPC038995-39000 |
| 51 | 7/11/2012 | Request for Tenancy Approval re: T. Livingston, Jul. 11, 2012, Bates Nos. CPC039007-08 |
| 52 | 9/17/2014 | Balance Due Notice  re: T. Livingston, Sep. 17, 2014, Bates Nos. CPC039080-81 |
| 53 | 5/8/2013 | Resident Ledger re: T. Livingston, May. 08, 2013, Bates Nos. CPC039140-44 |
| 54 | 2/4/2015 | 3 Day Notice to Pay or Quit re: T. Livingston, Feb. 04, 2015, Bates Nos. CPC039152-53 |
| 55 | 8/6/2015 | HAP Contract re: J. Meadors, Aug. 6, 2015, Bates Nos. CV002090-100 |
| 56 | 7/8/2015 | 3 Day Notice to Perform Financial Covenant of Lease or Quit re: J. Meadors, July 8, 2015, Bates Nos. CV002104-05 |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 57 | 7/29/2015 | Addendum to Lease re: J. Meadors, July 29, 2015, Bates No. CV002144 |
| 58 | Undated | Tenancy Addendum re: J. Meadors, Bates Nos. CV002145-48 |
| 59 | 7/29/2015 | Addendum to Lease re: J. Meadors, July 29, 2015, Bates No. CV002152 |
| 60 | 7/21/2015 | Resident Ledger re: J. Meadors, July 21, 2015, Bates No. CV002164 |
| 61 | 6/25/2015 | Residential Rental Agreement re: J. Meadors, Jun. 25, 2015, Bates Nos. CV002166-81 |
| 62 | 4/30/2015 | Voucher re: J. Meadors, Apr. 30, 2015, Bates Nos. CV002196-98 |
| 63 | 2/21/2016 | Resident Ledger re: T. Borjas, Feb. 21, 2016, Bates No. CY002060 |
| 64 | 2/8/2016 | Residential Rental Agreement re: T. Borjas, Feb. 8, 2016, Bates Nos. CY002087-92 |
| 65 | 2/8/2016 | Additional Services Agreement re: T. Borjas, Feb. 8, 2016, Bates No. CY002093 |
| 66 | 2/8/2016 | Lease Addenda re: T. Borjas, Feb. 8, 2016, Bates Nos. CY002094-101 |
| 67 | 10/28/2016 | HAP Contract Amendment re: T. Borjas, Oct. 28, 2016, Bates No. CY002117 |
| 68 | 11/22/2016 | HAP Contract Amendment re: T. Borjas, Nov. 22, 2016, Bates No. CY002118 |
| 69 | 2/11/2016 | HAP Contract re: T. Borjas, Feb. 11, 2016, Bates No. CY002119 |
| 70 | 3/17/2016 | Rider to Lease Agreement re: T. Borjas, Mar. 17, 2016, Bates No. CY002120 |
| 71 | 2/11/2016 | Utilities and Appliances Page of HAP Contract re: T. Borjas, Feb. 11, 2016, Bates No. CY002121 |
| 72 | 2/1/2016 | Request for Tenancy Approval re: T. Borjas, Feb. 1, 2016, Bates No. CY002125 |
| 73 | 1/26/2016 | Rent Affordability Calculator re: T. Borjas Jan. 26, 2016, Bates No. CY002126 |
| 74 | 1/19/2016 | Request for Tenancy Approval Supplemental Form re: T. Borjas Jan. 19, 2016, Bates No. CY002127 |
| 75 | 6/13/2011 | Lease Packet re: B. Bryson, Jun. 13, 2011, Bates Nos. CY008458-81 |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 76 | 9/28/2011 | Fresno Housing Authority - HAP Contract excerpts re: B. Bryson, Sep. 28, 2011, Bates Nos. CY008505-18 |
| 77 | 6/13/2011 | Residential Rental Agreement re: B. Bryson, Jun. 13, 2011, Bates Nos. CY008543-46 |
| 78 | 10/16/2015 | Three-Day Notice to Pay Rent or Quit re: J. Carter, Bates No. CY021313 |
| 79 | 10/4/2015 | Three-Day Notice to Pay Rent or Quit re: J. Carter, Bates No. CY021322 |
| 80 | 10/16/2015 | Tenant Ledger re: J. Carter, Bates No. CY021314-21 |
| 81 | 8/16/2013 | Lease Packet re: J. Carter, Aug. 16, 2013, Bates Nos. CY021399-410 |
| 82 | 8/16/2013 | Residential Rental Agreement re: J. Carter, Bates Nos. CY021414-17 |
| 83 | 8/20/2013 | Fresno Housing Authority -- HAP Contract excerpts re: J. Carter, Aug. 20, 2013, Bates Nos. CY021433-40 |
| 84 | Undated | Addendum A to Lease re: V. Teista, Bates No. FC001065 |
| 85 | 9/14/2013 | Residential Rental Agreement re: V. Teista, Sept. 14, 2013, Bates Nos. FC001071-74 |
| 86 | 2/13/2012 | Rental Agreement and Lease Packet re: B. Hanselman, Feb. 13, 2012, Bates Nos. FOT002457-84 |
| 87 | 3/12/2012 | HAP Contract and Lease Supplemental Agreement re: B. Hanselman, Mar. 12, 2012, Bates Nos. FOT002593-605 |
| 88 | 1/8/2013 | Residential Rental Agreement and Lease Packet re: C. Toney, Jan. 08, 2013, Bates Nos. FOT003386-401 |
| 89 | 2/5/2013 | HAP Contract excerpts re: C. Toney, Feb. 05, 2013, Bates Nos. FOT003453-58 |
| 90 | 1/28/2013 | SHRA Lease Supplemental Agreement and HAP Contract excerpts re C. Toney, Jan. 28, 2013, Bates Nos. FOT003520-24 |
| 91 | 3/23/2015 | Residential Rental Agreement re: D. Higgins, Mar. 23, 2015, Bates Nos. LPT008377-83 |
| 92 | 7/15/2013 | Puckett & Redford PLLC "Please Start Eviction Procedures" form, Bates No. MP000673 (Jarvis Ex. 16) |
| 93 |  | Housing Choice Voucher Program Guidebook, Chapter 22, Bates Nos. TERRY018054-72 |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 94 | 1/29/2024 | [Proposed] Consent Orders Granting Substitution of Attorney for Aspen Park Holdings, Bent Tree Apartments, California Place Apartments, Canyon Club Holdings, Chesapeake Apartment Holdings, Courtyard at Central Park Apartments, Creekside Holdings, River Oaks Holdings, Wasatch Advantage Group, Wasatch Pool Holdings III, Wasatch Pool Holdings, and Wasatch Premier Properties, Jan. 29, 204, ECF Nos. 337-48 |
| 95 | | Chart regarding HAP Contract Part A excerpts and washer and dryer charges (Exhibit 46 to Bellows Decl. in Supp. Mot. Part. Summ. J., Apr. 22, 2022, ECF No. 252-6) |
| 96 | 6/3/2015 | June 3, 2015 Notice to pay or vacate letter, Bates No. OP000163 (Fetter Ex. 7) |
| 97 | 5/11/2016 | SHRA Subsidy Adjustment Notice, Bates No. PNT000093 |
| 98 | 9/18/2014 | Residential rental agreement re: Z. Smith, Sep. 18, 2014, Bates Nos. PNT000157-63 |
| 99 | 11/29/2022 | Payment Sequencing Adjustment - Payment Sequence as of Nov. 29, 2022 - Yardi Voyager - Admin - Accounts and Options - Receivable Accounts, Bates No. POL000007 (Jarvis Ex. 72) |
| 100 | 11/26/2019 | Nov. 26, 2019 email from R. Hemsley to All Office, Regionals re: Renters Insurance Requirement Change Information, including attachment, Bates Nos. POL000009-10 (Jarvis Ex. 80) |
| 101 | 1/17/2023 | Jan. 17, 2023 Email from M. Christiansen to R. Matthews, J. Jarvis re: Housing_Voucher_ASA_Letter_All_Properties, including attachment, Bates Nos. POL0002261-2954 (Jarvis Ex. 74) |
| 102 | 1/17/2023 | Jan. 17, 2023 email from D. Withers to All Managers and All Financials re: Housing Choice Voucher Program (formerly Section 8), including attachments, Bates Nos. POL0002966-79 (Jarvis Ex. 77) |
| 103 | 1/17/2023 | Jan. 17, 2023 Email chain from J. Jarvis re: Housing Choice Voucher Program (Formally Section 8), Bates No. POL002961 (Jarvis Ex. 75) |
| 104 | 2/15/2023 | Template Letter to Housing Choice Voucher Tenants, Bates No. POL002962 (Jarvis Ex. 76) |
| 105 | 1/17/2023 | Jan. 17, 2023 email from D. Withers to J. Jarvis re: Housing Choice Voucher Policy (003), Bates Nos. POL002995-96 (Jarvis Ex. 79) |
| 106 | 12/5/2022 | Dec. 15, 2022 Email from R. Hemsley to J. Jarvis re: Housing Choice Voucher Program & Policy, Bates Nos. POL003149-50 (Jarvis Ex. 78) |
| 107 | Undated | R. Griswold document production, Bates Nos. RG000001-545 (Griswold Ex. 7) |
| 108 | 1/28/2022 | Jan. 28, 2022 (5:13 p.m.) email from R. Matthews re Draft - Terry v. Wasatch Property Management, et al; Case No. 2:15-cv-00799-KJM-DB – Rule 26 report, Bates Nos. RG000017-24 (Griswold Ex. 15) |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 109 | 6/24/2020 | June 24, 2020 E-mail re Terry v. Wasatch, et al. - Class Action Litigation - Potential Expert Retention, Bates Nos. RG000025-28 (Griswold Ex. 8) |
| 110 | 1/28/2022 | Jan. 28, 2022 Email (2:10 p.m.) re Terry v. Wasatch - Docs for Disclosure, Bates Nos. RG000043-48 (Griswold Ex. 14) |
| 111 | 1/28/2022 | Jan. 28, 2022 (8:04 a.m.) email re Terry v. Wasatch Property Management, et al, Bates Nos. RG000049-52 (Griswold Ex. 10) |
| 112 | 1/28/2022 | Jan. 28, 2022 (7:30 a.m.) Email (and 8 attachments thereto) re Terry v. Wasatch Property Management, et al, Bates Nos. RG000053-530 (Griswold Ex. 11) |
| 113 | 1/27/2022 | Jan. 27, 2022 Email re Terry v. Wasatch Property Management, et al. - Expert Witness Consultation - Confidential -, Bates Nos. RG000531-33 (Griswold Ex. 9) |
| 114 | 1/28/2022 | Jan. 28, 2022 (10:05 a.m.) Email re Terry v. Wasatch - Docs for Disclosure, Bates Nos. RG000535-42 (Griswold Ex. 13) |
| 115 | 1/28/2022 | Jan. 28, 2022 (9:13 a.m.) Email re Terry v. Wasatch Documents, Bates Nos. RG000543-44 (Griswold Ex. 12) |
| 116 | 9/5/2012 | Residential Rental Agreement, Sept. 5, 2012, Bates Nos. TERRY000113-16 |
| 117 | 9/5/2012 | Additional Services Agreement, Sept. 5, 2012, Bates No. TERRY000119 |
| 118 | 3/22/2013 | D. Terry Tenant Ledger, Bates Nos. TERRY000182-87 (Terry Ex. 3 at 47-52) |
| 119 | Various | Terry Residential Rental Agreements and Additional Service Agreements 2010-2011, 2011-2012, 2012-2013; Huskey Residential Rental Agreements and Additional Services Agreements: 2011-2012, 2014-2015, Bates Nos. TERRY000191-206; TERRY000537-52; TERRY000113-26; TERRY000571-96; TERRY000601-14 |
| 120 | 7/5/2011 | Housing Assistance Payments Contract and Lease re: R. Huskey, Bates No. TERRY000387 |
| 121 | 6/20/2011 | Terms and Conditions of Additional Services Agreement re: R. Huskey, Bates Nos. TERRY000437-38 |
| 122 | 6/30/2011 | Logan Park Community Policies, Bates Nos. TERRY000440-42 |
| 123 | 9/20/2010 | Residential Rental Agreement, Sept. 20, 2010, Bates Nos. TERRY000510-13 |
| 124 | 9/20/2010 | Additional Services Agreement, Sept. 20, 2010, Bates No. TERRY000517 |
| 125 | 8/30/2011 | Residential Rental Agreement dated Aug. 30, 2011, Bates Nos. TERRY000537-40 |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 126 | 8/30/2011 | Additional Services Agreement, Aug. 30, 2011, Bates No. TERRY000544 |
| 127 | 9/5/2012 | Residential Rental Agreement for D. Terry, Bates Nos. TERRY000553-66 (Raymond Ex. 3) |
| 128 | 6/30/2011 | Residential Lease Agreement, Bates Nos. TERRY000571-77 |
| 129 | 6/30/2011 | Additional Services Agreement, Bates No. TERRY000578 |
| 130 | 11/26/2014 | Residential Rental Agreement, Bates Nos. TERRY000601-07 |
| 131 | 11/23/2021 | Press Release, "Chelsea Landlord & Property Manager Agree to $80,000," Bates Nos. TERRY001141-55 |
| 132 | 4/26/2013 | Press Release, "United States Successful In False Claims Act Cases Against Landlords Charging Housing Choice Voucher Tenants Excess Rents," Bates Nos. TERRY001156-57 |
| 133 | 9/16/2015 | Press Release, "Twin City Landlords to Pay $130,000 to Resolve Alleged Section 8 Housing Assistance Violations" Sept 16, 2015; related settlement agreement, Bates Nos. TERRY001160-78 |
| 134 | 8/4/2021 | Press Release, "Tacoma Landlord Agrees to Pay $16,618 for Overcharging Homeless Veteran Tenant and Fraudulently Obtaining Federal Funds," Aug 4, 2021; related settlement agreement, Bates Nos. TERRY001179-95 |
| 135 | 3/6/2020 | Press Release, Chelsea Landlord Agrees to Settle False Claims Act Allegations," Mar. 6, 2020, Bates Nos. TERRY001196-97 |
| 136 | 6/11/2018 | Press Release, "Dorchester Landlords and Property Manager Agree to Settle False Claims Act Allegations," Jun. 11, 2018, Bates Nos. TERRY001198-99 |
| 137 | 3/7/2019 | Press Release, "FHA Program Landlord Agrees to False Claims Act Settlement," Mar. 7, 2019, Bates Nos. TERRY001200-01 |
| 138 | 9/24/2020 | Press Release, "Roxbury Landlord Agrees to Settle False Claims Act Allegations," Sept. 24, 2020, Bates Nos. TERRY001202-03 |
| 139 | 11/28/2016 | Press Release, "Sacramento Landlord Pays $75,000 to settle 'Section8' False Claims Act Allegations," Nov. 28, 2016, Bates Nos. TERRY001204-05 |
| 140 | 12/3/2020 | Press Release, "U.S. Attorney's Office Reaches Settlement Under the False Claims Act Over Allegations that Defendants Collected Excess Rent," Dec. 3, 2020, Bates Nos. TERRY001206-07 |
| 141 | 10/3/2016 | Press Release, "United States Reaches Settlement with Section 8 Landlords," Oct. 3, 2016, Bates Nos. TERRY001208-09 |
| 142 | 8/15/2018 | Press Release, "United States Resolves False Claims Act Investigation Against Landlord Charging Housing Voucher Tenants Excess Rents," Aug. 15, 2018, Bates Nos. TERRY001210-12 |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 143 | 11/21/2019 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program (excerpts), Nov. 21, 2019, Bates Nos. TERRY001221-22, TERRY001543, TERRY001629, TERRY001644-45 |
| 144 | 2/2/2022 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program (excerpts), Feb. 2, 2022, Bates Nos. TERRY001886-87, TERRY002208, TERRY002294, TERRY002309-10 |
| 145 | 3/8/2023 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program (excerpts), Mar. 8, 2023, Bates Nos. TERRY002608-10, TERRY002923, TERRY003009, TERRY003024-25 |
| 146 | 1/1/2012 | Administrative Plan for the Housing Authority of Fresno County (excerpts), Jan. 1, 2012, Bates Nos. TERRY003407, TERRY003545, TERRY003700 |
| 147 | 1/1/2019 | Administrative Plan for the Housing Authority of Fresno County (excerpts), Jan. 1, 2019, Bates Nos. TERRY003741, TERRY003900-01, TERRY004081 |
| 148 | 1/1/2020 | Administrative Plan for the Housing Authority of Fresno County (excerpts), Jan. 1, 2020, Bates Nos. TERRY004143, TERRY004300-01, TERRY004478-79 |
| 149 | 4/3/2018 | Housing Authority of the City of Glendale's Section 8 Administrative Plan (excerpts), Apr. 3, 2018, Bates Nos. TERRY004948, TERRY005031, TERRY005046-47 |
| 150 | 7/1/2018 | Administrative Plan: Housing Choice Voucher Program for the City of Mesa Housing Authority (excerpts), July 1, 2018 (revised), Bates Nos. TERRY007053, TERRY007356, TERRY007357, TERRY007456, TERRY007471-72 |
| 151 | 7/1/2021 | Administrative Plan: Housing Choice Voucher Program for the City of Mesa Housing Authority (excerpts), July 1, 2021 (revised), Bates Nos. TERRY008301, TERRY008608-09, TERRY008711, TERRY008727-28 |
| 152 | 7/1/2022 | Administrative Plan: Housing Choice Voucher Program for the City of Mesa Housing Authority (excerpts), July 1, 2022 (revised), Bates Nos. TERRY008942, TERRY009158-59, TERRY009230, TERRY009242-43 |
| 153 | 4/20/2006 | Administrative Plan from the Oakland Housing Authority (excerpts), Apr. 20, 2006, Bates Nos. TERRY010242, TERRY010311, TERRY010325 |
| 154 | 3/24/2014 | Administrative Plan from the Oakland Housing Authority (excerpts), Mar. 24, 2014 (updated), Bates Nos. TERRY010416, TERRY010713, TERRY010798, TERRY010817 |
| 155 | 2/19/2024 | Administrative Plan from the Oakland Housing Authority (excerpts), Feb. 2019 (updated & approved), Bates Nos. TERRY010964, TERRY011244, TERRY011328, TERRY011346 |
| 156 | 12/15/2021 | HCV Administrative Plan for the Oceanside Housing Authority excerpts), Dec. 15, 2021 (effective), Bates Nos. TERRY011631-32, TERRY011961, TERRY012045, TERRY012060-61 |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 157 | 1/7/2022 | Administrative Plan for the Housing Choice Voucher Program for the Renton Housing Authority (excerpts), Jan. 7, 2022, Bates Nos. TERRY012561, TERRY012866, TERRY012950, TERRY012966-67 |
| 158 | 7/11/1905 | Housing Authority of the County of Sacramento's Administrative Plan for the Housing Choice Voucher Program (excerpts), 2019, Bates Nos. TERRY014358, TERRY014444-45, TERRY014523-24 |
| 159 | 7/14/1905 | Housing Authority of the County of Sacramento's Administrative Plan for the Housing Choice Voucher Program (excerpts), 2022, Bates Nos. TERRY014679, TERRY014769-70, TERRY014851-52 |
| 160 | 7/11/1905 | 2019 Housing Authority of the County of Salt Lake's Housing Connect – Housing Choice Voucher Administrative Plan (excerpts), Bates Nos. TERRY014984, TERRY015205-06, TERRY015271, TERRY015282-83, TERRY015357 |
| 161 | 7/15/1905 | 2023 Housing Authority of the County of Salt Lake's Housing Connect – Housing Choice Voucher Administrative Plan (excerpts), Bates Nos. TERRY015445, TERRY015699-97, TERRY015764, TERRY015777-78 |
| 162 | 6/20/2014 | San Diego Housing Commission Administrative Plan for the Section 8 Rental Assistance Program (excerpts), June 20, 2014, Bates Nos. TERRY016061, TERRY016138-39 |
| 163 | 6/15/2018 | San Diego Housing Commission Administrative Plan for the Section 8 Rental Assistance Program (excerpts), June 15, 2018, Bates Nos. TERRY016685, TERRY016765-66 |
| 164 | 9/9/2021 | San Diego Housing Commission Administrative Plan for the Section 8 Rental Assistance Program (excerpts), Sept. 9, 2021, Bates Nos. TERRY017453, TERRY017534-35 |
| 165 | 7/15/2022 | San Diego Housing Commission Administrative Plan for the Section 8 Rental Assistance Program (excerpts), July 15, 2022, Bates Nos. TERRY017714, TERRY017795-96 |
| 166 | 12/1/2017 | GAO Report to Congress, HCV Program, Dec. 2017, Bates Nos. TERRY017973-8027 |
| 167 | 2/8/2023 | Press Release, "Holyoke Landlord Agrees to $15,000 Settlement for FCA Violations," Feb. 8, 2023, Bates Nos. TERRY018104-08 |
| 168 | 7/10/2008 | OIG Fraud Alert: Bulletin on Charging Excess Rent in Housing Choice Voucher Program, July 10, 2008, Bates Nos. TERRY018120-21 |
| 169 | | "Financial Overcharging Schemes" webpage, https://www.hudoig.gov/newsroom/video-library/financial-overcharging-schemes, Bates Nos. TERRY018122-24 |
| 170 | | Video "Financial Overcharging Schemes" https://www.hudoig.gov/newsroom/video-library/financial-overcharging-schemes, Bates No. TERRY018125 |
| 171 | 5/10/2023 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program (excerpts), May 10, 2023, Bates Nos. TERRY018127-28, TERRY018426-27, TERRY018508, TERRY018523-24 |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 172 | 7/1/2023 | Administrative Plan: Housing Choice Voucher Program for the City of Mesa Housing Authority (excerpts), July 1, 2023 (revised), Bates Nos. TERRY018950, TERRY019174-75, TERRY019246, TERRY019258-59 |
| 173 | 4/11/2023 | Davis Community Housing Authority Administrative Plan for the Housing Choice Voucher Program (excerpts), Mar. 2023 (revised), Apr. 11, 2023, Bates Nos. TERRY019477, TERRY019749, TERRY019827, TERRY019843 |
| 174 | 1/1/2023 | 2023 Administrative Plan for the Housing Authority of the City of Fresno (excerpts), Jan. 1, 2023, Bates Nos. TERRY020061, TERRY020221, TERRY020431-32 |
| 175 | 1/1/2023 | Administrative Plan for the Housing Authority of Fresno County (excerpts), Jan. 1, 2023, Bates Nos. TERRY020530, TERRY020724-25, TERRY020974-75 |
| 176 | 4/23/2024 | Administrative Plan from the Oakland Housing Authority (excerpts), Apr. 2023 (updated & approved), Bates Nos. TERRY021061, TERRY021341, TERRY021426, TERRY021444-45 |
| 177 | 7/15/1905 | Housing Authority of the County of Sacramento's Administrative Plan for the Housing Choice Voucher Program (excerpts), 2023, Bates Nos. TERRY021641, TERRY021732-33, TERRY021815-16 |
| 178 | 11/27/2023 | Housing Authority of Salt Lake City's Administrative Plan for the Housing Choice Voucher Program (excerpts), Nov. 27, 2023, Bates Nos. TERRY021949, TERRY022250, TERRY022330, TERRY022346-47 |
| 179 | 6/15/2023 | San Diego Housing Commission Administrative Plan for the Section 8 Rental Assistance Program (excerpts), June 15, 2023, Bates Nos. TERRY022694, TERRY022776-77 |
| 180 | Undated | 3 Day Notice re: D. Terry, Bates No. WAS000001 |
| 181 | 1/7/2013 | 3 Day Notice to Pay or Quit to D. Terry, Bates Nos. WAS000011-12 |
| 182 | 9/15/2012 | Residential Rental Agreement and Lease Packet re: D. Terry, Sep. 15, 2012, Bates Nos. WAS000097-100, 103-13 |
| 183 | 3/1/2013 | Stipulation in Settlement Chesapeake Commons v. Terry re: D. Terry, Mar. 01, 2013, Bates Nos. WAS000116-20 |
| 184 | 2/5/2013 | Three-Day Notice to Pay Rent or Quit to D. Terry, Bates No. WAS000122 (Terry Ex. 5) |
| 185 | 2/14/2013 | D. Terry Tenant Ledger, Bates Nos. WAS000123-27 (Terry Ex. 3) |
| 186 | | Notice to D. Terry re Eviction process, Bates No. WAS000128 (Terry Ex. 5, p. 1) |
| 187 | 12/12/2012 | Letter dated Dec. 12, 2012 from Fin. Mgr., Chesapeake Commons Apts. to D. Terry re balance owing, Bates No. WAS000129 |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 188 | 10/20/2011 | 3 Day Notice to Pay or Quit re: D. Terry, Bates No. WAS000132 |
| 189 | 2/15/2013 | 3 Day Notice to Pay or Quit to D. Terry, Bates No. WAS000137 |
| 190 | 2/14/2013 | 60 Day Notice to Vacate Guide re: D. Terry, Feb. 14, 2013, Bates Nos. WAS000139-46 |
| 191 | Undated | Monthly Cost Breakdown re: D. Terry, Bates No. WAS000149 |
| 192 | 8/30/2011 | Residential Rental Agreement and Lease Packet re: D. Terry, Aug. 30, 2011, Bates Nos. WAS000150-65 |
| 193 | | Monthly Cost Breakdown for D. Terry, Bates No. WAS000166 |
| 194 | | Monthly Cost Breakdown for D. Terry, Bates No. WAS000168 |
| 195 | 9/20/2010 | Residential Rental Agreement and Lease Packet re: D. Terry, Sep. 20, 2010, Bates Nos. WAS000169-93 |
| 196 | 9/11/2010 | Wasatch Move In Statement for D. Terry, Bates No. WAS000200 |
| 197 | 8/18/2010 | Wasatch Move In Statement for D. Terry, Bates No. WAS000201 |
| 198 | 8/2/2010 | Wasatch Move In Statement for D. Terry, Bates No. WAS000202 |
| 199 | 8/30/2010 | Request for Tenancy Approval docs re: D. Terry, Aug. 30, 2010, Bates Nos. WAS000206-09 |
| 200 | 9/26/2010 | HAP Contract excerpt for D. Terry, Bates No. WAS000215 |
| 201 | 10/18/2010 | SHRA Lease Supplemental Agreement re: D. Terry, Oct. 18, 2010, Bates Nos. WAS000216-17 |
| 202 | 6/30/2011 | Monthly Cost Breakdown for R. Huskey, Bates No. WAS000327 |
| 203 | 6/30/2011 | Residential Rental Agreement and Lease Packet re: R. Huskey, Jun. 30, 2011, Bates Nos. WAS000328-56 |
| 204 | 11/26/2014 | Residential Rental Agreement and Lease Packet re: R. Huskey, Nov. 26, 2014, Bates Nos. WAS000358-72 |
| 205 | 7/9/2011 | SHRA HCV Program Lease Supplemental Agreement re: R. Huskey, Jul. 09, 2011, Bates Nos. WAS000374-76 |
| 206 | 7/18/2011 | HAP Contract re: R. Huskey, Jul. 18, 2011, Bates Nos. WAS000377-87 |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 207 | 7/9/2011 | Lease Supplemental Agreement re: R. Huskey, Bates Nos. WAS000401-02 (Huskey Ex. 34) |
| 208 | 8/31/2011 | Letter re renters insurance for R. Huskey, Bates No. WAS000429 |
| 209 | 6/30/2011 | Wasatch Welcome Letter for R. Huskey, Bates No. WAS000439 |
| 210 | 5/27/2011 | Wasatch breakdown of move-in costs for R. Huskey, Bates No. WAS000440 |
| 211 | | Wasatch Property Management Leadership Team, Bates Nos. WCDS 000329-46 (Johnson Ex. 2) |
| 212 | 9/6/2017 | Sep. 6, 2017 email from M. LaFollette to Promontory Point Office re August RI audit, Bates Nos. WCDS 010051-52 |
| 213 | 3/2/2016 | Mar. 2, 2016 email from C. Knowles to S. Stettler, R. Thatcher, J. Johnson re: WPM – Resume, including attachment, Bates Nos. WCDS 019301-25 |
| 214 | 3/21/2017 | Mar. 21, 2017 email from D. Halliday to K. Dao re: Updated Compliance How-Tos, including attachment #TC106 Voucher Rents, Bates Nos. WCDS 032627, WCDS 032644-47 (Johnson Ex. 10) |
| 215 | 6/5/2015 | Jun. 5, 2015 email from K. Dao to B. Mishler, J. Johnson re:, Bates Nos. WCDS 035743-46 (Johnson Ex. 11 & Johnson Ex. 12) |
| 216 | 2/1/2016 | Feb. 1, 2016 email from California Place Manager to K. Dao re: Housing Contracts, Bates No. WCDS 041154 |
| 217 | 4/28/2016 | Apr. 28, 2016 Email from D. Tanforan to B. Johnson, K. Dao, S. Fetter, J. Johnson re: Bond Units Credits, Bates No. WCDS 042227 (Jarvis Ex. 67) |
| 218 | 6/6/2015 | Jun. 6, 2015 Email from D. Tanforan to B. Johnson, K. Dao, S. Fetter, J. Johnson re: Bond Units Credits, Bates Nos. WCDS 044753-56 (Johnson Ex. 24) |
| 219 | 4/22/2019 | Apr. 22, 2019 emails from D. Wiles re: AR Summary, Bates Nos. WCDS 045916-17, WCDS 054797-98, WCDS 972167-68, WCDS 951181-83, WCDS 985185-87 (Jarvis Ex. 85; Fetter Ex. 39; Johnson Ex. 17) |
| 220 | 2/1/2016 | Feb 1, 2016 Email from K. Dao to J. Johnson re: Housing Contracts, Bates No. WCDS 056831 (Johnson Ex. 31) |
| 221 | 2/1/2016 | Feb. 1, 2016 email from K. Dao to J. Johnson re: Housing Contracts, with attachment, Bates Nos. WCDS 056831-32 (Dao Ex. 7, Johnson Ex. 31 & Johnson Ex. 32) |
| 222 | Apr. 2015 | HUD form HUD-60641, Bates No. WCDS 056832 (Johnson Ex. 32) |
| 223 | 6/5/2015 | June 5, 2015 email from J. Johnson to K. Dao, J. Jarvis, B. Mishler, R. Thatcher, S. Fetter, and S. Stocker re: Utah Section 8 Rent Increases, Bates No. WCDS 058075 (Jarvis Ex. 48) |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 224 | 12/1/2017 | Dec. 1, 2017 email from J. Jarvis to S. Evans re: Garden Lofts Due Diligence and attachment entitled Wasatch Resume, Bates Nos. WCDS 060137-38, WCDS 060161-87 |
| 225 | 2/1/2016 | Feb. 2, 2016 email from K. Dao re: Housing Contracts, with attachment, Bates Nos. WCDS 063913-14 (Dao Ex. 9) |
| 226 | 2/1/2016 | Feb. 1, 2016 Emails from Chesapeake Commons Financial Re: Tenant Charges, Bates Nos. WCDS 072009-10 |
| 227 | 6/6/2015 | June 5, 2015 email from Scott Stettler [no email subject line, transmitting attachments], Bates No. WCDS 085381 (Fetter Ex. 33) |
| 228 | 5/15/2024 | May 2015 Month End Table of Contents / Agenda, Bates No. WCDS 085382 (Fetter Ex. 34) |
| 229 | 5/15/2024 | Ancillary Revenue Review, May 2015, Bates Nos. WCDS 085404-06 (Fetter Ex. 35) |
| 230 | 5/2/2016 | May 2, 2016 email from D. Tanforan Re: Washers Dryers and Parking Chesapeake, Bates No. WCDS 090154 |
| 231 | 2/1/2016 | Feb. 1, 2016 Email from Katie Dao re: Tenant Charges, Bates Nos. WCDS 090168-70 (Dao Ex. 10) |
| 232 | 12/12/2011 | Dec. 12, 2011 email from S. Stettler to B. Mishler re: Updated Budget summary, Bates Nos. WCDS 099711-16 (Mishler Ex. 2) |
| 233 | 5/4/2016 | May 4, 2016 email from Dave Tanforan to J. Johnson, K. Dao re: Washers Dryers and Parking Chesapeake, Bates Nos. WCDS 106748-50 (Johnson Ex. 21) |
| 234 | 1/29/2020 | Jan. 29, 2020 email from I. Furrow to T. Sullins, Bates Nos. WCDS 1138229-31 (Jarvis Ex. 28) |
| 235 | 9/16/2019 | Email from H. Palutke to T. Raymond, re: Terry et al v. Wasatch Advantage Group, LLC et al, Bates Nos. WCDS 116461-63 |
| 236 | 2/10/2016 | Feb. 10, 2016 letter from T. Raymond to V. Tenerelli re: Investigation of Wasatch, Bates Nos. WCDS 1165354-55 (Johnson Ex. 9) |
| 237 | 4/26/2016 | Apr. 26, 2016 email from T. Raymond to J. Johnson and others re: Qui Tam Case Review, Bates Nos. WCDS 1165467-70 (Raymond Ex. 6, Johnson Ex. 42) |
| 238 | 5/2/2016 | May 2, 2016 email from R. Funk to J. Johnson re: Qui Tam Case Review, Bates Nos. WCDS 1165471-73 (Johnson Ex. 43) |
| 239 | 2/10/2016 | Feb 10, 2016 email from R. Funk to T. Raymond re: Huskey Scans and attachment, Bates Nos. WCDS 1165517-20 |
| 240 | 2/10/2016 | Feb. 10, 2016 email from T. Raymond to J. Johnson re: Huskey Scans, with attachment, Bates Nos. WCDS 1165521-24 |
| 241 | 7/3/2016 | July 3, 2016 letter from Phillip A. Talbert, Assistant. U.S. Attorney re: U.S. ex rel. Terry v. Wasatch, No. 2:15-cv-0799 KJM-AC (E.D.CA.), Bates No. WCDS 1165738 (Raymond Ex. 5) |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 242 | 2/8/2019 | Feb. 8, 2019 from T. Raymond re: Summary, Bates Nos. WCDS 1165870-72 (Raymond Ex. 15) |
| 243 | 1/28/2019 | Jan. 28, 2019 email from M. Treitler re: Case of importance for CAA and NAA, Bates Nos. WCDS 1165987-94 (Raymond Ex. 8) |
| 244 | 9/10/2019 | Email from T. Raymond to M. Treitler, including selected attachments, Bates Nos. WCDS 1166266-80 (Johnson Ex. 45, Raymond Ex. 9) |
| 245 | 9/19/2019 | Sept. 19, 2019 email from T. Raymond re: Terry et al v. Wasatch Advantage Group, LIC et al; 2:15cv0799-KJM-DB, Bates No. WCDS 1166404 (Raymond Ex. 10) |
| 246 | 9/13/2019 | Sept. 13, 2019 email from T. Raymond to CAA re: Terry et al v. Wasatch Advantage Group, and excerpt of attachment, Bates Nos. WCDS 1166404-08 |
| 247 | 9/17/2019 | Sept. 17, 2019 email from L. Baker to T. Raymond re: Wasatch Property: Additional Service Agreements, Bates Nos. WCDS 1166464-69 (Raymond Ex. 11) |
| 248 | 2/9/2016 | Feb. 9, 2016 Email from T. Raymond re: Huskey Scans, Bates Nos. WCDS 1166470-72 (Raymond Ex. 2) |
| 249 | 9/17/2019 | Sept. 17, 2019 email from L. Baker to T. Raymond re: Wasatch Property: Additional Service Agreements, Bates Nos. WCDS 1167041-46 |
| 250 | 2/25/2019 | Feb. 25, 2019 memo from J. Johnson to California Apartment Association re: Potential Industry Impact of Terry et al v. Wasatch Advantage Group, LLC et al, Bates Nos. WCDS 1167051-59 (Jarvis Ex. 62) |
| 251 | 2/1/2016 | Feb. 1, 2016 email from Logan Park Leasing re: Tenant Charges, Bates Nos. WCDS 117470-71 (Dao Ex. 8) |
| 252 | 5/18/2017 | May 18, 2017 email from D. Baker re: ** Rent Increases - Section 8 Participates**, Bates No. WCDS 121750 (Jarvis Ex. 49) |
| 253 | 9/24/2015 | Sept. 24, 2015 email from California Place Manager re: Available Units, Bates No. WCDS 1230295 |
| 254 | 4/28/2016 | Apr. 28, 2016 Email from D. Tanforan to Chesapeake Commons Managers re: Bond Units Credits, including attachments, Bates Nos. WCDS 1238213-318 |
| 255 | Various | Various emails re: parking at Promontory Point Apartments, Bates Nos. WCDS 1238688-89; WCDS 1455768; WCDS 1450295-98; WCDS 1433035-37; WCDS 1337751-57; WCDS 1313136-38; WCDS 1309940; WCDS 1242865-66 |
| 256 | 12/8/2016 | Dec. 8, 2016 Email from Chesapeake Commons Manager re: Questions from Review, Bates No. WCDS 1313059 |
| 257 | 2/1/2016 | Feb. 1, 2016 email from K. Dao to Cal. Place Manager re: Property Charges with attachment, Bates Nos. WCDS 1318066-68 |
| 258 | 7/4/2015 | 7/14/15 Quote for apartment at California Place, Bates No. WCDS 1327498 |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 259 | 3/23/2017 | Mar. 23, 2017 email from D. Tanforan to J. Johnson re: Additional Services Sacramento, Bates Nos. WCDS 1472358-59 |
| 260 | 4/14/2016 | Apr. 14, 2016 email from M. Clegg to K. Dao re: California Place Audit and attachment, Bates Nos. WCDS 1480558-59 |
| 261 | 4/19/2016 | Apr. 19, 2016 email from K. Dao to D. Tanforan and J. Johnson re: Cal Place & Bent Tree, Bates Nos. WCDS 1480608-10 |
| 262 | 2/1/2016 | Feb. 1, 2016 email from Chesapeake Commons Financial Manager to K. Dao re: Housing Contracts, Bates No. WCDS 226679 |
| 263 | 2/1/2016 | Feb. 1, 2016 Email from Sun Valley Manager to K. Dao, Bates Nos. WCDS 229769-71 (Johnson Ex. 39) |
| 264 | 2/1/2016 | Feb. 1, 2016 email from K. Dao to Cal. Place Manager re: Property Charges with attachment, Bates Nos. WCDS 229772-74 |
| 265 | 2/1/2016 | Feb. 1, 2016 email from L. Tabler (Chesapeake Commons Financial) to K. Dao, J. Johnson, Chesapeake Commons Manager, Subject: Tenant Charges, 2/1/16, Bates Nos. WCDS 234861-62 (Jarvis Ex. 64) |
| 266 | 6/13/2016 | Jun. 13, 2016 email from Florentine Villas Manager, re: All company totals May 2016, Bates Nos. WCDS 236481-82 (Jarvis Ex. 38) |
| 267 | 9/17/2010 | Sep. 17, 2010 email from B. Mishler to Area Leaders and other WPM staff re: Best Practice Call Minutes 9/16/10, Bates Nos. WCDS 264403-06 (Mishler Ex. 5) |
| 268 | 3/24/2017 | Mar. 24, 2017 email from L. Levanger to J. Johnson re: PEER including attachment "Financial Training Notes Outline", Bates Nos. WCDS 265415-16, WCDS 265420-21 |
| 269 | 9/16/2011 | Sept. 16, 2011 email from Reese Thatcher re: Renters Insurance on Tax Credit/ Important!!!, Bates Nos. WCDS 288818-19 (Jarvis Ex. 33) |
| 270 | 2/1/2016 | Feb. 1, 2016 Email from K. Dao to Logan Park Leasing re: tenant Charges, Bates Nos. WCDS 300625-26 (Jarvis Ex. 66) |
| 271 | 8/12/2014 | Aug. 12, 2014 email from C. Knowles to S. Stettler re: Month End, including attachment, Bates Nos. WCDS 312817-944 |
| 272 | 10/15/2020 | Oct. 15, 2020 email from Lofts Financial Manager to RentDynamics employee re: Media Package Question, Bates Nos. WCDS 3207359-61 |
| 273 | 2/23/2017 | Feb. 23, 2017 Email from S. Settler re: RentPlus Report, Bates Nos. WCDS 327944-45 |
| 274 | 2/1/2016 | Feb. 1, 2016 email from California Place Manager to K. Dao re: Tenant Charges, Bates Nos. WCDS 329050-51 (Jarvis Ex. 65) |
| 275 | 12/17/2019 | Housing Authority of Maricopa County Section 8 Voucher Program - Notice of Change, Bates No. WCDS 3343900 |
| 276 | 11/30/2020 | Email chain re A. Lee lease renewal, Bates Nos. WCDS 3440369-70 |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 277 | 11/24/2020 | Housing Authority notice of change in lease and contract, Bates No. WCDS 3440371 |
| 278 | 11/28/2020 | Email chain re A. lease renewal, Bates Nos. WCDS 3452610-11 |
| 279 | 2/26/2021 | Feb. 26, 2021 Email from J. Britton re: Florentine Villas Past Due Account, Bates Nos. WCDS 3452785-86 |
| 280 | Undated | Renters' Insurance Requirement Change, Bates No. WCDS 387429 (Johnson Ex. 4) |
| 281 | 11/22/2011 | Nov. 22, 2011 email from R. Hansch to B. Mishler, J. Johnson, and S. Stettler re Wasatch-debulks in Fresno, Bates Nos. WCDS 397714-15 (Johnson Ex. 5) |
| 282 | 11/22/2011 | Nov. 22, 2011 Email from W. Smith to R. Hansch, B. Mishler, S. Stettler, J. Johnson re: Fresno Comcast Bulk Agreement, Bates Nos. WCDS 406006-07 (Johnson Ex. 6) |
| 283 | Undated | Katie Dao - Compliance Director biography, Bates No. WCDS 441746 (Dao Ex. 2) |
| 284 | 2/1/2016 | Feb. 1, 2016 email from K. Dao to Cal. Place Manager and Chesapeake Commons Financial Re: Housing Contracts, Bates Nos. WCDS 519136-37 |
| 285 | 2/1/2016 | Feb. 2, 2016 email from J. Johnson to K. Dao re: Housing Contracts, Bates Nos. WCDS 521498-99 (Johnson Ex. 33) |
| 286 | 5/5/2015 | May 5, 2015 Email from K. Dao re: Section 8 Residents, Bates No. WCDS 547526 (Dao Ex. 3) |
| 287 | 2/13/2019 | Feb. 13, 2019 email from R. Hemsley to "All Managers" and "All Financial" re: Financial Forum, including attachment Rent Collection Best Practices How-To, Bates Nos. WCDS 551576-83 (Johnson Ex. 16) |
| 288 | 2/13/2019 | Feb. 13, 2019 email from R. Hemsley to "All Managers" and "All Financial" re: Financial Forum, and attachment, Bates Nos. WCDS 551576-83 (Jarvis Ex. 81, Johnson Ex. 16) |
| 289 | 5/29/2015 | May 29, 2015 email from B. Mishler to K. Dao, J. Johnson re: Utah – Section 8, Bates No. WCDS 565328 (Jarvis Ex. 47) |
| 290 | 2/1/2016 | Feb. 1, 2016 email from R. Thatcher re: Investigation by DOJ of imposed charges on properties, Bates Nos. WCDS 640758-59 (Dao Ex. 6) |
| 291 | 2/6/2018 | Feb. 6, 2018 email from B. Stewart to S. Gonzalez, Bates Nos. WCDS 654056-59 (Jarvis Ex. 27) |
| 292 | 4/28/2016 | Apr. 28, 2016 email from B. Johnson to K. Dao, D. Tanforan, and J. Johnson re: Bond Units Credits, Bates Nos. WCDS 682424-26 |
| 293 | 4/28/2016 | Spreadsheet, Bates No. WCDS 682529 (Jarvis Ex. 68) |
| 294 | 12/5/2015 | December 5, 2015 email from M. LaFollette to Canyon Club Office re: November RI audit, Bates Nos. WCDS 719978-79 |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 295 | Undated | Renters Insurance Is Mandatory !!!!, Bates No. WCDS 791693 (Jarvis Ex. 30) |
| 296 | 6/5/2020 | Jun. 5, 2020 email from Devonshire Manager attaching draft FAQ re: Xfinity package, Bates Nos. WCDS 856225-26 |
| 297 | 2/20/2019 | Feb. 20, 2019 email from J. Miller to K. Manduca, J.B. Johnson, and Z. Haycock re: Devonshire Bulk, with attachment, Bates Nos. WCDS 876414-17 (Jarvis Ex. 24, Jarvis Ex. 25) |
| 298 | 9/3/2020 | Residential Rental Agreement, W9, Request for Tenancy Approval, Voucher re: Kassandra Olvera, Sep. 03, 2020, Bates Nos. WCDS3440203-22 |
| 299 | 9/3/2020 | Residential Rental Agreement, W9, Voucher form re: K. Olvera, Sep. 03, 2020, Bates Nos. WCDS3440226-46 |
| 300 | 10/27/2020 | HAP Contract excerpt re: K. Olvera, Oct. 27, 2020, Bates Nos. WCDS3440250-51 |
| 301 | 10/23/2020 | Residential Rental Agreement re: K. Olvera, Oct. 23, 2020, Bates Nos. WCDS3440302-19 |
| 302 | 9/25/2015 | HAP contract re: K. Olvera, Sep. 25, 2015, Bates Nos. WCDS3440322-33 |
| 303 | 2/26/2021 | Final Notice of Account Balance re: P. Paxman, Feb. 26, 2021, Bates Nos. WCDS3452785-86 |
| 304 | 1/25/2018 | Submissions of HAP Contract for B. Gonzales, WEAU00000237-60 |
| 305 | 4/25/2016 | Apr. 25, 2016 email from M. Tran re: Chesapeake Commons tenant issue, Bates Nos. WEAU00005586-89 (Dao Ex. 4) |
| 306 | 4/16/2024 | Apr. 15, 2016 email from M. Tran re: Bond Rents, Bates Nos. WEAU00011197-200 (Dao Ex. 5) |
| 307 | 9/16/2016 | Submission of HAP Contract for R. Brown, WEAU00013290-307 |
| 308 | 8/30/2015 | Submission of HAP Contract for S. Veng, WEAU00023246-52 |
| 309 | 3/20/2006 | Completing the Delinquency Tracker, Bates Nos. WTM000098-99 (Fetter Ex. 23) |
| 310 | 5/1/2021 | Invoice for Payment of Non-Rent Amounts from Renton, WA May/June 2021, Bates No. WTM000109 (Fetter Ex. 29, Fetter Ex. 30) |
| 311 | Various | Compilation of sample move-in cost forms, Bates Nos. AP000080, CY006662, CV000004, PST000063, CP000218, AP000078, CY032954, CV000439, PST003915, CY032794 (Fetter Ex. 41), and OP000179; BR002415 |
| 312 | Various | Collection of eviction notices including rent and additional service fees from produced tenant files (2017 and earlier), Bates Nos. AP000756-66, CPC034205-24, SVT008140-48. |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 313 | Various | Exemplars of HAP Contract Part A excerpts related to undisclosed washer and dryer charges (Ex. 44 to Bellows Decl. in Supp. Mot. Part. Summ. J., Apr. 22, 2022, ECF No. 252-4), Bates Nos. AZ000162, RM000177-78, ENCLAVE000183-84, RM000305-06, ENCLAVE000307-08, CR000433-34, ENCLAVE000543-44, AV000655-56, PP000682-84, AV000828-29, JPT001506-15, BR002111-12, CAP002158-59, JPT002233-34, BWT002393-95, WEAU005214-15, CAP009788-89, CP0011482-83, AZ0011625, BT012741-42, WEAU00017340-41, WEAU0019492-93, CPC026303-04, WEAU00027536-37, WEAU00027683-84, WEAU00028163-64, WCDS 625193-95, WCDS 1201234-35, WCDS 1277757-58, WCDS 1451231-32 |
| 314 | Various | Compilation of sample Monthly Cost Breakdowns, Bates Nos. BU000353, BU000051, CP00123, CP000225, CV00359, CV005562, MP000479, RO000243, CV005562, R0000243, CP000225, CY033033, CV000359, CP000123, CY032854 |
| 315 | Various | Collection of Pay or Quit Notices from Arizona, Bates Nos. CM000560, RS007132, SA002852, SA003447, AZ000324, RS000370 (Fetter Ex. 28) |
| 316 | Various | Compilation of sample Residential Rental Agreements, Bates Nos. CP000219-23, AV000110-13, CV000535-38, BR000914-18, CP000308-12, MP000052-56, CP000124-28, CV000473-77, RS000071-74, CV000412-16, MP000174-77, CP000263-67, CPC021026-32, WEAU000003566-71, WEAU0035557-61, WCDS0984056-60, LPT000030-36, ENCLAVE000922-28, WEAU00008976-97, BT000107-10, WEAU00000242-60, BT004691-97 |
| 317 | Various | Compilation of sample Housing Assistance Payment Contracts, Bates Nos. CP000688-97, WEAU00000464-75, WEAU00016124-35, WCDS625193-204, WEAU00020649-60, WCDS 1496403-15 |
| 318 | Various | Collection of Consent Forms, Bates Nos. CY032916, CV000011, AP000248, CP000462 (Fetter Ex. 36) |
| 319 | Various | Collection of Three Day Notices to Pay or Vacate from Utah, Bates Nos. ENCLAVE001784, CR001579, SPW004951, SPW002008 (Fetter Ex. 27) |
| 320 | Various | Compilation of sample Renewal Notification Letters, Bates Nos. MP000010, BR002219, BR001861, CM003333, RP00376, WAS000919, CR004671, WAS000595, CP014105, CM004363, CM000116 |
| 321 | Various | Compilation of sample Monthly Statement of Rental Account, Bates Nos. MP000723, CR005364, CM000404, BR001475, CV003647, CV005614, CR002390 |
| 322 | Various | Collection of 10-Day Notices to Comply with Lease or Quit Premises, Bates Nos. MP000819, MP000665, MP000119, BU000107 (Fetter Ex. 26) |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 323 | Various | Compilation of sample Additional Service Agreements, Bates Nos. AZ003410, AZ003548, RW000204-06, BR000921-23, CP000045-47, CPC000300, RW000160, ENCLAVE000929, MP000180, FALLS00142, WEAU00000249, WEAU00035564, WCDS0984063, WEAU00008084 |
| 324 | Various | Compilation of eviction notices for unpaid additional service fees (Nov. 2022 and later), Bates Nos. TDN000004-000006, TDN000015-000018, TDN000028-000039, TDN000055-000056, TDN000075, TDN000142, TDN000143-45 TDN000159, TDN000160-000161 (Jarvis Ex. 82, Jarvis Ex. 83, Jarvis Ex. 84) |
| 325 | Various | Compilation of Additional Services Agreements for J. Bass, B. Lambert, R. Lewis, C. McKoy, D. Williams, V. Yevdich, A. Mitchell, J. Goodspeed, R. Bennett, N. Pace, A. Chinhugh, S. Cordodor, V. Pierce-Swift, K. Shea, V. Rubio, J. Archibeque, A. Crookston, K. Laing, A. Nissi-Saphir, L. Bond, E. Lowe, H. Amir, M. McArthur, L. Fambrough, A. Lihovidov, N. Bilikas, C. Clark, C. Charns, J. Padilla, and S. Aguilar |
| 326 | Various | Compilation of eviction notices for unpaid additional service fees from produced tenant files (2017 and earlier), Bates Nos. listed on attached Ex. 1 |
| 327 | Various | Various leasing emails re: media charges at Broadmoor Apartments, Bates Nos.WCDS 849872-7, WCDS 881460, WCDS 1316551-54; WCDS 1316613; WCDS 1352286, WCDS 1415513; WCDS 1419438-40; WCDS 1419791 |
| 328 | Various | Compilation of Arcadia emails related to washers and dryer, Bates Nos. WCDS 1138229-31, WCDS 1177243-44, WCDS 1191263, WCDS 1198076-77, WCDS 1207501, WCDS 1245478-84, WCDS 1246154-55, WCDS 1253238, WCDS 1277723, WCDS 1309799-801, WCDS 1312510-11, WCDS 1323621-22 |
| 329 | Various | Compilation of Florentine Villas emails related to washers and dryers, Bates Nos. WCDS 1227572-73, WCDS 1244817-18, WCDS 1309967-68, WCDS 1309969-70, WCDS 1319495-96, WCDS 1320574-75, WCDS 1325871, WCDS 1332187, WCDS 1340402-04, WCDS 1351647-48, WCDS 1351692-93, WCDS 1357687-88, WCDS 1360286-87, WCDS 1361709-10, WCDS 1361848-49, WCDS 1367971-72, WCDS 1459476 |
| 330 | Various | Collection of Manager Bonus Worksheets, Bates Nos. WCDS 653356-60 (Jarvis Ex. 34) |
| 331 | Various | Collection of emails from Mary LaFollette re: various monthly RI audits, Bates Nos. WCDS 780066-67, WCDS 834752-53, WCDS 753689-90, WCDS 836304-05, WCDS 284249-50, WCDS 318363-64, WCDS 369135-36, WCDS 818313-14, WCDS 751581-82, WCDS 593405-06, WCDS 838747-48, WCDS 750884-85, WCDS 791691-93, WCDS 364368-70, WCDS 290120-21, WCDS 811625-26, WCDS 293589-90, WCDS 751558-59, WCDS 379830-31, WCDS 807958-59, WCDS 290122-23, WCDS 158281-82, WCDS 761906-07, WCDS 835596-97, WCDS 394680-81, WCDS 779720-21, WCDS 806491-92, WCDS 780526-27, WCDS 838306-07, WCDS 834750-51 (Jarvis Ex. 31) |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 332 | Various | Compilation of emails between Wasatch and local housing agencies, Bates Nos. WEAU00000271-96, WEAU00002454-63, WEAU00002837-41, WEAU00007611-16, WEAU00008961-70, WEAU00018899-907, WEAU00021435-43, WEAU00023246-52, WEAU00026269-77, WEAU00031321-28 |
| 333 | 10/1/2021 | Subpoena To Testify at a Deposition in a Civil Action to K. Dao (Dao Ex. 1) |
| 334 | 7/28/2017 | Notice of Taking Deposition Pursuant to FRCP 30 with Request for Production of Documents (Fetter Ex. 1) |
| 335 | 10/11/2021 | Second Am. Notice of Dep. (Shawn Fetter) (Fetter Ex. 21) |
| 336 | Undated | Is renters insurance required? (Fetter Ex. 3) |
| 337 | 1/28/2022 | Defs.' Disclosure of Expert Test. Pursuant to Fed. R. Civ. P. 26(a)(2), Jan. 28, 2022 (Griswold Ex. 1) |
| 338 | 1/28/2022 | Jan. 28, 2022 Letter from R. Griswold to J. Salazar and R. Matthews re Terry v. Wasatch Property Management, et al; Case No. 2:15-cv-00799-KJM-.DB - Rule 26 (Griswold Ex. 17) |
| 339 | 2/3/2022 | Subpoena to Produce Docs., Info., or Objects or to Permit Inspection of Premises Civ. Action to Robert S. Griswold, Feb. 3, 2022 (Griswold Ex. 5) |
| 340 | 2/11/2022 | R. Griswold's Resp. to Pls.' Subpoena Documents Pursuant to Fed. R. Civ. P. 45, Feb. 11, 2022 (Griswold Ex. 6) |
| 341 | 3/3/2022 | Inman Real Estate News for Realtors & Brokers (Griswold Ex. 22) |
| 342 | 3/3/2022 | Inman Real Estate News for Realtors & Brokers Section 8 (Griswold Ex. 23) |
| 343 | 3/15/2022 | Subpoena to Testify at a Deposition in Civil Action to Robert S. Griswold, Mar. 15, 2022 (Griswold Ex. 2) |
| 344 | Undated | List of Robert Griswold Deposition and Trial testimony (Griswold Ex. 3) |
| 345 | Undated | Register of Experts Directory, Robert S. Griswold (Griswold Ex. 4) |
| 346 | Undated | R. Griswold Curriculum Vitae (Griswold Ex. 19) |
| 347 | | R. Griswold Terms of Engagement, Rev. 1/1/22 (Griswold Ex. 16) |
| 348 | | R.S. Griswold, Property Management Kit for Dummies (4th ed.) (Griswold Ex. 20) |
| 349 | | L. Harmon & R.S. Griswold, Landlords Legal Kit for Dummies (Griswold Ex. 21) |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 350 | 7/28/2017 | Notice of Taking Deposition Pursuant to FRCP 30 with Request for Production of Documents (Jarvis Ex. 1) |
| 351 | 8/20/2021 | Notice of Deposition of Defendants Wasatch Advantage Group, LLC, Wasatch Property Management, Inc., and Wasatch Pool Holdings, LLC Pursuant to Federal 11 Rule of Civil Procedure 30(b)(6); Notice of Deposition of Janae Jarvis (Jarvis Ex. 23) |
| 352 | 3/20/2023 | Spreadsheet: Data_ChargeCodeMappingPayOrder (Payment Sequence) 032023 (Jarvis Ex. 73) |
| 353 | 5/5/2023 | Plaintiffs' Amended Notice of Date and Time For Federal Rule Of Civil Procedure 30(b)(6) Corporate Deposition(s) of Defendants (Selected Damages Topics) (Jarvis Ex. 69) |
| 354 | Various | Metropolitan Collection, Happy Holidays! Here is a Gift from Us to You! and Renewal Notification to Elena Galura (Jarvis Ex. 17) |
| 355 | | YVS207.02 – "Payment Sequence" for Receipting Payments (Jarvis Ex. 3, Johnson Ex. 13) |
| 356 | 1/29/2016 | Letter from V. Tennerelli (Johnson Ex. 8) |
| 357 | 7/21/2017 | Order on Defendants' Motion to Dismiss, ECF No. 61 (Johnson Ex. 25) |
| 358 | 9/8/2017 | Johnson Decl. in Supp. of Defs.' Opp'n to Mot. for Class Certification, Sept. 8, 2017, ECF No. 78-4 (Johnson Ex. 14) |
| 359 | 5/26/2023 | Plaintiffs' Notice of Federal Rule of Civil Procedure 30(b)(6) Corporate Depositions of Defendants (Damages Topics), May 26, 2023 (Johnson Ex. 69) |
| 360 | Aug. 2009 | Housing Assistance Payments Contract (HAP Contract), Aug. 2009 (Johnson Ex. 3) |
| 361 | 10/11/2021 | Plaintiffs' Notice of Deposition of Tyler Raymond (Raymond Ex. 1) |
| 362 | 10/22/2021 | Subpoena to Produce Documents Information, or Objects or to Permit Inspection of Premises in a Civil Action, Oct. 22, 2021 (Scharlach Ex. 2) |
| 363 | 7/28/2017 | Notice of Taking Deposition Pursuant to FRCP 30 with Request for Production of Documents, Jul. 28, 2017 (Tanforan Ex. 1) |
| 364 | 8/6/2017 | Aug. 6, 2017 Email from J. Newmark re: Is Renters Insurance Required, (Tanforan Ex. 2) |
| 365 | 7/9/1905 | Housing Authority of the County of Sacramento's Administrative Plan for the Housing Choice Voucher Program (excerpts), 2017 (Fox Ex. 32) |
| 366 | 1/1/2017 | Administrative Plan for the Housing Authority of Fresno County (excerpts), Jan. 1, 2017 (Cavey Ex. 5) |
| 367 | 7/20/2023 | Expert Report of MaryAnn Russ with exhibits, July 20, 2023 |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 368 | | Data_ChargeCodeMappingPayOrder(Payment_Sequence)032023 |
| 369 | | Data01_TenantwithHAPandOther_032723 |
| 370 | | Data03_PropertyInfo_032723 |
| 371 | | Data04_TenantLeaseCharges_032723 |
| 372 | | Data21_ChargeTypeAnalysis02092022 |
| 373 | | Data21_ChargeTypeAnalysis_Data_Defeinitions |
| 374 | | Data21_ChargeTypeAnalysis_07.18.2023 |
| 375 | | Excerpt of Data1_TenantswithHAPandOther_082721.csv related to undisclosed washer and dryer charges (Exhibit 45 to Bellows Decl. in Supp. Mot. Part. Summ. J.,  Apr. 22, 2022, ECF No. 252-5) |
| 376 | | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program (excerpts), Jul. 24, 2017 (Rizzo-Shuman Ex 14) |
| 377 | | Tenant ledger for Abraham Sheriff (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 378 | | Tenant ledger for Alicia Lee (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 379 | | Tenant ledger for Ashley Mays (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 380 | | Tenant ledger for Bobby Hanselman (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 381 | | Tenant ledger for Brittney Bryson (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 382 | | Tenant ledger for Charles Crooks (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 383 | | Tenant ledger for Christopher Toney (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 384 | | Tenant ledger for Damon Weathersby (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 385 | | Tenant ledger for Dana Davis-Lobo (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 386 | | Tenant ledger for Denise Higgins (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 387 | | Tenant ledger for Edward Mcilroy (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 388 | | Tenant ledger for Elizabeth Brooks (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 389 | | Tenant ledger for Frances Crawley (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 390 | | Tenant ledger for James Walton (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 391 | | Tenant ledger for Jamila Meadors (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 392 | | Tenant ledger for Jerame Carter (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 393 | | Tenant ledger for Jerame Carter (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 394 | | Tenant ledger for Kassandra Olvera (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 395 | | Tenant ledger for Marsha Young (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 396 | | Tenant ledger for Maureen Stevens (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 397 | | Tenant ledger for Mike Cremer (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 398 | | Tenant ledger for Patricia Henderson (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 399 | | Tenant ledger for Penny Paxman (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 400 | | Tenant ledger for Tania Borjas (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 401 | | Tenant ledger for Timothy Naerebout (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 402 | | Tenant ledger for Vicky Lynn Teista (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 403 | | Tenant ledger for Violet Rubio (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 404 | | Tenant ledger for Wendy Cottingham (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 405 | | Tenant ledger for Zakiyiah Smith (excerpt of Data5 files produced by Fitech Gelb on July 14, 2023) |
| 406 | | Summary of tenant ledger files (Data05, produced by Fitech Gelb on July 14, 2023) |
| 407 | | Breshears, Feb. 25, 2022 Expert Report, without exhibits ("Breshears Feb. 25, 2022 Report) |
| 408 | | Tables summarizing percentage enrollment in selected charges at selected properties as disclosed in Breshears Feb. 25, 2022 Report |
| 409 | | Chart re cable charges at Courtyard at Central Park (Breshears Feb 25, 2022 Report Ex. B.1) |
| 410 | | Chart re cable charges at Landing at Fancher Creek (Breshears Feb 25, 2022 Report Ex. B.2) |
| 411 | | Chart re cable charges at River Oaks (Breshears Feb 25, 2022 Report Ex. B.3) |
| 412 | | Chart re: washer and dryer charges at Chesapeake Commons (Breshears Feb 25, 2022 Report Ex. B.4) |
| 413 | | Chart re: parking charges at Chesapeake Commons (Breshears Feb 25, 2022 Report Ex. B.5) |
| 414 | | Chart re: washer and dryer charges at California Place (Breshears Feb 25, 2022 Report Ex. B.6) |
| 415 | | Chart re: washer and dryer charges at Logan Park (Breshears Feb 25, 2022 Report Ex. B.7) |
| 416 | | Chart re: parking charges at Crossroads Apartments (Breshears Feb 25, 2022 Report Ex. B.9) |
| 417 | | Chart re: parking charges at Promontory Point Apartments (Breshears Feb 25, 2022 Report Ex. B.10) |
| 418 | | Chart re: cable charges at Broadmoor Village Apartments (Breshears Feb 25, 2022 Report Ex. B.15) |
| 419 | | Chart re: cable charges at Canyon Ridge Apartments (Breshears Feb 25, 2022 Report Ex. B.15) |
| 420 | | Chart re: cable charges at Devonshire Court East (Breshears Feb 25, 2022 Report Ex. B.18) |
| 421 | | Chart re: cable charges at Devonshire Court East (Breshears Feb 25, 2022 Report Ex. B.19) |
| 422 | | Chart re: cable charges at Falls at Hunters Pointe (Breshears Feb 25, 2022 Report Ex. B.20) |
| 423 | | Chart re: cable charges at Goldstone (Breshears Feb 25, 2022 Report Ex. B.21) |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 424 | | Chart re: cable charges at Lofts at 7800 (Breshears Feb 25, 2022 Report Ex. B.22) |
| 425 | | Chart re: cable charges at Metropolitan Place Apartments (Breshears Feb 25, 2022 Report Ex. B.23) |
| 426 | | Chart re: cable charges at Rio Seco (Breshears Feb 25, 2022 Report Ex. B.24) |
| 427 | | Summary of Section 8 and non-Section 8 Tenant Months with ASA Charges by Property and Tenant Month (Breshears Feb 25, 2022 Report Ex. C) |
| 428 | | Breshears July 20, 2023 Report |
| 429 | | Breshears curriculum vitae (Breshears July 20, 2023 Report Ex. A) |
| 430 | | Appendix to Breshears July 20, 2023 Report |
| 431 | | Calculations Related to Section 8 Tenants Who Paid Required Renters' Insurance Payments from February 2006 through November 2020 (Breshears July 20, 2023 Report Ex. 6) |
| 432 | | Calculations Related to Section 8 Tenants Who Paid Required Renters' Insurance Payments from November 2011 through November 2020 (Breshears July 20, 2023 Report Ex. 7) |
| 433 | | Calculations Related to Section 8 Tenants Who Paid Washer/Dryer Charges from February 2006 through June 2019 (Breshears July 20, 2023 Report Ex. 8) |
| 434 | | Calculations Related to Section 8 Tenants Who Paid Washer/Dryer Charges from August 2017 through June 2019 (Breshears July 20, 2023 Report Ex. 9) |
| 435 | | Mandatory Media Package Payments from Month of February 2006 through Month of December 2022 (Breshears July 20, 2023 Report Ex. 9) |
| 436 | | Mandatory Washer/Dryer Rental Payments from Month of February 2006 through month of December 2022 (Breshears July 20, 2023 Report Ex. 11) |
| 437 | | Mandatory Parking-Related Payments from Month of February 2006 through Month of December 2022 (Breshears July 20, 2023 Report Ex. 12) |
| 438 | | Mandatory Media Package Payments from Month of December 2011 through Month of December 2022 (Breshears July 20, 2023 Report Ex. 13) |
| 439 | | Mandatory Washer/Dryer Rental Payments from Month of December 2011 through Month of December 2022 (Breshears July 20, 2023 Report Ex. 14) |
| 440 | | Mandatory Parking-Related Payments from Month of December 2011 through Month of December 2022 (Breshears July 20, 2023 Report Ex. 15) |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 441 | | Tables summarizing Breshears' calculations related to Section 8 tenants paying additional service charges and corresponding housing assistance payments to Defendants as disclosed in Breshears July 20, 2023 Report |
| 442 | 4/1/2023 | HAP Contract and Tenancy Addendum (HUD form 52641), https://www.hud.gov/sites/dfiles/OCHCO/documents/52641.pdf |
| 443 | | Russ Curriculum Vitae |
| 444 | 8/16/2021 | Stipulation and Order Granting Leave to File Fifth Amended Complaint, Bifurcation the Case for Discovery and Trial, and Vacating Case Deadlines, Aug. 16, 2021, ECF No. 135 |
| 445 | 5/13/2022 | Gelb Decl., May 14, 2022, ECF No. 257-3 |
| 446 | 1/5/2022 | Stipulation and Order to Amend the Class Certification Order, Jan. 5, 2022, ECF No. 226 |
| 447 | 10/6/2023 | Gelb Decl., Oct 6, 2023, ECF No. 323-5 |
| 448 | 11/22/2023 | Gelb Decl., Nov. 22, 2023, ECF No. 328-1 |
| 449 | 11/23/2022 | MSJ Order, ECF No. 278 |
| 450 | 3/29/1977 | Letter from H.U.D. Director C. Lucas to R. Fitzgerald, Mar. 29,1977, Ex. 1 to Req. Judicial Notice, ECF No. 243 |
| 451 | 10/21/1985 | Letter from H.U.D. Branch Chief F. Malone to K. Calhoon, Oct. 21, 1985, Ex. 3 to Req. Judicial Notice, ECF No. 243 |
| 452 | 7/29/1991 | Letter from H.U.D. Director L. Jenkins to M. Varieur, July 29, 1991, Ex. 2 to Req. Judicial Notice, ECF No. 243 |
| 453 | 3/25/2022 | Jt. Fact Stip. Re: Data Produced from Defs.' Yardi Property Management Database, Mar. 25, 2022 |
| 454 | 5/13/2022 | May 13, 2022 Response by Defendants to Plaintiffs' Statement of Undisputed Facts re Plaintiffs' Motion for Partial Summary Judgment, ECF No. 258-1 |
| 455 | 5/27/2022 | May 27, 2022 Response by Defendants to Plaintiffs' Statement of Disputed Facts re Defendants' Motion for Summary Judgment, ECF No. 263-4 |
| 456 | 5/17/2023 | Stip. & Order Re: Damages Calculation, May 17, 2023, ECF No. 308 |
| 457 | 10/20/2023 | Oct. 20, 2023 Response by Defendants to Plaintiffs' Statement of Undisputed Facts re: Plaintiffs' Motion for Partial Summary Judgment re Remedies, ECF No. 326-1 |
| 458 | | 42 U.S.C.A. § 5301 |

| Pls.' Ex No | Doc. Date | Description |
|---|---|---|
| 459 | | 24 CFR § 982.451 |

1

2          Exhibit A

3          Pls.' Ex. 416,

4   Compilation of eviction notices for unpaid additional service fees

5          from produced tenant files (2017 and earlier)

6

7   AP000662-63, AP000762-63, AP002356, AP002806, BR000003-05, BR002158, BT000178,

8   BT000189, BT000190, BT000191, BT000505, BT000519, BT000602, BT000603, BT000628,

9   BT000643, BT003816, BT003841-43, BT003846, BT003862, BT004182, BT004188,

10  BT004290, BT004295, BT004421, BT004459, BT007015, BT007024, BT008096, BT010946,

11  BT010954, BT010958, BT010966, BT011015, BT011017, BU000127, CAP004390,

12  CAP007193, CAP008222, CP009887-88, CP009889-90, CPC000654-55, CPC000656-57,

13  CPC000658-59, CPC000660-61, CPC009005, CPC010700, CPC015825, CPC016159,

14  CPC016980, CPC020517, CPC021867-68, CPC023341, CPC023342, CPC023344, CPC026834,

15  CPC028201, CPC033675, CPC033676, CPC033677, CPC033678, CPC034580, CPC034581,

16  CPC034585, CPC034586, CPC034660, CPC036853-54, CPC036904, CPC036928, CPC036933,

17  CPC036945, CPC036953, CPC036974, CPC038384, CPC038385, CPC039842-43, CR000522,

18  CR001502, CR001579, CR002292, CR002303, CR002306, CR002406, CR003352, CR003358,

19  CR003583, CR003699, CR003815, CR004019, CR004397, CR004733, CR004939, CV000502-

20  03, CV002104-05, CV002536, CV002966, CV003577, CV004056, CV004356, CV005701,

21  CV005707, CV006060, CY002348, CY005083, CY017492, CY021234, CY021482, CY021493,

22  CY026242, ENCLAVE000317, ENCLAVE000320, ENCLAVE001666, ENCLAVE001667,

23  ENCLAVE001669, ENCLAVE001671, ENCLAVE001672, ENCLAVE001674,

24  ENCLAVE001784, ENCLAVE001790, ENCLAVE001792, ENCLAVE002677,

25  ENCLAVE002833, ENCLAVE003290, ENCLAVE003896, ENCLAVE003898,

1   ENCLAVE003899, FOT001104, MP000119, MP000128, MP000196, MP000327, MP000599,

2   MP000663, MP000665, MP000691, MP000703, MP000716, MP000764, MP000819,

3   MP000866, PP000518, SPW000805, SPW001965, SPW001966, SPW001975, SPW001980,

4   SPW001983, SPW001988, SPW001989, SPW002008, SPW002765, SPW003135, SPW003185,

5   SPW004039, SPW004085, SPW004951, SPW004971, SPW005455, SPW005654, SPW005925,

6   SPW005992, SPW006003, SPW006004, SPW006264, SPW006437, SVT002679-80,

7   SVT002688, SVT002748, SVT003843, SVT003884, SWT000374, SWT002357, SWT002824,

8   SWT003319, SWT003323, SWT003325, SWT003390, SWT003599, SWT003636, SWT004032,

9   SWT004525, SWT004539, SWT004576, SWT004582, SWT004586, SWT004588, SWT004607,

10  SWT004615, SWT004618, SWT004622, SWT004631, SWT004635, SWT004650, SWT004657,

11  SWT004661, SWT004671, SWT004674, SWT004675, SWT004679, SWT004684, SWT004972,

12  SWT004975, SWT004999, SWT005015, SWT005018, SWT005020, SWT005023, SWT005025,

13  SWT005028, SWT005037, SWT005039, SWT005050, SWT005058, SWT005060, SWT005062,

14  SWT005063, SWT005065, SWT005074, SWT005084, SWT005085, SWT005088, SWT005101,

15  SWT005661, SWT005668, SWT005682, SWT005683, SWT005684, SWT005710, SWT005747,

16  SWT005862, SWT006370, SWT006371, SWT006379, SWT006393, SWT006402, SWT006425,

17  SWT006659, SWT006662, SWT006853, SWT006876, SWT007480, SWT007481, SWT007484,

18  SWT007485, SWT007499, SWT007684, SWT007689, SWT007693, SWT007696, SWT007698,

19  SWT007703, SWT007710, SWT007711, SWT007716, SWT007722, SWT007723, SWT007748,

20  SWT007924, SWT007928, SWT007932, SWT008223, SWT008279, SWT008589, SWT008594,

21  SWT008598, SWT008601, SWT008604, SWT008608, SWT008611, SWT008612, SWT008615,

22  SWT008618, SWT008619, SWT008626, SWT008628, SWT008635, SWT008638, SWT008643,

23  SWT008644, SWT008645, SWT008657, SWT008661, SWT008670, SWT008671, SWT008676,

24  SWT008680, SWT009043, SWT009318, SWT009322, SWT009324, SWT009329, SWT009335,

25  SWT009337, SWT009340, SWT009341, SWT009359, SWT009364, SWT009366, SWT009369,

26  SWT009381, SWT009385, SWT009387, SWT009388, SWT009680, SWT009683, SWT009688,

27  SWT009694, SWT009697, SWT009701, SWT009705, SWT009716, SWT009718, SWT009739,

28  SWT009745, SWT010043, SWT010047, SWT010374, SWT010377, SWT010382, SWT010386,

1   SWT010390, SWT010394, SWT010397, SWT010400, SWT010403, SWT010411, SWT010518,

2   SWT010530, SWT010532, SWT010533, SWT010536, SWT010549, SWT011019, SWT011244,

3   SWT011271, SWT011675, SWT011676, SWT011677, SWT012386, SWT012414, SWT012421,

4   SWT012957, SWT012982, SWT012984, SWT012985, SWT012994, SWT013014, SWT013016,

5   SWT013020, SWT013022, SWT013032, SWT013368, SWT013654, SWT014378, SWT015070,

6   SWT015090, SWT015996, VIT002190, VIT004784.

7

## EXHIBIT E: PLAINTIFFS' AND RELATORS' EXHIBIT LIST

| Number | Description | Citation |
|--------|-------------|----------|
| 301 | Denika Terry Lease Agreement | Exhibit to Plaintiffs' Sixth Amended Complaint. |
| 302 | Denika Terry HAP Contract | Exhibit to Plaintiffs' Sixth Amended Complaint. |
| 303 | Denika Terry ASA | Exhibit to Plaintiffs' Sixth Amended Complaint. |
| 304 | Denika Terry 3-Day Notices | Exhibit to Plaintiffs' Sixth Amended Complaint. |
| 305 | Denika Terry Ledger | Yardi Data from GelbGroup |
| 306 | Roy Huskey III Lease Agreement | Exhibit to Plaintiffs' Sixth Amended Complaint. |
| 307 | Roy Huskey III HAP Contract | Exhibit to Plaintiffs' Sixth Amended Complaint. |
| 308 | Roy Huskey III ASA | Exhibit to Plaintiffs' Sixth Amended Complaint. |
| 309 | Roy Huskey III 3-Day Notice | Exhibit to Plaintiffs' Sixth Amended Complaint. |
| 310 | Roy Huskey III Ledger | Yardi Data from GelbGroup |
| 311 | Tamera Livingston Lease Agreement | Exhibit to Plaintiffs' Sixth Amended Complaint. |
| 312 | Tamera Livingston HAP Contract | Exhibit to Plaintiffs' Sixth Amended Complaint. |
| 313 | Tamera Livingston ASA | Exhibit to Plaintiffs' Sixth Amended Complaint. |
| 314 | Tamera Livingston 3-Day Notice | Exhibit to Plaintiffs' Sixth Amended Complaint. |
| 315 | Tamera Livingston Ledger | Yardi Data |
| 316 | Correspondence Between WPM and Roy Huskey III | Deposition of Roy Huskey, Exh. 38. |
| 317 | Correspondence Between WPM and Denika Terry | Deposition of Denika Terry, Exh. 182, 188. |
| 318 | WPM Additional Services Agreement Presented to Jacqueline Rojas | Deposition of Jacqueline Rojas, Exh. 6. |
| 319 | WPM Additional Services Agreement Presented to Jodi Parker | Deposition of Jodi Parker, Exh. 6. |
| 320 | WPM Additional Services Agreement Presented to Barbara Cavey | Deposition of Barbara Cavey, Exh. 3. |
| 321 | Yardi Data re Rates of Enrollment by Class Members in Renters' Insurance Services, By Property, By Year | Yardi Data, GelbGroup |
| 322 | Yardi Data re Rates of Enrollment by Class Members in Parking Services, By Property, By Year | Yardi Data, GelbGroup |

| 323 | Yardi Data re Rates of Enrollment by Class Members in Media Package Services, By Property, By Year | Yardi Data, GelbGroup |
|---|---|---|
| 324 | Yardi Data re Rates of Enrollment by Class Members in Washer/Dryer Services, By Property, By Year | Yardi Data, GelbGroup |
| 325 | Exhibits re Costs Incurred to Provide Renters' Insurance to Tenants | Deposition of Jarom Johnson as PMK for WPM, Exh. 70-79. |
| 326 | Exhibits re Costs Incurred to Provide Media Packages to Tenants | Deposition of Jarom Johnson as PMK for WPM, Exh. 76-83. |
| 327 | Policy Change Document re WPM Tenant Payment Sequence | Deposition of Janae Jarvis as PMK for WPM, Exh. 72. |
| 328 | Payment Priority Sequence | Deposition of Janae Jarvis, Exh. 3. |
| 329 | Notice to Tenants re Additional Services Remaining Optional | Deposition of Janae Jarvis as PMK for WPM re Actions Taken Post 11/22/2022, Exh. 76. |
| 330 | Email to Staff re Policy of Additional Service Agreements Remaining Optional | Deposition of Janae Jarvis as PMK for WPM re Actions Taken Post 11/22/2022, Exh. 78 |
| 331 | Property Management for Dummies by Robert Griswold | Expert Report of Robert Griswold |
| 332 | Declaration of Shannon Fox | Exhibit to Defendants' Motion for Summary Adjudication. |
| 333 | Policy re Additional Service Agreements | Deposition of Janae Jarvis as PMK for WPM re Actions Taken Post 11/22/2022, Exh. 77 |

1

## EXHIBIT F: OWNER AND NON-OWNER DEFENDANTS' EXHIBIT LIST

1    Owner and Non-Owner Defendants reserve the right to introduce any exhibit

2  designated by any other party in this action.

3

| Exhibit No. | Date (if applicable) | Description |
|---|---|---|
| 1 | June 24, 2010 | San Diego Housing Commission Administrative Plan for the Section 8 Rental Assistance Programs |
| 2 | June 10, 2011 | San Diego Housing Commission Administrative Plan for the Section 8 Rental Assistance Programs |
| 3 | June 8, 2012 | San Diego Housing Commission Administrative Plan for the Section 8 Rental Assistance Programs |
| 4 | June 7, 2013 | San Diego Housing Commission Administrative Plan for the Section 8 Rental Assistance Programs |
| 5 | June 20, 2014 | San Diego Housing Commission Administrative Plan for the Section 8 Rental Assistance Programs |
| 6 | June 25, 2015 | San Diego Housing Commission Administrative Plan for the Section 8 Rental Assistance Programs |
| 7 | June 17, 2016 | San Diego Housing Commission Administrative Plan for the Section 8 Rental Assistance Programs |
| 8 | June 16, 2017 | San Diego Housing Commission Administrative Plan for the Section 8 Rental Assistance Programs |
| 9 | June 15, 2018 | San Diego Housing Commission Administrative Plan for the Section 8 Rental Assistance Programs |
| 10 | June 14, 2019 | San Diego Housing Commission Administrative Plan for the Section 8 Rental Assistance Programs |
| 11 | September 18, 2020 | San Diego Housing Commission Administrative Plan for the Section 8 Rental Assistance Programs |
| 12 | September 9, 2021 | San Diego Housing Commission Administrative Plan for the Section 8 Rental Assistance Programs |
| 13 | July 15, 2022 | San Diego Housing Commission Administrative Plan for the Section 8 Rental Assistance Programs |
| 14 | June 15, 2023 | San Diego Housing Commission Administrative Plan for the Section 8 Rental Assistance Programs |
| 15 | May 2004 | Administrative Plan for the Section 8 Housing Choice Voucher Program, City of Oceanside Housing and Neighborhood Services Department |
| 16 | March 2006 | Administrative Plan for the Section 8 Housing Choice Voucher Program, City of Oceanside Community Development Commission Neighborhood Services Department |
| 17 | February 2008 | Administrative Plan for the Section 8 Housing Choice Voucher Program, City of Oceanside Community Development Commission |

| | | Neighborhood Services Department |
|---|---|---|
| 18 | July 2009 | Administrative Plan for the Section 8 Housing Choice Voucher Program, City of Oceanside Community Development Commission Neighborhood Services Department |
| 19 | May 2010 | Administrative Plan for the Section 8 Housing Choice Voucher Program, City of Oceanside Community Development Commission Neighborhood Services Department |
| 20 | March 2011 | Administrative Plan for the Section 8 Housing Choice Voucher Program, City of Oceanside Community Development Commission Neighborhood Services Department |
| 21 | January 2012 | Administrative Plan for the Section 8 Housing Choice Voucher Program, City of Oceanside Community Development Commission Neighborhood Services Department |
| 22 | January 2013 | Administrative Plan for the Section 8 Housing Choice Voucher Program, City of Oceanside Community Development Commission Neighborhood Services Department |
| 23 | February 2015 | Administrative Plan for the Section 8 Housing Choice Voucher Program, City of Oceanside Community Development Commission Neighborhood Services Department |
| 24 | September 2016 | Administrative Plan for the Section 8 Housing Choice Voucher Program, City of Oceanside Community Development Commission Neighborhood Services Department |
| 25 | 2006 | Housing Choice Voucher Program, Administrative Plan 2006, Housing Authority of the County of Sacramento California |
| 26 | 2008 | Housing Choice Voucher Program, Administrative Plan 2008, Housing Authority of the County of Sacramento California |
| 27 | 2007 | Housing Choice Voucher Program, Administrative Plan 2007, Housing Authority of the County of Sacramento California |
| 28 | April 20, 2009 | Housing Choice Voucher Program, Administrative Plan 2009, Housing Authority of the County of Sacramento California |
| 29 | 2010 | Housing Choice Voucher Program, Administrative Plan 2010, Housing Authority of the County of Sacramento California |
| 30 | 2011 | Housing Choice Voucher Program, Administrative Plan 2011, Housing Authority of the County of Sacramento California |

| 31 | February 23, 2011 | U.S. Department of Housing and Urban Development Letter Approval of City of Sacramento Housing Authority's Annual Plan for the PHA Fiscal Year 2011 beginning January 1, 2011 |
|----|-------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 32 | 2012 | Housing Choice Voucher Program, Administrative Plan 2012, Housing Authority of the County of Sacramento California |
| 33 | 2013 | Housing Choice Voucher Program, Administrative Plan 2013, Housing Authority of the County of Sacramento California |
| 34 | 2014 | Housing Choice Voucher Program, Administrative Plan 2014, Housing Authority of the County of Sacramento California |
| 35 | June 12, 2014 | U.S. Department of Housing and Urban Development Letter Approval of City of Sacramento Housing Authority's Annual Plan for the PHA Fiscal Year 2014 beginning January 1, 2014 |
| 36 | 2015 | Housing Choice Voucher Program, Administrative Plan 2015, Housing Authority of the County of Sacramento California |
| 37 | December 31, 2014 | U.S. Department of Housing and Urban Development Letter Approval of County of Sacramento Housing Authority's Annual Plan for the PHA Fiscal Year 2015 beginning January 1, 2015 |
| 38 | December 31, 2014 | U.S. Department of Housing and Urban Development Letter Approval of City of Sacramento Housing Authority's Annual Plan for the PHA Fiscal Year 2015 beginning January 1, 2015 |
| 39 | February 4, 2016 | U.S. Department of Housing and Urban Development Letter Approval of County of Sacramento Housing Authority's Annual Plan for the PHA Fiscal Year 2016 beginning January 1, 2016 |
| 40 | December 2, 2016 | U.S. Department of Housing and Urban Development Letter Approval of City of Sacramento Housing Authority's Annual Plan for the PHA Fiscal Year 2017 beginning January 1, 2017 |
| 41 | December 19, 2018 | U.S. Department of Housing and Urban Development Letter Approval of County of Sacramento Housing Authority's Annual Plan for the PHA Fiscal Year 2019 beginning January 1, 2019 |

| 42 | November 20, 2019 | U.S. Department of Housing and Urban Development Letter Approval of County of Sacramento Housing Authority's Annual Plan for the PHA Fiscal Year 2020 beginning January 1, 2020 |
|----|-------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 43 | January 1, 2012 | Administrative Plan Housing Choice Voucher Program, Housing Authority of Fresno County |
| 44 | December 13, 2011 | 2012 Housing Choice Voucher (HCV) Administrative Plan Final Policy Changes, Fresno Housing Authority |
| 45 | January 1, 2012 | Administrative Plan Housing Choice Voucher Program, Housing Authority of the City of Fresno |
| 46 | January 1, 2011 | Administrative Plan Housing Choice Voucher Program, Housing Authority of Fresno County |
| 47 | January 1, 2011 | Administrative Plan Housing Choice Voucher Program, Housing Authority of the City of Fresno |
| 48 | January 1, 2010 | Administrative Plan Housing Choice Voucher Program, Housing Authority of the Fresno County |
| 49 | January 1, 2010 | Administrative Plan Housing Choice Voucher Program, Housing Authority of the City of Fresno |
| 50 | January 1, 2024 | 2024 Administrative Plan Housing Choice Voucher Program, Housing Authority of Fresno County |
| 51 | January 1, 2024 | 2024 Administrative Plan Housing Choice Voucher Program, Housing Authority of City of Fresno |
| 52 | January 1, 2023 | 2023 Administrative Plan Housing Choice Voucher Program, Housing Authority of City of Fresno |
| 53 | January 1, 2023 | 2023 Administrative Plan Housing Choice Voucher Program, Housing Authority of Fresno County |
| 54 | January 1, 2020 | 2020 Administrative Plan Housing Choice Voucher Program, Housing Authority of the City of Fresno |
| 55 | January 1, 2020 | 2020 Administrative Plan Housing Choice Voucher Program, Housing Authority of Fresno County |
| 56 | January 1, 2019 | 2019 Administrative Plan Housing Choice Voucher Program, Housing Authority of Fresno County |
| 57 | January 1, 2019 | 2019 Administrative Plan Housing Choice Voucher Program, Housing Authority of the City of Fresno |
| 58 | January 1, 2018 | 2018 Administrative Plan Housing Choice Voucher Program, Housing Authority of the City of Fresno |
| 59 | January 1, 2018 | 2018 Administrative Plan Housing Choice Voucher Program, Housing Authority of Fresno County |
| 60 | January 1, 2009 | Administrative Plan Housing Choice Voucher Program, Housing Authority of the City of Fresno |
| 61 | January 1, 2009 | Administrative Plan Housing Choice Voucher Program, Housing Authority of Fresno County |
| 62 | April 1, 2009 | Amended Administrative Plan Housing Choice Voucher Program, Housing Authority of Fresno County |

| 63 | August 12, 2009 | Housing Authority of the County of Alameda (HACA), Administrative Plan For The Housing Choice Voucher Program |
| 64 | September 14, 2011 | Administrative Plan for the Housing Choice Voucher Program, Housing Authority for the County of Alameda |
| 65 | January 11, 2012 | Administrative Plan for the Housing Choice Voucher Program, Housing Authority of the County of Alameda (HACA) |
| 66 | April 11, 2012 | Administrative Plan for the Housing Choice Voucher Program, Housing Authority of the County of Alameda (HACA) |
| 67 | August 8, 2012 | Administrative Plan for the Housing Choice Voucher Program, the Housing Authority for the County of Alameda |
| 68 | February 13, 2013 | Administrative Plan for the Housing Choice Voucher Program, Housing Authority of the County of Alameda (HACA) |
| 69 | April 10, 2013 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program |
| 70 | July 10, 2013 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program |
| 71 | December 11, 2013 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program |
| 72 | August 13, 2014 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program |
| 73 | February 19, 2014 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program |
| 74 | November 18, 2015 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program |
| 75 | August 15, 2015 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program |
| 76 | September 14, 2016 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program |
| 77 | November 9, 2016 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program |
| 78 | January 11, 2017 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program |
| 79 | March 8, 2017 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program |
| 80 | July 26, 2017 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program |
| 81 | March 14, 2018 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program |
| 82 | September 12, 2018 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program |
| 83 | November 14, 2018 | Housing Authority of the County of Alameda |

| | | (HACA) Housing Choice Voucher Program |
|---|---|---|
| 84 | November 21, 2019 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program |
| 85 | April 8, 2020 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program |
| 86 | June 10, 2020 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program |
| 87 | August 17, 2021 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program |
| 88 | March 9, 2022 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program |
| 89 | February 2, 2022 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program |
| 90 | May 10, 2023 | Housing Authority of the County of Alameda (HACA) Housing Choice Voucher Program Administrative Plan |
| 91 | June 1, 2019 | Administrative Plan for the Housing Choice Voucher Program, Renton Housing Authority |
| 92 | January 10, 2022 | Administrative Plan for the Housing Choice Voucher Program, Renton Housing Authority |
| 93 | October 26, 2022 | Rental Assistance Department, Administrative Plan, Housing Authority of Maricopa County |
| 94 | 2015 | Housing Choice Voucher Program, Administrative Plan, Housing Authority of Maricopa County |
| 95 | July 1, 2023 | Administrative Plan, Housing Choice Voucher Program, City of Mesa Housing Authority |
| 96 | July 1, 2015 | Administrative Plan, Housing Choice Voucher Program, City of Mesa Housing Authority |
| 97 | July 1, 2016 | Administrative Plan, Housing Choice Voucher Program, City of Mesa Housing Authority |
| 98 | April 3, 2018 | Section 8 Administrative Plan, Housing Authority of the City of Glendale |
| 99 | July 2019 | Section 8 Administrative Plan, City of Glendale, Arizona Community Housing Division |
| 100 | January 16, 2014 | Complaint, *Denika Terry v. Wasatch Property Management, Inc., Wasatch Pool Holdings, LLC, Chesapeake Commons Holdings, LLC, and Does 1-30*, Case No. 34-2014-00158417, Superior Court for the State of California, Sacramento County |
| 101 | July 2, 2014 | Answer, *Denika Terry v. Wasatch Property Management, Does 1-30*, Case No. 34-2014-00158417, Superior Court for the State of California, Sacramento County |
| 102 | June 27, 2016 | Notice of Settlement, *Denika Terry v. Wasatch Property Management, et al.*, Case No. 34-2014-00158417, Superior Court for the State of California, Sacramento County |

| 103 | Various | Compilation of Wasatch Standard Lease Forms (Blank) for Time Period at Issue |
| 104 | Various | Compilation of Form (Blank) Housing Assistance Payment ("HAP") Contracts for Time Periods at Issue |
| 105 | Various | Compilation of Form (Blank) Three Day Notices for Time Periods at Issue, Organized by State |
| 106 | Various | Compilation of Form (Blank) Five Day Notices for Time Periods at Issue, Organized by State |
| 107 | Various | Compilation of Form (Blank) Ten Day Notices for Time Periods at Issue, Organized by State |
| 108 | Various | Tenant File for All Tenant Witnesses Who Testify (Not Yet Identified by Plaintiff-Relators) |
| 109 | July 3, 2016 | Letter from U.S. Department of Justice, U.S. Attorney, Eastern District of California Vincente Tennerelli to Christopher Beatty and Tyler Raymond, July 3, 2016 |

1

2

3

**EXHIBIT G: PLAINTIFFS' AND RELATORS' DEPOSITION DESIGNATIONS**

Pursuant to Local Rules 281(b)(12), Plaintiffs provide the following designations of deposition testimony to be used at trial.  In addition to Cover Pages, Reporter's Certificates and the witness's swearing in, Plaintiffs designate, by page and line number, the testimony of:

**Dao, Katie - Nov. 3, 2021**

7:6-14

9:21-10:5

10:15-14:9

17:1-18:6

19:7-20:12

20:24-21:8

22:15-24:17

27:18-31:12

34:2-16

36:19-37:22

37:25-38:22

46:25-47:22

48:23-49:10

49:19-52:4

52:14-54:2

68:11-71:9

73:23-75:20

80:17-21

86:3-98:13

99:13-116:12

116:21-119:6

1          120:6-14

2          121:11-125:20

3          126:2-15

4          127:8-24

5          131:15-134:17

6          135:11-14

7          150:19-21

8          152:2-153:22

9

10   **Fetter, Shawn – Aug. 11, 2017**

11          5:2-4

12          10:1-11:8

13

14   **Fetter, Shawn – Aug. 11, 2017 (continued)**

15          11:20-24

16          12:19-22

17          13:10-14:12

18          14:15-27:21

19          28:4-36:22

20          38:22-40:24

21          42:12-43:19

22          44:12-20

23          47:10-50:18

24          50:24-52:18

25          52:23-54:12

26          55:3-57:6

27          57:15-58:12

28          59:7-20

| | |
|---|---|
| 1 | 70:3-72:10 |
| 2 | 72:21-73:19 |
| 3 | 73:22-77:9 |
| 4 | 80:1-83:13 |
| 5 | 85:8-12 |
| 6 | 88:13-93:19 |
| 7 | 94:6-96:5 |
| 8 | 98:1-99:1 |
| 9 | 100:14-110:8 |
| 10 | 112:7-113:3 |
| 11 | 116:16-117:22 |
| 12 | 119:8-120:8 |
| 13 | 121:13-126:23 |
| 14 | 127:1-13 |
| 15 | 127:16-128:7 |
| 16 | 137:4-139:14 |
| 17 | 140:13-16 |
| 18 | 142:5-19 |
| 19 | 142:21-144:21 |
| 20 | 145:24-147:3 |
| 21 | 151:2-154:22 |
| 22 | 158:18-159:15 |
| 23 | 159:18-161:21 |
| 24 | 163:15-165:13 |
| 25 | 173:1-18 |
| 26 | |
| 27 | **Fetter, Shawn – Aug. 11, 2017 (continued)** |
| 28 | 177:13-178:21 |

| | |
|---|---|
| 1 | 181:11-185:10 |
| 2 | 196:23-197:7 |
| 3 | 198:8-20 |
| 4 | 200:22-201:22 |
| 5 | 203:24-207:23 |
| 6 | 208:7-209:3 |
| 7 | 210:14-212:13 |
| 8 | 212:23-214:6 |
| 9 | 226:19-227:14 |
| 10 | |
| 11 | **Fetter, Shawn –Oct. 27, 2021** |
| 12 | 8:3-22 |
| 13 | 11:22-13:4 |
| 14 | 13:25-15:12 |
| 15 | 16:8-17:15 |
| 16 | 18:19-28:24 |
| 17 | 29:8-30:3 |
| 18 | 30:15-35:10 |
| 19 | 35:21-37:17 |
| 20 | 37:20-39:11 |
| 21 | 46:6-24 |
| 22 | 50:20-60:10 |
| 23 | 60:25-70:18 |
| 24 | 77:13-77:25 |
| 25 | 78:18-79:25 |
| 26 | 82:6-84:1 |
| 27 | 90:25-91:3 |
| 28 | 99:7-116:18 |

| | |
|---|---|
| 1 | 117:5-124:15 |
| 2 | 124:25-126:24 |
| 3 | 127:2-128:19 |
| 4 | 129:3-24 |
| 5 | 131:1-134:4 |
| 6 | 138:3-139:3 |
| 7 | 142:10-144:16 |
| 8 | 146:6-147:13 |
| 9 | 152:22-155:18 |
| 10 | 157:15-25 |
| 11 | |
| 12 | **Fetter, Shawn –Oct. 27, 2021 (continued)** |
| 13 | 158:7-16 |
| 14 | 159:10-162:8 |
| 15 | 162:11-16 |
| 16 | 163:1-4 |
| 17 | 163:21-166:11 |
| 18 | 166:14-169:1 |
| 19 | 169:8-14 |
| 20 | 170:5-11 |
| 21 | 171:15-173:13 |
| 22 | 174:4-175:3 |
| 23 | 175:12-16 |
| 24 | 176:20-23 |
| 25 | 177:4-8 |
| 26 | 177:14-178:4 |
| 27 | 181:8-20 |
| 28 | 182:3-15 |

| | |
|---|---|
| 1 | 183:10-19 |
| 2 | 184:11-185:25 |
| 3 | 186:8-23 |
| 4 | 187:4-9 |
| 5 | 187:19-188:9 |
| 6 | 189:14-192:22 |
| 7 | 193:4-18 |
| 8 | 194:8-195:15 |
| 9 | 195:18-25 |
| 10 | 196:15-22 |
| 11 | 197:5-25 |
| 12 | 198:13-199:17 |
| 13 | 200:21-201:3 |
| 14 | 201:14-21 |
| 15 | 202:2-203:11 |
| 16 | 204:20-205:15 |
| 17 | 206:4-10 |
| 18 | 208:21-209:12 |
| 19 | 210:1-213:11 |
| 20 | 214:4-215:11 |
| 21 | 221:2-222:20 |
| 22 | 244:5-9 |
| 23 | 266:11-25 |
| 24 | Fetter, Shawn –Oct. 27, 2021 (continued) |
| 25 | 270:7-272:13 |
| 26 | 279:1-281:19 |
| 27 | |
| 28 | **Fetter, Shawn –Oct. 28, 2021** |

| | |
|---|---|
| 1 | 302:5-308:17 |
| 2 | 308:22-313:15 |
| 3 | 315:16-21 |
| 4 | 317:22-322:6 |
| 5 | 323:11-329:11 |
| 6 | 329:14-334:8 |
| 7 | 334:10-340:22 |
| 8 | 341:11-347:12 |
| 9 | 348:9-350:11 |
| 10 | 351:1-355:19 |
| 11 | 356:7-11 |
| 12 | 356:23-361:3 |
| 13 | 362:13:17 |
| 14 | 363:18-364:23 |
| 15 | 391:24-393:7 |
| 16 | 396:17-397:18 |
| 17 | 400:17-405:18 |
| 18 | 409:19-410:13 |
| 19 | 411:20-413:25 |
| 20 | 414:20-415:7 |
| 21 | 415:16-419:1 |
| 22 | 419:5-18 |
| 23 | 420:4-14 |
| 24 | 420:24-433:23 |
| 25 | 434:3-23 |
| 26 | 435:2-437:22 |
| 27 | 437:24-441:9 |
| 28 | 441:22-447:20 |

| | |
|---|---|
| 1 | 447:23-460:12 |
| 2 | 461:3-463:18 |
| 3 | 464:1-467:8 |
| 4 | 467:12-468:16 |
| 5 | 469:13-473:1 |
| 6 | 473:16-474:21 |
| 7 | 479:23-480:25 |
| 8 | |
| 9 | **Fetter, Shawn –Oct. 28, 2021 (continued)** |
| 10 | 492:8-498:17 |
| 11 | 499:11-503:7 |
| 12 | 503:12-509:19 |
| 13 | 510:2-516:3 |
| 14 | 516:8-518:22 |
| 15 | 519:10-23 |
| 16 | |
| 17 | **Jarvis, Janae – Aug. 10, 2017** |
| 18 | 5:3-21 |
| 19 | 6:22-8:16 |
| 20 | 11:7-12:7 |
| 21 | 15:8-22:19 |
| 22 | 23:5-25:20 |
| 23 | 26:22-27:21 |
| 24 | 28:1-29:17 |
| 25 | 33:3-39:16 |
| 26 | 40:1-41:20 |
| 27 | 52:4-54:10 |
| 28 | 55:15-57:24 |

| | |
|---|---|
| 1 | 58:20-59:7 |
| 2 | 60:24-64:21 |
| 3 | 68:1-15 |
| 4 | 71:1-6 |
| 5 | 91:7-20 |
| 6 | 92:11-97:6 |
| 7 | 103:2 -104:10 |
| 8 | 109:4-110:10 |
| 9 | 111:16-113:2 |
| 10 | 113:12-114:5 |
| 11 | 115:5-116:3 |
| 12 | 122:11-123:1 |
| 13 | 124:24-125:19 |
| 14 | 130:17-132:12 |
| 15 | 133:3-6 |
| 16 | 133:15-24 |
| 17 | 144:25-154:7 |
| 18 | 157:3-158:14 |
| 19 | 158:19-160:1 |
| 20 | 162:7-166:3 |
| 21 | |
| 22 | **Jarvis, Janae – Aug. 10, 2017 (continued)** |
| 23 | 166:12-23 |
| 24 | 167:13-24 |
| 25 | 190:20-191:20 |
| 26 | 194:21-22 |
| 27 | 196:21-198:9 |
| 28 | 198:12-199:21 |

| | |
|---|---|
| 1 | 202:8-206:4 |
| 2 | 211:2-212:1 |
| 3 | 212:6-18 |
| 4 | 214:11 |
| 5 | 216:4-217:21 |
| 6 | 223:4-224:22 |
| 7 | 226:4-235:7 |
| 8 | 243:21-245:17 |
| 9 | 250:7-251:23 |
| 10 | 252:8-254:9 |
| 11 | |
| 12 | **Jarvis, Janae – Sept. 10, 2021** |
| 13 | 8:3-17 |
| 14 | 9:8-10:7 |
| 15 | 10:18-23 |
| 16 | 11:5-24 |
| 17 | 12:8-15 |
| 18 | 12:22-13:9 |
| 19 | 14:4-24:21 |
| 20 | 27:24-34:18 |
| 21 | 35:6-43:3 |
| 22 | 45:11-19 |
| 23 | 46:4-47:10 |
| 24 | 48:6-49:18 |
| 25 | 50:9-57:24 |
| 26 | 60:24-64:23 |
| 27 | 67:23-74:2 |
| 28 | 76:10-17 |

| | |
|---|---|
| 1 | 76:25-77:12 |
| 2 | 84:6-87:6 |
| 3 | 88:10-90:9 |
| 4 | 90:13-93:25 |
| 5 | 99:8-100:5 |
| 6 | **Jarvis, Janae – Sept. 10, 2021 (continued)** |
| 7 | 100:12-102:8 |
| 8 | 107:1-16 |
| 9 | 108:10-110:16 |
| 10 | 110:19-123:8 |
| 11 | 125:4-132:14 |
| 12 | 132:22-133:7 |
| 13 | 134:10-135:20 |
| 14 | 136:17-137:13 |
| 15 | 137:24-141:21 |
| 16 | 142:13-153:25 |
| 17 | 162:5-24 |
| 18 | 176:3-19 |
| 19 | 179:4-180:8 |
| 20 | 185:19-188:8 |
| 21 | 195:21-196:7 |
| 22 | 200:16-202:17 |
| 23 | 204:6-206:22 |
| 24 | 208:16-211:20 |
| 25 | 212:5-20 |
| 26 | 214:13-220:12 |
| 27 | 220:17-223:25 |
| 28 | 227:6-228:7 |

| | |
|---|---|
| 1 | 228:16-232:11 |
| 2 | 232:19-233:2 |
| 3 | 233:14-235:24 |
| 4 | 238:3-13 |
| 5 | 239:9-19 |
| 6 | 240:6-18 |
| 7 | 241:12-242:2 |
| 8 | 244:6-14 |
| 9 | 244:20-245:3 |
| 10 | 245:23-246:5 |
| 11 | 246:13-248:8 |
| 12 | |
| 13 | **Jarvis, Janae – Sept. 14, 2021** |
| 14 | 255:1-22 |
| 15 | 256:10-25 |
| 16 | 257:1-24 |
| 17 | 258:13-259:11 |
| 18 | |
| 19 | **Jarvis, Janae – Sept. 14, 2021 (continued)** |
| 20 | 259:24-260:18 |
| 21 | 271:3-273:5 |
| 22 | 274:3-275:7 |
| 23 | 275:14-20 |
| 24 | 276:21-278:23 |
| 25 | 280:3-282:24 |
| 26 | 283:18-22 |
| 27 | 284:7-298:20 |
| 28 | 299:23-300:22 |

| | |
|---|---|
| 1 | 301:1-307:1 |
| 2 | 307:13-309:13 |
| 3 | 310:10-312:7 |
| 4 | 312:10-315:23 |
| 5 | 318:18-321:9 |
| 6 | 321:19-21 |
| 7 | 323:13-325:12 |
| 8 | 325:25-328:14 |
| 9 | 329:2-17 |
| 10 | 339:25-341:6 |
| 11 | 342:19-345:18 |
| 12 | 348:15-355:3 |
| 13 | 355:10-356:8 |
| 14 | 359:3-360:1 |
| 15 | 364:3-365:14 |
| 16 | 367:2-371:15 |
| 17 | 375:24-377:2 |
| 18 | 394:7-395:12 |
| 19 | 395:21-402:9 |
| 20 | 403:4-15 |
| 21 | 404:4-406:15 |
| 22 | 407:1-414:9 |
| 23 | 415:13-420:2 |
| 24 | 430:17-431:15 |
| 25 | 432:13-433:17 |
| 26 | |
| 27 | **Jarvis, Janae (30(b)(6) designee) – May 18, 2023** |
| 28 | 9:3-16 |

1        9:25-12:16

2        12:21-13:4

3

4    **Jarvis, Janae (30(b)(6) designee) – May 18, 2023 (continued)**

5            14:14-17:15

6            17:18-24:5

7            24:11-29:20

8            31:2-33:25

9            34:9-37:8

10           37:24-39:16

11           42:6-46:4

12           46:24-47:23

13           49:22-56:19

14           59:4-18

15           60:22-66:3

16           67:11-68:17

17           69:1-17

18           70:6-9

19           70:21-71:7

20           72:10-16

21           72:25-73:5

22           74:2-78:17

23           79:22-80:11

24           80:19-83:14

25           83:19-85:16

26           86:6-9

27           86:16-87:17

28           87:21-96:5

| | |
|---|---|
| 1 | 96:10-98:15 |
| 2 | 99:9-101:8 |
| 3 | 102:7-22 |
| 4 | 103:16-108:11 |
| 5 | 110:20-111:3 |
| 6 | 111:6-11 |
| 7 | 112:13-113:1 |
| 8 | 113:16-114:14 |
| 9 | 117:23-118:16 |
| 10 | 125:21-126:3 |
| 11 | 128:24-129:20 |
| 12 | 131:7 -132:17 |
| 13 | 140:7-141:12 |
| 14 | 141:17-144:7 |
| 15 | 145:10-15 |
| 16 | |
| 17 | **Jarvis, Janae (30(b)(6) designee) – May 18, 2023 (continued)** |
| 18 | 145:18-147:25 |
| 19 | 149:22-150:12 |
| 20 | 153:7-155:2 |
| 21 | 155:17-160:6 |
| 22 | 160:14-18 |
| 23 | 162:1-168:3 |
| 24 | 177:7-18 |
| 25 | 178:1-24 |
| 26 | 180:2-21 |
| 27 | |
| 28 | **Johnson, Jarom – July 19, 2021** |

| | |
|---|---|
| 1 | 9:12-15 |
| 2 | 9:20-23 |
| 3 | 16:25-19:25 |
| 4 | 24:9-25:24 |
| 5 | 26:4-27:6 |
| 6 | 31:1-32:4 |
| 7 | 34:23-25 |
| 8 | 35:20-36:23 |
| 9 | 37:5-38:24 |
| 10 | 42:25-43:20 |
| 11 | 49:1-9 |
| 12 | 51:4-52:24 |
| 13 | 54:21-56:3 |
| 14 | 57:1-59:9 |
| 15 | 69:4-70:7 |
| 16 | 71:1-73:1 |
| 17 | 75:12-82:17 |
| 18 | 83:13-86:9 |
| 19 | 87:11-88:17 |
| 20 | 90:23-93:14 |
| 21 | 99:24-101:13 |
| 22 | 109:3-16 |
| 23 | 110:17-111:3 |
| 24 | 112:17-113:5 |
| 25 | 114:5-119:20 |
| 26 | 120:2-123:3 |
| 27 | 124:23-126:14 |
| 28 | 126:25-132:3 |

1

2    **Johnson, Jarom – July 19, 2021 (continued)**

3             133:5-136:7

4             136:15-137:4

5             137:16-138:6

6             139:24-141:23

7             145:15-146:25

8             151:20-154:24

9             157:24-12

10            172:17-173:5

11            173:21-180:10

12            182:2-183:5

13            184:19-186:5

14            188:3-189:9

15            192:6-194:6

16            195:16-196:2

17            197:25-198:8

18            198:22-202:8

19            214:15-24

20            215:14-18

21            227:2-229:14

22            241:11-243:12

23            244:9-245:8

24            245:19-247:18

25            248:5-251:2

26

27    **Johnson, Jarom – Nov. 10, 2021**

28            6:15-18

| | |
|---|---|
| 1 | 9:1-10:6 |
| 2 | 16:18-17:3 |
| 3 | 22:20-32:22 |
| 4 | 36:8-40:6 |
| 5 | 40:11-48:4 |
| 6 | 50:20-23 |
| 7 | 51:2-52:13 |
| 8 | 53:5-58:18 |
| 9 | 59:16-60:4 |
| 10 | 60:14-23 |
| 11 | 62:20-65:23 |
| 12 | 66:3-70:14 |
| 13 | 72:2-74:17 |
| 14 | |
| 15 | **Johnson, Jarom – Nov. 10, 2021 (continued)** |
| 16 | 75:16-76:19 |
| 17 | 78:15-81:25 |
| 18 | 82:2-83:9 |
| 19 | 85:7-86:13 |
| 20 | 86:20-88:11 |
| 21 | |
| 22 | **Mishler, Bradley – Nov. 19, 2021** |
| 23 | 5:12-21 |
| 24 | 13:19 -14:6 |
| 25 | 14:16-23 |
| 26 | 20:12-14 |
| 27 | 21:17-22:7 |
| 28 | 22:21-23:7 |

| | |
|---|---|
| 1 | 24:4-8 |
| 2 | 24:16-25:3 |
| 3 | 25:13-26:1 |
| 4 | 26:7-27:5 |
| 5 | 29:23-30:22 |
| 6 | 32:20-23 |
| 7 | 59:20-60:2 |
| 8 | 88:24-89:9 |
| 9 | 90:21-92:5 |
| 10 | 92:25-93:20 |
| 11 | 94:2-7 |
| 12 | 94:16-95:9 |
| 13 | 95:19-96:8 |
| 14 | 97:11-16 |
| 15 | 97:22-98:2 |
| 16 | 98:9-13 |
| 17 | 99:25-100:19 |
| 18 | 101:10-13 |
| 19 | 101:20-23 |
| 20 | 106:11-107:8 |
| 21 | 109:8-25 |
| 22 | 113:18-21 |
| 23 | 117:1-118:18 |
| 24 | 119:20-121:23 |
| 25 | 130:1-8 |
| 26 | 131:5-132:18 |
| 27 | |
| 28 | **Mishler, Bradley – Nov. 19, 2021 (continued)** |

1       133:5-22

2       134:1-8

3       134:12-137:17

4       138:10-13

5       139:4-142:4

6       143:18-144:1

7       144:13-145:8

8       146:8-150:2

9

10      **Raymond, Tyler – Dec. 7, 2021**

11      25:25-26:4

12      31:15-33:8

13      34:23-40:14

14      41:2-49:17

15      51:14-55:6

16      56:12-62:17

17      63:3-86:1

18      86:19-88:22

19      90:24-117:10

20      118:6-134:22

21      135:9-146:6

22      146:7-148:14

23      150:19-153:4

24      157:2-14

25      159:10-161:24

26      163:13-166:16

27      168:9-169:18

28      170:13-177:8

| | |
|---|---|
| 1 | 192:21-193:10 |
| 2 | |
| 3 | **Scharlach, David – Dec. 8, 2021** |
| 4 | 6:14-18 |
| 5 | 11:8-14 |
| 6 | 15:21-16:15 |
| 7 | 18:11-19:9 |
| 8 | 22:5-24:18 |
| 9 | 31:18-32:21 |
| 10 | 34:25-35:3 |
| 11 | 38:14-39:7 |
| 12 | **Scharlach, David – Dec. 8, 2021 (continued)** |
| 13 | 40:24-42:22 |
| 14 | 43:7-45:4 |
| 15 | 45:15-46:21 |
| 16 | 50:7-51:2 |
| 17 | 51:9-52:18 |
| 18 | |
| 19 | **Tanforan, David, - Aug. 9, 2017** |
| 20 | 7:1-7 |
| 21 | 8:20-9:11 |
| 22 | 18:7-24 |
| 23 | 19:21-20:2 |
| 24 | 21:4-6 |
| 25 | 23:5-7 |
| 26 | 24:11-25 |
| 27 | 27:16-29:6 |
| 28 | 30:10-31:22 |

| | |
|---|---|
| 1 | 32:1-33:25 |
| 2 | 36:14-37:6 |
| 3 | 37:1-6212:1 |
| 4 | 38:14-19 |
| 5 | 47:8-48:1 |
| 6 | 48:11-21 |
| 7 | 49:16-54:4 |
| 8 | 65:1-4 |
| 9 | 66:18-67:5 |
| 10 | 68:12-16 |
| 11 | 72:21-73:3 |
| 12 | 74:17-80:24 |
| 13 | 81:10-83:20 |
| 14 | 84:8-19 |
| 15 | 86:8-20 |
| 16 | 87:3-10 |
| 17 | 92:4-93:23 |
| 18 | 95:13-96:10 |
| 19 | 96:15-99:11 |
| 20 | 108:8-109:9 |
| 21 | 109:12-110:2 |
| 22 | 111:18-112:16 |
| 23 | 117:25-119:11 |
| 24 | |
| 25 | **Tanforan, David, - Aug. 9, 2017 (continued)** |
| 26 | 123:4-124:10 |
| 27 | 124:13-125:8 |
| 28 | 127:22-128:3 |

| | |
|---|---|
| 1 | 129:15-130:1 |
| 2 | 138:23-140:17 |
| 3 | 145:4-20 |
| 4 | 151:9-12 |
| 5 | 152:2-12 |
| 6 | 154:23-25 |
| 7 | 155:7-156:11 |
| 8 | 160:15-20 |
| 9 | 162:24-163:15 |
| 10 | 167:6-23 |
| 11 | 172:19-22 |
| 12 | 173:1-20 |
| 13 | 174:11-177:23 |
| 14 | 178:16-21 |
| 15 | 179:10-180:22 |
| 16 | 181:12-182:6 |
| 17 | 190:17-192:3 |
| 18 | 195:3-196:21 |
| 19 | 196:23 |
| 20 | 197:24-25 |
| 21 | 199:15-200:16 |
| 22 | 206:11-208:14 |
| 23 | 208:17-211:1 |
| 24 | 211:5-17 |
| 25 | 213:21-215:12 |
| 26 | 218:17-25 |
| 27 | 219:19-220:2 |
| 28 | 222:22-223:16 |

1    226:4-227:20
2

**EXHIBIT H: PLAINTIFFS' AND RELATORS' DESIGNATION OF WRITTEN DISCOVERY REQUESTS AND RESPONSES**

1   Pursuant to Local Rules 281(b)(12), Plaintiffs provide the following designations of

2   written discovery responses to be used at trial.  In addition to cover pages, signatures pages,

3   definitions, and verifications, Plaintiffs designate the following requests and responses:

4

5   **Interrogatory Responses**

6   Defendants' Responses to Plaintiff Roy Huskey III's Interrogatories, Set One, September 17,

7   2020:

8        2

9

10  Defendants Further Supplemental Responses to Plaintiff Denika Terry's Interrogatories Set Two

11  No.'s 24 and 25, January 29, 2021:

12       24

13       25

14

15  Defendants' Responses to Plaintiff Roy Huskey III's Interrogatories, Set Five, August 27, 2021:

16       18

17       19

18       20

19       22

20

21  Defendants' Amended Responses to Plaintiff Roy Huskey III's Interrogatories, Set Five,

22  November 8, 2021:

23       18

24

25  Defendants' Further Amended Responses to Plaintiff Roy Huskey III's Interrogatories, Set Five,

26  November 17, 2021:

20

Defendants' Third Further Amended Responses to Plaintiff Roy Huskey III's Interrogatories, Set Five, January 14, 2022:

18

Defendants' Responses to Plaintiff Tamera Livingston's Interrogatories, Set Three, January 17, 2023:

7

Defendants' Further Amended Response to Plaintiff Tamera Livingston's Interrogatories, Set Three No. 6 Only, May 24, 2023:

6

**Responses to Requests for Admission**

Defendants' Responses to Plaintiff Denika Terry's Request for Admissions, Set One, September 17, 2020:

4

11 (erroneously labeled 7)

Defendants' Responses to Plaintiff Denika Terry's Request for Admissions, Set Two, July 19, 2021:

11

12

14

Defendants' Responses to Plaintiff Denika Terry's Request for Admissions, Set Three, August 27,

2021:

16

Defendants' Responses to Plaintiff Denika Terry's Request for Admissions, Set Four, November 15, 2021:

17

26

31

32

33

34

Defendants' Responses to Plaintiff Denika Terry's Request for Admissions, Set Five, December 16, 2021:

37

41

42

44

45

47

48

50

Defendants' Responses to Plaintiff Denika Terry's Request for Admissions, Set Eight, May 1, 2023:

61

63

| | |
|---|---|
| 1 | 64 |
| 2 | 65 |
| 3 | 66 |
| 4 | 67 |
| 5 | 68 |
| 6 | |
| 7 | **Responses to Requests for Admission Regarding Genuineness of Documents** |
| 8 | |
| 9 | Defendants' Responses to Plaintiff Roy Huskey III's Requests for Admissions Re Genuineness of |
| 10 | Documents, Set One, June 7, 2021: |
| 11 | 1-64 |
| 12 | |
| 13 | Defendants' Amended Responses to Plaintiff Roy Huskey III's Requests for Admissions Re |
| 14 | Genuineness of Documents, Set One, August 27, 2021: |
| 15 | 62 (misnumbered in Defendant's responses as Request for Admission No. 1) |
| 16 | 63 (misnumbered in Defendant's responses as Request for Admission No. 2) |
| 17 | 64 (misnumbered in Defendant's responses as Request for Admission No. 3) |
| 18 | |
| 19 | Defendants' Responses to Plaintiff Roy Huskey III's Requests for Admissions Re Genuineness of |
| 20 | Documents, Set Two, December 13, 2021: |
| 21 | 65-71 |
| 22 | |
| 23 | Defendants' Responses to Plaintiff Roy Huskey III's Requests for Admissions Re Genuineness of |
| 24 | Documents, Set Three, January 14, 2022: |
| 25 | 72-73 |

**EXHIBIT I: DEFENDANT DEPOSITION DESIGNATIONS**

Pursuant to Local Rules 281(b)(12), Defendant provide the following designations of deposition testimony to be used at trial.  In addition to Cover Pages, Reporter's Certificates and the witness's swearing in, Defendant designate, by page and line number, the testimony of:

**Cheryl Syme**

8:21—21:15

26:14—32:8

**Barbara Cavey**

7:9—23:30

38:1—45:12

**Jacqueline Rojas**

7:12—27:25

45:11—56:14

**Jodi Parker**

8:16—27:19

55:10—59:25