**LEWIS BRISBOIS BISGAARD & SMITH** LLP
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
RYAN MATTHEWS, SB# 311674
  E-Mail: Ryan.Matthews@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants, WASATCH
PROPERTY MANAGEMENT, INC., LOGAN
PARK APARTMENTS, LLC, LOGAN PARK
APARTMENTS, LP, BELLWOOD JERRON
HOLDINGS, LLC, BELLWOOD JERRON
APARTMENTS, LP, HAYWARD SENIOR
APARTMENTS, LP, OAK VALLEY
APARTMENTS, LLC, OAK VALLEY
HOLDINGS, LP, PIEDMONT APARTMENTS,
LP, POINT NATOMAS APARTMENTS, LLC,
POINT NATOMAS APARTMENTS, LP,
SPRING VILLA APARTMENTS, LP, SUN
VALLEY HOLDINGS, LTD, VILLAGE
GROVE APARTMENTS, LP,

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA,<br><br>    Plaintiffs/Relators,<br><br>    vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE | CASE NO. 2:15-cv-00799-KJM-DB<br><br>**DEFENDANTS' JOINDER TO MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Date:      August 2, 2024<br>Time:     10:00 a.m.<br>Crtrm.:   3<br><br>The Hon. Kimberly J. Mueller<br><br>Trial Date:        July 30, 2024 |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1 | APARTMENTS, LLC, CALIFORNIA
PLACE APARTMENTS, LLC, CAMELOT
2 | LAKES HOLDINGS, LLC, CANYON CLUB
HOLDINGS, LLC, COURTYARD AT
3 | CENTRAL PARK APARTMENTS, LLC,
CREEKSIDE HOLDINGS, LTD,
4 | HAYWARD SENIOR APARTMENTS, LP,
HERITAGE PARK APARTMENTS, LP,
5 | OAK VALLEY APARTMENTS, LLC, OAK
VALLEY HOLDINGS, LP, PEPPERTREE
6 | APARTMENT HOLDINGS, LP, PIEDMONT
APARTMENTS, LP, POINT NATOMAS
7 | APARTMENTS, LLC, POINT NATOMAS
APARTMENTS, LP, RIVER OAKS
8 | HOLDINGS, LLC, SHADOW WAY
APARTMENTS, LP, SPRING VILLA
9 | APARTMENTS, LP, SUN VALLEY
HOLDINGS, LTD, VILLAGE GROVE
10 | APARTMENTS, LP, WASATCH QUAIL
RUN GP, LLC, WASATCH PREMIER
11 | PROPERTIES, LLC, WASATCH POOL
HOLDINGS III, LLC, and DOES 1-4
12
Defendants.
13

14     TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

15     PLEASE TAKE NOTICE that Defendants, WASATCH PROPERTY MANAGEMENT,

16 INC., LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP,

17 BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP,

18 HAYWARD SENIOR APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK

19 VALLEY HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS

20 APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, SPRING VILLA

21 APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS,

22 LP (referred to as "WPM Defendants") listed above join in full with the Owner and Non-Owner

23 Defendants' Motion to Dismiss For Lack of Subject Matter Jurisdiction. Additionally, Defendants

24 wish to point out to the Court that Defendants' Motion in Limine Number 3, seeking to preclude

25 Plaintiffs from presenting evidence and argument regarding charges as mandatory conditions of

26 leasing, is highly relevant to this issue.

27     To the extent the Court engages in the section 1367 inquiry relating to a common nucleus

28 of operative facts, introduction of the disparate facts regarding charges being mandatory

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

141829927.1                                     2                          Case No. 2:15-cv-00799-KJM-DB
DEFENDANTS' JOINDER TO MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

1  conditions of leasing is completely outside of the facts establishing liability on Plaintiffs' state law

2  claims. If Plaintiffs' False Claims Act cause of action is premised on charges as mandatory

3  conditions of leasing or a supposed requirement to include washers and dryers in the Utilities and

4  Appliances table in the HAP Contract, then it is not based on the same facts as the state law

5  claims. The FCA claim will apparently feature different Plaintiffs, different damages, and a

6  different factual basis for liability than the state law claims. By any measure, a common nucleus of

7  operative fact does not exist. As such, if the Court is going to allow Plaintiffs to present evidence

8  of those entirely different facts to prove their FCA claim, it cannot exercise supplemental

9  jurisdiction over the unrelated state law claims.

10  DATED:  June 27, 2024                    LEWIS BRISBOIS BISGAARD & SMITH LLP

11

12

                                           By:      /s/ Ryan Matthews
13                                              _____
                                                RYAN MATTHEWS
14                                              Attorneys for Defendants, WASATCH
                                                PROPERTY MANAGEMENT, INC., LOGAN
15                                              PARK APARTMENTS, LLC, LOGAN PARK
                                                APARTMENTS, LP, BELLWOOD JERRON
16                                              HOLDINGS, LLC, BELLWOOD JERRON
                                                APARTMENTS, LP, HAYWARD SENIOR
17                                              APARTMENTS, LP, OAK VALLEY
                                                APARTMENTS, LLC, OAK VALLEY
18                                              HOLDINGS, LP, PIEDMONT APARTMENTS,
                                                LP, POINT NATOMAS APARTMENTS, LLC,
19                                              POINT NATOMAS APARTMENTS, LP,
                                                SPRING VILLA APARTMENTS, LP, SUN
20                                              VALLEY HOLDINGS, LTD, VILLAGE GROVE
                                                APARTMENTS, LP
21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

## **FEDERAL COURT PROOF OF SERVICE**

USA-Terry v Wasatch Property Management, et al.
Case No. 2:15-cv-00799-KJM-DB

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and not a party to the action.  My business address is 2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 27, 2024, I served the following document(s):

- DEFENDANTS' JOINDER TO MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

### **SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 27, 2024, at Sacramento, California.


*/s/ Alicia Crespo*
Alicia Crespo



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

141829927.1                                                          1                             Case No. 2:15-cv-00799-KJM-DB

DEFENDANTS' JOINDER TO MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

1

**SERVICE LIST**
*USA-Terry v Wasatch Property Management, et al.*
**Case No. 2:15-cv-00799-KJM-DB**

2

| | |
|---|---|
| Andrew Wolff<br>Law Office of Andrew Wolff, PC<br>1956 Webster Street, Suite 275<br>Oakland, CA 94612 | *Attorney for Plaintiffs*<br>*Denika Terry and Roy Huskey, III*<br><br>Tel.:  (510) 834-3300<br>Email:  andrew@awolfflaw.com |
| Jesse Newmark<br>CENTRO LEGAL DE LA RAZA<br>3022 International Blvd., Suite 410<br>Oakland, CA 94601 | *Attorney for Plaintiffs*<br>*Denika Terry and Roy Huskey, III*<br><br>Tel.:  (510) 437-1554 x115<br>Fax:  (510) 437-9164<br>Email:  jessenewmark@centrolegal.org |
| Laura L. Ho<br>Anne Bellows<br>Stephanie Tilden<br>GOLDSTEIN, BORGEN, DARDARIAN &<br>HO<br>155 Grand Avenue, Suite 900<br>Oakland, CA 94612 | *Attorneys for Plaintiffs and Relators and the*<br>*Certified Classes*<br><br>Tel:   (510) 763-9800<br>Fax:  (510) 835-1417<br>Email:  lho@gbdhlegal.com<br>Email:  abellows@gbdhlegal.com<br>Email:  stilden@gbdhlegal.com<br>Email:  sgrimes@gbdhlegal.com<br>Email:  dvaldez@gbdhlegal.com |
| Colleen M. Kennedy<br>United States Attorney's Office<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814 | *Attorney for Intervenor Plaintiff*<br>*United States of America*<br><br>Tel.: 916-554-2700<br>Fax: 916-554-2900<br>E: colleen.m.kennedy@usdoj.gov<br>E: caseview.ecf@usdoj.gov<br>E: kimberly.siegfried@usdoj.gov<br>E: monica.lee@usdoj.gov<br>E: usacae.ecfsaccv@usdoj.gov |
| Lindsay Nako<br>Lori Rifkin<br>Fawn Rajbhandari-Korr<br>Meredith Dixon<br>The Impact Fund<br>2080 Addison Street, Suite 5<br>Berkeley, CA 94704 | *Attorney for Plaintiffs*<br><br>Tel: (510) 845-3473 x.306<br>Fax: (510) 845-3654<br>lnako@impactfund.org<br>lrifkin@impactfund.org<br>fkorr@impactfund.org<br>mdixon@impactfund.org |

DEFENDANTS' JOINDER TO MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Lawrence A. Organ<br>Marqui Hood<br>CALIFORNIA CIVIL RIGHTS LAW<br>GROUP<br>332 San Anselmo Avenue<br>San Anselmo, CA 94960<br>marqui@civilrightsca.com | **Attorneys for Plaintiffs and Relators and the Certified Classes**<br><br>T: 415-453-4740<br>F: 415-785-7352<br>marqui@civilrightsca.com<br>larry@civilrightsca.com |
|---|---|
| Jahmy Graham<br>Nelson Mullins<br>19191 South Vermont Avenue, Suite 900<br>Torrance, CA 90502 | **Attorneys for Defendant, Hayward Village Apartments LP**<br><br>T: 424-221-7426<br>F: 424-221-7499<br>E: jahmy.graham@nelsonmullins.com |
| Damon D. Eisenbrey<br>Richard T. Collins<br>Jeremy B. Ritter-Wiseman<br>Arnall Golden Gregory LLP<br>2100 Pennsylvania Avenue, N.W. Suite 350S<br>Washington, D.C. 20037 | **Attorneys for Defendants, Aspen Park Holdings, LLC, Bent Tree Apartments, LLC, Camelot Lakes Holdings, LLC, California Place Apartments, LLC, Canyon Club Holdings, LLC, Chesapeake Apartment Holdings, LLC, Courtyard at Central Park Apartments, LLC, Creekside Holdings, Ltd., River Oaks Holdings, LLC, Wasatch Advantage Group, LLC, Wasatch Pool Holdings III, LLC, Wasatch Pool Holdings, LLC, and Wasatch Premier Properties, LLC**<br><br>T: 202-677-4071<br>F: 202-677-4031<br>E: damon.eisenbrey@agg.com<br>E: Rich.Collins@AGG.com<br>E: jeremy.ritter-wiseman@agg.com |



DEFENDANTS' JOINDER TO MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION