

# United States District Court
# Eastern District of California

Plaintiff(s): Denika Terry, et al.

Case Number: 2:15-cv-00799

V.

Defendant(s): Wasatch Advantage Group, LLC, et al.

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Avery E. Carter hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Wasatch Advantage Group, LLC, et al.

On 10/26/2023 (date), I was admitted to practice and presently in good standing in the State Bar of Georgia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/09/2024

Signature of Applicant: /s/ Avery E. Carter

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Avery E. Carter |
| Law Firm Name: | Arnall Golden Gregory LLP |
| Address: | 171 17th Street NW |
| | Suite 2100 |
| City: | Atlanta   State: Georgia   Zip: 30363 |
| Phone Number w/Area Code: | (404) 873-7030 |
| City and State of Residence: | Atlanta, Georgia |
| Primary E-mail Address: | Avery.Carter@AGG.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Richard T. Collins |
| Law Firm Name: | Arnall Golden Gregory LLP |
| Address: | 2100 Pennsylvania Avenue, NW |
| | 350S |
| City: | Washington   State: DC   Zip: 20037 |
| Phone Number w/Area Code: | (202) 677-4917   Bar #: 166577 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 10, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE

# Supreme Court
# State of Georgia
STATE JUDICIAL BUILDING
Atlanta 30334

June 27, 2024

I hereby certify that Avery Elizabeth Carter , Esq., was admitted on the 27th day of June, 2024, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date she has been and is now a member of this bar in good standing, as appears from the records and files in this office.



Witness my signature and the seal of this Court hereto affixed the day and year first above written.

*Therese S. Barnes*, Clerk