Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Anne P. Bellows (SBN 293722)
abellows@gbdhlegal.com
Stephanie E. Tilden (SBN 341486)
stilden@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Tel: (510) 763-9800 | Fax: (510) 835-1417

Jesse Newmark (SBN 247488)
jessenewmark@centrolegal.org
CENTRO LEGAL DE LA RAZA
3400 E. 12th Street
Oakland, CA 94601
Tel: (510) 437-1863

Lindsay Nako (SBN 239090)
lnako@impactfund.org
Lori Rifkin (SBN 244081)
lrifkin@impactfund.org
Fawn Rajbhandari-Korr (SBN 315888)
fkorr@impactfund.org
Meredith Dixon (SBN 346864)
mdixon@impactfund.org
IMPACT FUND
2080 Addison Street, Suite 5
Berkeley, CA 94704
Tel: (510) 845-3473 | Fax: (510) 845-3654

Attorneys for Plaintiffs and Relators and the Certified Classes
*[Additional Counsel for Relators listed on following page]*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>    Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON | Case No.: 2:15−CV−00799−KJM−SCR<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER DISMISSING FALSE CLAIMS ACT CLAIM AND RETAINING JURISDICTION; JUDGMENT** |

908477.2

[Proposed] Order Dismissing False Claims Act Claim and Retaining Jurisdiction; Judgment – Case No. 2:15−CV−00799−KJM−SCR

APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4,

      Defendants.

Andrew Wolff (SBN 195092)
andrew@awolfflaw.com
LAW OFFICES OF ANDREW WOLFF, PC
1615 Broadway, 4th Floor
Oakland, CA 94612
Tel: (510) 834-3300 | Fax: (510) 834-3377

Attorneys for Plaintiffs and Relators and the Certified Classes

Lawrence Anthony Organ (SBN 175503)
larry@civilrightsca.com
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, CA 94960-2610
Tel: (415) 453-4740 | Fax: (415) 785-7352

Attorneys for Relators

# [PROPOSED] ORDER DISMISSING FALSE CLAIMS ACT CLAIM AND RETAINING JURISDICTION TO ENFORCE THE SETTLEMENT; JUDGMENT

This Matter is before the Court on Plaintiffs-Relators' ("Plaintiffs'") unopposed motion under Federal Rule of Civil Procedure 54(b) to enter final judgment of dismissal as to the False Claims Act ("FCA") claim and retain jurisdiction to enforce the settlement reached by the Parties as to that claim. Specifically, Plaintiffs request that (1) the dismissal be with prejudice as to Plaintiffs but without prejudice as to the United States; and (2) that the Court retain jurisdiction over the claim to enforce the settlement reached by the Parties as to the claim.

The Settlement Agreement was fully executed on September 13, 2024. ECF No. 553, Ex. A.

On September 16, 2024, the United States filed its consent to dismissal of the FCA claim on the terms of the Parties' settlement, reflecting its determination that the requested dismissal "is commensurate with the public interest." ECF No. 552; *see* 31 U.S.C. § 3730(b)(1).

Good cause appearing, the Court now finds that the requested dismissal is proper. This dismissal constitutes "'an ultimate disposition'" of the FCA claim. *See Curtiss-Wright Corp. v. Gen. Elec. Co.*, 446 U.S. 1, 7 (1980) (quoting *Sears, Roebuck & Co. v. Mackey*, 351 U.S. 427, 436 (1956)). The Court finds that there is "no just reason for delay" in the entry of judgment as to the FCA claim while the Parties complete the preliminary and final approval process for the settlement of the class claims. *See* Fed. R. Civ. P. 54(b). As the parties have reached settlement, entry of final judgment on the FCA claim poses no risk that "the appellate court will be required to address legal or factual issues that are similar to those contained in the claims still pending before the trial court." *See Morrison-Knudsen Co. v. Archer*, 655 F.2d 962, 965-66 (9th Cir. 1981). Additionally, the Court may properly make "the parties' obligation to comply with the terms of the settlement agreement" a component "of the order of dismissal," and retain jurisdiction over the claim to enforce that settlement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

Accordingly, the Court **ENTERS FINAL JUDGMENT ON PLAINTIFFS' CLAIM UNDER THE FALSE CLAIMS ACT AGAINST WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC, WASATCH POOL HOLDINGS, LLC,**

1

[Proposed] Order Dismissing False Claims Act Claim and Retaining Jurisdiction; Judgment – Case No. 2:15−cv−00799−KJM−SCR

908477.2

**CHESAPEAKE APARTMENT HOLDINGS, LLC, LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP ("FCA DEFENDANTS") AS FOLLOWS:**

1. The Court orders that the Parties must comply with the terms of the Settlement Agreement (ECF No. 553, Ex. A) applicable to the FCA claim;

2. The Court shall retain jurisdiction over the FCA claim to enforce the settlement;

3. The FCA claim against the FCA Defendants is hereby **DISMISSED** with prejudice as to Plaintiffs and without prejudice as to the United States.

Judgment is entered.

IT IS SO ORDERED.

Dated:

———————————————————
Hon. Kimberly J. Mueller
Chief United States District Judge