# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENIKA TERRY , ET AL. ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **2:15–CV–00799–KJM–SCR** |
| **WASATCH ADVANTAGE GROUP, LLC , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/5/2025 .**

ENTERED:  **February 10, 2025**          /s/  **Keith Holland**
                                                                    Clerk of Court