| | |
|---|---|
| 1 | Laura L. Ho (SBN 173179) |
| | lho@dhkl.law |
| 2 | Stephanie E. Tilden (SBN 341486) |
| | stilden@dhkl.law |
| 3 | DARDARIAN HO KANN & LEE |
| | 155 Grand Avenue, Suite 900 |
| 4 | Oakland, CA 94612 |
| | Tel: (510) 763-9800 ∣ Fax: (510) 835-1417 |
| 5 | |
| | Andrew Wolff (SBN 195092) |
| 6 | andrew@awolfflaw.com |
| | LAW OFFICES OF ANDREW WOLFF, PC |
| 7 | 1615 Broadway, 4th Floor |
| | Oakland, CA 94612 |
| 8 | Tel: (510) 834-3300 ∣ Fax: (510) 834-3377 |
| 9 | Jesse Newmark (SBN 247488) |
| | jessenewmark@centrolegal.org |
| 10 | CENTRO LEGAL DE LA RAZA |
| | 3400 E. 12th Street |
| 11 | Oakland, CA 94601 |
| | Tel: (510) 437-1863 |
| 12 | Lindsay Nako (SBN 239090) |
| | lnako@impactfund.org |
| 13 | Lori Rifkin (SBN 244081) |
| | lrifkin@impactfund.org |
| 14 | Fawn Rajbhandari-Korr (SBN 315888) |
| | fkorr@impactfund.org |
| 15 | Meredith Dixon (SBN 346864) |
| | mdixon@impactfund.org |
| 16 | IMPACT FUND |
| | 2080 Addison Street, Suite 5 |
| 17 | Berkeley, CA 94704 |
| | Tel: (510) 845-3473 ∣ Fax: (510) 845-3654 |
| 18 | Attorneys for Plaintiffs and Relators and the Certified Classes |
| 19 | *[Additional Counsel for Relators listed on following page]* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DENIKA TERRY, ROY HUSKEY III, and TAMERA LIVINGSTON, and each of them for themselves individually, and for all other persons similarly situated and on behalf of the UNITED STATES OF AMERICA<br><br>         Plaintiffs/Relators,<br><br>vs.<br><br>WASATCH ADVANTAGE GROUP, LLC, WASATCH PROPERTY MANAGEMENT, INC., WASATCH POOL HOLDINGS, LLC, CHESAPEAKE APARTMENT HOLDINGS, LLC, | Case No.: 2:15−CV−00799−KJM−SCR<br><br>CLASS ACTION<br><br>**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES**<br><br>Before:  Hon. Chief Judge Kimberly J. Mueller<br><br>Trial Date:   July 30, 2024 |

| | |
|---|---|
| 1 | LOGAN PARK APARTMENTS, LLC, LOGAN PARK APARTMENTS, LP, ASPEN PARK HOLDINGS, LLC, BELLWOOD JERRON HOLDINGS, LLC, BELLWOOD JERRON APARTMENTS, LP, BENT TREE APARTMENTS, LLC, CALIFORNIA PLACE APARTMENTS, LLC, CAMELOT LAKES HOLDINGS, LLC, CANYON CLUB HOLDINGS, LLC, COURTYARD AT CENTRAL PARK APARTMENTS, LLC, CREEKSIDE HOLDINGS, LTD, HAYWARD SENIOR APARTMENTS, LP, HERITAGE PARK APARTMENTS, LP, OAK VALLEY APARTMENTS, LLC, OAK VALLEY HOLDINGS, LP, PEPPERTREE APARTMENT HOLDINGS, LP, PIEDMONT APARTMENTS, LP, POINT NATOMAS APARTMENTS, LLC, POINT NATOMAS APARTMENTS, LP, RIVER OAKS HOLDINGS, LLC, SHADOW WAY APARTMENTS, LP, SPRING VILLA APARTMENTS, LP, SUN VALLEY HOLDINGS, LTD, VILLAGE GROVE APARTMENTS, LP, WASATCH QUAIL RUN GP, LLC, WASATCH PREMIER PROPERTIES, LLC, WASATCH POOL HOLDINGS III, LLC, and DOES 1-4,<br><br>      Defendants. |

Andrew Wolff (SBN 195092)
andrew@awolfflaw.com
LAW OFFICES OF ANDREW WOLFF, PC
1615 Broadway, 4th Floor
Oakland, CA 94612
Tel: (510) 834-3300 | Fax: (510) 834-3377

Attorneys for Plaintiffs and Relators and the Certified Classes

Lawrence Anthony Organ (SBN 175503)
larry@civilrightsca.com
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, CA 94960-2610
Tel: (415) 453-4740 | Fax: (415) 785-7352

Attorneys for Relators

923052.1

Please take notice, that as of March 3, 2025, the firm name of counsel for Plaintiffs has changed from GOLDSTEIN, BORGEN, DARDARIAN & HO to DARDARIAN HO KAN & LEE. Please amend your service list accordingly. The email addresses for the following attorneys have also changed:

1. Laura L. Ho, lho@dhkl.law
2. Stephanie E. Tilden, stilden@dhkl.law

Dated: March 11, 2025

Respectfully submitted,

DARDARIAN HO KANN & LEE

 /s/ *Laura L. Ho*
Laura L. Ho

Attorneys for Plaintiffs and Relators
and the Certified Classes