UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ex. rel. Denika Terry, et al., <br><br> Plaintiffs/Relators, <br><br> v. <br><br> Wasatch Advantage Group, LLC, et al., <br><br> Defendants. | No. 2:15-cv-00799-KJM-SCR <br><br> ORDER |

The Court has reviewed Plaintiffs' unopposed motion for extension of the class settlement administration in this action, and finds the proposed extension reasonable and within the Court's discretion to authorize. Good cause appearing, the Court hereby GRANTS the motion and approves the following:

- Verita, the appointed Settlement Administrator, is authorized to take additional steps to update class member contact information and re-issue checks to all class members for whom updated contact information is located, as set forth in Plaintiffs' motion, and to receive payment not to exceed $71,250 for these services from the class settlement fund.

1

- Reimbursement of $6,347.51 to class counsel from the settlement fund for settlement administration expenses incurred obtaining updated class member information prior to September 28, 2025.
- The settlement administration extension period shall extend six months from the date of this order, after which *cy pres* distribution of any funds remaining following distribution shall be made as set forth in the Court's February 5, 2025 Order.
- The final compliance hearing previously set for Thursday, March 5, 2026, is vacated, and the parties shall submit declarations attesting to final compliance no later than July 30, 2026.

This order resolves ECF No. 572.

IT IS SO ORDERED.

DATED: November 19, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE